# EXHIBIT A

# In the Matter of:

# Tronox, et al.

*May 18, 2018*
*Trial - Public & In Camera*
*Vol. 1*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

9

1    "Tacit coordination is feared by antitrust
2  policy even more than express collusion, for tacit
3  coordination, even when observed, cannot easily be
4  controlled directly by the antitrust laws.  It is a
5  central object of merger policy to obstruct the creation
6  or reinforcement by merger of such oligopolistic market
7  structures in which tacit coordination can occur."
8    And that is precisely what this case is about.
9  The titanium dioxide industry has been operating as an
10  oligopoly for years.  It has been tacitly coordinating
11  for years, and that is precisely what the Third Circuit
12  concluded in the Valspar case just last year.
13    JUDGE CHAPPELL:  I saw that in your briefing.
14  Were either of these Respondents a party to that case?
15    MR. VOTE:  I believe Cristal was a party -- oh,
16  not to the Valspar case, Your Honor.  No, they were not.
17    JUDGE CHAPPELL:  All right.
18    MR. VOTE:  Cristal was a party to the Maryland
19  case, which I will get to in a moment.
20    JUDGE CHAPPELL:  When you mention a case like
21  that to me, I want you to let me know whether either of
22  these parties were involved in that case.
23    MR. VOTE:  I will, Your Honor.
24    JUDGE CHAPPELL:  Let's connect it directly.
25    MR. VOTE:  A key purpose of Section 7 is to

10

1  avoid mergers making such oligopolistic situations worse
2  for consumers, and the Seventh Circuit has further
3  explained, in the Elders Grain case, that a history of
4  coordination in the industry strengthens the presumption
5  of competitive harm.
6    JUDGE CHAPPELL:  Which case was that?
7    THE WITNESS:  Elders Grain.
8    JUDGE CHAPPELL:  Were either of these
9  Respondents a party to that case?
10    MR. VOTE:  No.  I am just talking about Section
11  7 generally, Your Honor.
12    And what Elders Grain says is an acquisition
13  which reduces the number of significant sellers in a
14  market already highly concentrated and prone to
15  collusion by reason of its history and circumstances is
16  unlawful in the absence of special circumstances."
17    And so the reason I raise these cases, that the
18  parties were not members of, is because they talk about
19  the facts and the way and the history that the TiO2
20  industry has competed, and they're relevant to whether
21  or not there's a history of collusion, the history of
22  collusion that's discussed here.
23    JUDGE CHAPPELL:  I understand where you're
24  going, Counselor.  It's just -- and I have read the
25  pretrial briefing, and when you talk about an industry

11

1  and you talk about the history and you talk about a
2  history of collusion, it's important to clarify whether
3  those cases and that history have included these
4  particular parties.
5    MR. VOTE:  Yes, Your Honor.  And I would note
6  that those cases include the parties as co-conspirators,
7  alleged co-conspirators in the price-fixing allegations.
8  They are just not parties to those cases.  Some of the
9  cases were broken up, and so they went to different
10  jurisdictions, but, for example, in the Maryland case,
11  although Tronox had gone bankrupt and was not named for
12  that reason, they were an alleged co-conspirator.  They
13  were alleged to have participated in the price-fixing;
14  they just weren't a party to the case.
15    JUDGE CHAPPELL:  Who was the plaintiff in that
16  case?
17    MR. VOTE:  I believe it was a class of the
18  purchasers, Your Honor.
19    JUDGE CHAPPELL:  All right.
20    MR. VOTE:  So back to Elders Grain.  Elders
21  Grain says you don't get to do a merger if it's
22  concentrated and there's a history of collusion unless
23  there's special circumstances, and there are no special
24  circumstances here, Your Honor.  It's far from it.  We
25  have high concentrations.  There's this history of

12

1  coordination, which is recognized by multiple courts,
2  and there's evidence that the merger will lead to
3  significant consumer harm.
4    You are going to hear a consistent story about
5  the way the North American titanium dioxide industry
6  operates.  You're going to hear from the largest TiO2
7  customers.  You're going to hear from companies like
8  Sherwin Williams, Masco, PPG.  You are going to hear
9  from True Value Hardware Stores, which is a smaller
10  paint manufacturer.  You are going to hear from a
11  company called Deceuninck, which makes building
12  supplies.  And you are going to hear from a competing
13  TiO2 supplier called Kronos.
14    The story these industry participants will tell
15  is consistent with and supported by Tronox and Cristal's
16  own business documents and is further supported by
17  Tronox's public statements to its investors over the
18  years.  And unsurprisingly, the story you will hear will
19  be consistent with the opinions and the findings of the
20  courts in the previous titanium dioxide industry cases.
21    So we aren't breaking any new ground here, Your
22  Honor.  We are looking at the current evidence and
23  seeing the same anticompetitive dynamics that multiple
24  courts have seen and acknowledged in the titanium
25  dioxide industry in the past.

3 (Pages 9 to 12)

# In the Matter of:

# Tronox, et al.

*May 23, 2018*
*Trial - Public & Camera*
*Vol. 2*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 5 of 166
Trial - Public & Camera
Tronox, et al.                                                                5/23/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tronox, et al.                                                              5/23/2018



Tronox, et al.                                                5/23/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

[redacted]

[redacted]

[redacted]

[redacted]

# In the Matter of:

## Tronox, et al.

*May 24, 2018*
*Trial - Public & In Camera*
*Vol. 3*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 10 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    5/24/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tronox, et al.                                                          5/24/2018



Case 1:18-cv-01622-TNM  Document 70-2  Filed 07/23/18  Page 12 of 166
Trial - Public & In Camera
Tronox, et al.                                                    5/24/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 13 of 166
Trial - Public & In Camera
Tronox, et al.                                                          5/24/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 14 of 166
Trial - Public & In Camera
Tronox, et al. 5/24/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

# In the Matter of:

## Tronox, et al.

*May 25, 2018*
*Trial - Public & In Camera*
*Vol. 4*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tronox, et al.                                                          5/25/2018

861

1      MR. WILLIAMS: I'm going to ask him whether
2  it's accurate, but I could ask him -- I'm asking him
3  both, Your Honor. I'm giving him the exhibit as an
4  aid. I don't expect -- you don't know these capacity
5  numbers by heart, do you?
6      THE WITNESS: I mean, not to the number, but I
7  could get you pretty close.
8      BY MR. WILLIAMS:
9      Q. So all of the questions that I've asked so far
10  are consistent with your personal knowledge, even apart
11  from this exhibit; correct?
12     A. Correct.
13     Q. To round out the list, there's Langerbrugge,
14  Belgium; correct?
15     A. Correct.
16     Q. This is solely a chloride facility; correct?
17     A. Correct.
18     Q. It has a capacity of 85,000 tons per year;
19  correct?
20     A. Correct.
21     Q. Now, Kronos ships product from these
22  facilities that we've just discussed all over the
23  world; correct?
24     A. Correct.
25     Q. Kronos is a German company?

862

1      A. No. It's a U.S. -- dual-domiciled company.
2      Q. I see.
3      So Kronos is a dual-domiciled company between
4  the United States and Germany?
5      A. For KI I believe it's dual-domiciled. But for
6  Kronos Worldwide, which is the ultimate parent, its
7  headquarters are in the United States, and it's traded
8  on the New York Stock Exchange. It's a U.S. company.
9      Q. Understood, Mr. Christian.
10     And I'm going to need you to speak up because
11  it's a little hard for me to hear you and it might be
12  hard for the court reporter as well.
13     But in all events, Kronos is a leading global
14  producer of titanium dioxide; correct?
15     A. Yes.
16     Q. I'd like -- we can take this exhibit down,
17  Mr. Thomas.
18     I'd like to talk to you about how Kronos runs
19  its facilities now. Okay?
20     A. Okay.
21     Q. You would agree with me that a well-run
22  titanium dioxide plant is one that runs at full
23  capacity; correct?
24     A. Yes.
25     Q. It produces quality materials; yes?

863

1      A. Correct.
2      Q. It produces them to spec; correct?
3      A. Correct.
4      Q. And by "spec" I mean according to the grades
5  that Kronos sells its customers; correct?
6      A. Yes.
7      JUDGE CHAPPELL: It has been debottlenecked?
8      THE WITNESS: And has been debottlenecked? I
9  would say yes. I mean, in regards to capacity, a
10  well-run plant is going to produce as much product as
11  possible.
12     BY MR. WILLIAMS:
13     Q. And the court raises a good point.
14     It should also run efficiently; correct?
15     A. Correct.
16     Q. And debottlenecking helps with efficiency;
17  correct?
18     A. Correct.
19     Q. Is it fair to measure efficiency by saying the
20  amount of capacity -- amount of production actually
21  achieved versus the potential capacity?
22     A. Yes. Assuming that your calculation on the
23  potential capacity is accurate.
24     Q. It's not easy to slow down the production level
25  in a titanium dioxide plant; correct?

864

1      A. Repeat the question, please.
2      Q. It's not easy to slow down the production level
3  in a titanium dioxide plant; correct?
4      A. I think it's a pretty subjective question. I'm
5  not sure I could answer that in terms of the ease of
6  slowing something down.
7      Q. You'd agree with me there's no dial that can
8  just dial back production at Kronos' facilities;
9  correct?
10     A. Correct. But I would say that you can reduce
11  production by curtailing capacity if you wanted to make
12  that strategic decision.
13     Q. And by -- there are costs involved in
14  curtailing capacity at your plants; correct?
15     A. Absolutely.
16     Q. And these plants are -- have high fixed costs;
17  correct?
18     A. Uh-huh. Yes.
19     Q. And there are good economic reasons to run
20  plants flat-out; correct?
21     A. Yes.
22     Q. Kronos runs its plants flat-out; correct?
23     A. Yes.
24     Q. There are opportunity costs to curtailing
25  production; correct?

3 (Pages 861 to 864)

885

1  that in certain instances we do get a price premium.
2      Q.  And now you understand why my first question
3  was:  There's no race to the bottom on prices;
4  correct?
5      A.  Correct.  We're doing everything we can to
6  keep prices high, but at the same time customers are
7  doing everything they can to make prices as low as
8  possible, and it's a negotiation.
9      Q.  That is, it's supply-demand; correct?
10     A.  Yes.
11     Q.  And it's a negotiation.
12     A.  Correct.
13         JUDGE CHAPPELL:  You said earlier, sir, that
14  all customers want to get the lowest price possible;
15  correct?
16         THE WITNESS:  Correct.
17         JUDGE CHAPPELL:  To the extent someone
18  considers that a truism, would you need to include if
19  the quality is at the minimum level they require?
20         THE WITNESS:  Absolutely.
21         BY MR. WILLIAMS:
22     Q.  But, Mr. Christian, you'd also agree it's not
23  just quality; correct?
24     A.  I think their purchasing decisions take into
25  account price and quality, but I think that there is a

886

1  certain level of quality that they just -- that is a
2  nonstarter, they can't fall below, and then they move
3  on to price from there.
4      Q.  And then in addition to quality and price,
5  there's also the customer service and other elements
6  that we were just discussing; correct?
7      A.  Yes.  I mean, I think these are, as you pointed
8  out, large multi-international customers and engage in
9  very complex and strategic decisions in procuring their
10  titanium dioxide.
11     Q.  Kronos doesn't take any of its customers for
12  granted, does it?
13     A.  No.
14     Q.  Have any of your customers ever expressed any
15  concerns to you that Kronos has them over a barrel?
16     A.  Have any of our -- I'm sorry.  Could you repeat
17  that.
18     Q.  Have any of your customers ever expressed to
19  you a concern that Kronos has them over a barrel on an
20  important component of their supply?
21     A.  Yes.  I mean, customers say that all the time.
22     Q.  When they say that, it's negotiations;
23  correct?
24     A.  I would -- I couldn't say because I'm -- unless
25  you gave me a specific example, but yeah, I generally

887

1  agree that there are a lot of things said in
2  negotiations that are part of just posturing for
3  negotiation purposes.
4      Q.  Kronos views the market for titanium dioxide as
5  competitive on price; correct?
6      A.  Very competitive.
7      Q.  Fiercely competitive?
8      A.  That would probably be a good choice of words.
9  Yes.
10     Q.  Let's talk about the end-use applications for
11  titanium dioxide.  Okay?
12     A.  Okay.
13     Q.  Titanium dioxide's end-use applications are
14  about 35 percent architectural coatings; correct?
15     A.  For the industry or for Kronos?
16     Q.  For the industry.
17     A.  That sounds about right.  Yes.
18     Q.  And about 22 percent industrial coatings?
19     A.  Yes.
20     Q.  25 percent paper?
21     A.  No.  I think in combination that math is
22  getting too high to -- that's not leaving enough for
23  ink and plastics, so I don't know that I can agree with
24  all that math.
25     Q.  Well, let's say it's around 10 percent ink.  Is

888

1  that fair?
2      A.  Close.  Yeah.  Maybe a little bit lower than
3  that, but that's in the ballpark, yes.
4      Q.  About 8 percent paper?
5      A.  There you go.  Yes.
6      Q.  So the point is, it's about roughly a little
7  bit more than half coatings and a little -- and a
8  little less than half everything else; fair?
9      A.  Correct.
10     Q.  Kronos produces both sulfate and chloride
11  titanium dioxide; yes?
12     A.  Yes.
13     Q.  There are some applications that can only use
14  titanium dioxide from the sulfate process; correct?
15     A.  Correct.
16     Q.  Fine paper; correct?
17     A.  I'm not sure about fine paper.
18     Q.  Let's put it to the side.
19         How about printing inks?
20     A.  No.  Printing inks can use chloride.
21     Q.  Printing inks can use chloride and sulfate?
22     A.  They can.  They prefer to use a sulfate
23  product because it's a little bit softer, but I don't
24  think there's anything that absolutely precludes them
25  from doing that, but generally speaking, they use --

9 (Pages 885 to 888)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 18 of 166
Trial - Public & In Camera
Tronox, et al.                                                                        5/25/2018

893

1  customers who would say, We can only buy CP, because of
2  the quality that they're looking for.
3      Q.  And so as a -- there are no legal restrictions
4  that you can think of.
5      A.  Correct.
6      Q.  But there are some technical, just scientific
7  research and development restrictions; right?
8      A.  Yes.
9      Q.  And those scientific or technical restrictions
10 define whether something is suitable; correct?
11     A.  Yeah.  That's more on a grade-by-grade basis
12 that's true, variances between grades of CP or SP.
13     Q.  So with architectural coatings, you'd agree
14 that both the sulfate process and the chloride process
15 are suitable for use in architectural coatings;
16 correct?
17     A.  Absolutely.
18     Q.  The sulfate process and the chloride process
19 are suitable for house paints; correct?
20     A.  Correct.
21     Q.  Sulfate process and chloride process are
22 suitable for decorative coatings?
23     A.  Yes.
24     Q.  Sulfate process and chloride process are
25 suitable for industrial coatings.

894

1      A.  Correct.
2      Q.  Sulfate process and chloride process are
3  suitable for thin film coatings.
4      A.  Yes.  I mean, the coatings -- I can probably
5  save you some time.  The coatings market can use
6  sulfate and chloride.
7      Q.  So that's true of automotive coatings;
8  correct?
9      A.  I believe so.  Yes.
10     Q.  Marine coatings; correct?
11     A.  Yes.
12     Q.  Other transportation coatings?
13     A.  Besides automotive and marine, are you
14 referring to airplanes?
15     Q.  Airplanes and bicycles.
16     A.  Airplanes may -- might be a little tricky
17 because airplanes have very high specs in terms of once
18 you get approved to be on a Boeing plane or an Airbus
19 plane, then you can't change, and to my knowledge, all
20 of those are CP grades, but -- but bicycles could use
21 sulfate or chloride.
22     Q.  Getting away from coatings, plastic for
23 packagings are suitable for the sulfate process and the
24 chloride process; right?
25     A.  Yes.

895

1      Q.  And that would include, for example,
2  polyolefins; correct?
3      A.  Yes.
4      Q.  And polyolefins are the foam and the other
5  stuff that comes in packages that you receive;
6  correct?
7      A.  Yeah.
8      Q.  It's a use for them; right?
9      A.  Yes, it is.
10     Q.  Plastics for the construction sector, sulfate
11 process and chloride process are suitable for those end
12 uses; correct?
13     A.  Kronos only has CP grades to service the
14 plastics markets.  But I know some competitors that
15 have sulfate products that are sold in the plastics
16 markets, so yes, I would say it's suitable.  But our
17 expertise from the Kronos side is that the CP grades
18 are much preferable, and we only have CP plastics
19 grades.  We don't have any SP plastics grades.
20     Q.  Right.
21         And you understand I'm not talking about
22 preferences; I'm just talking about suitability here.
23 Correct?
24     A.  Correct.
25     Q.  So you would agree with me that sulfate and

896

1  chloride are both suitable for plastics for the
2  construction sector; correct?
3      A.  In certain applications, yes.
4      Q.  Including, for example, PVC pipe; correct?
5      A.  In certain applications, yes.
6      Q.  Laminate paper, both chloride and sulfate;
7  correct?
8      A.  I would assume in certain applications, yes,
9  but our involvement in it would say that you need to
10 have a CP grade for that.
11     Q.  So you would agree with me that most end-use
12 applications can use pigments produced by either
13 process; correct?
14     A.  Correct.
15     Q.  Although there are markets that prefer
16 pigments from a specific manufacturing route; correct?
17     A.  There are markets and customers, yes.
18     Q.  There are customers within markets; correct?
19     A.  Yes.  There are both.  It's an "and," yes.
20     Q.  For example, the inks market prefers sulfate;
21 correct?
22     A.  Yes.
23     Q.  And the automotives coating market prefers
24 chloride; correct?
25     A.  Correct.

11 (Pages 893 to 896)

Tronox, et al.                                                                    5/25/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tronox, et al. 5/25/2018



22 (Pages 937 to 940)



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tronox, et al.                                                                                5/25/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 23 of 166
Trial - Public & In Camera
Tronox, et al.                                                    5/25/2018



1032

1       (The following proceedings continued in
2    public session.)
3       JUDGE CHAPPELL:  We will continue after our
4    lunch break.  Do you have public session questions?
5       MS. DESANTIS:  Yes, I do.  It is short, Your
6    Honor, but I do have some questions for the public
7    session.
8       JUDGE CHAPPELL:  How short?
9       MS. DESANTIS:  I would estimate five to ten
10   minutes, at most.
11      JUDGE CHAPPELL:  No, we will do it after lunch.
12      Officer Page, let the public know that we're
13   breaking for lunch and we'll go into public session
14   afterward.
15      BAILIFF:  Yes, sir.
16      JUDGE CHAPPELL:  We will reconvene at 2:35.
17   We're in recess.
18      (Whereupon, at 1:35 p.m., a lunch recess was
19   taken.)
20
21
22
23
24
25

45 (Pages 1029 to 1032)

# In the Matter of:

# Tronox, et al.

*May 30, 2018*
*Trial - Public & In Camera*
*Vol. 5*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555



8 (Pages 1163 to 1166)

Tronox, et al.                                                                  5/30/2018



1205

1  A. Yes.
2  **Q. What does "total value proposition" mean in the**
3  **context of Tronox' business practices?**
4  A. What it means is basically, you know, we --
5  you know, price is just one facet that we sell on.
6  What we want is a partnership with our customers for a
7  long time.
8  So as we talked about earlier, part of my job
9  is obviously getting a budget for sales and volume, but
10  it's also about enhancing our business relationships.
11  We've done business with most of our customers for
12  decades, and there's a reason for that.
13  So the total value proposition basically means
14  the consistency of the product, the quality of the
15  product. Obviously, price factors in there, terms, the
16  technical collaboration, do they need help formulating
17  or any formulation with products in their portfolio,
18  any help with our TiO2.
19  So it's basically a total package is what
20  we're looking at when we talk about a value
21  proposition.
22  **Q. So is price that is offered by Tronox the only**
23  **factor that Tronox customers consider when determining**
24  **whether or not to do business with Tronox?**
25  A. No.

1204

1  (The following proceedings continued in
2  public session.)
3  JUDGE CHAPPELL: We'll wait for the public to
4  enter the courtroom.
5  Do you have an estimate of how much time you
6  need for your public session?
7  MS. DeSANTIS: Yes, Your Honor. I would
8  estimate approximately 30 minutes, max 40 minutes in
9  public session.
10  JUDGE CHAPPELL: And for your in camera?
11  MS. DeSANTIS: Probably about the same for
12  in camera.
13  JUDGE CHAPPELL: All right. Thank you.
14  (Pause in the proceedings.)
15  MS. DeSANTIS: Your Honor, are you ready for me
16  to proceed?
17  JUDGE CHAPPELL: Yes. Go ahead.
18  - - - - -
19  CROSS-EXAMINATION
20  BY MS. DeSANTIS:
21  **Q. Mr. Mouland, last week, Mr. Arrowood from**
22  **Deceuninck was here testifying before the court, and in**
23  **speaking about Tronox' business practices, he mentioned**
24  **the term "total value proposition."**
25  **Is this a term that you're familiar with?**

1206

1  **Q. Do they continue -- do they consider the total**
2  **value proposition?**
3  A. Absolutely.
4  **Q. So under questioning from complaint counsel,**
5  **there was some discussion about Tronox' competitors.**
6  **How would you describe competition in the**
7  **TiO2 market, Mr. Mouland?**
8  A. Fierce. I mean, it's never dull. If it did or
9  if it wasn't much competition, I wouldn't be employed,
10  so you've got good competitors out there with good
11  grades that are fighting for business all the time in
12  every region and part of the world.
13  **Q. Who are Tronox' competitors?**
14  A. Our competitors, I mean, if you include now the
15  fact that Lomon Billions has got a lot larger, six main
16  competitors at this point. But when you're just
17  looking at, should we say, the larger people, so you
18  have Chemours, which is the 800-pound gorilla. Then
19  you have obviously Cristal. We have Venator, who have
20  grown exponentially with their acquisitions over the
21  years. You have Kronos. You have Lomon Billions. And
22  those are the main, what I would call the main
23  competitors before you go into the regionals.
24  **Q. All right. Now, you mentioned Chemours as the**
25  **800-pound gorilla.**

18 (Pages 1203 to 1206)

Tronox, et al.                                                                              5/30/2018

1207

1     Is Chemours the largest competitor for Tronox?
2        A. As it stands today, yes, by a long way,
3     basically three times bigger than we are.
4        Q. Has Chemours been known by any other name?
5        A. Yes. It's formerly DuPont before DuPont spun
6     off that business.
7        Q. Do you know where Chemours is based?
8        A. Wilmington I would imagine or thereabouts.
9        Q. Is there anything that differentiates Chemours
10    from Tronox' other competitors in the industry?
11       A. Yeah. I mean, apart from their sheer size, I
12    mean, the efficiency, their proprietary technology and
13    the fact that they have very low cost of production.
14       Q. Where does Tronox compete with Chemours?
15       A. Everywhere. I mean, when you say "where," I
16    mean, I've -- globally, every region of the world.
17       Q. What type of process does Chemours use to
18    manufacture its titanium dioxide?
19       A. Chloride.
20       Q. You mentioned Venator as a competitor.
21       Is Venator known by any other name?
22       A. Yes. It was previously Huntsman. And it's
23    become a pretty large organization by virtue of all the
24    acquisitions that have taken place over the years.
25       Q. Can you describe Venator's position as a

1208

1     competitor in the TiO2 industry?
2        A. Describe their position, I mean, I see them as
3     a bit of a maverick and sometimes don't understand what
4     they do. If there's a deal out there to be had,
5     generally, Huntsman or Venator's name comes up at
6     times. I wouldn't say that's all the time but a lot of
7     the times.
8        Q. Where does Tronox compete with Venator?
9        A. Everywhere globally, same answer as for
10    Chemours.
11       Q. Do you know where Venator's TiO2 plants are
12    located?
13       A. I could probably try and remember that.
14       Q. Are they located only in the United States or
15    are they also located outside of the United States?
16       A. Outside of the United States primarily.
17       Q. What type of process does Venator use to
18    manufacture its TiO2?
19       A. A combination, sulfate and chloride.
20       Q. You mentioned Kronos as another competitor.
21       Where does Kronos compete with Tronox?
22       A. Everywhere globally.
23       Q. What types of process does Kronos use to
24    manufacture its titanium dioxide?
25       A. Both chloride and sulfate.

1209

1        Q. Is Cristal also a competitor of Tronox?
2        A. Yes.
3        Q. Can you describe Cristal's position in the
4     TiO2 market.
5        A. Large, not as big as Chemours, but, I mean,
6     they've got chloride and sulfate.
7        Q. Where does Tronox compete with Cristal?
8        A. Globally everywhere.
9        Q. And what type of process does Cristal use to
10    manufacture its TiO2?
11       A. Chloride and sulfate.
12       Q. Now, you mentioned Lomon Billions
13    specifically.
14       Can you tell us what the reputation of
15    Lomon Billions is in the market.
16       A. Reputation, I'd say growing. I mean, they're
17    becoming a force to be reckoned with after the merger
18    between those two companies a couple of years ago.
19    They're getting much bigger, and given recent comments
20    they've made, public comments, I would say they're
21    looking to become number one.
22       Q. Where does Tronox compete with Lomon Billions?
23       A. Everywhere globally.
24       Q. Are there other Chinese producers of
25    titanium dioxide with which Tronox competes?

1210

1        A. Yes.
2        Q. And where does Tronox compete with these other
3     producers from China of titanium dioxide?
4        A. It depends where they sell. Some of it can be
5     more in APAC, but I would say they're branching out, so
6     it's becoming more global now.
7        Q. So aside from some of these larger competitors
8     that you have mentioned, including Chemours, Lomon,
9     Kronos, are there other companies in the TiO2 industry,
10    even if smaller in size, against which Tronox
11    competes?
12       A. Yes.
13       Q. And where are they located?
14       A. It depends. I mean, there's several.
15       I mean, you've got the Eastern Europeans, so I
16    mean, Czechoslovakia, Poland, Ukraine, Crimea.
17       You have India with Kerala Minerals, KMML as
18    they're commonly known.
19       You have Ishihara in Japan. They're actually
20    quite a good size and north of 200 kilotons a year.
21       So all of these companies we compete with on a
22    daily basis around the globe.
23       Q. All right.
24       So, Mr. Mouland, on direct examination by
25    complaint counsel, you were asked about some customers

19 (Pages 1207 to 1210)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 28 of 166
Trial - Public & In Camera
Tronox, et al.                                                          5/30/2018

1223

1 will increase or decrease after the transaction?
2       MR. VOTE:  Objection.  Calls for speculation.
3       I think he testified that it may or may not go
4 up.
5       JUDGE CHAPPELL:  As phrased, "do you know"
6 clearly does not call for speculation.  Overruled.
7       BY MS. DeSANTIS:
8       Q.  Mr. Mouland, would you like me to reread the
9 question?
10      A.  Yes, please.
11      JUDGE CHAPPELL:  Why don't we let her repeat
12 the question since that question has been objected to
13 and cleared.
14      MS. DeSANTIS:  Absolutely, Your Honor.
15      (The record was read as follows:)
16      "QUESTION:  Again, based on your experience at
17 Tronox and your experience in establishing prices with
18 customers in the industry, do you know whether pricing
19 for PPG will increase or decrease after the
20 transaction?"
21      THE WITNESS:  Yes.
22      JUDGE CHAPPELL:  The pending question requires
23 a yes or no answer, sir.
24      THE WITNESS:  Yes.
25      BY MS. DeSANTIS:

1224

1       Q.  And what do you know, based on your knowledge
2 and experience, as to what will happen or what is
3 likely to happen with pricing for PPG posttransaction?
4       A.  Do you mean for the longer term or --
5       Q.  Yes.
6       A.  I mean, the whole thing about this transaction
7 is to give us the efficiencies that we need to become a
8 low-cost rutile producer.  We're not there currently.
9 We've got to move the needle, so I would think over
10 time pricing is going to come down because we'll bring
11 much more product to the marketplace, which is what
12 we've always wanted to do here.  We don't have enough.
13      Q.  I have one more topic that I'd like to cover
14 with you, Mr. Mouland, before we go in camera, and it
15 concerns use of chloride and sulfate in customers'
16 products.
17      Do you know whether PPG uses chloride, sulfate
18 or some combination of the two kinds of TiO2 in its
19 products?
20      A.  Some combination.
21      Q.  Do you know whether Sherwin-Williams uses
22 chloride or sulfate or some combination of the two in
23 its products?
24      A.  Some combination.
25      Q.  Based on your knowledge, are customers of

1225

1 TiO2 switching between chloride and sulfate product?
2       A.  They can do.
3       Q.  When prices for chloride TiO2 increase relative
4 to the prices for sulfate TiO2, do some customers
5 switch between chloride and sulfate?
6       A.  Yes.
7       Q.  Do you know what customers have to do in order
8 to be able to switch between chloride and sulfate
9 product?
10      A.  As a generalist statement, yes.
11      Q.  And what is your understanding of what they
12 have to do?
13      A.  They'll look at it in formulas.  Depending on
14 what formulas or applications they have, they'll
15 reformulate to make sure it meets the requirements.
16      Q.  Do customers have to go, based on your
17 knowledge, to a greater effort to reformulate when
18 switching from chloride to sulfate than when switching
19 from chloride to chloride grade?
20      A.  I would say it's the same.  It's resources, and
21 it depends on what resources that company has available
22 to them.
23      Q.  In your work, Mr. Mouland, do you pay close
24 attention as to whether a customer is using chloride or
25 sulfate in a product?

1226

1       A.  Not particularly, no.
2       Q.  Why not?
3       A.  Because I'm looking at it from a much higher
4 level, I mean, responsible for all the Americas, so it
5 doesn't really matter.  It's -- it's a competitive
6 issue, so whether they're buying chloride or sulfate
7 doesn't make any difference.  It's the TiO2 we're
8 selling.
9       Q.  Do chloride and sulfate products compete, based
10 on your knowledge in the industry and what you are
11 seeing with your customers?
12      A.  Yes.
13      MS. DeSANTIS:  All right.  Your Honor, I have
14 no more questions for the public session and will need
15 to ask to go into in camera.
16      JUDGE CHAPPELL:  All right.  At this time we'll
17 go into in camera session.  I'll need to ask the public
18 to vacate the courtroom.
19      (Pause in the proceedings.)
20      We're going to take our morning break at this
21 time, before we're in the in camera session.
22      We'll reconvene at 12:00 noon.
23      We're in recess.
24      (Recess)
25      JUDGE CHAPPELL:  Back on the record.

23 (Pages 1223 to 1226)

Tronox, et al.                                                                    5/30/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555



28 (Pages 1243 to 1246)

Tronox, et al.                                                          5/30/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 32 of 166
Trial - Public & In Camera
Tronox, et al.                                                              5/30/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555



# In the Matter of:

## Tronox, et al.

*May 31, 2018*
*Public & In Camera*
*Vol. 6*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Public & In Camera

Tronox, et al.                                                                5/31/2018

1375

1   A. Thank you.
2   Q. While you are reviewing, I'll just read the --
3   Edlain Rodriguez' question on page 9, on the previous
4   page, just for the record.
5   A. Thank you.
6   Q. So on page 9, the question was, from
7   Edlain Rodriguez of UBS, "Just a quick question for
8   you. You have a 15 percent dividend yield in the stock
9   and which I don't think is really sustainable. Like,
10  what do you think will have to happen to return to that
11  level to more normal level? Essentially, what are
12  investors missing, or what are they concerned about do
13  you think?"
14      Do you see that question?
15  A. I do.
16  Q. So that was the question from analyst of UBS;
17  correct?
18  A. Correct.
19  Q. And Mr. Tom Casey answered at the bottom of --
20  beginning to answer at the bottom of page 9; correct?
21  A. Correct.
22  Q. And he continued; correct, on page 10?
23  A. Yes. Thank you.
24      MR. LEE: Your Honor, is it okay for me to go
25  back to where I was and then repeat the question?

1376

1      JUDGE CHAPPELL: Yes.
2      BY MR. LEE:
3   Q. So in the middle of page 10, do you see a
4   paragraph that begins with "So, we think we are
5   doing"?
6   A. Yes, I do.
7   Q. In the fourth sentence of the paragraph,
8   Mr. Casey stated, "And the" -- sorry. Strike that --
9   "And then the question is, when will they turn?"
10      Do you see that?
11  A. I do.
12  Q. And my question is, in this sentence, "they"
13  refers to prices; correct?
14  A. It appears to be. Yes.
15  Q. And in the next sentence, Mr. Casey stated, "We
16  are addressing that by managing our production so that
17  inventories get reduced to normal or below normal
18  levels. And when that happens, prices will rise";
19  correct?
20  A. I see that statement. Yes.
21  Q. And these are accurate statements of
22  Mr. Tom Casey on behalf of Tronox Limited at the time;
23  correct?
24      MR. WILLIAMS: Objection, Your Honor. The
25  question is vague, whether he's asking whether the

1377

1   statements are accurate, that is, factually true, or
2   whether it's accurate that Mr. Casey said that.
3      JUDGE CHAPPELL: It is unclear what you're
4   referring to.
5      MR. LEE: I'll rephrase, Your Honor.
6      JUDGE CHAPPELL: Sustained.
7      BY MR. LEE:
8   Q. So let me try again --
9      JUDGE CHAPPELL: It's similar to what I said
10  earlier when in the document Mr. Casey was saying "I
11  thought," so you need to be clear exactly what you're
12  asking, because your question can be interpreted like
13  right, that's what it says on the document, or right,
14  that's what he said. Whether that is a true statement,
15  that's a different question.
16      MR. LEE: Thank you, Your Honor. I'll rephrase
17  my question.
18      BY MR. LEE:
19  Q. So my first question is -- I don't want to
20  reread the sentence, but I read the last sentence of
21  this paragraph we just were discussing, and then
22  Mr. Casey stated this during the November 2015 Tronox
23  earnings call; correct?
24  A. Correct.
25  Q. And according to Mr. Casey, Tronox were

1378

1   addressing the question when the prices will turn by
2   managing Tronox' production so that inventories get
3   reduced to normal or below normal levels, and when that
4   happens, prices will rise. You agree with that
5   statement; correct?
6   A. I agree that Mr. -- it appears that Mr. Casey
7   made that statement. I do not agree with the
8   statement itself. I do not agree with Tom in that
9   case.
10      As I said earlier, there are times when prices
11  rise and there are numerous times where prices don't
12  rise after a balancing of supply and demand, including
13  the prior year, 2014.
14  Q. But, sir, you have no reason to believe
15  Mr. Casey was making inaccurate --
16      JUDGE CHAPPELL: Hold on a second. Maybe it
17  would help move this along. The witness just used the
18  word "demand." Have you considered that your
19  questions are assuming that demand remains steady?
20  Because there's more than one variable in this
21  equation.
22      You can reduce or increase output all you want,
23  but if there's no demand or it drops off, that's not
24  going to have the same effect on pricing.
25      MR. LEE: Thank you, Your Honor. But --

8 (Pages 1375 to 1378)

Tronox, et al.                                                           5/31/2018

---

1379

1    JUDGE CHAPPELL:  What I'm saying is, you seem
2  to be posing somewhat of a hypothetical with missing
3  information.
4    MR. LEE:  Yeah.  But that --
5    JUDGE CHAPPELL:  Again, if all you want to know
6  is did Mr. Casey say that, that's fine, that's what
7  you're doing, go ahead.  I'm trying to make sure that
8  the record is clear and that any answers we have based
9  on questions are usable in the case.
10    MR. LEE:  Thank you, Your Honor.  I can move on
11  to the next topic.
12    BY MR. LEE:
13    Q.  And Mr. Arndt, when you are interacting with
14  the investment community, you sometimes receive
15  research reports written by the Wall Street analysts;
16  correct?
17    A.  I do, yes.
18    Q.  And those reports cover Tronox or
19  TiO2 industry; correct?
20    A.  Correct.
21    Q.  And sometimes Mr. Casey forwarded to you such
22  reports for your reading; correct?
23    A.  Yes, correct.
24    Q.  And Mr. Arndt, in your role, you know
25  Mr. Bob Koort, K-O-O-R-T; correct?

---

1380

1    A.  I know Bob, yes.
2    Q.  And Mr. Bob Koort is an analyst at
3  Goldman Sachs who covers the TiO2 industry; correct?
4    A.  Correct.
5    Q.  And you worked with him when you were trying to
6  get coverage of Tronox -- and you worked with Mr. Koort
7  when you were trying to get coverage of Tronox equity
8  side by Goldman Sachs research?
9    A.  Bob Koort and Goldman Sachs do not cover
10  Tronox.  I've met with Bob a couple times to discuss
11  the potential, but nothing more.
12    MR. LEE:  May I approach, Your Honor?
13    JUDGE CHAPPELL:  Go ahead.
14    BY MR. LEE:
15    Q.  Mr. Arndt, I have just handed you what is
16  already in evidence as PX 1641, and PX 1641 is not an
17  in camera exhibit.
18    Do you have PX 1641 in front of you,
19  Mr. Arndt?
20    A.  Yes.
21    Q.  Do you recognize PX 1641 as an e-mail from
22  Mr. Casey to you?
23    A.  It appears to be.  Yes.
24    Q.  And the date of Mr. Casey's e-mail at the top
25  was October 18, 2016; correct?

---

1381

1    A.  Correct.
2    Q.  And the subject line says "Fwd: GS Research:
3  TiO2 conference takeaway - upcycle set for multiyear
4  run."
5    Do you see that?
6    A.  I do.
7    Q.  And here, Mr. Casey was forwarding a research
8  report he received from Mr. Koort; correct?
9    A.  Yes.
10    Q.  And when forwarding the report from Mr. Koort
11  to you, Mr. Casey wrote, "This is a very good note -
12  data based and comprehensive."
13    Do you see that?
14    A.  I do.
15    Q.  And the title of the Goldman Sachs research
16  report is "TiO2 conference takeaway."
17    Do you see that?
18    A.  I do.
19    Q.  And it mentions, on the body of the report,
20  first paragraph, "TiO2 World Summit."
21    Do you see that?
22    A.  I'm sorry.  Specifically where again?
23  Apologies.
24    Q.  So it's in the -- it's on your screen actually
25  highlighted on the first --

---

1382

1    A.  Oh, yes.  I'm sorry.  Thank you.
2    Q.  And the TiO2 World Summit is a TiO2 industry
3  conference; correct?
4    A.  To my knowledge, yes.
5    Q.  And right below, under a boldfaced heading,
6  "Supply side strongly positioned to support an upcycle,
7  After years of margin erosion, capacity has been
8  curtailed by both western (CC, HUN, TROX) and Chinese
9  producers, which we believe has tightened operating
10  conditions and provided the necessary support for the
11  recent price increases."
12    Do you see that?
13    A.  I do.
14    MR. WILLIAMS:  Objection, Your Honor.  Right
15  now, he's just asking him to read the document, but
16  this appears to be hearsay within hearsay about an
17  analyst report on a conference.
18    JUDGE CHAPPELL:  Is the document in evidence?
19    MR. WILLIAMS:  It is, Your Honor.
20    JUDGE CHAPPELL:  Right now, the question is:
21  "Do you see that?"  That's allowed.  Overruled.
22    BY MR. LEE:
23    Q.  And in the parentheses, CC is the ticker symbol
24  for Chemours; correct?
25    A.  Yes.  CC is Chemours.

---

9 (Pages 1379 to 1382)

# In the Matter of:

## Tronox, et al.

*June 1, 2018*
*Trial - Public & In Camera*
*Vol. 7*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 38 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/1/2018

1747

1    And what else is going to happen, you're going
2  to go through your examination -- I doubt if you are
3  going to finish today.  Do you agree with me?
4         MR. NATHAN:  I think it's possible, Your Honor,
5  we could finish in an hour and a half to two hours.
6         JUDGE CHAPPELL:  If you have any time remaining
7  Wednesday, you're going to go back into public session,
8  and you're going to ask all of these questions that are
9  in the in camera portion that are obviously public
10  information.  People have a right to know these things.
11        MR. NATHAN:  Yes, Your Honor.
12        JUDGE CHAPPELL:  I want you working right now
13  -- because we've got more experts coming.  I don't want
14  to see any more of this in camera session and
15  requesting public information.  Yeah, there are things
16  that are in camera, but you can go through the expert
17  reports, you can go through your notes, when you're
18  questioning a witness -- I know it might take a little
19  effort -- but you are going to do it.
20        Any questions?
21        MR. WILLIAMS:  None from Respondents, Your
22  Honor.
23        MR. VOTE:  No, Your Honor.
24        JUDGE CHAPPELL:  And, in fact, you can go
25  through your list as you're going today and when you

1748

1  see something that doesn't need to be in camera, then
2  you put a circle around it.  Unfortunately, based on
3  what I was told, the public was informed that we're not
4  going to have another public session today.  So at what
5  point you're finished with your in camera portion, I am
6  going to have to take a long look and see what time it
7  is and decide whether we recess at that point so that
8  this can be open to the public on Wednesday.
9         Now, do you, Mr. Williams, Mr. Vote, do you
10  have a means to contact the lady this morning who said
11  she represents investors?
12        MR. VOTE:  Yes, Your Honor.  I have her
13  business card.
14        JUDGE CHAPPELL:  What she needs to know, if she
15  doesn't, is that when we continue Wednesday at 9:45, it
16  will be a public session, and I want her to know that.
17  We are not going to start with an in camera session
18  Wednesday.  You need to work on it, because when we
19  start Wednesday, it's going to be a public session.  So
20  somebody let her know that.
21        MR. WILLIAMS:  Understood, Your Honor.  I will
22  send her an email, and I will copy Mr. Vote on the
23  email.
24        JUDGE CHAPPELL:  All right, thank you.
25        Do you need a few moments to look over your

1749

1  notes?
2         MR. NATHAN:  So just to clarify, Your Honor,
3  you'd prefer that stuff -- material that is not in
4  camera not be discussed here except for background
5  purposes?
6         JUDGE CHAPPELL:  Let's not call it my
7  preference.  Let's call it the law, because that's what
8  it is.  In camera is for in camera information only,
9  and just because the expert report is in camera, I
10  would estimate 33 percent of the information in there
11  is not.
12        MR. VOTE:  May I be heard for just one moment
13  Your Honor?
14        JUDGE CHAPPELL:  Yes.
15        MR. VOTE:  I just want to make absolutely
16  abundantly clear to Your Honor that Complaint Counsel
17  would be and has been all along more than happy to have
18  the very large portion of this material be public, and,
19  you know, it was -- it was Respondents' request for the
20  entirety of the reports to be treated in camera.  We've
21  never made any request for any of the reports to be
22  treated in camera, Your Honor, and I completely
23  understand your concerns.
24        JUDGE CHAPPELL:  This is not about blame or
25  pointing fingers.  This is about fixing this, and going

1750

1  forward, I expect it to be fixed.  If I need to go back
2  and reissue an order and have those expert reports
3  redacted, I'll do that.
4         But what matters is the questions you ask in
5  here, regardless of the expert reports' status, if it's
6  public information, it doesn't need to be covered in an
7  in camera session.
8         Understood?
9         MR. VOTE:  Yes, Your Honor.
10        MR. NATHAN:  Your Honor, if you will indulge
11  me, one possible solution would be to essentially go
12  back over the transcript this weekend, and we could
13  then potentially work with Respondents and try to, you
14  know, make sure that only material that needs to be
15  redacted of what's already been covered is actually
16  redacted, and we could go ahead and make that
17  available, rather than potentially repeating the same
18  materials on Wednesday.  But I'll leave that to Your
19  Honor's discretion, obviously.
20        THE COURT:  Off the record.
21        (Discussion off the record.)
22        MR. NATHAN:  Your Honor, I believe the parties
23  can work together and figure out exactly what needs to
24  be designated as in camera and what doesn't, if it
25  would be helpful for your part or the court reporter's

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 39 of 166
Trial - Public & In Camera
Tronox, et al.                                                      6/1/2018

1751

1    part.
2         THE REPORTER: It will take some time to get it
3    done.
4         JUDGE CHAPPELL: That doesn't help the public.
5         MR. NATHAN: Okay, Your Honor.
6         JUDGE CHAPPELL: I am going to need you over
7    the break to go over your direct exam, and I am going
8    to need you to repeat part of your direct exam on the
9    public record. Is that a problem?
10        MR. NATHAN: No, Your Honor.
11        JUDGE CHAPPELL: That's what we're going to do,
12   and we're all going to learn from this. Go ahead.
13        MR. NATHAN: Yes, Your Honor. Thank you, Your
14   Honor.
15        BY MR. NATHAN:
16        Q. Dr. Hill, before the lunch break, we were
17   talking about Dr. Shehadeh's criticism of your
18   calculation of market shares. Do you recall that.
19        A. Yes.
20        JUDGE CHAPPELL: We are not in camera session
21   now. Do we need to be now?
22        Why don't you take a couple minutes, have a
23   seat, flip through your notes, get a highlighter,
24   figure out what needs to be in camera.
25        MR. NATHAN: Yes, Your Honor. Thank you. I

1752

1    apologize.
2         MR. WILLIAMS: Your Honor, if it would assist
3    Complaint Counsel, so long as there's not a reference
4    to TZMI data that is proprietary pricing data or
5    contracts or prices of Tronox or Cristal, we are not --
6    I don't know what questions he's going to ask, but, for
7    example, a -- you know, what his calculation is for his
8    product loss model, that's not something that we're
9    concerned about in terms of in camera.
10        It's our pricing information and our internal
11   business information, and I haven't seen -- I'm not
12   sure that I've seen any of that presented in this
13   examination, so --
14        JUDGE CHAPPELL: All right. With your
15   permission, Mr. Williams, your side of the table, your
16   side of the room needs to be especially vigilant. If
17   you hear a question that you think is going to require
18   in camera information and we're in public session,
19   speak up.
20        MR. WILLIAMS: The one accommodation I'd ask,
21   Your Honor, is because Ms. DeSantis is paying attention
22   to the substance, if you wouldn't mind my objecting and
23   asking to go in camera.
24        JUDGE CHAPPELL: Do you agree?
25        MR. NATHAN: That's fine.

1753

1         JUDGE CHAPPELL: So we are in public session.
2         BY MR. NATHAN:
3         Q. Dr. Hill, as I was stating earlier, before the
4    lunch break, we were talking about Dr. Shehadeh's
5    criticism of your calculation of market shares. Do you
6    recall that?
7         A. I do.
8         Q. What was his criticism of your market shares?
9         A. He believes that they should include imports
10   and -- well -- that they should be based on something
11   other than sales in the North American market.
12        Q. And how does he attempt to justify that
13   conclusion?
14        A. He refers to the Merger Guidelines and to
15   language in the Guidelines about rapid entry and
16   points, in particular, to Example 18 in the Guidelines.
17        Q. But you don't think that that example justifies
18   inclusion of what Dr. Shehadeh believes should be in
19   those market shares, correct?
20        A. I do not.
21        Q. And why don't you include those shares?
22        A. Excuse me?
23        Q. Why don't you include those additional elements
24   that Dr. Shehadeh believes should be in your report or
25   in the market shares?

1754

1         A. Example 18 makes clear that the standard way
2    for calculating market shares in a geographic market
3    based on the location of customers is the sales in the
4    relevant market, and the rapid entrant standard is not
5    met by any of the possible entrants that Dr. Shehadeh
6    cites.
7         Q. Shifting gears a bit, how does Dr. Shehadeh
8    define the relevant product market here?
9         A. He defines the relevant product market as
10   rutile titanium dioxide.
11        Q. Did you assess whether the rutile titanium
12   dioxide or, rather, whether rutile titanium dioxide is
13   a relevant product market within the parameters laid
14   out by the Court in the Merger Guidelines?
15        A. I did.
16        Q. And did you find that it was one?
17        A. In North America, rutile titanium dioxide is
18   also a relevant product market, if -- if a hypothetical
19   monopolist would find it profit-maximizing to increase
20   the price by a small amount.
21        Q. Did you assess market concentration in a rutile
22   market in North America?
23        A. Yes, I did, and the -- yes, I did.
24        Q. And, Dr. Hill, is there a figure in your report
25   that lays out those calculations?

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 40 of 166
Trial - Public & In Camera
Tronox, et al.                                                              6/1/2018

1755

1    A. There is. I believe it is Figure 42 in my
2  initial report.
3    Q. Simone, could you please pull up Figure 42,
4  which is PX 5000 at 133.
5    Dr. Hill, what does Figure 42 show regarding
6  market shares?
7    A. So Figure 42 shows North American rutile
8  titanium dioxide market shares, so it has -- at the top
9  you will see market shares for Tronox and Cristal, 19
10 and 15 percent, respectively. So the merged firm would
11 have on the order of 34 percent of the market.
12   Chemours would have about 31 percent. Kronos
13 and Venator would have 15 and roughly 12 percent,
14 respectively. And then other producers would have 7 to
15 8 percent market share.
16   Q. Based on those market shares, what was the HHI
17 in the market for the sale of rutile titanium dioxide
18 in North America prior to the merger?
19   A. Absent the merger, the HHI in the market would
20 be 1943.
21   Q. And what would be the HHI in the market for the
22 sale of chloride titanium dioxide to North American
23 customers after the merger?
24   A. It would be 2528.
25   Q. And what would be the change to the HHI in that

1756

1  case?
2    A. So the increase in the HHI as a result -- were
3  the merger to occur would be 585 points.
4    Q. And under the Guidelines -- under the
5  Horizontal Merger Guidelines, what are the implications
6  of those HHI numbers in a market for the sale of rutile
7  titanium dioxide to North American customers?
8    A. So as I discussed earlier under the Guidelines,
9  if a transaction increases the HHI by more than 200
10 points and results in an HHI above 2500, then the
11 Guidelines presume that the transaction will create or
12 enhance market power.
13   So in this case it means that the Guidelines
14 would say that this transaction of the rutile titanium
15 dioxide market in North America would be presumed to
16 create or enhance market power.
17   Q. Okay, Dr. Hill. Let's shift gears a bit.
18   JUDGE CHAPPELL: Hold on a second. I've been
19 pondering the best solution for the testimony we've
20 already heard today. Do you have ways to get in touch
21 with the lady who spoke up earlier?
22   MR. VOTE: (Indicating yes.)
23   JUDGE CHAPPELL: I think in this case she has a
24 right to know what testimony she should have heard
25 today. She left because I closed the session. One way

1757

1  for her to get that information is, like you suggested,
2  Mr. Nathan, is the parties look at the transcript,
3  redesignate public what could be public.
4    This is public, she's not hearing this, because
5  based on what I heard, I told her we weren't going back
6  into public session. She has a right to hear this. So
7  in this instance, that corrected transcript made
8  public, and all the public session for the remainder of
9  today, that part of the transcript will be provided to
10 this lady somehow, some way.
11   Is that a problem?
12   MR. VOTE: No, Your Honor.
13   MR. WILLIAMS: No, Your Honor.
14   JUDGE CHAPPELL: All right. That way, you
15 don't need to redo anything, and I think this will make
16 more sense, and it will read better to do it this way.
17 So the parties need to figure out what should be
18 redesignated public from prior to today, then let the
19 court reporter know. You tell her this is now public.
20 I will get involved if you have a question about
21 anything, but I believe you can figure it out among
22 yourselves.
23   MR. VOTE: Yes, Your Honor.
24   MR. WILLIAMS: Yes, Your Honor.
25   JUDGE CHAPPELL: All right, thank you.

1758

1    BY MR. NATHAN:
2    Q. Dr. Hill, again, switching gears, now that
3  you've explained how you define the market as the sale
4  of chloride titanium dioxide to customers in North
5  America and examined the market concentration in that
6  market, let's turn to your opinion of the merger's
7  likely competitive effects in that market.
8    How do the Merger Guidelines approach
9  competitive effects?
10   A. So the Merger Guidelines consider two types of
11 competitive effect. The first is what's known as a
12 unilateral competitive effect. This is when a
13 transaction removes the competition between the merging
14 firms, and the loss of competition is significant
15 enough that there will be harm to consumers.
16   The second possibility of the Merger Guidelines
17 is coordinated effects. This is the case when a merger
18 will increase the likelihood of coordination between
19 the firms in the industry and the merged firm, and that
20 that coordination will harm consumers.
21   Q. And at a high level, Dr. Hill, what are your
22 conclusions regarding the likely competitive effects of
23 the proposed merger between Tronox and Cristal?
24   A. I think that the merger is likely to have a
25 unilateral anticompetitive effect and likely to have a

41 (Pages 1755 to 1758)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 41 of 166
Trial - Public & In Camera
Tronox, et al.                                                        6/1/2018

1759

1  coordinated anticompetitive effect.
2      Q. And in what geographic region?
3      A. The effect would be in the market for the sale
4  of chloride titanium dioxide in North America.
5      Q. To North American customers?
6      A. Yes. My -- the market we are talking about is
7  the sale of chloride titanium dioxide to customers in
8  North America.
9      Q. All right. Let's go ahead and begin with
10  unilateral effects. Dr. Hill, did you analyze whether
11  the merger is likely to result in unilateral
12  anticompetitive effects?
13      A. Yes, I did.
14      Q. Dr. Hill, how did you approach analyzing
15  unilateral competitive effects in this case?
16      A. So I reviewed qualitative and quantitative
17  information, and then I used two separate economic
18  models to analyze a likely competitive effect.
19      Q. Dr. Hill, what were those two models?
20      A. The two models I used were, first, the capacity
21  closure model; and second, the Cournot model.
22      Q. Why did you use those frameworks?
23      A. Both models are appropriate for measuring the
24  effect of -- the competitive -- likely competitive
25  effect in homogenous goods markets, particularly

1760

1  markets with high fixed costs.
2      Q. And what are your conclusions regarding the
3  likely unilateral competitive effects of the merger on
4  North American chloride titanium dioxide customers?
5      A. The merger is likely to lead to higher prices
6  for chloride titanium dioxide to customers in North
7  America.
8      Q. And at a high level, why would it result in
9  that harm?
10      A. The merger is likely to lead to increased
11  incentive for the merged firm to withhold output, and
12  that withholding of output will lead to a higher market
13  price.
14      Q. And, Dr. Hill, what sources of information did
15  you examine to reach this conclusion?
16      A. I examined both qualitative and quantitative
17  information.
18      Q. By qualitative information, can you please
19  explain further what you meant?
20      A. By qualitative information, I mean statements
21  by -- statements, testimony, and documents from the
22  merging parties and from third parties.
23      Q. Before we get to your analysis of the chloride
24  titanium dioxide producers' decisions, why might any
25  firm ever choose to withhold supply from the market?

1761

1      A. So when a firm considers whether to withhold
2  output from a market, it considers both the benefits
3  and the costs, so what I'll refer to as the good news
4  and the bad news.
5      The bad news of withholding some output is that
6  the firm will lose the margin it would have made on
7  those sales. The good news is that withholding output
8  can lead to the market price to increase, and the firm
9  will earn higher profits on the output that it
10  continues to sell.
11      So a firm balances the good news and the bad
12  news, and if the benefits of withholding exceed the
13  costs, then a profit-maximizing firm will withhold
14  output.
15      And there's a figure in my initial report that
16  illustrates this dynamic. I'm not 100 percent certain
17  of the number, but I think it might be Figure 26.
18      Q. Yes. Simone, could you please pull up Figure
19  26 from Dr. Hill's initial report, page 071.
20      Dr. Hill, is this the figure that you had in
21  mind?
22      A. It is.
23      Q. And, Dr. Hill, can you explain how this figure
24  depicts the effects of withholding output?
25      A. Sure. The goal of this figure is to give an

1762

1  intuition for why withholding output may lead to a
2  higher market price. So the thing to focus on
3  initially are two things.
4      First, the demand curve is the light blue line
5  sloping down from the upper left to the lower right.
6  It shows that the higher the price, the less quantity
7  demand.
8      The solid bars indicate the supply curve. Each
9  individual bar represents a plant that can produce
10  output at a certain cost. Initially, the balance
11  between supply and demand is at that intersection.
12  This is marked on the graph as price and output. So if
13  plants are withholding, this is the price, this is the
14  output.
15      Then the graph contemplates what might happen
16  if one of the plants was withheld from the market. So
17  this plant is marked "withheld output." When that
18  plant is withheld, the supply curve shifts to the left
19  and is now represented by hollow bars, and you can see
20  that the new intersection between supply and demand
21  results in a higher price, and the intuition for why is
22  the withheld output is low-cost capacity.
23      When it's taken out of the market, it's
24  replaced by a more expensive plant, and for that plant
25  to be able to sell its output profitably, the market

42 (Pages 1759 to 1762)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 42 of 166
Trial - Public & In Camera
Tronox, et al.                                                      6/1/2018

1771

1     **Q. Has the model been accepted by courts?**
2     A. Yes.
3     **Q. Has the model been subject to published**
4 **articles?**
5     A. Yes, it has.
6     JUDGE CHAPPELL: Has it been accepted by
7 appellate courts?
8     THE WITNESS: I don't believe so, Your Honor.
9 I believe the one case I know of in which it was
10 accepted by a court -- I mentioned earlier I worked on
11 a matter, the Abitibi-Bowater merger in 2008 and 2009.
12 In that case, in the Tunney Act proceeding, the court
13 relied upon the model.
14     BY MR. NATHAN:
15     **Q. Why is the capacity closure model appropriate**
16 **for assessing the competitive effects of a merger in**
17 **the chloride titanium dioxide industry?**
18     A. So the model's designed to work with relatively
19 homogenous products and to model the incentive to
20 withhold output. It's also designed for industries in
21 which there's relatively high fixed costs. These
22 conditions are met in the chloride titanium dioxide
23 business.
24     **Q. How do you employ the capacity closure model to**
25 **understand this transaction?**

1772

1     A. So the way I use the capacity closure model is
2 I estimate the incentive of the stand-alone firms to
3 withhold output, and I compare it to the incentive of
4 the merged firm to withhold output. And the question
5 is, does the merger significantly increase the
6 incentive to withhold output? And the results of the
7 model are summarized in my initial report in Figures 33
8 through 35.
9     **Q. Now, before we move to the actual discussion of**
10 **the specific model, does your model consider output**
11 **responses from other North American chloride titanium**
12 **dioxide suppliers, including those located both within**
13 **and outside of North America?**
14     A. It does.
15     **Q. And why does the model do that?**
16     A. So if one firm withholds output, then other
17 firms may react in a way that may make that withholding
18 unprofitable. If they bring a significant amount of
19 their capacity to bear on the market and that capacity
20 is low-cost, it may render the attempt to increase
21 price unprofitable.
22     **Q. And how might rivals be positioned in such a**
23 **way to discourage the removal of supply?**
24     A. So rivals have three ways they might respond.
25 One would be if a rival has excess capacity it is

1773

1 currently not using, it could produce output using that
2 capacity and sell it in the market. A second way is
3 that importers could increase their imports into North
4 America. And a third way is domestic producers could
5 reduce their exports and instead sell their exports
6 into the North American market.
7     **Q. Okay, Dr. Hill. Let's take each of those in**
8 **turn. How did you address the possibility that rival**
9 **producers could sell excess capacity to discipline a**
10 **price increase?**
11     A. So I studied -- there are three other
12 significant North American producers, Venator, Kronos,
13 and Chemours, and I studied the information available
14 in documents and testimony to understand if they had
15 excess capacity available.
16     **Q. And what did that investigation lead you to**
17 **conclude?**
18     A. So for Venator and Kronos, there are documents
19 suggesting that they do not have a significant amount
20 of excess capacity available, that their plants are
21 currently producing a full production volume.
22     For Chemours, the picture is a little bit
23 muddier, but it also appears that Chemours is producing
24 at or close to its full capacity.
25     JUDGE CHAPPELL: What time frame is this?

1774

1     THE WITNESS: This is today.
2     JUDGE CHAPPELL: You have information on today?
3     THE WITNESS: I've -- Your Honor, it's
4 information on their relatively recent statements by
5 the firms themselves about whether they have excess
6 capacity or whether they're producing at full output.
7     JUDGE CHAPPELL: Today?
8     THE WITNESS: Yes.
9     BY MR. NATHAN:
10     **Q. And based on that examination, what did you**
11 **believe the possible response would be of rival**
12 **producers?**
13     A. I believe it's unlikely that any of those three
14 producers would bring excess capacity to bear in the
15 event that the merged firm were to withhold output.
16     **Q. Looking at the second fact that you identified,**
17 **imports, how did you evaluate whether imports could**
18 **discipline a capacity withdrawal?**
19     A. So I used confidential techniques to estimate
20 how responsive imports of chloride titanium dioxide are
21 to changes in the price of chloride titanium dioxide in
22 North America. So, historically, if the prices
23 increased in North America, has there been an increased
24 flow of imports?
25     **Q. And what did that analysis show?**

45 (Pages 1771 to 1774)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 43 of 166
Trial - Public & In Camera
Tronox, et al.                                                                6/1/2018

1779

1  any amount of capacity they find profitable.  So I
2  thought it was a nice complement to the capacity
3  closure model that I used earlier.
4      Q.  Why is the Cournot model appropriate to test a
5  merger's effects in the market for chloride titanium
6  dioxide?
7      A.  Chloride titanium dioxide is a homogenous
8  product.  The Cournot model models competition in
9  homogenous goods markets.
10     Q.  But, Dr. Hill, haven't customers testified that
11 the quality of chloride titanium dioxide matters?  Why
12 would you still use the Cournot framework?
13     MS. DESANTIS:  Objection, Your Honor.  Leading.
14     JUDGE CHAPPELL:  You've got leading and you've
15 got compound.  Do you want to go for both?  They are
16 both granted.
17     MS. DESANTIS:  I will go for both, Your Honor.
18     JUDGE CHAPPELL:  Let's sustain them.  So
19 rephrase one and -- pick one.
20 BY MR. NATHAN:
21     Q.  Dr. Hill, is it your understanding that
22 customers care about the quality of chloride titanium
23 dioxide?
24     A.  My review of --
25     MS. DESANTIS:  Objection, Your Honor.  Leading.

1780

1      JUDGE CHAPPELL:  Now, remember, Counselor, we
2  went over this, "Do customers..."
3      MR. NATHAN:  Yes.
4  BY MR. NATHAN:
5      Q.  Dr. Hill, do customers care about the quality
6  of the chloride titanium dioxide?
7      A.  My understanding from reviewing the statements
8  of customers in North America is that they prefer
9  chloride titanium dioxide to sulfate titanium dioxide
10 because of its higher quality.
11     Q.  Given that testimony --
12     JUDGE CHAPPELL:  Wait a second.  He asked about
13 chloride.  You understand you included sulfate in your
14 answer.
15     THE WITNESS:  Yes, Your Honor.
16     JUDGE CHAPPELL:  Do you want to think about
17 that?  Because you were asked about chloride only.
18     THE WITNESS:  Yes.  I believe that North
19 American consumers of chloride titanium dioxide also
20 wish to have high quality chloride titanium dioxide.
21 BY MR. NATHAN:
22     Q.  So given that customer preference, why would
23 you still use the Cournot framework?
24     A.  The major North American producers of chloride
25 titanium dioxide all produce high-quality chloride

1781

1  titanium dioxide.  In that sense, it is a relatively
2  homogenous product.
3      Q.  And what does the Cournot model predict
4  regarding output from the merged firm?
5      A.  The Cournot model -- the model that I used to
6  implement the Cournot model, which is known as the
7  compensating marginal cost reduction model, which uses
8  a Cournot framework and asks the question how much
9  would the merging cost -- how much would the merging
10 firm need to reduce its costs to offset the incentive
11 to withhold output predicted by a Cournot model?
12     So in a sense it's a nice framework because it
13 balances efficiencies, potential cost savings by a
14 firm, against any anticompetitive incentive to withhold
15 output.  And what that method predicts is that unless
16 the merged firm were able to reduce its marginal cost
17 by 70 percent, the merger would give them an incentive
18 to withhold output.
19     Q.  So what conclusions did you draw from the
20 results of the Cournot model?
21     A.  The Cournot model results confirmed the results
22 from the capacity closure model.  It predicts that the
23 merged firm will have an incentive to withhold output
24 or will likely have an incentive to withhold output.
25     Q.  And what does the Cournot model predict about

1782

1  whether the merger will be profitable?
2      A.  The Cournot model predicts that in the North
3  American chloride titanium dioxide market, the merger
4  will be unprofitable with respect to the variable
5  costs.
6      Q.  How does the fact that the Cournot model
7  predicted the merger would be unprofitable affect the
8  value of the model?
9      A.  I don't believe it affects the value.
10     Q.  And why is that?
11     A.  So the Cournot model is looking at whether the
12 merger would be profitable for variable costs in North
13 America.  This merger is a worldwide merger, so there
14 may be reasons outside of the North American market
15 that make it profitable.
16     Further, the Cournot model doesn't consider,
17 Your Honor, the fixed costs we were talking about
18 earlier.  There's some fixed cost savings.  That's not
19 built into the Cournot model.
20     JUDGE CHAPPELL:  You just said that your model
21 predicted this merger would not be profitable, and then
22 you just said that this is a worldwide merger.  Why
23 didn't you plug that in to your model?  If you don't do
24 that, aren't you trying to put a round peg in a square
25 hole?

47 (Pages 1779 to 1782)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 44 of 166
Trial - Public & In Camera
Tronox, et al.                                                                        6/1/2018



59 (Pages 1827 to 1830)

# In the Matter of:

## Tronox, et al.

*June 6, 2018*
*Trial - Public & In Camera*
*Vol. 8*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tronox, et al.                                                          6/6/2018

1900

1    CROSS EXAMINATION
2    BY MS. DESANTIS:
3        Q. Dr. Hill, I want to re-introduce myself.  I am
4    Karen DeSantis with Kirkland & Ellis.  We met at your
5    deposition.  I will be asking you some questions today
6    on behalf of Respondents.
7        I just want to confirm before I begin, did you
8    have any conversations with Complaint Counsel between
9    the time that you testified last Friday and today?
10       A. I did not.  The only communication we had was I
11   sent them an email this morning to notify them I had
12   arrived at the court.
13       Q. Thank you, Dr. Hill.
14       Now, as used in your expert reports, North
15   America includes the United States and Canada, correct?
16       A. That is correct.
17       Q. You agree that the bedrock principle of much of
18   your analysis is that the balance between supply and
19   demand determines the market price for titanium dioxide,
20   correct?
21       A. The balance between supply -- yes, in the
22   relevant market, correct.
23       Q. You agree that if supply in North America
24   increases without demand also increasing, that will
25   likely lead to lower prices, correct?

1901

1        A. That is correct.
2        Q. You'd agree that some titanium dioxide is
3    currently imported into the United States, correct?
4        A. That is correct.
5        Q. You would agree that Figure 13 in your April 18th
6    report -- and I'd like to bring that up on the screen,
7    please -- shows that from 2002 to 2016, annual imports
8    of rutile titanium dioxide into North America vary from
9    what looks like 75,000 metric tons per year to 200,000
10   metric tons per year.  Is that correct?
11       A. That is correct for rutile titanium dioxide, yes.
12       Q. And you would also agree that in 2016, roughly 15
13   percent of the rutile titanium dioxide consumed in North
14   America was imported, correct?
15       A. That is correct.
16       Q. And you'd also agree that a significant amount of
17   chloride titanium dioxide produced in North America is
18   exported, correct?
19       A. Correct.
20       Q. I would like to direct your attention now and ask
21   Mr. Thomas to bring up on the screen Figure 15 from your
22   April 18th, 2018, expert report, PX 5000.  It's on page
23   38.
24       Now, North America is a net exporter of rutile
25   titanium dioxide, right?

1902

1        A. That is correct.
2        Q. And North America is a net exporter of chloride
3    titanium dioxide, right?
4        A. That is correct.
5        Q. And you'd agree that between 2002 and 2016, North
6    American exports of chloride titanium dioxide ranged
7    from just over 400,000 tons per year to almost 700,000
8    tons per year, correct?
9        A. That is correct.
10       Q. And in 2016, over 600,000 tons of chloride
11   titanium dioxide was exported out of North America,
12   right?
13       A. That is correct.
14       Q. You agree that in 2016, 46 percent of the
15   chloride TiO2 produced in North America was exported,
16   right?
17       A. The exact number is in my report, but I believe
18   that's correct, yes.
19       Q. And you know that Chemours exports roughly
20   400,000 tons of chloride titanium dioxide out of North
21   America per year, correct?
22       A. That is correct.
23       JUDGE CHAPPELL:  These are metric tons?
24       MS. DESANTIS:  Yes, Your Honor.
25       BY MS. DESANTIS:

1903

1        Q. Now, on direct examination last week, on Friday,
2    you testified that a good way to start looking for
3    candidate markets is to look for areas of overlap
4    between merging firms, right?
5        A. That is correct.
6        Q. And you agree and, in fact, testified last Friday
7    that this is a worldwide merger, right?
8        A. That is correct.
9        Q. And even though this is a worldwide merger, you
10   began your market definition inquiry in this matter by
11   assuming that the geographic market was North America
12   while testing whether chloride TiO2 was a relevant
13   product, correct?
14       A. That needs a little more context.  So the way it
15   works is you identify a candidate market.  So a market
16   has two parts, a product market and a geographic market,
17   and there are really two parts.  The market is one part.
18   And here I -- the first candidate market I tested was
19   the sale of chloride titanium dioxide in North America,
20   and then I tested the product aspect, and then I tested
21   the geographic aspect.
22       Q. And isn't it true that you assumed that the
23   geographic market was North America -- that is, the
24   United States and Canada -- when testing whether
25   chloride TiO2 was a relevant product?

14 (Pages 1900 to 1903)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 47 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/6/2018

1944

1   true because if you were attempting to define a
2   worldwide market for titanium dioxide, the key question
3   would be the elasticity of demand.
4        What people in the industry seem to -- for rutile
5   titanium dioxide, people seem to consistently say there
6   are not -- on a worldwide basis, there are not
7   significant alternatives to rutile titanium dioxide.
8   But beyond that, I have not analyzed the market in any
9   formal way, but I'm aware of that evidence.
10       Q.  You've not performed a capacity closure model
11  analysis for a worldwide market; right?
12       A.  I've done neither a hypothetical monopolist test
13  nor capacity closure.  Correct.
14       Q.  You've not done a hypothetical monopolist test or
15  a capacity closure model based on worldwide market;
16  right?
17       A.  That's correct.
18       Q.  And when it comes to a potential global
19  TiO2 market, you've not done any of the analysis that
20  you as an economist typically would do when analyzing a
21  market; right?
22       A.  That is correct.
23       Q.  Now, I want to focus on what happens to your
24  analysis if this court were to find that market shares
25  should be calculated by global chloride TiO2 capacity

1945

1   and not based on sales to North American customers in
2   2016.
3        You have analyzed the risk of coordinated effects
4   in your defined market of sales of chloride TiO2 to
5   North America; right?
6        A.  Correct.
7        Q.  And you've also analyzed the risk of coordinated
8   effects in your defined market of sales of rutile TiO2
9   to North America; right?
10       A.  Correct.
11       Q.  You have not analyzed the likelihood of
12  anticompetitive coordinated effects in any markets other
13  than for sales of chloride TiO2 in North America and
14  sales of rutile TiO2 in North America; correct?
15       A.  That is correct.
16       Q.  You have not calculated worldwide market shares
17  for chloride; right?
18       A.  Do you mean based on capacity?
19       Q.  Yes.
20       A.  Yeah.  Here, I have to apologize.  They are in
21  figure 3.  In my deposition I said I had not, but
22  there's a background table that has them, but -- so
23  they're --
24       Q.  Again, you did no HHI analysis with respect to
25  worldwide shares; correct?

1946

1        A.  Correct.
2        Q.  And you have not calculated worldwide market
3   shares for rutile; correct?
4        A.  Again, table 3 has worldwide shares for rutile.
5        Q.  But you've not done any HHI analysis with respect
6   to worldwide shares for rutile; correct?
7        A.  That is correct.
8        Q.  And you have not calculated the delta between
9   pre- and postmerger HHIs for a worldwide chloride
10  market; right?
11       A.  That is not in my reports.  That is correct.
12       Q.  And you've not calculated the delta between pre-
13  and postmerger HHIs for a worldwide rutile market;
14  correct?
15       A.  That is correct.
16       Q.  And if market shares are calculated based on
17  global rutile capacities, you believe that the total HHI
18  would be lower; correct?
19       A.  Yes.
20       Q.  And you've not analyzed the risk of coordination
21  in a market where share is calculated by global chloride
22  TiO2 capacity; right?
23       A.  Could you say that again, please.
24       MS. DeSANTIS:  May I ask the court reporter to
25  read back the question.

1947

1        (The record was read as follows:)
2        "QUESTION:  And you've not analyzed the risk of
3   coordination in a market where share is calculated by
4   global chloride TiO2 capacity; right?"
5        THE WITNESS:  Could you be specific about what
6   market you mean?  You just said "a market" there.
7        BY MS. DeSANTIS:
8        Q.  I'm asking specifically about the worldwide
9   market.
10       A.  Okay.  No, I have not analyzed competitive
11  effects -- or sorry -- coordinated effects in the
12  worldwide market.
13       Q.  And if relevant market shares in this matter are
14  based on global chloride TiO2 capacity, then you've not
15  demonstrated that the transaction is anticompetitive;
16  correct?
17       A.  Correct.  I have not analyzed -- I have not
18  analyzed -- well, what market again?
19       Q.  So we're talking about global, and I believe
20  that's included in the question, Doctor, so I'll re-ask
21  it.
22       If in fact the relevant market shares are based
23  on global chloride TiO2 capacity, then you have not
24  demonstrated that this transaction is anticompetitive in
25  the North American market?

25 (Pages 1944 to 1947)

Trial - Public & In Camera

Tronox, et al.                                                                    6/6/2018

1960

1   Q.  Now, the second document that you cite is a
2   document authored Ken Heyer and by you, titled The Year
3   in Review:  Economics at the Antitrust Division,
4   2007-2008; is that correct?
5       A.  That is correct.
6       Q.  And you note that this is published in the Review
7   of Industrial Economics; right?
8       A.  Correct.
9       Q.  Now, we actually checked, Doctor, and that's not
10  correct.  It's actually called the Review of Industrial
11  Organization.
12      Does that sound right?
13      A.  That could be.
14      Q.  Now, this paper described the activities of the
15  Economic Analysis Group of the Antitrust Division;
16  right?
17      A.  Correct.
18      Q.  And it described the Economic Analysis Group's
19  economic analysis in several investigations; right?
20      A.  Correct.
21      Q.  The economic analysis in this article was not
22  peer-reviewed for publication; right?
23      A.  I don't believe so.
24      Q.  Now, the next article that you cite is by
25  Peter Boburg, and it's called Know the Capacity Closure

1961

1   Analysis in Horizontal Mergers; correct?
2       A.  Yes.  With the exception of Peter had two
3   coauthors.
4       Q.  And this is an article published in Law 360;
5   correct?
6       A.  Correct.
7       Q.  And Law 360 is not an academic journal; correct?
8       A.  Correct.
9       Q.  And the piece in Law 360 was not peer-reviewed,
10  was it?
11      A.  That is -- I -- I -- I don't know how their
12  process works.  I -- but it's not peer-reviewed by
13  economists I don't think.
14      Q.  Now, other than the articles listed in
15  footnote 338, you're not aware of any other publications
16  that analyzed your capacity closure model; correct?
17      A.  Correct.
18      Q.  So I want to clear this up.
19      To your knowledge, your capacity closure model
20  has not been subject to peer review; correct?
21      A.  Do you mean in the process of publishing a
22  journal article?
23      Q.  I mean in -- yes.  I mean specifically with
24  respect to -- peer review as it is known in the field of
25  economics, your capacity closure model has not been

1962

1   subject to peer review; correct?
2       A.  In the publication of a paper, correct.
3       Q.  And your capacity closure model has not been
4   published in an academic journal; correct?
5       A.  Correct.
6       Q.  Now, do you recall, in direct examination on
7   Friday, complaint counsel asked, has your model been
8   accepted by courts?  Do you recall that question?
9       A.  Yes.
10      Q.  And do you recall answering yes?
11      A.  Yes.
12      Q.  And Judge Chappell asked, has it been accepted by
13  appellate courts; right?
14      A.  He did.
15      Q.  And you testified that the one case you knew of
16  in which it was accepted by a court was that
17  Abitibi-Bowater merger; is that right?
18      A.  That's correct.
19      Q.  And you submitted a declaration in that case;
20  correct?
21      A.  Correct.
22      Q.  You didn't testify as an expert in court for that
23  case; right?
24      A.  I did not.
25      Q.  And the opposing side didn't bring an expert to

1963

1   challenge the validity of your model; correct?
2       A.  The opposing side had an economic expert.
3       Q.  The Abitibi-Bowater matter was a Tunney Act
4   proceeding; correct?
5       A.  That's correct.
6       Q.  There was an opinion in that matter; right?
7       A.  There was.
8       MS. DeSANTIS:  May I approach, Your Honor?
9       JUDGE CHAPPELL:  Yes.
10      BY MS. DeSANTIS:
11      Q.  Now, Dr. Hill, I had -- I'm handing -- I've
12  handed you what has been marked as RX 2010.
13      Your Honor, this is -- this is not in evidence,
14  and I'm using it right now for extrinsic evidence of
15  impeachment and asking him to look at it.
16      This is the opinion from that case; correct?
17      A.  Yeah.  Yes, it looks like it.
18      Q.  All right.  I'd like you to turn to page 4, and
19  I'd like to ask Mr. Thomas to bring up page 4 and to
20  highlight the paragraph beginning "In this case."
21      So the court noted that in this case, the
22  standard was articulated, if there was a factual basis
23  for concluding that the divestiture was a reasonably
24  adequate remedy for the harm predicted in the complaint,
25  then the settlement should be approved.

29 (Pages 1960 to 1963)

Tronox, et al.                                                                    6/6/2018

1980

1  A.  Okay.
2  Q.  Now, the very first line includes Dr. Shehadeh's
3  criticism which you've noted in your chart as "Dr. Hill
4  assumes that North American rivals cannot respond at
5  all."
6  Is that how you summarized his criticism?
7  A.  I think that's a direct quote.
8  Q.  Yes.
9  Now, you don't claim that Dr. Shehadeh somehow
10  misunderstands your capacity closure model; right?
11  A.  Correct.  In the original report, the rivals do
12  not respond.
13  Q.  Now, your response noted in this chart is that
14  "As I describe in my initial report and [in]
15  Section 5.A.1 of this report, this is a modeling
16  feature"; correct?
17  A.  Correct.
18  Q.  And you maintain that it's one of the fundamental
19  ways in which your capacity closure model differs from
20  the Cournot model; correct?
21  A.  That is correct.
22  Q.  So precluding North American rivals from
23  responding at all is an intentional modeling choice by
24  you; correct?
25  A.  It's based on my empirical work on the imports

1981

1  and exports, so yes, it is an intentional choice.
2  Q.  And after you submitted your April 18 report
3  in this matter, you received Dr. Shehadeh's report;
4  right?
5  A.  Yes.  After -- maybe on the 30th or the 31st.
6  Q.  Yes.
7  You received Dr. Shehadeh's report; correct?
8  A.  Correct.
9  Q.  And you understood, when you received that
10  report, that he criticized your capacity closure model
11  for not allowing North American rivals to respond at all
12  to a reduction of the supply of TiO2 in North America by
13  the merged firms; right?
14  A.  Correct.
15  Q.  And North American rivals include Chemours;
16  correct?
17  A.  Correct.
18  Q.  North American rivals include Venator; correct?
19  A.  Correct.
20  Q.  North American rivals include Kronos; correct?
21  A.  That's correct.
22  Q.  There are three ways in which Chemours, Venator
23  and Kronos could respond to a reduction of output
24  in North America, and would you agree that they are by
25  varying exports and by bringing excess capacity to bear;

1982

1  correct?  And by varying imports.  Varying imports,
2  varying exports and bringing excess capacity to bear.
3  A.  Not quite.
4  So on the varying exports, I would say if they
5  changed their exports and used it to increase sales in
6  North America, that would be one.  Two would be
7  increasing their imports into North America.  And three
8  would be bringing excess capacity if they had any to
9  bear.
10  Q.  All right.  Now, your capacity closure model in
11  your April 18 report does not allow any response by
12  rivals to a decrease in output and an increase in price
13  for TiO2 by the merged firm; right?
14  A.  Based on my empirical work, that is correct.
15  Q.  And you submitted your rebuttal report in
16  response to Dr. Shehadeh's report on May 10; right?
17  A.  That sounds right.  Yes.
18  Q.  And your May 10 rebuttal report reruns your
19  capacity closure model to allow an import response;
20  right?
21  A.  So there's -- careful.  There's an import
22  response in the original model.  It's just for
23  non-North American producers.  And so the rebuttal
24  report allows an import response by all producers.
25  Q.  All right.  Your May 10 rebuttal report still

1983

1  doesn't allow any competitor to vary exports out of
2  North America or to bring excess capacity to bear;
3  correct?
4  A.  That is correct.
5  Q.  Now, I want to start with bringing excess
6  capacity to bear.
7  Your capacity closure model does not allow for
8  expansion of capacity during the one-year period
9  contemplated by the model; correct?
10  A.  That's correct -- or it doesn't allow for
11  expansion above and beyond the growth of demand.
12  Q.  Now, with respect to imports, to be clear, in
13  your April 18 report, your capacity closure model does
14  not allow Chemours, Kronos or Venator to import any
15  additional material into North America in response to a
16  price increase by the merged firm; right?
17  A.  That's right.  It allows non-North American
18  producers to change their imports but not the
19  North American producers.
20  Q.  And let's turn to export repatriation.
21  Your capacity closure model has a parameter that
22  sets the export repatriation for all rivals to Tronox
23  and Cristal to zero; right?
24  A.  Correct.  There's no export repatriation allowed.
25  Q.  That means that your capacity closure model

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 50 of 166
Trial - Public & In Camera
Tronox, et al.                                                                6/6/2018

2000

1  also reduces; right?  That's how it works.
2      A.  It's -- the essential point is that Chemours has
3  to realize what Tronox is going to do.
4      Q.  But if Chemours cheats and increases output, then
5  Tronox will permanently increase its production; right?
6      A.  Yes.  It will move into the punishment phase.
7      Q.  And you argue that if the merged firm uses
8  this grim trigger strategy, then Chemours' long-run
9  profits are lower if it doesn't play along with
10 reduced capacity because cheating will trigger the
11 merged firm to permanently increase its production;
12 right?
13     A.  Permanently not reduce it, yes.
14     Q.  And I want to be clear.  You have no way to
15 estimate the likelihood that the merged firm in the real
16 world will actually embark on a grim trigger strategy,
17 do you?
18     A.  That's correct.  Grim trigger strategy here is
19 just an example of showing ways in which coordination
20 can be sustained in prisoner's dilemma games.
21     Q.  And you're not aware of any evidence of Tronox or
22 Cristal ever sending a message to rivals that they
23 intend to implement a grim trigger strategy; right?
24     A.  Correct.
25     Q.  Let's turn back to your April 18 report, PX 5000,

2001

1  and specifically I want to look at paragraph 201.
2      So you would agree that an important feature of
3  the capacity closure model is that it can be applied to
4  the world but for the merger; right?
5      A.  Correct.
6      Q.  And you can check whether your model predicts
7  that stand-alone firms have an incentive to withhold
8  output and thereby confirm that the model's predictions
9  are consistent with observed behavior in the real world;
10 right?
11     A.  Correct.
12     Q.  You analyzed stand-alone Tronox premerger to see
13 if it would have an incentive to withhold output absent
14 the merger; right?
15     A.  Correct.
16     Q.  And your model showed that stand-alone Tronox
17 does not have an incentive to withhold output; right?
18     A.  That is correct.
19     Q.  And you'd agree that your model's prediction for
20 stand-alone Tronox' behavior is consistent with observed
21 reality; right?
22     A.  Yes.  My -- I have data for Tronox on its
23 utilization, and it appears to be at full utilization.
24     Q.  Similarly, you analyzed stand-alone Cristal, and
25 your model predicted that Cristal also premerger does

2002

1  not have an incentive to withhold output under current
2  conditions; correct?
3      A.  That is correct.
4      Q.  And you agree that your model's results for
5  stand-alone Cristal are consistent with Cristal's
6  observed behavior; right?
7      A.  Yes.  They seem to be, given what I know about
8  its utilization.
9      Q.  Now, Dr. Hill, you would agree that today,
10 Chemours has the largest market share in your defined
11 market of sales of chloride titanium dioxide to
12 North American customers; correct?
13     A.  Correct.
14     Q.  And in your initial report, you did not run your
15 capacity closure model for a stand-alone Chemours;
16 correct?
17     A.  Yes.  I -- in fact, I didn't do it in any of my
18 reports.
19     Q.  And you didn't run it and you didn't report any
20 results for running your capacity closure model for
21 stand-alone Chemours in your initial or your rebuttal
22 reports; correct?
23     A.  That's correct.
24     Q.  Now, let's go back to your rebuttal report to
25 Dr. Shehadeh, which is PX 5004, and I'd specifically

2003

1  like to ask Mr. Thomas to bring up page 69.
2      And I want to go to the bottom of the page, which
3  includes a criticism that you noted from Dr. Shehadeh.
4      And if you could highlight that, Mr. Thomas.
5  Thank you.
6      So the bottom of that page indicates, you
7  indicate, that Dr. Shehadeh criticized you, saying,
8  "Dr. Hill adds a new restriction in his code to prevent
9  testing whether it is profitable for Chemours to
10 withhold output unilaterally"; right?
11     A.  Correct.
12     Q.  Correct?
13     A.  I'm sorry?
14     Q.  Is that correct?
15     A.  That is what -- that was the quote from his
16 report.  Yes.
17     Q.  And after you reissued your corrected code and
18 your report on April 18, your code did contain a
19 restriction that prevented testing whether it was
20 profitable for Chemours to withhold output unilaterally;
21 right?
22     A.  That's false.  We changed the code -- one of the
23 problems we had with the code was that we were running
24 two separate engines, one when we were doing
25 coordination, one when we were doing unilateral, so then

Tronox, et al. 6/6/2018



45 (Pages 2024 to 2027)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 52 of 166
Trial - Public & In Camera
Tronox, et al.                                                          6/6/2018



47 (Pages 2032 to 2035)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 53 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/6/2018



48 (Pages 2036 to 2039)





For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

# In the Matter of:

## Tronox, et al.

*June 7, 2018*
*Trial - Public & In Camera*
*Vol. 9*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM  Document 70-2  Filed 07/23/18  Page 57 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/7/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 58 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/7/2018



10 (Pages 2167 to 2170)

Tronox, et al.                                                                                    6/7/2018

2215

1   A. About three years.
2   Q. What are the other positions that you have held
3   at Tronox prior to your current role?
4   A. Prior to that, I was a senior vice president
5   of sales and marketing, and prior to that, I was a
6   senior vice president and president of the pigment
7   division. Prior to that, I was the head of marketing
8   for the pigment division. Prior to that, I was head of
9   sales.
10      So I've had a number of roles within the
11  company over that 30 years, started as an accountant.
12  Q. So, Mr. Romano, in your current role as senior
13  vice president and chief commercial officer, how many
14  people report to you?
15  A. Directly about ten.
16  Q. Have you been involved, in your current role,
17  in Tronox' plans to acquire Cristal?
18  A. Yes, I have.
19  Q. What has your role been?
20  A. Largely the integration. I was not
21  responsible or involved with the initial negotiations
22  with Cristal, but once the announcement that we were --
23  that we've decided that we're going to actually buy the
24  company, it's been largely involved with the approval
25  with the nine different countries that we had to get

2216

1   approval in.
2   Q. And based on your involvement in the
3   transaction, do you have knowledge of the goals of the
4   transaction?
5   A. I do.
6   Q. What are the goals of the proposed
7   transaction?
8   A. From a commercial perspective, I'll start
9   there, because obviously the objective of this is to
10  be able to service our customers better. I think it
11  was mentioned earlier that our top three customers
12  represent a significant amount of our volume, and in
13  order to be able to continue to support the growth of
14  those very large customers that continue to
15  consolidate, we need to get bigger, bigger not only in
16  volume but in our ability to serve globally.
17      So clearly customer -- I'm a customer-facing
18  purpose, so -- person. In the absence of customers,
19  I'm not going to have any business, so being able to
20  service our customers, obviously.
21      Beyond that, you know, from an overall synergy
22  standpoint, one of the primary drivers is to be able to
23  get more out of the existing assets, so by using
24  information and knowledge that we have at some of the
25  assets Cristal has that has our technology we believe

2217

1   that we're going to be able to extract significant
2   additional volume out of those assets and in
3   collectively, through operational excellence, using
4   their knowledge, theirs being Cristal, to try to use
5   some of their best practices to get additional volume
6   from our own plants.
7   Q. Do you know whether Tronox expects that the
8   merger will be profitable in North America?
9   A. Yes.
10  Q. And what do you know?
11  A. The business that we have globally is
12  cyclical. We operate in a cyclical business. I think
13  there was -- we've talked about a time frame around
14  pricing and how it moves up and down, and our
15  objective is to try to be profitable throughout the
16  cycle.
17      Our North American business is profitable, our
18  U.S. -- our European business is profitable, and our
19  Asian business is profitable. And our objective is to
20  be profitable globally and more profitable throughout
21  the cycle.
22  Q. Does Tronox also expect that the merger will be
23  profitable outside of North America?
24  A. Yes.
25  Q. Now, moving forward in your testimony,

2218

1   Mr. Romano, based on your background and experience at
2   Tronox and in the TiO2 industry as you've been at
3   Tronox, do you have knowledge to provide testimony
4   regarding Tronox' history?
5   A. Yes.
6   Q. Based again on your background and experience
7   at Tronox and in the industry, do you have knowledge
8   today to testify about the pricing of
9   titanium dioxide?
10  A. Yes.
11  Q. Based on your background and experience in
12  your position at Tronox, do you have knowledge to
13  provide testimony about Tronox' business around the
14  world?
15  A. Yes.
16  Q. And do you have knowledge today, based on your
17  background and experience, to provide testimony
18  regarding periods of time when Tronox reduced output of
19  titanium dioxide?
20  A. Yes.
21  Q. Based again on your knowledge and experience at
22  Tronox and the industry, do you have knowledge to
23  provide testimony about the market for both chloride
24  and sulfate TiO2?
25  A. Yes.

22 (Pages 2215 to 2218)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 60 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    6/7/2018

2231

1  North America, we have price protection in most of
2  these contracts, which provide us or the customer
3  90 days from the day we announce an increase, and
4  that's how public announcements actually started.
5      Q.  So, Mr. Romano, we're going to return when
6  we're in camera session to some questions about
7  pricing, but I now want to turn to the market supplied
8  by Tronox.
9      Remind us where does Tronox manufacture its
10  titanium dioxide.
11     A.  In Hamilton, Mississippi, in Botlek in
12  The Netherlands, and in Kwinana in Australia, which is
13  outside of Perth.
14     Q.  Where does Tronox currently sell its
15  titanium dioxide?
16     A.  Globally in over 90 countries.
17     Q.  How does Tronox decide where to sell its TiO2?
18     A.  We decide to sell by the -- to the customers
19  that we're selling to, so it's all based on the
20  customers.
21     A lot of what we do now, and we made reference
22  to these large multinationals previously, but well over
23  half of our business is with the large, strategic,
24  global multinationals.  Those customers continue to
25  consolidate, so it's our objective to try to find the

2232

1  customers that are growing faster than the market and
2  are the ones that are the consolidator --
3  consolidators as opposed to the ones that are being
4  consolidated.
5      Q.  Now, are there other producers of TiO2 that
6  also sell their product around the world?
7      A.  Yes.  I would say almost every company that we
8  compete with sells somewhere outside the region they
9  produce, so in some instances they're all global.
10     Q.  Does Cristal sell product around the world?
11     A.  Yes.
12     Q.  Does Huntsman sell product globally?
13     A.  Yes.
14     Q.  Does Kronos sell product globally?
15     A.  I'll correct.  Huntsman doesn't; Venator does.
16     Q.  I'm sorry.  Huntsman/Venator.
17     Does Venator sell product globally?
18     A.  Yes.
19     Q.  Does Kronos sell product globally?
20     A.  Yes.
21     Q.  Does Lomons --
22     A.  Yes.
23     Q.  -- sell product globally?
24     A.  They do.
25     Q.  Does Ishihara sell product globally?

2233

1      A.  Yes.
2      Q.  Are there other producers of TiO2 that sell
3  their product on a global basis?
4      A.  Yes, they do.
5      And if you look at global sales of TiO2,
6  69 percent of consumption of TiO2 is based on TiO2 that
7  is -- comes from trade flows, meaning that it's sold in
8  a country that it's not produced.
9      Q.  Mr. Romano, I realize I just left a significant
10  company off the list.
11     Does Chemours sell TiO2 globally?
12     A.  They do.
13     Q.  Now, does Tronox price TiO2 globally?
14     A.  Pricing for TiO2 is -- in global nature,
15  there's a bandwidth which it operates in, and anytime
16  that the TiO2 pricing moves outside of that band, it
17  tents to migrate back into the band over time, so yes,
18  it's global.  There are regional differences.
19     Q.  What does the term "regional price" mean at
20  Tronox?
21     A.  At Tronox, I have people that are responsible
22  for different regions because I can't have one person
23  responsible for all the TiO2 that we sell, so I'll
24  speak to Mr. Mouland, who's responsible for
25  North America, for example.  He's also responsible for

2234

1  Latin America.  He is accountable for sales and revenue
2  in that area, so we monitor pricing in that region so
3  that we can hold him accountable for the goals that he
4  has in his budget.
5      Q.  Now, there has been some testimony on
6  cross-examination by complaint counsel about pricing in
7  different areas of the world.
8      And remembering that we are in public session,
9  my first question is, do prices sometimes differ from
10  one another in different areas of the world?
11     A.  Yes, they do.
12     Q.  And why is it that prices for TiO2 sometimes
13  differ from one another in different parts of the
14  world?
15     A.  Again, we're negotiating individually with
16  every customer.  Every customer is different.  Every --
17  we may be competing with different people depending
18  upon the customer that we're supplying and the country
19  that we're selling into.
20     There is also an element of supply and demand
21  that can be fluctuating depending upon where you are in
22  a given point in time, so there's a variety of
23  variables that will dictate that.
24     Q.  Do different prices in different areas of the
25  world for TiO2 indicate that there are regional markets

26 (Pages 2231 to 2234)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 61 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    6/7/2018

2235

1  for TiO2?
2      MR. LOUGHLIN:  Objection.  Lack of foundation.
3      MS. DeSANTIS:  Your Honor, this witness has
4  laid a foundation about his experience at Tronox
5  throughout the examination.  I'm happy to go back and
6  re-lay the foundation.
7      JUDGE CHAPPELL:  Based on the objection, you'll
8  need to rephrase at least to the extent the question
9  begins with "do you have."
10     MS. DeSANTIS:  All right.
11     BY MS. DeSANTIS:
12     Q.  So, Mr. Romano, I'm going to back and ask you
13  just a couple of foundational questions.
14         Given your position at Tronox and your
15  experience both at Tronox and the industry, do you have
16  knowledge as to whether or not prices differ at various
17  times in different regions of the world?
18     A.  They do.
19     Q.  And do prices in different areas of the world,
20  based on your experience, differ from time to time?
21     A.  They do.
22     Q.  Why do prices in different areas of the world
23  differ from time to time?
24     A.  It depends on the customer that we're selling
25  to, their buying behaviors, the people that we're

2236

1  competing with.
2         As I mentioned earlier China, China is a
3  market that we've been selling into for a long time.
4  That has a bit of a different dynamic than rest of
5  Asia.  Where at one point in time you had 64 different
6  TiO2 companies producing in China, that consolidation
7  has happened over the last ten years where there's
8  about 34 at that time that -- but capacity has moved up
9  to north of two million tons.
10        So that's -- it depends on the region that
11  you're supplying in, the competitive environment based
12  on who's -- who you're selling against.
13     Q.  And in your experience, do prices for
14  TiO2 trend together or differently in different parts
15  of the world?
16     A.  There is a bandwidth globally that pricing
17  follows.  Sometime pricing is higher in one region, as
18  was noted previously, and there was a lot of reference
19  to the North America pricing is higher than rest of the
20  world.
21        Since August of 2017, the price in
22  North America has been the lowest in the world.  At
23  this particular stage, it's almost $400 lower than it
24  is on a U.S. dollar basis in Europe.
25     Q.  Does Tronox establish at any periods in time

2237

1  higher prices in North America for TiO2?
2      A.  We do not establish prices in regions.  We
3  negotiate price individually with customers.
4      Q.  And based on your experience, are TiO2 prices
5  interdependent or independent of one another in
6  different parts of the world?
7      A.  They're interdependent.
8      Q.  You mentioned during cross-examination by
9  complaint counsel that North American prices today are
10  higher than in the rest of the world.
11         How long have prices been higher in
12  North America than in the rest of the world?
13     A.  Since August of 2017.
14     Q.  Are you familiar with the term "arbitrage,"
15  Mr. Romano?
16     A.  Yes, I am.
17     Q.  What does it mean?
18     A.  Arbitrage as it pertains to customers and
19  suppliers -- I'll give you both -- so from Tronox'
20  perspective, we export TiO2 all over the world.  It was
21  noted that we typically do that on a delivered basis,
22  so we're moving TiO2 around and absorbing all the costs
23  associated with that.
24         And our customers have the capability to do
25  that as well, so if price gets to the point where it's

2238

1  significantly higher for a significant period of time,
2  customers will move product around.  Typically, those
3  are global customers.  And again, I made reference to
4  our business is largely made up of north of 50 percent
5  global customers.
6      Q.  All right.  Now, keeping in mind that we're in
7  public session, I want you to answer the following
8  question, if you can, with a yes or a no.
9          Have Tronox' customers for TiO2, in your
10  experience, engaged in arbitrage?
11     A.  Yes.
12     Q.  I now want to ask some questions about chloride
13  and sulfate TiO2.
14         Based on your knowledge and experience, do
15  customers of TiO2 substitute sulfate for chloride and
16  vice versa?
17     A.  Yes.
18     Q.  Please describe generally what you have seen
19  with regard to customers substituting product
20  manufactured by the different processes.
21     A.  So when we talk about sulfate and chloride, I
22  think it's important to kind of differentiate over
23  time how sulfate and chloride has been differentiated.
24         Kronos, Venator, Cristal all make very good
25  quality sulfate TiO2 that we compete with directly.

2239

1       When Tronox was a small company, back when it
2   was Kerr-McGee when I first started, we only sold in
3   the Americas because we only had a small amount of
4   material.
5       When I -- when I became part of our
6   international group, it was the first time that we ever
7   sold TiO2 outside of the U.S., and we had to develop
8   the market for chloride TiO2 competing with the sulfate
9   TiO2 that was predominant in the European market, so
10  we've been competing head to head with sulfate TiO2 for
11  my entire career.
12      What's changed in the last ten years or fifteen
13  years is the evolution of the Chinese.  The Chinese
14  initially started out with low-quality TiO2, which kind
15  of I think put sulfate into a category of lower quality
16  incorrectly.
17      The Chinese over that last ten to fifteen years
18  and more importantly in the last five have become an
19  extremely competitive and they make very good grades,
20  and in some instances those grades are better than
21  ours.
22      Q.  Now, again, keeping in mind that we're in
23  public session and without revealing any customer
24  confidential information, are you aware of customers
25  substituting sulfate for Tronox' chloride products?

2240

1       A.  Yes.
2       MR. LOUGHLIN:  Objection, Your Honor.  Lack of
3   foundation.
4       MS. DeSANTIS:  Your Honor, I'm happy to go
5   back and re-lay the foundation with respect to
6   Mr. Romano's position, but we've already gone over
7   what his position is at Tronox and his customer
8   interface.
9       JUDGE CHAPPELL:  No.  Go ahead.  Go ahead and
10  lay the foundation.  We have an objection.
11      BY MS. DeSANTIS:
12      Q.  So, Mr. Romano, in your role at Tronox, do you
13  have engagement with Tronox' customers?
14      A.  Yes, I do.
15      Q.  Are you aware of competitors from whom some of
16  your -- from whom some of Tronox' customers also
17  purchase TiO2?
18      A.  Yes.  And I can provide specific examples in a
19  private session of who that is.
20      Q.  All right.  Just generally, based on your
21  relationships with your customers and conversations
22  with your customers, do you have knowledge as to
23  whether any of Tronox' customers have ever substituted
24  sulfate for Tronox' chloride TiO2?
25      MR. LOUGHLIN:  Objection, Your Honor.  It's

2241

1   calling for hearsay.
2       JUDGE CHAPPELL:  Overruled.
3       THE WITNESS:  Absolutely.
4       BY MS. DeSANTIS:
5       Q.  And Mr. Romano, have, based on what you know
6   from your relationships with customers, have any of
7   Tronox' customers ever substituted sulfate for Tronox'
8   chloride TiO2?
9       A.  Yes, they have.
10      Q.  And we'll return to some specifics about that
11  when we're in private session.
12      Now, are you aware, based on your relationships
13  with customers, of sulfate grades being leveraged
14  against Tronox' chloride grades during negotiations
15  with customers?
16      A.  Yes.
17      Q.  Do customers of Tronox leverage sulfate grades
18  against Tronox grades as leverage in negotiations?
19      A.  Yes.
20      Q.  Do you have knowledge, in your position, of the
21  quality of Chinese TiO2?
22      A.  I do.
23      Q.  How have you come to acquire that knowledge?
24      A.  We routinely obtain samples of our competitors'
25  product and evaluate them in our laboratories and do

2242

1   drawdowns and make paint ourselves to compare and
2   contrast our quality versus all of our competitors.
3       Q.  Do Chinese sulfate products compete with
4   Tronox' chloride products?
5       A.  Yes, they do.
6       Q.  Now, I want to ask you just a few questions
7   about a particular topic of in-store tinting.
8       Are you familiar with that phrase?
9       A.  I am.
10      Q.  What is in-store tinting?
11      A.  So if you go to a Home Depot or a Lowe's or in
12  the U.K. a B&Q or an OBI, which are Home Depot or DIY
13  stores there, you'll go buy a can of paint and you'll
14  look at a color spectrum.  Then you'll pick a color.
15  They will take a can of base white paint, and then
16  they will make the paint in the tinting system in the
17  store.
18      Q.  Based on your experience in the industry and at
19  Tronox, do you have knowledge of the regions of the
20  world where in-store tinting is done?
21      A.  Yes, I do.
22      Q.  Is in-store tinting something that is done only
23  in North America?
24      A.  No, it's not.  It's done in Australia, in
25  India, in Europe, and in the U.S., Canada, Mexico.  We

28 (Pages 2239 to 2242)

Tronox, et al.                                                    6/7/2018

2243

1    would consider that all North America, though, the last
2    three.
3        Q. Now, I want to return to the topic of Chinese
4    competition in the TiO2 industry.
5            And again, based on your knowledge and
6    experience, does Tronox compete with Chinese producers
7    of TiO2?
8        A. Yes, we do.
9        Q. Do you have knowledge as to whether other
10   suppliers of TiO2 also compete with the Chinese?
11       A. I'm sure they do. I don't have specific
12   knowledge, but yes, I would assume they're competing
13   with them just as aggressively as we are.
14       Q. And particularly with respect to Chinese
15   competition, who are the competitors from China?
16       A. As I mentioned previously, there -- there was
17   about 64 producers of TiO2 in China ten years ago. The
18   consolidation process has brought that down to about
19   thirty-ish.
20           There's one significant producer of TiO2 by the
21   name of Lomon Billions. They're now the fourth largest
22   producer of TiO2 globally and have made very public
23   their statements to expand that capacity by more than
24   doubling it, so when I think about Chinese companies,
25   there's also other ones, but that's the one that keeps

2244

1    me up at night because they produce today 140,000 tons
2    more than we do.
3        Q. Do you know how many plants Lomon Billions
4    operates?
5        A. They have two facilities, and they're looking
6    at building a third one on the coast to add another
7    300,000 tons along with expanding the current one that
8    they have in the Sichuan province by another
9    200,000 tons.
10           To be specific, that last -- all of those
11   expansions are chloride expansions.
12       Q. Does Lomon Billions produce both chloride and
13   sulfate TiO2?
14       A. They do.
15       Q. And what do you know about the quality of
16   Lomon's TiO2?
17       A. The quality of their sulfate TiO2 is and has
18   continued to get better. I mentioned earlier they have
19   some grades that actually perform better than ours in
20   some architectural applications.
21           Their chloride capacity, they have now got a
22   plant that's a hundred thousand tons per year we
23   believe. It's running at about 70,000 tons per year.
24   And they are adding two additional lines at that plant
25   that they have stated would be online by the end of

2245

1    2019 which will have 300,000 tons of nameplate capacity
2    for that asset.
3        Q. Do you know Lomon's current annual production
4    capacity?
5        A. 600,000 tons.
6        Q. Now, remembering that we are in public session,
7    are you aware of any instances where Lomon Billions has
8    taken customers from Tronox?
9        A. Yes.
10       Q. Are you aware of any instances where
11   Lomon Billions has taken customers from other
12   non-Chinese suppliers of TiO2?
13       A. I can't be specific, but what I can go back to
14   is that in -- nine years ago, they were exporting a
15   hundred thousand tons per year out of China into rest
16   of world. Now they are exporting a million tons and
17   selling it. They didn't take that all from me, so they
18   took it from somebody else.
19       Q. Do you have knowledge about Lomon Billions'
20   business in regions of the world outside of
21   North America?
22       A. What I know is that they've established a
23   significant footprint with a sales and marketing group
24   and staff in Europe, they've done the same in
25   North America, so they are definitely not a Chinese

2246

1    company that's only supplying the Chinese market. They
2    are a global company.
3            They've recently hired somebody that had worked
4    for TZMI that has become their strategic focus around
5    how to globalize their business.
6        Q. Has Chinese product displaced product sold by
7    Tronox in certain areas of the world?
8        A. Yes. In some instances completely.
9        Q. Do you know if Chinese product has displaced
10   product sold by Tronox' competitors in certain parts of
11   the world?
12       A. I don't have specifics, but yes, I would say
13   that's fair to say because, again, at the rate they're
14   expanding, they're not taking all of my market, they're
15   taking somebody else's.
16       Q. Now, does this displacement of product by
17   Chinese competition have ramifications for the
18   TiO2 market as a whole?
19       A. Absolutely.
20       Q. How so?
21       A. The TiO2 market is growing at a rate of about
22   3 percent per year. It runs largely intact with GDP.
23   Some regions grow faster than the others.
24           So if I think about the market or -- of -- for
25   TiO2, last year, it was about 6.2 million tons. If

29 (Pages 2243 to 2246)

Tronox, et al.                                                6/7/2018

2247

1    it's going to grow 3 percent per year, then the market
2    would require another 180,000 tons of TiO2.
3         You've got Lomon Billions by itself saying
4    they're expanding their plant by 300,000 tons -- or
5    200,000 tons -- excuse me -- with a plan to add another
6    300, so that's creating competitive activity which is
7    driving price down.  As I mentioned before, our price
8    in the last eight years has not moved significantly,
9    and if you look at it, it's not even keeping up with
10   inflation.
11        Q.  Mr. Romano, I now want to turn briefly to the
12   topic of plant closures and output reduction by
13   Tronox.
14        Do you have knowledge of periods of time when
15   Tronox or other suppliers have reduced production of
16   TiO2?
17        A.  Yes.
18        Q.  Have you been personally involved in decisions
19   at Tronox to reduce output?
20        A.  Output or close plants?
21        Q.  Output.
22        A.  Yes.
23        Q.  What was your involvement in those decisions?
24        A.  In 2012, we made a decision to slow our plants
25   down, and in 2015, we made a decision to slow our

2248

1    plants down.
2         In 2012, specifically in 2011, the market for
3    TiO2 dropped significantly.  I think I mentioned that
4    in the fourth quarter of 2011 compared to the third
5    quarter of 2011, our sales in Asia Pacific dropped
6    43 percent.  They dropped 26 percent in North America.
7    And in 2011, we sold 424,000 tons, and our sales in
8    2012 were 330,000, so it was a 90,000-ton drop in our
9    sales profile.
10        We could not afford to continue building
11   inventory.  We didn't have the cash to do that, so we
12   made a decision not only that we had nowhere to put it,
13   we ran out of inventory and warehouse space, so we
14   weren't selling.
15        I think that was a time in the market where
16   there was a lot of panic buying going on.  Customers
17   were paying -- were buying anything that they could get
18   their hands on when they thought the market was tight,
19   and then all of a sudden the market stopped.
20        Q.  Now, we'll go into specifics of factors in the
21   decisions to reduce output, but specifically now I just
22   want to understand, did you personally have involvement
23   in the decisions to reduce output?
24        A.  I did.  I was involved in those discussions.
25        Q.  And separate and apart from output reductions,

2249

1    do you also know about times when Tronox closed
2    plants?
3         A.  I do.
4         Q.  And specifically in what period of time did
5    Tronox close plants within the 2008-2010 time frame?
6         A.  We closed our plant in Savannah, Georgia in
7    that time frame during the bankruptcy process.  We
8    were -- after we filed Chapter 11, we were required by
9    our bondholders to make sure that the assets that we
10   were running had the capability of running within
11   their own cash flow, and in the absence of that, we had
12   to do something different.  Savannah was not capable of
13   that; and therefore, it was closed in the bankruptcy
14   process.
15        We also had a plant in Uerdingen, Germany that
16   was not capable of running within its cash flow.  That
17   plant was not closed, but we turned it over to the
18   government.  It was the equivalent of a bankruptcy
19   process in Germany.
20        Q.  And again, Mr. Romano, can you give us the time
21   frame for these plant closures?
22        A.  That was in 2008-ish time frame when that plant
23   closed, the Savannah plant.
24        Q.  During this time period, are you aware as to
25   whether any other competitors in the industry also

2250

1    closed plants?
2         A.  Yeah.  If you take out the hundred thousand
3    tons that we closed in Savannah, there was an
4    additional 280,000 tons of capacity taken out at that
5    time based on the lack of profitability and people's
6    not being able to operate those assets because they
7    were losing money.
8         Q.  All right.  Now, I want to talk specifically
9    about output reduction.
10        Other than for the purpose of maintenance or
11   unplanned outages, has Tronox ever reduced output of
12   TiO2?
13        A.  Yes.
14        Q.  When?
15        A.  2012 and 2015.
16        Q.  All right.  I want to take each of those time
17   periods one by one and, again, keeping in mind that
18   we're still in public session.
19        Starting with the output reduction that you
20   mentioned in late 2011, which I believe lasted into
21   early 2012, can you explain why did Tronox reduce
22   output during this time period.
23        A.  As I mentioned a few minutes ago, price -- the
24   demand had basically just stopped.  We had -- from
25   2011 to 2012, our total sales profile dropped

30 (Pages 2247 to 2250)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 65 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/7/2018

2251

1    21 percent year over year.  In the fourth quarter of
2    '11, it dropped 43 percent in Asia Pacific.
3        We had to evaluate how we were going to move
4    forward.  Customers weren't interested in buying at
5    any price at that stage because we had just -- we
6    were -- that was the back end of the cycle, so prices
7    at that stage had peaked.  And they had peaked largely
8    due to an exacerbated impact off panic buying, so we
9    had some instances where we had very large customers,
10   which I can be specific in the private session, that
11   had over 12 months of inventory.
12       So in an effort to manage cash, we couldn't
13   just continue to build inventory.  We had nowhere to
14   put the inventory.  We made a decision to slow the
15   plant down.
16       I think I'll make one comment.  We slowed that
17   plant down in 2016 -- I mean in 2012.  And we brought
18   the plant back up when we saw demand turning and the
19   inventory was where we needed it to be, but price
20   continued to move down for four years.
21       **Q.  All right.  So let's turn to the next time**
22   **period that you mentioned when you know that Tronox**
23   **reduced output in 2015.**
24       **Why in 2015 did Tronox reduce the output of**
25   **TiO2?**

2252

1        A.  In 2015, we were basically evaluating the same
2    circumstances we were in 2012, although it was a bit
3    different because price was significantly lower than it
4    was at that stage.
5        In 2015, at that stage, you have to remember
6    we were now three years into a down cycle.  We had
7    been trying to move the price up.  As I mentioned in
8    earlier testimony, we'd made announcements in March of
9    2015, trying to get additional profitability based on
10   what we saw as far as demand.
11       So demand wasn't in the same shape, but our
12   profitability was very bad.
13       So we were looking at how we could manage cash.
14   We didn't have enough cash to continue to build
15   inventory, so we slowed the plant down.
16       The thing that's important is that we never
17   missed customer orders.  This wasn't to drive price;
18   this was to manage our profitability or lack thereof.
19       **Q.  And Mr. Romano, with respect to these two**
20   **output reductions by Tronox, are they the only times**
21   **that you know of where Tronox reduced its output?**
22       A.  Specifically for market related.  Again,
23   maintenance, unplanned and planned, we have periods
24   where we'll, you know, slow the plant down to do the
25   maintenance, but that's -- the short answer to your

2253

1    question is yes.
2        **Q.  And based on your knowledge from 30 years at**
3    **Tronox, has Tronox ever reduced output in order to**
4    **drive up prices of pigment?**
5        A.  No.
6        **Q.  Has Tronox ever reduced the supply of feedstock**
7    **into the market?**
8        A.  Yes.
9        **Q.  When?**
10       A.  It was probably sometime in that same 2015 time
11   frame.
12       **Q.  Why did Tronox reduce the supply of feedstock**
13   **into the market during that time frame?**
14       A.  So Tronox is a producer of feedstock.  We're
15   vertically integrated.  The majority of the feedstock
16   that we produce we consume internally.  The balance of
17   that feedstock that we produce we sell and we sell to
18   our competitors.
19       Most of our competitors don't like to buy from
20   us.  They buy from us at last resort, and that's
21   typically when the market is tight, so when the
22   supply-demand situation is right, they'll buy from us.
23       When we made the decision to idle the furnace
24   in South Africa, it was because we made a decision not
25   to sell at a loss any longer.

2254

1        **Q.  With respect to its feedstock production, in**
2    **your 30 years at the company, has Tronox ever attempted**
3    **to control the supply or price of feedstock to raise**
4    **the price of pigment?**
5        A.  No.  And I think I'll be specific.  We've only
6    been in the market selling feedstock since we merged
7    with Exxaro in 2012.  The feedstock that we produce in
8    Australia has always been used internally.
9        The short answer to your question is no.
10       MS. DeSANTIS:  So, Your Honor, at this time,
11   I've completed my questioning for the public session,
12   and I'll need to request that we go in camera.
13       JUDGE CHAPPELL:  All right.  At this time we
14   will go into in camera session.  I'll need to ask those
15   that are not subject to the protective order to leave
16   the courtroom.
17       (Whereupon, the proceedings were held in
18   in camera session.)
19       - - - - -
20
21
22
23
24
25

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 66 of 166
Trial - Public & In Camera
Tronox, et al.                                                                          6/7/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 67 of 166
Trial - Public & In Camera
Tronox, et al.                                                                                    6/7/2018

2311

1  facility that Cristal had spent hundreds of millions of
2  dollars on and had not been able to get the thing up
3  and running properly. In fact, in trying to do that,
4  they had had some fairly catastrophic failures,
5  including, you know, explosions and things like that.
6       So that was my understanding, and I knew of
7  that asset in Mr. Casey's email where he just confirmed
8  that that asset was, you know, part of the -- you know,
9  part of a discussion.
10      Q. In general terms, what did Mr. Casey tell the
11  board about his intentions for Tronox on the slagger?
12      A. Well, you know, it -- you know, obviously, in
13  this email, you know, he stated what's stated here. In
14  later discussions, it was fleshed out more fully, but
15  here he's basically saying that we would -- there would
16  be an option agreement, and we would have an option to
17  purchase the facility.
18      And he talks about during the period of that
19  option, we would agree to purchase the output of the
20  smelter. And that option arrangement, indeed, did end
21  up being sort of how that portion of the deal was
22  structured.
23      Q. Do you know why Mr. Casey was proposing an
24  option agreement rather than an outright purchase of
25  the slagger?

2312

1       A. I didn't fully at this time when I received the
2  email. I do now, through subsequent discussions and
3  events over all the months that this has been pending,
4  and the reason was, you know, this thing hadn't worked,
5  and if it does work, it's really valuable, okay?
6       So Cristal and TASNEE wanted to sell this
7  smelter to us at a value that approximated what it
8  could be worth. We, on the other hand, wanted to buy
9  it for a value of -- that approximated what it was
10  worth at the time, which was not much, because it
11  wasn't doing anything. So the option structure, it's
12  really a put and call type structure, is that we would
13  provide technical services to help get the thing up and
14  running. We would provide capital to make investments
15  in it, and then we would have an option to buy it once
16  it got up and running. And, in fact, if it got up and
17  running and was meeting certain production parameters,
18  Cristal would have a right to put it to us.
19      So it was a way of bridging a value gap and
20  doing something that couldn't have been -- you know,
21  couldn't quite be negotiated in a more straightforward
22  way.
23      Q. In your experience, how common is it for
24  companies to structure transactions that way when
25  there's a dispute over valuation?

2313

1       A. Well, I mean, it's not uncommon at all for
2  there to be ancillary documents as part of, you know, a
3  big merger that get done after the fact. Usually
4  they're technical services agreements or transition
5  services or whatnot. I've seen situations with
6  creative ways of bridging value that, you know, have
7  been incorporated into the deal, and I think this is
8  just an example of that.
9       Q. Turning your back to Mr. Casey's email, in the
10  next paragraph --
11      JUDGE CHAPPELL: Wait, let me ask a question
12  about this slagger.
13      Are you familiar with how titanium is sourced?
14      THE WITNESS: How the mineral sands part of it
15  is sourced?
16      JUDGE CHAPPELL: Mineral sands versus -- can it
17  be mined as hard rock rather than sand?
18      THE WITNESS: Yes, sir. Yes, sir. It is
19  mined, and it -- it -- feedstocks are -- occur in a
20  natural state, a natural rutile, which can be used in
21  the pigment, but to create higher grade feedstocks,
22  it's generally taken through a beneficiation type
23  process, a smelting process that creates a purer grade
24  titanium feedstock that enhances your recovery when you
25  make pigment. So it's both.

2314

1       I know Mr. Turgeon, Jean-Francois Turgeon, our
2  chief operating officer, is going to testify later on
3  in the trial. He's one of the world's foremost experts
4  in that area and can obviously explain it a lot better
5  than I can, but basically you can make pigment from
6  natural rutile or you create a higher grade feedstock
7  through smelting.
8       JUDGE CHAPPELL: Are you familiar with crude
9  oil versus tar sands?
10      THE WITNESS: A bit, Your Honor, yes.
11      JUDGE CHAPPELL: Is that a similar -- would you
12  say that mineral sands are more like tar sands and
13  crude oil is more like the hard mineral that you're
14  mining?
15      THE WITNESS: Yeah, I think so, Your Honor. I
16  think that's not a bad analogy, I think, because, you
17  know, either one of those you can eventually make
18  finished product out of. It's just where you start and
19  at what point in that value chain do you start with.
20      JUDGE CHAPPELL: And what I'm coming back to is
21  this slagger, smelter -- same thing?
22      THE WITNESS: Yes.
23      JUDGE CHAPPELL: Is that something that's used
24  only for the sands?
25      THE WITNESS: Yes. It's used for -- for some

46 (Pages 2311 to 2314)

Tronox, et al.                                                                    6/7/2018

2315

1  form of the mineral sands after they're mined.  What
2  happens, they go through first a physical separation
3  process and some things in what we call a mineral
4  separation plant, but eventually those are taken
5  through a smelting process to beneficiate the ore and
6  make it more valuable.
7      JUDGE CHAPPELL:  And not including anything
8  from Cristal, does Tronox have the ability to refine or
9  manufacture titanium dioxide from either the mined
10  mineral or from the sands?
11     THE WITNESS:  Yes, Your Honor.  We have two
12  smelters in South Africa that are up and running.
13  We're one of the very, you know, leading companies in
14  the world in that -- having that technology.  So we
15  have two smelters that are up and running in South
16  Africa and a facility in Australia that does a similar
17  thing to make what we call synthetic rutile, but --
18  but, yeah, we -- so we have the capability of taking
19  the virgin mineral sands and taking them through that
20  process to create the higher grade feedstocks.
21     JUDGE CHAPPELL:  We have heard a lot about this
22  smelter in the Kingdom of Saudi Arabia.  Is that
23  smelter in Saudi Arabia, was that something that was a
24  jewel in this acquisition, something that was a big
25  deal, or not?

2316

1      THE WITNESS:  Well, it is.  It's a -- maybe
2  a -- kind of a jewel in the rough, you know, kind of a
3  diamond in the rough.  Right now it's just a bunch of
4  steel on the ground in the middle of the desert, I
5  mean, not to be flippant, but if we can provide the
6  technical services and the know-how to get the thing up
7  and running and operated, it will be very valuable.
8      And that huge difference in value, as I have
9  explained to Mr. Williams, that's why we structured
10  this part of the deal as sort of a -- you know, an
11  option agreement, because that was a way of bridging
12  that value gap.
13     JUDGE CHAPPELL:  All right, thank you.
14  BY MR. WILLIAMS:
15     Q.  Do you know whether Tom Casey considered the
16  slagger or the smelter to be part of this transaction
17  from when he first contacted the board about it?
18     A.  Oh, I -- certainly, I think that that was
19  always considered by Mr. Casey and our board as being,
20  you know, part of the transaction.
21     Q.  He had mentioned it in this discussion in this
22  email to you?
23     A.  Yes, sir.
24     Q.  Let me turn your attention to the next
25  paragraph where Mr. Casey said, "This combination would

2317

1  increase our pigment production to approximately 1.25
2  million tons and our high grade feedstock SR and slag
3  production to approximately 1.1 million tons (not
4  including rutile)."
5      Do you see that?
6      A.  Yes, sir, I do.
7      Q.  What does that mean?
8      A.  Well, so that's -- that's the -- both ends of
9  the value chain.  So the pigment production is the end
10  of the value chain.  That's talking about the capacity
11  to produce titanium dioxide pigment.  And Tronox on a
12  stand-alone basis has about 465,000 tons, you know, and
13  Cristal has something like, you know, 700,000 or 650,
14  so together that would be 1.25 million.  So that would
15  be a significant increase.
16     And then Cristal has high-grade feedstock
17  capacity, so the total capacity on the feedstock side
18  would be 1.1 million tons.  Again, that's a feedstock
19  for making pigment.
20     Q.  Why would it be advantageous for Tronox to
21  increase its production?
22     A.  Well, a number of things, and I think one of
23  the things that Mr. Casey goes on right here and points
24  out in the note is that by increasing our footprint in
25  the pigment plants, it would allow us to run our

2318

1  mineral sands operations and our smelters sort of at
2  full capacity -- or all out, as he says here -- and,
3  therefore, we're producing more high-grade feedstock
4  with the same -- you know, the same facilities.  And
5  that lowers your cost, because these are real high
6  fixed-cost businesses.  So you spread that cost
7  out and really lower your costs.
8      In addition, you know, that way you can run
9  those assets all out because you're consuming the
10  feedstocks yourself.  You don't have to be selling that
11  into the merchant market, which may or may not be
12  attractive at any given time.
13     Q.  If we could expand the paragraph that begins,
14  "Preliminary work," please, Mr. Thomas, and I would
15  like to direct your attention, Mr. Quinn, to the
16  paragraph where Mr. Casey starts by saying,
17  "Preliminary work shows a substantial increase in
18  shareholder value for Tronox shareholders through the
19  combination."
20     Do you see that?
21     A.  I do, yes.
22     Q.  What experience did Tronox have in seeking
23  merger or acquisition partners at around this time?
24     A.  Well, as I think I indicated earlier, you know,
25  during this period of time, we were actively looking

47 (Pages 2315 to 2318)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 69 of 166
Trial - Public & In Camera
Tronox, et al.                                                              6/7/2018

2319

1  for opportunities to grow.  You know, this is a very --
2  you know, a very competitive industry, and as -- as I'm
3  sure we'll talk about, you know, it's an industry where
4  there's really significant, large competitors that have
5  very low cost basis.  There are foreign competitors,
6  primarily the Chinese competitors, that have a very low
7  cost basis.  So one of the ways we believed that we
8  could compete was to grow and increase our footprint.
9      Q.  Mr. Casey continues, "In addition, the current
10  proposal will substitute a business growing
11  significantly faster and with larger EBITDA and free
12  cash flow potential (Cristal) for the Alkali business."
13      Do you see that?
14      A.  Yes, I do.
15      Q.  What did you take that to mean?
16      A.  Well, it's like we talked about.  We were going
17  to sell the alkali business, you know, that's unrelated
18  to the TiO2 business, raise a bunch of cash, and use
19  that cash in part to buy Cristal's titanium dioxide
20  business.
21      So -- and Cristal's business had better, you
22  know, earnings, better EBITDA, and better cash flow
23  generation potential than the alkali business that we
24  were giving up.
25      Q.  What is EBITDA?

2320

1      A.  EBITDA is earnings before interest, taxes,
2  depreciation, and amortization.  It's a very standard
3  financial metric that's used in, you know, chemical
4  companies.  In fact, it's probably the -- the metric
5  that publicly traded companies in the space are most
6  often valued at by investors.
7      Q.  Mr. Casey continues, "Synergies are significant
8  and the deleveraging effect on our Balance Sheet would
9  add more equity value and share price appreciation we
10  believe."
11      Do you see that?
12      A.  Yes, sir, I do.
13      Q.  What did you take that to mean?
14      A.  Well, first, I think there were believed to be
15  significant synergies in the transaction, and as I'm
16  sure we will get a chance to talk about, that that
17  proved to be true, and we've done a lot of work in that
18  regard.  So we thought that would be the case.
19      And then also the net effect of the deal would
20  be to delever -- and usually in leverage, we would have
21  more debt in an absolute sense.  You know, leverage is
22  often thought of as a ratio of debt to, you know, to
23  EBITDA.  So the net effect of the deal would be to make
24  that leverage ratio lower.
25      Q.  If we could take down that document, please,

2321

1  Mr. Thomas.
2      You made reference to running plants all out,
3  Mr. Quinn.
4      A.  Yes.
5      Q.  What does that mean?
6      A.  Well, I think -- generally, I think it means
7  running at full capacity, running, you know, at
8  nameplate or above nameplate capacity, you know,
9  subject obviously to good maintenance practices and all
10  those things you do, but running as much volume through
11  those plants as you can.
12      Q.  What's the advantage to Tronox of running its
13  plants all out?
14      A.  Well, it reduces your costs.  It takes the same
15  fixed costs and spreads that out over a broader
16  production volume, so you get lower cost.
17      Q.  After Mr. Casey's email in October of 2016, how
18  did management and the board proceed with this proposed
19  acquisition?
20      A.  Well, management proceeded to conduct
21  significant, detailed due diligence and negotiate the
22  remaining terms of the agreement and negotiate an
23  actual definitive agreement, and that occurred from
24  sort of, you know, the 1st of November, you know, type
25  area through February of the next year.  And in

2322

1  mid-February of the next year, February --
2  mid-February, the -- we had a board meeting to approve
3  the transaction.
4      MR. WILLIAMS:  May I approach the witness, Your
5  Honor?
6      JUDGE CHAPPELL:  Go ahead.
7      THE WITNESS:  Thank you.
8      BY MR. WILLIAMS:
9      Q.  Mr. Quinn, I have just handed you what's marked
10  as PX 10.  I see that you're flipping through it.  It's
11  already in evidence.  Could you please identify PX 10
12  for the Court?
13      A.  Yeah.  This is a copy of the materials that
14  were prepared for a February 14, 2017, board of
15  directors meeting for Tronox.
16      Q.  Who compiled these materials?
17      A.  This would have been compiled by the management
18  team and sent to the board.
19      Q.  You received this compilation of materials on
20  or about the board meeting in February of 2017?
21      A.  Probably, you know, a week to a few days before
22  then, and, you know, we would receive that either --
23  well, both by email, probably, and also by posting
24  these materials on the company's secure board portal
25  site that we use for -- you know, the company uses for

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 70 of 166
Trial - Public & In Camera
Tronox, et al.                                                                                                6/7/2018

2323

1  board meetings.
2      Q.  Why was the board of directors reviewing these
3  materials?
4      A.  Well, there was a meeting scheduled to address
5  the -- several things, most importantly on the deal,
6  the status of the deal, and to hear management's report
7  on that and actually approve the management to proceed
8  to enter into a definitive agreement.
9          And as you see from the agenda, you know, there
10  were some other things.  There was approval of the 10-K
11  and approval of the earnings release and approval of a
12  dividend and those type of things, but the approval of
13  the Cristal deal was, you know, the real significant
14  purpose of the meeting.
15      Q.  If you could take down the document for a
16  second, Mr. Thomas, and I will ask you to go to page
17  170 when I ask you to call it back up, please.
18          JUDGE CHAPPELL:  Can you put that back up?
19          MR. WILLIAMS:  Let's bring it back up, please,
20  the first page.
21          JUDGE CHAPPELL:  First of all, that's a nice
22  hotel.  Number two, it says "Draft."  Did it become
23  final or is this final?
24          THE WITNESS:  Yes, sir.  This -- I'm not sure
25  why that "draft" designation is there.  You know, this

2324

1  would have been final, and, you know, the company would
2  have posted this on its board portal.  I think it's
3  probably just a version that got picked up somehow
4  through discovery as the final draft, but I -- I
5  believe this was, indeed, the final draft of the
6  materials.
7      BY MR. WILLIAMS:
8      Q.  Mr. Quinn, if you see any differences between
9  what you remember as the final and this version that is
10  at least designated "draft," you'll advise the Court?
11      A.  Certainly, yes.
12      Q.  If we could take that down now, Mr. Thomas.
13          What was the rationale for this transaction
14  when it was presented to the board, Mr. Quinn?
15      A.  Well, I think -- I think the overall strategic
16  intent was, frankly, to, you know, lower our costs, to
17  improve our competitive position, and enable us to
18  create a more viable, sustainable company throughout,
19  you know, all of the cycle of the TiO2 industry, which,
20  you know, as I'm sure has been discussed, you know,
21  TiO2 is a very cyclical industry.  But that was the
22  strategic intent, and beneath that, there were other
23  key kind of thoughts and rationales.
24      Q.  Did management lay out its transaction
25  rationale in connection with the February 2017 board

2325

1  meeting?
2      A.  Yes.  I recall that this presentation was a
3  very detailed presentation of the -- of the transaction
4  rationale, the valuation, you know, work, the diligence
5  work, a report from the investment banker.  So, yeah, a
6  very comprehensive report to the board on the status of
7  the transaction.
8      Q.  Mr. Thomas, could you bring up page 170 of
9  PX 10, please.
10          This is the cover page for the transaction
11  rationale.  This is the part of the presentation that
12  you reviewed in connection with your review as a board
13  member of this transaction, Mr. Quinn?
14      A.  Yes.  Yes, it is.
15          JUDGE CHAPPELL:  This is page 170.  This agenda
16  wasn't 170 pages, was it?
17          MR. WILLIAMS:  The agenda was one page, Your
18  Honor, and there were several reports and presentations
19  that are compiled with this document.
20          THE WITNESS:  Your Honor, this is the actual
21  deck.  It was several hundred pages long, because it
22  also included the 10-K and -- so, yeah, it was -- it
23  was, I think, almost 300 pages long.
24          MR. WILLIAMS:  May I approach, Your Honor?
25          JUDGE CHAPPELL:  Yes.

2326

1          MR. WILLIAMS:  I will take this back, but this
2  will give Your Honor a sense of all of the things that
3  were discussed at this meeting.  I'm directing
4  Mr. Quinn to page 170 because that's a part of
5  management's presentation to the directors.
6          THE WITNESS:  It actually was -- you can see
7  the numbers.  It was actually page 7 of that
8  presentation, but in the -- in this -- the board
9  meeting as a whole, it was page 170.
10          JUDGE CHAPPELL:  So this is like a CIA
11  document.  Every page is completely black.
12          MR. WILLIAMS:  There are privileged materials
13  in part, Your Honor, and we are in public session, and
14  we have initially designated this document
15  confidential.
16      BY MR. WILLIAMS:
17      Q.  I'll ask Mr. Quinn, who is the CEO, you are
18  comfortable discussing these matters in public session,
19  Mr. Quinn?
20      A.  Yes, I am.
21          JUDGE CHAPPELL:  Yours didn't have black pages
22  when you got it back then?
23          THE WITNESS:  No, it did not, Your Honor.  And
24  what that was -- what the black pages are, it's the
25  other agenda items.  It's the audit committee stuff,

49 (Pages 2323 to 2326)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 71 of 166
Trial - Public & In Camera
Tronox, et al.                                                                        6/7/2018

2343

1    investors, you know, you put your credibility on the
2    line to say this is what we can do in this transaction,
3    and, you know, you better deliver on those. There's
4    lots of consequences if you don't, especially on sort
5    of the financing side and delivering those to the
6    satisfaction of your banks.
7        Q. The last bullet says, "Synergy assessment by
8    KPMG validated our estimates."
9        Do you see that?
10       A. I do, yes.
11       Q. What happened with KPMG that's referred to in
12   this bullet?
13       A. Well, and Mr. Mancini -- Chuck Mancini, who is
14   our senior vice president of organizational
15   effectiveness, is the gentleman that was sort of
16   responsible for sort of coordinating all of these --
17   all these estimates of synergies and assigning --
18   running sort of the project management office. I think
19   he's going to testify later in this proceeding and can
20   talk about what KPMG did in great detail.
21       But basically what they did was to come in and
22   take an independent look at our estimate of the
23   synergies and the assumptions that we made in order to
24   estimate those.
25       Q. Can I turn your attention back to the four

2344

1    rationales? I think we're finished with two.
2        What was the third rationale that management
3    presented, Mr. Quinn?
4        A. And I think -- no, that's back on page --
5        Q. 172?
6        A. No, actually, probably 176 is probably the --
7    you know, where -- the detail of that, and that is to
8    create, you know, the world's most highly integrated
9    titanium dioxide producer. And this chart here -- the
10   first chart shows the structure of the industry, and
11   this actually, you know, is a chart that pretty well
12   shows some of what the strategic intent was --
13       Q. Mr. Quinn, before you go into that, if I could
14   just make sure that the record is clear, what chart
15   we're referring to.
16       A. I'm sorry. It's on page 176, I believe it is.
17       Q. This is a chart that has the title, "Creates
18   the World's Largest Producer of TiO2"?
19       A. Right. And this is sort of a precursor to the
20   next slide that talks about being an integrated
21   supplier, but -- but this -- what this chart shows is
22   the pigment production capacity of the various players
23   in -- you know, major players in the TiO2 industry.
24       And it shows Chemours, which is sort of the
25   800-pound gorilla in this space, and then Cristal or

2345

1    Circle here, Huntsman, which is now Venator, Lomon
2    Billions, which is the up-and-coming Chinese producer,
3    and then Kronos, and then Tronox.
4        As you can see here, you know, Tronox was the
5    sixth largest player, sixth largest producer globally
6    in the TiO2 space. And, you know, we -- you know, as
7    part of this transaction and the work leading up to it,
8    really trying to understand how is Tronox, at a
9    relatively small size compared to these other
10   competitors, going to compete in this marketplace?
11       You know, and especially given that, you know,
12   Chemours, the large player in the space, has
13   large-scale assets. They have large-scale technology,
14   but they have really good assets. They have pigment
15   plants that the single plants are bigger than Tronox,
16   but they also have technology that allows them to use a
17   variety of feedstocks, including lower quality
18   feedstocks.
19       And finally, they have some very favorable
20   waste disposal permits that allow them to do things
21   that we're not allowed to do in terms of with their
22   waste at a couple of their plants. So because of all
23   that, they have a very low-cost position.
24       Q. So how was this transaction structured to allow
25   Tronox to compete with Chemours?

2346

1        A. Well, it would lower our costs. It would
2    make -- it would increase our size, make us on par with
3    them in terms of size to be able to serve a growing --
4    you know, a growing global customer base.
5        You know, as -- probably as has come out, our
6    customers in this space are much bigger than we are.
7    You know, they're customers -- especially in the
8    coatings industry, the paint companies are multiple
9    times our size. So growing in size and substance
10   allows us to hold our own with Chemours better and also
11   increase -- you know, improves our cost position.
12       Q. We've discussed Tronox and Chemours. If we
13   could work on the right side and proceed leftward, how
14   does Kronos play into this strategically?
15       A. You know, Kronos is a very interesting private
16   company. They're -- they've kind of lost their way a
17   little bit, maybe have lost some ground. They're
18   predominantly a European producer that has a presence
19   here in North America, but they're probably not -- I
20   would say they're not quite on the same level as
21   Chemours or Lomon Billions as a global competitor, but
22   -- they participate in the global regions, but maybe
23   just a little bit higher cost structure.
24       Q. Why don't we turn to Huntsman next. How does
25   Huntsman fit into the strategic plan?

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 72 of 166
Trial - Public & In Camera
Tronox, et al.                                                                                          6/7/2018

2347

1    A. Well, like I said, that's now Venator, and they
2    are predominantly a European producer, and Venator
3    participates in a portion of the market that is a
4    little bit different than where Chemours and Tronox
5    compete. They compete in the specialty market much
6    more, where products tend to be smaller volumes but
7    higher prices and higher production costs. So they're
8    a little bit of a different type producer than Chemours
9    or Tronox.
10   Q. How about Lomon Billions?
11   A. Well, Lomon Billions is -- you know, they're
12   the largest, by far and away, of the Chinese producers.
13   They've grown rapidly. They've stated openly and
14   publicly that their intent is to dominate this industry
15   within the next few years. They -- they're a very -- a
16   real, very viable competitor.
17   Like all Chinese companies in the chemical
18   space, they benefit from some things. They benefit
19   from very low labor costs, they benefit from very low
20   capital costs, and they benefit from getting a lot of
21   assistance from -- you know, from the Government in
22   terms of developing a global business. So they're a
23   significant, significant competitor here, and that's
24   really why, you know, Tronox had to do something.
25   Q. What did Tronox have to do to deal with this

2348

1    competition?
2    A. Well, and it's -- it was to grow, but even more
3    than that, the way they chose to grow is to become a
4    vertically integrated producer of TiO2 pigment, and, in
5    fact, on the next slide, we show that.
6    Q. Before we go there, I'd like to ask you a
7    little bit about competition from China.
8    A. Um-hum.
9    Q. What sort of competition is Tronox facing in
10   the TiO2 markets from China today?
11   A. Significant competition from China in all world
12   regions.
13   Q. How do you anticipate the competition from
14   China to change in the near future?
15   A. Well, I think it's -- you know, it's going
16   to -- it's going to get nothing but more intense, and I
17   think the TiO2 space is just like many of the
18   chemical -- segments in the chemical industry where
19   Chinese competition is a complete game-changer.
20   And there are even examples of some of the
21   subsegments in the broader chemical industry where
22   Chinese competition has basically come in and wiped
23   out, you know, the domestic industry, like in
24   tagalacrum (ph.), in polyvinyl chloride, in solar
25   panels. You know, Chinese competition basically just

2349

1    cratered the domestic North American market for
2    competition.
3    Q. What do you mean when you say the competition
4    Chinese "cratered" the North American --
5    A. Well, just they came in with their cost
6    position for all the same reasons we've talked about,
7    and they were able to just absolutely undercut --
8    undercut U.S./North American participants and take the
9    market.
10   Q. You -- there's a reference on page 176 to "TiO2
11   pigment production capacity." Do you see that?
12   A. I do.
13   Q. For New Triangle, there are two different bars,
14   correct?
15   A. There are.
16   Q. What do those two different bars signify?
17   A. Well, the dark blue is what the nameplate
18   capacity would be for New Tronox, and the light blue is
19   what the combined 2016 production actually was. So
20   you'll see at that time that there was about -- you
21   know, the actual capacity was about 300,000 metric tons
22   less than capacity.
23   Q. How, if at all, does Tronox plan on bridging
24   that gap?
25   A. We plan to bridge that gap significantly,

2350

1    because, you know, we operate our plants -- since 2016,
2    we have been, you know, improving the utilization of
3    our plants. We operate our plants at or near nameplate
4    capacity, and it's sometimes above nameplate capacity.
5    Cristal has not been able to do that, so there
6    is significant, you know, output enhancement that can
7    be had by getting the Cristal plants up to the same
8    level of utilization as the Tronox plants.
9    Q. You're familiar with a Cristal plant located at
10   Yanbu?
11   A. Yes, Yanbu, Saudi Arabia, yes.
12   Q. What can you tell us about that Cristal plant?
13   A. Well, that's a plant that is built on the same
14   technology as our Hamilton, Mississippi -- Tronox's
15   Hamilton, Mississippi plant. It was built with the old
16   Kerr-McGee technology that, you know, we're now the
17   successor to, and it was built, you know, sort of with
18   the same technology. You know, we've said it looks
19   like our Hamilton plant looked, you know, 15, 20 years
20   ago.
21   But that plant has a capacity of around -- a
22   little bit north of 200,000 tons annually and has not
23   ever been able to produce that. In fact, I think in
24   2016 they produced just a little over 130,000 tons of
25   pigment. So that's a plant where there is significant

55 (Pages 2347 to 2350)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 73 of 166
Trial - Public & In Camera
Tronox, et al.                                                          6/7/2018

2351

1    operational upside.
2        Q. How does Tronox --
3        JUDGE CHAPPELL: Before you do that, did you
4    finish the line of questions you had there?
5        MR. WILLIAMS: Yes, Your Honor, if Your Honor
6    has one.
7        JUDGE CHAPPELL: You said that the Chinese
8    competition would undercut based on their cost
9    structure. Are these -- these plants to manufacture or
10   to produce titanium dioxide, are these highly
11   labor-intensive, or are they mostly automated, like a
12   lot of steel mills today?
13       THE WITNESS: Your Honor, here in North America
14   and sort of in the western world, in Europe, you know,
15   the plants are highly automated. In China, the plants
16   are much less automated and much more labor-intensive.
17   So basically what they do is substitute free -- you
18   know, almost free labor for the automation. So they're
19   able to achieve a very low cost structure by using very
20   cheap labor.
21       JUDGE CHAPPELL: So if I asked you where in the
22   supply chain do the Chinese firms have the cost
23   advantage, you're going to tell me labor?
24       THE WITNESS: Yes, sir.
25       JUDGE CHAPPELL: Anywhere else?

2352

1        THE WITNESS: Probably a bit labor, probably in
2    some energy and logistics. They general -- and there
3    is some, you know, feedstocks, but I think not as much
4    as in the labor and logistics and energy.
5        JUDGE CHAPPELL: But to the extent they have a
6    sales force or need to market in North America, they
7    would be on equal footing with the other companies,
8    correct?
9        THE WITNESS: Yes. Yes, Your Honor. They
10   would have to have a sales force in North America,
11   which they do, to market their product into North
12   America.
13       JUDGE CHAPPELL: So do they have a cost
14   advantage other than labor?
15       THE WITNESS: I think some on the energy and
16   some on maybe logistics. Obviously, there are some
17   costs associated with moving product, you know, into
18   other geographic regions, but that can be done
19   relatively inexpensively. So -- but I think it's
20   primarily the labor and the capital costs.
21       JUDGE CHAPPELL: When you say energy, you mean
22   the electricity or the fuel to run the plant?
23       THE WITNESS: Yes, sir. Mr. Turgeon, who will
24   testify later in the trial, is able -- will be able to
25   give you a really detailed view of that. Mr. Turgeon

2353

1    is our chief operating officer, and before he worked
2    for us, he worked for Rio Tinto, which was one of the
3    biggest commercial feedstock providers in the world.
4    So in that role, he had a chance to probably be in
5    almost every pigment plant in the world. So he has a
6    really good appreciation for all the differences, and
7    I'm sure he would love to share that with you, Your
8    Honor.
9        JUDGE CHAPPELL: Because if they're selling it
10   to a plant in Ohio, for example, it has to get across
11   the Pacific Ocean somehow.
12       THE WITNESS: Yes, sir.
13       BY MR. WILLIAMS:
14       Q. Do you know whether the Chinese Government has
15   any policies to encourage or promote chloride
16   technology titanium dioxide?
17       A. Yeah, that has been at various times -- the
18   development of the chloride technology as opposed to
19   the sulfate technology has been part of various
20   ten-year plans, I believe, and that is because
21   generally the chloride process is viewed as a more
22   environmentally friendly process.
23       Q. Can I turn your attention back to Yanbu?
24       A. Sure.
25       Q. Did management present a report of due

2354

1    diligence on Yanbu when they were presenting this
2    transaction to the board?
3        A. Yes. My recollection is that there is more
4    detail in the report on that.
5        Q. Could you please turn to page 199.
6        A. Okay.
7        Q. The first row on page 199 -- well, first, the
8    title says, "Overview of Site Visits and Findings." Do
9    you have that in front of you?
10       A. Yes, I do.
11       Q. The first row is a report on a site visit from
12   Yanbu CP/TICL4 plant. Do you see that?
13       A. I do, yes.
14       Q. What is this referring to, Mr. Quinn?
15       A. Well, and actually, to get the full picture,
16   maybe if we could go back just one quick moment to the
17   page before, 198, because that's the first page of the
18   chart.
19       So right here, this is the beginning of a
20   two-page chart which just chronicles some of the
21   observations that were made by the Tronox diligence
22   team as it visited each of the Cristal facilities
23   around the world.
24       And so then back to the page that you directed
25   me to, 199, and KSA obviously is the Kingdom of Saudi

56 (Pages 2351 to 2354)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 74 of 166
Trial - Public & In Camera
Tronox, et al.                                                              6/7/2018

2355

1 Arabia, and this shows who visited, you know, each of
2 those.
3   Q. There's a bullet under "Key Findings" that
4 says, "Built on Kerr-McGee technology similar to
5 Hamilton."
6     Do you see that?
7   A. Yes, I do.
8   Q. What does that mean?
9   A. Well, what had happened here, Cristal
10 originally built the Yanbu plant. It licensed the
11 technology from Kerr-McGee, and so it was built with
12 the same chloride technology that we employ at Tronox,
13 both at Hamilton and in Australia. Cristal has other
14 chloride plants, but the technology they employ at
15 those other plants is a little bit different so this is
16 unique to Cristal, this technology that they use at
17 Yanbu, but it's our bread and butter. It's what we do
18 in Mississippi and in Australia.
19   Q. The third bullet says, "Plant infrastructure
20 reflects strong investment and is in good condition.
21 We believe we are uniquely suited to turn it around."
22     Do you see that?
23   A. I do.
24   Q. What does that mean?
25   A. Well, I think the first point there is it

2356

1 wasn't because it didn't go through the plant. It's
2 that they invested in infrastructure -- in fact,
3 invested a lot in the infrastructure, and it was in
4 relatively good condition, but it was operational
5 know-how that had been the problem.
6     And the statement there is what we believed at
7 the time and still believe, that we are -- we are
8 unique. We are the -- you know, we -- we practice our
9 own technology. We are the best at our technology in
10 the world, and we have a unique skill-set to be able to
11 bring to this plant that no other company in the world
12 possesses.
13   Q. That fourth bullet has a reference to
14 Saudization. Do you see that?
15   A. I do.
16   Q. What is that?
17   A. Well, there are -- there are guidelines in
18 Saudi regarding employing more Saudi nationals as
19 opposed to ex-pats, you know, in a facility in Saudi
20 Arabia. And that was just kind of a statement of one
21 of the risks associated with this is those guidelines,
22 you know, prevent you from just staffing the staff
23 completely with ex-pats you're bringing into the
24 country.
25   Q. How does Tronox plan on addressing that risk?

2357

1   A. Well, one of the really good things in this
2 proceeding, Richard Dean, Dick Dean, who is one of our
3 real experienced operating guys, is here to talk
4 about that in great detail. Mr. Dean has, you know,
5 30-plus years experience in this industry, and he is
6 sort of our operating guru, and he has agreed to
7 basically move to Saudi Arabia and live there and
8 oversee this plant being brought into shape.
9     And one of the things, obviously, that we're
10 doing in that regard is looking at best practices,
11 looking at the ways that you manage successfully in
12 Saudi, and it's been done by others. It's just that
13 Cristal maybe struggled with that a bit more than some.
14 So we're going to be able to employ those best
15 practices to deal with that issue.
16   Q. I am going to take the slide down in a second,
17 but I will just -- do you see the reference to the
18 Jazan smelter?
19   A. Yes, sir.
20   Q. What due diligence did Tronox complete on the
21 Jazan smelter before presenting this to the board?
22   A. Well, at that time, there had been significant
23 field visits there, and it's interesting, though,
24 because we possess or we are a major producer of
25 titanium feedstocks. As I said earlier, we probably

2358

1 have -- I think probably as much expertise in that area
2 as any company other than maybe Rio Tinto.
3     Actually, interestingly, Mr. Turgeon,
4 Jean-Francois Turgeon who came to Tronox from Rio, is
5 actually the holder individually of the patents for the
6 process that Rio Tinto used to smelt titanium dioxide.
7     So Mr. Turgeon is one of the industry's
8 foremost experts in this area. Mr. Willem Van Niekerk,
9 who is my senior vice president of strategy, is -- has
10 a doctorate in, I think, metallurgical science. He was
11 the principal designer of the two furnaces that we
12 acquired when we merged with Exxaro, so he also is one
13 of the world's foremost experts in this.
14     And then we have a number of really highly
15 skilled operating people. So we have a very unique
16 skill-set to be able to operate a smelter, a titanium
17 smelter. And, you know, it's one thing to have to
18 build these things and you have to design them, but you
19 also have to be able to operate them, and even some of
20 the companies that have designs or technology that they
21 peddle aren't good at operating these things. So we
22 have a very unique skill-set to do that.
23     And interestingly, the combination of those
24 two, the combination of the skill-set and the
25 experience to operate Yanbu and the skill-set to

57 (Pages 2355 to 2358)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 75 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    6/7/2018

2359

1  operate this Jazan smelter are both very unique, but to
2  have both of those housed in the same company is -- you
3  know, is absolutely one of a kind, a top opportunity in
4  the titanium industry.
5       JUDGE CHAPPELL:  It seems like someone is going
6  to need to ask Mr. Turgeon whether some of his
7  technology and his process is proprietary and has to be
8  licensed.
9       MR. WILLIAMS:  Your Honor, if it's after 3:30
10  p.m., he is waiting outside, so someone will get a
11  chance soon enough, Your Honor.
12       JUDGE CHAPPELL:  I'm anticipating when he's on
13  the stand, of course.
14       THE WITNESS:  Yes, Your Honor.  He will be able
15  to talk about that, and obviously there are significant
16  differences between the Tronox technology and the
17  technology that's patented by Rio, but Jean-Francois
18  will be able to talk about that.
19       JUDGE CHAPPELL:  Do you want to weigh in on who
20  invented the chloride process, which company?
21       THE WITNESS:  No, I really don't.  I don't know
22  fully the background of that.  I think the chloride
23  technology process probably was originally developed by
24  DuPont, but I don't know that -- and Kerr-McGee
25  developed it simultaneously, but Mr. Turgeon, Mr. --

2360

1  Dr. Van Niekerk will be able to talk about that a
2  little bit.
3  BY MR. WILLIAMS:
4       Q.  I would like to talk with you about vertical
5  integration.  If we could take the slide down,
6  Mr. Thomas.
7       First, I want to ask a question about the
8  equity structure of the new company, New Tronox, okay?
9       A.  Yes, sir.
10       Q.  How much of the new company will be
11  Saudi-owned?
12       A.  About 24 percent, I think is the right number,
13  of the new company will -- the stock will go to TASNEE,
14  and TASNEE is a publicly traded, Saudi-listed company.
15  So about 22, 24 percent of the company.
16       Q.  What impact, if any, will that have on
17  addressing Saudization?
18       A.  Well, I think that's very important.  Saudi is
19  one of those geographies where having a local partner
20  is very -- can be very important.  You know, we've
21  operated in a lot of world regions, you know, wholly
22  owned businesses, wholly owned facilities, but
23  certainly in Saudi, it's really good to have a Saudi
24  partner.
25       Q.  If I could turn your attention to the vertical

2361

1  integration, and if you could please bring up page 177,
2  Mr. Thomas.
3       Mr. Quinn, let me know when you have page 177
4  in front of you.
5       A.  I have it.
6       Q.  The title on page 177 is, "Creates the World's
7  Most Highly-Integrated Producer of TiO2 and Mineral
8  Sands."
9       Do you see that?
10       A.  I do, yes.
11       Q.  What is this slide conveying to the board?
12       A.  Well, so, not only -- you know, size alone
13  doesn't do much.  I mean, you can be a big company and
14  not -- not be profitable.  So this is the really
15  important factor I think here.
16       So on the chart on the right-hand side, it
17  shows with the deal and without the deal sort of the
18  difference between Tronox's demand for feedstocks and
19  its supply.  So what you see on the left-hand side is
20  that we have more supply than we use internally for
21  demand, so that either we have to not run our feedstock
22  assets at full rates, you know, cut back production, or
23  else we have to try to sell that excess feedstock into
24  the market, and we're basically trying to sell that
25  into the market to people that we compete with.

2362

1       Now, we sell it to them at -- you know, at sort
2  of market prices, at fair prices, but, you know, a
3  buyer of those feedstocks knows that when push comes to
4  shove, we will always use -- we will service our own
5  needs first.  So that makes it kind of hard to be a
6  significant player in that commercial feedstock market.
7       So what generally happens is we're not
8  operating full out.  We're not operating at capacity,
9  and so our cost position is not as good as it could be.
10  After the transaction, as you'll see on the right-hand
11  side, our demand will exceed our supply, so, you know,
12  Jean-Francois' challenge will be to operate our
13  feedstock assets and produce every pound of feedstock
14  that we can, because those pigment plants will be, you
15  know, hungry for that feedstock and will gobble that
16  up.
17       So what's nice about this is that our demand
18  will be a little bit less than our supply, so that
19  we'll -- you know, at times when the market is really
20  good and the demand's good, we will probably be in the
21  market buying a little feedstock from others, but when
22  the market goes down and the demand is not as good, we
23  will still be able to run those feedstock assets at
24  full rates, which is critical, because that's the part
25  in the cycle, during those troughs, that you really

58 (Pages 2359 to 2362)

# In the Matter of:

# Tronox, et al.

*June 8, 2018*
*Trial - Public & In Camera*
*Vol. 10*

### Condensed Transcript with Word Index



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tronox, et al.                                                                6/8/2018

2410

1  '18, '19, '20 time period?  I mean, you do think that,
2  on a net-net basis, supply would be flat to down or
3  would supply actually be rising?"
4       Do you see that?
5       A.  I do.
6       Q.  And at first Mr. Romano responds to that
7  question.  Is that correct?
8       A.  That's correct.
9       Q.  But you also respond about five paragraphs
10 below.  Do you see that?
11      A.  That's right.
12      Q.  And you said:  "Yes, I think we're seeing all
13 the incremental expansion over the next 18 to 24
14 months, will really kind of just be soaked up by the
15 incremental global growth.  So we don't see that
16 incremental expansion will significantly change the
17 current dynamics."
18      Do you see that?
19      A.  Yes.
20      Q.  And so you were explaining to your investors
21 that you do not expect incremental expansion to change
22 the market dynamics over the next 18 to 24 months,
23 correct?
24      A.  Yeah.  What I was trying to do, what we were
25 doing there is just kind of quantifying what that

2411

1  specific growth is and putting it in the context of the
2  growth of the global market.  So for that period of
3  time, that increased supply from Lomon would sort of
4  balance the incremental, you know, global growth.
5       Q.  And it wouldn't significantly change the
6  current dynamics, right?
7       A.  Not significantly.  Yes, that's correct.
8       JUDGE CHAPPELL:  And this was March 2018?
9       THE WITNESS:  Yes, sir.
10      JUDGE CHAPPELL:  March 1?
11      THE WITNESS:  Yes, sir.
12      JUDGE CHAPPELL:  Thank you.
13      BY MR. VOTE:
14      Q.  You were also asked about the costs of Chinese
15 production, weren't you, yesterday?
16      A.  Yes.
17      Q.  And I want to ask you about chloride TiO2
18 specifically.  Do you know what Lomon Billions' cost of
19 manufacturing chloride TiO2 is compared to Tronox's
20 cost today?
21      A.  Not specifically, no, I don't.
22      Q.  You also mentioned yesterday the importance of
23 running TiO2 plants flat out.  Is that fair?
24      A.  I did.
25      Q.  And that's because running flat out reduces

2412

1  costs, correct?
2       A.  We were talking yesterday about both pigment
3  plants, but specifically and more importantly we mean
4  our mineral sands assets, our smelters and our
5  beneficiation assets.  But, yes, that same general
6  concept is true for pigment plants as well.
7       Q.  Now, do you know if Lomon Billions is running
8  its chloride TiO2 plants in China flat out?
9       A.  No, I don't.
10      Q.  And, in fact, it's generally known in the
11 industry that Lomon Billions is running its plants at
12 more like 60 to 70 percent capacity.  Is that fair?
13      A.  I know that Lomon has been running their plants
14 below nameplate capacity.  I'm not familiar with the
15 specific utilization numbers.
16      Q.  And that would increase Lomon Billions' costs
17 as compared to a company that was running flat out,
18 correct?
19      A.  It would, plus it would give them the ability
20 to have incremental production that they could continue
21 to bring into the market as demand was there.
22      Q.  You were also asked yesterday some questions
23 about your different competitors in the market for
24 titanium dioxide, correct?
25      A.  Yes.

2413

1       Q.  You were asked some questions about Chemours?
2       A.  Yes.
3       Q.  And you talked about how Chemours is different
4  from Tronox in some respects.  Is that fair?
5       A.  Yeah, that they have certain competitive
6  advantages.
7       Q.  And you also talked about Kronos, correct?
8       A.  Briefly, yes.
9       Q.  And you talked about Venator, correct?
10      A.  Yes.
11      Q.  You mentioned that Venator is focused on
12 specialty products more than the other companies,
13 correct?
14      A.  That's my understanding, yes.
15      Q.  So I'd like to ask you just a few questions
16 about the TiO2 products that Tronox makes.
17      A.  Okay.
18      Q.  Tronox manufactures only chloride TiO2,
19 correct?
20      A.  That's correct.
21      Q.  And you would agree with me that Tronox is one
22 of the limited number of TiO2 producers in the world
23 with chloride production technology, correct?
24      A.  I do.  I agree with that.
25      Q.  And you also agree that Tronox is one of the

4 (Pages 2410 to 2413)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 78 of 166
Trial - Public & In Camera
Tronox, et al. 6/8/2018

2426

1    Q. On the question of technical assistance, do you
2    know -- and just asking whether you know first --
3    whether there has -- whether efforts between Tronox and
4    Cristal to collaborate on the slagger have begun?
5    A. Yes, they have.
6    Q. What can you tell the Court about that?
7    A. Well, the technical services agreement was
8    signed in March of this year, and almost immediately
9    after that agreement was signed, we began training
10   personnel, we began onsite presence, we began
11   consulting with them on design issues and, you know,
12   made several significant contributions and suggestions
13   for doing things differently than how they were going
14   down already. So that's pretty much up and running and
15   has borne significant benefit so far.
16   Q. You mentioned on cross examination that there
17   was an output agreement signed in May of -- an option
18   agreement signed in May of 2018.
19   A. Correct.
20   Q. What are the terms of that option agreement,
21   Mr. Quinn?
22   A. Primarily, that we would have an option to
23   acquire the slagger or they would have the right to put
24   it to us when certain performance parameters were met.
25   I think Dr. Van Niekerk, who will testify later in the

2427

1    trial, was the individual who negotiated those terms.
2    Q. Do you know whether there are any details that
3    are still to be concluded post-signing with respect to
4    the acquisition of the slagger?
5    A. At this point?
6    Q. Yes, whether -- I'm just asking whether you
7    know.
8    A. At this point, I think it's a signed,
9    definitive agreement.
10   Q. What does that mean in terms of your
11   anticipation as CEO as to whether or not Tronox will
12   acquire the slagger?
13   A. Well, we have the -- we have the option to do
14   it. Whether we -- I would anticipate that if it goes
15   the way we believe it will, we will exercise that
16   option, but we continue to have that as a legal -- you
17   know, a legally valid, enforceable right, that we have
18   the option to acquire it.
19   Q. How important is this slagger to the
20   acquisition's value proposition in your view?
21   A. It's actually very important, because one of
22   the things, the slagger will produce a significant
23   volume of high-grade feedstocks, which will be
24   instrumental in sort of our vertical integration
25   strategy.

2428

1    Q. Could you please take down that exhibit,
2    Mr. Thomas.
3    You were asked yesterday on cross examination
4    about an investor call that was made December 7th,
5    2017. Do you recall that, Mr. Quinn?
6    A. I do.
7    Q. Do you still have PX 9087 handy? That's the
8    transcript of that investor call.
9    A. Let me look for it here. 087?
10   Q. Yes, sir.
11   A. I have it.
12   Q. Could you please turn to the second page of
13   9087, and, Mr. Thomas, if we could bring the second
14   page up on the screen, please.
15   Do you recall that on cross examination,
16   Complaint Counsel had asked you about a sentence four
17   sentences up from the large paragraph in the middle of
18   the page that began, "We believe that given the nature
19   and location of the synergies, there would be limited
20   impact on overall synergies in any remedial scenario as
21   the majority of the synergies are related to SG&A
22   reductions and operational improvements in non-U.S.
23   facilities"?
24   A. I do remember that, yes.
25   Q. What was -- what were you discussing in that --

2429

1    JUDGE CHAPPELL: Mr. Vote is trying to get your
2    attention.
3    MR. VOTE: He's got the wrong language on the
4    screen, and I just wanted to have the Judge be able to
5    see it.
6    BY MR. WILLIAMS:
7    Q. Could we go to the paragraph below, please,
8    Mr. Thomas, and actually the second half of that
9    paragraph would probably be ideal. Thank you,
10   Mr. Thomas.
11   What were you talking about during that
12   earnings call, Mr. Quinn?
13   A. That was generally a call to discuss the fact
14   that the FTC had filed their initial complaint to
15   challenge the transaction, and in this portion of the
16   comments, I was making reference to potential remedial
17   scenarios or transactions that might be considered to
18   address any, you know, valid, you know, issues --
19   concerns the FTC had.
20   Q. Do you know -- and I'm just asking whether you
21   know -- whether the geographic location of any
22   particular expected synergies will have an impact on
23   their value to North American customers?
24   A. Well, there are certain synergies that are
25   specifically related to an operating plant, you know,

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 79 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    6/8/2018

2430

1  improving the production of a certain plant.  The --
2  those -- but all of the synergies in the deal lower our
3  cost basis and have a positive impact on our ability to
4  serve our global customer base at a lower cost -- from
5  a lower cost position.
6      Q.  If we look again at PX 9087, page 2 -- do you
7  have that in front of you again, Mr. Quinn?
8      A.  I do.
9      Q.  There's a statement that you made right after
10  that statement about the location of the synergies,
11  that wasn't asked about by Complaint Counsel.  Do you
12  see that?
13      A.  The one beginning with "Moreover."
14      Q.  Starting with "We also believe."
15      A.  Okay, I'm sorry.  I see that, yes.
16      Q.  What was that statement, sir?
17      A.  Well, I say that the net impact of reasonable
18  remedies would have little adverse impact on our
19  vertical integration strategy and our ability to run
20  our mineral sands, you know, assets.  It would have
21  some impact there, but it -- you know, I describe it
22  here as little adverse impact.
23      Q.  Do you know whether the acquisition will
24  benefit competition in North America?
25      A.  I believe it will, yes.

2431

1      Q.  Do you know whether a transaction including a
2  remedial aspect will benefit competition in North
3  America?
4      A.  I believe it will because it will allow us to
5  run our mineral sands assets all out and lower our cost
6  position generally throughout our entire portfolio of
7  plants.
8      Q.  How do those anticipated synergies from this
9  transaction compare with the expected synergies from
10  other transactions that you've worked on over the
11  course of your career?
12      A.  Well, I think -- I think there are significant
13  synergies here.  I think that the thing in my mind that
14  really separates this transaction and makes it a little
15  bit unique from my perspective is the amount of
16  planning that went into identifying the synergies, the
17  amount of planning and the process that has been
18  developed for monitoring the delivery of those
19  synergies, and the, you know, very clear assignment of
20  accountability for delivery of the synergies is
21  probably -- is the best I've seen in any transaction
22  I've been involved with, and the company has done a
23  very nice job of that.
24      MR. WILLIAMS:  I have nothing further, Your
25  Honor.

2432

1      JUDGE CHAPPELL:  Anything else?
2      MR. VOTE:  No, Your Honor.
3      JUDGE CHAPPELL:  Thank you, sir.  You may stand
4  down.
5      THE WITNESS:  Thank you, Your Honor.
6      JUDGE CHAPPELL:  Next witness.
7      MR. WILLIAMS:  Your Honor, Respondents call
8  Jeff Engle.  I am going to send someone to go grab him.
9  He is just outside.
10      MR. VOTE:  While we are waiting, Your Honor,
11  Mr. Eric Edmondson, who you haven't met yet, is going
12  to handle the next two witnesses on our side.
13      JUDGE CHAPPELL:  All right.
14      MR. WILLIAMS:  Your Honor, my colleague Zachary
15  Avallone will be conducting the examination of
16  Mr. Engle.
17      JUDGE CHAPPELL:  Okay.
18      (Pause in the proceedings.)
19  Whereupon--
20          JEFFREY ENGLE
21  a witness, called for examination, having been first
22  duly sworn, was examined and testified as follows:
23      MR. AVALLONE:  Your Honor, may I proceed?
24      JUDGE CHAPPELL:  Go ahead.
25          DIRECT EXAMINATION

2433

1      BY MR. AVALLONE:
2      Q.  Mr. Engle, could you please state and spell
3  your name for the record.
4      A.  Yes, Jeffry Austin Engle, J-E-F-F-R-E-Y,
5  A-U-S-T-I-N, E-N-G-L-E.
6      Q.  And, Mr. Engle, where do you currently work?
7      A.  Tronox.
8      Q.  And what is your title?
9      A.  Vice president of marketing and product
10  development.
11      Q.  And, Mr. Engle, in your experience, what has a
12  larger impact on pigment quality, the process used to
13  make the TiO2 or the finishing process?
14      A.  Finishing, hands down.
15      Q.  Before we move into that in more detail, let's
16  talk a bit about your background.  Do you have an
17  undergraduate degree?
18      A.  Yes, I do.
19      Q.  From where?
20      A.  Oklahoma State University.
21      Q.  What was that degree in?
22      A.  Chemical engineering.
23      Q.  And when did you graduate?
24      A.  2001.
25      JUDGE CHAPPELL:  Cowboys?  The Cowboys?

Tronox, et al.                                                    6/8/2018

2442

1    see those piles of the feedstock, and so we would
2    probably do audits, too.  We would -- we would -- just
3    for inventory checks, because the TiO2 is the value in
4    that feedstock.  And so we could on occasion take
5    samples of those, you know, pilots, for lack of a
6    better word, to analyze the percent TiO2 in those.
7        BY MR. AVALLONE:
8        Q.  So after the feedstock arrives at the pigment
9    plant, what happens next?
10       A.  So then when we go through that chlorination
11   step, we use calcined pet coke and chlorine to reduce
12   the TiO2 down to titanium tetrachloride, and in that
13   process we can provide analytical testing on the pet
14   coke, particle size, and maybe a, you know, morphology,
15   surface-area type tests, as well as the tests on the
16   titanium tetrachloride, and we have developed
17   analytical tests or work with the plants to develop
18   those analytical tests so that when we're looking at
19   the titanium tetrachloride, we know what the impurities
20   are when they come out or when it comes out of the
21   chlorination reactor.
22       Q.  So we've walked through the feedstock and the
23   chlorinator stage.  What is the next stage?
24       A.  So oxidation is the next stage, which is one of
25   the big stages in developing the raw pigment or the

2443

1    titanium dioxide, and this is where we oxidize the
2    titanium tetrachloride.
3        Q.  And do you provide any technical support in the
4    oxidation or the oxidizer stage of the pigment process?
5        A.  Yes.  So we -- we are responsible for
6    developing and assisting the plants with a QC test
7    around that process, and so we will -- we're
8    responsible for helping the plant test the particle
9    size of that raw pigment, as well as the impurities
10   and -- and -- yeah, that's -- basically those primary
11   properties of the particle size or of the raw pigment.
12       Q.  And does Tronox sell the raw pigment?
13       A.  No, we do not.
14       Q.  And so what's the next step after the -- Tronox
15   creates the raw pigment?
16       A.  So the next step is finishing, which is where
17   we're most involved in it.
18       Q.  And by "we," who are you referring to?
19       A.  Sorry.  By "we," I mean my group, the product
20   development, testing, and tech support group.
21       Q.  Now, are you familiar with the sulfate process
22   to create titanium dioxide?
23       A.  Yes, somewhat familiar.
24       Q.  And how are you familiar?
25       A.  I used to work with our Savannah sulfate plant

2444

1    and used to work with them closely on their products
2    and tech services and sales, too.
3        Q.  And so how is the sulfate process different
4    than the process that you just described for the
5    chloride process?
6        A.  So at a high level, the best way to say it is
7    it's different all the way up to the finishing step,
8    and then the finishing step, those are identical
9    between chloride and sulfate.  But they're basically
10   both ways of extracting whatever iron is left in the
11   feedstock, extracting that out.
12       JUDGE CHAPPELL:  You said it's different all
13   the way up to the finishing step regarding sulfate.  In
14   what steps is sulfate similar to the chloride process?
15       THE WITNESS:  So the concept is similar -- so
16   in my view, the concept is similar.  So basically, one,
17   you're using chlorine to take out -- to reduce the
18   TiO2, and so -- feedstock comes in as TiO2, but it's
19   also a lot of iron, which is why it's usually gray or
20   brown or black.  And so at one step, the chloride
21   process, you're using chlorine to actually reduce that
22   down and take out the iron.  The sulfate step, you're
23   just using sulfuric acid to do it.  So the concept is
24   really the same.
25       And then once you get to that finishing step,

2445

1    Your Honor, that's when they become identical again,
2    and that's really where the products are developed, and
3    that's why our group has the most involvement there.
4        JUDGE CHAPPELL:  So it's the use of chlorine
5    versus sulfuric acid that makes the difference.
6        THE WITNESS:  That's the primary difference.
7    There's -- the chloride process also has an oxidation
8    process whereas the sulfate uses hydrolysis and a
9    calciner to get that raw pigment, but, again, the
10   concept is the same.  So you have already taken out the
11   iron, and now you are just developing the particle size
12   of the sulfate.  And the same thing with chloride, you
13   are taking out the iron, and now you are developing
14   that particle size for the chloride pigment.
15       JUDGE CHAPPELL:  Since we have heard that
16   Tronox only sells chloride process TiO2, where did you
17   get your knowledge and experience regarding the sulfate
18   process?
19       THE WITNESS:  We used to actually own two,
20   maybe three sulfate plants I think in the past.  And so
21   one was in Savannah, and I worked for, I think, two
22   years at that plant, not actually in the plant, but I
23   spent probably two weeks a month in that plant.
24       JUDGE CHAPPELL:  So at that time, Tronox was
25   selling sulfate process titanium dioxide?

12 (Pages 2442 to 2445)

Tronox, et al.                                                          6/8/2018

2446

1          THE WITNESS:  Yes.
2          BY MR. AVALLONE:
3          Q.  So could you please describe the steps that
4     occur in the finishing process?
5          A.  Yes.  So we get the raw pigment out of
6     oxidation, and that's just a dry raw pigment, and we
7     actually go into an aqueous phase, so we immediately
8     reslurry or slurry the process -- or the raw pigment.
9     And at that point we start the wet processing, and so
10    the next step would be milling.
11         So we have this raw slurry that is agglomerated
12    particles.  We need to actually mill that down to the
13    right particle size before we go to the next step,
14    which is treatment.
15         So treatment for us, for the majority of our
16    products, is where all the -- the, you know, product
17    technology and IP, a lot of it really exists.  This is
18    where we have different inorganic treatments for a lot
19    of coatings products, proprietary inorganic treatments,
20    where we're using a alumina treatment or silica
21    treatment or zirconia treatment or sometimes other
22    patent-protected treatments, where we -- where we're
23    trying to develop the actual TiO2 grade that will
24    impart some sort of property that our customer wants.
25         And then at that -- once we are done with that

2447

1     treatment step, we actually take it to a filtration
2     step.  The filtration step, now we're spending time
3     washing the salt, so we actually add a lot of sodium
4     salts as part of this treatment step, this previous
5     treatment step, and so the next washing step, we have
6     to wash all the sodium salts off.
7          Then we go to a secondary filtration step where
8     we're actually just removing water, as much water as we
9     can, before going into the drying step.  And then the
10    final process after drying is called micronization.
11    This is where we use super-heated steam to actually get
12    the particle size back down, because we just
13    agglomerated it in filtration and drying.
14         So we are getting the particle size back down
15    to where the customer can use it, and then we either go
16    to packaging or slurry.
17         Q.  So let's walk through those step by step.  The
18    first step you mentioned was slurry.  Could you
19    describe how Tronox makes slurry from the raw pigment
20    in this finishing process?
21         A.  Yes.  So the raw pigment actually comes out of
22    the oxidation process with sand, it's agglomerated, and
23    it's hot, and it comes out, and we basically just, for
24    lack of a better word, dump it into a tank of water,
25    and some dispersants, too, at that point.

2448

1          Q.  And the next step you described was milling.
2          A.  Yes.
3          Q.  Could you describe what happens during that
4     step?
5          A.  Yes.  So there are different kinds of mills,
6     but we basically take that raw slurry, it's a very low
7     viscosity raw slurry, and we take it through some
8     various types of sand mills.  And so we use sand and I
9     think mostly zircon sands or zircon beads to mill those
10    particles.
11         So basically you're -- you're turning that
12    slurry at such a rate that you have a lot of sand and
13    TiO2 particle collisions that break those particles
14    down to that primary particle size before you go into
15    treatment.
16         Q.  And speaking of treatment, what happens during
17    that treatment step of the finishing process?
18         A.  So the treatment is where we would bring in
19    that sand mill discharge, and then this is where we put
20    in all those kind of proprietary coatings -- the secret
21    sauce, if you will -- in order to develop or to give
22    the product the characteristics that the customer
23    wants.
24         Q.  And then after the surface treatments, I
25    believe you mentioned a filtration step.  Is that

2449

1     right?
2          A.  That's correct.
3          Q.  What happens during that step?
4          A.  This is where we're really washing off
5     primarily the sodium salts.  So when we bring in those
6     treatment chemicals, a lot of them are sodium
7     aluminate, sodium silicate, so we put the
8     silica-alumina on the TiO2, but we are left with a lot
9     of sodium salts we need to wash off; otherwise, there
10    will be problems in the paint.
11         Q.  And after the filtration step, I believe you
12    mentioned drying.  Is that correct?
13         A.  First we actually have a secondary filtration
14    where we dewater, and then we dry it, because at that
15    point I think we're -- depending on the TiO2, we're
16    anywhere between 55 and maybe 60 percent solid,
17    something in that ballpark, and then we dry at that
18    point.
19         JUDGE CHAPPELL:  And did you say dewater?
20         THE WITNESS:  Yes, sir.
21         JUDGE CHAPPELL:  What's the difference in --
22    you said dewater it and then we dry it.  What's the
23    difference?  How do you dewater it and it's still wet?
24         THE WITNESS:  Yes.  So it's a -- I know it's a
25    little bit tricky, but we -- after treatment, let's say

13 (Pages 2446 to 2449)

2450

1  we're at 45 percent solids, roughly, and we take it to
2  the washing, we are still at 45 percent solids, it's a
3  really low viscosity treatment, and then when we
4  dewater.  We actually use these vacuum filters so it
5  sucks as much water as it can, but think of it as,
6  like, wet mud.  You can only squeeze so much water out
7  of wet mud, but it's still probably 20, 30, 40 percent
8  water if you tested it.  So that's that second
9  dewatering test or dewatering process.
10       And then you take that cake, that's what we
11  call it, a filter cake that's left over, which is --
12  seems like, you know, it's real clumpy like mud, and we
13  take that and actually put it through a dryer to remove
14  the rest of the water.
15       BY MR. AVALLONE:
16       Q.  And so after that dryer step, what's the next
17  step?
18       A.  The micronization step is the final milling
19  step, and so -- and in that dewatering and drying step,
20  we have agglomerated the pigment -- re-agglomerated the
21  pigment in order to really extract the water, and now
22  we have to get it back down to a particle size that
23  will provide the properties that the customer wants to
24  see.
25       Q.  And so after micronization, what happens to

2451

1  this pigment?
2       A.  It either goes to -- for our Hamilton,
3  Mississippi, plant, it either goes to the slurry
4  process or it goes to the dry packaging process.
5       Q.  Let's start with dry packaging.  What happens
6  with dry packaging.
7       A.  So dry packaging, we have got FIBCs, or we call
8  them super sacks, typically 1000 kg bags or 500 kg
9  bags.  So we will send the product there for some of
10  the larger pack types, or we have 25 kg or 10 pound
11  bags -- paper bags, too, so we have got those machines
12  that we will send products through those, depending on
13  what the customer needs.
14       Q.  You also mentioned that after micronization, it
15  will become slurry.  Is that right?
16       A.  That's correct.  So we will take that
17  micronized product, and we actually just convey that
18  directly over to a slurry facility that's right there
19  at the plant.
20       Q.  And what is slurry?
21       A.  So slurry -- so in the U.S., some of our
22  customers like to receive the product in slurry, and
23  it's just basically predispersed TiO2, typically 65 to
24  76 percent solids, already dispersed, and that way we
25  can bring it directly in and out of railcars or trucks

2452

1  into their process.
2       Q.  And so how does Tronox get the dry pigment to
3  become the slurry?
4       A.  It's actually -- it's really the same thing
5  that a paint producer does in their own process.  So
6  whereas they would make a -- what we call a grind base
7  or a mill base, they use a tank with a very high sheer,
8  high energy mixer, almost like a blender, if you will,
9  and they disperse the TiO2 in water.
10       That's essentially what we're doing.  So we're
11  conveying it over to a silo that drops down into that
12  tank with the high sheer mixer.
13       Q.  And can you think of any technical reason why
14  you would be unable to make slurry out of TiO2 made
15  from the sulfate process?
16       A.  No.  I've seen it before.
17       Q.  And are you familiar with the term "opacity"?
18       A.  Yes.
19       Q.  And just for the benefit of everybody here,
20  could you mind spelling opacity?
21       A.  O-P-A-C-I-T-Y.
22       Q.  And what is opacity?
23       A.  Opacity is probably the most critical property
24  that the paint producers want, and it's really how well
25  does the paint cover the wall.  So if you think about it,

2453

1  if you had a red wall and you wanted to paint over it
2  and have like a gray wall over, a paint that has the
3  best opacity means you're going to have to put less
4  coats on.
5       Q.  Can the finishing process impact opacity?
6       A.  Yes.
7       Q.  And how can the finishing process impact
8  opacity?
9       A.  A couple of ways.  So one is getting that
10  particle size through milling and micronization, you
11  want to get the right particle size, because a lot of
12  that is the optical efficiency, but the other part is
13  the surface treatment is very much critical to that.
14       Q.  And what surface treatments, in particular, are
15  you thinking of?
16       A.  So there's several.  You could have, for our
17  general-purpose products, like the CR-826, it could be
18  alumina or alumina silica that would provide some
19  spacing that you need or good dispersion in like
20  a general-purpose paint formulation, but the other --
21  probably the biggest example would be a -- we have --
22  we produce these products that we call flat grades,
23  grades called 8140 and A-13, and we actually use what
24  we use a fluffy or a low-density silica and a fluffier
25  low-density alumina, and these provide a lot more

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tronox, et al.                                                          6/8/2018

2454

1    opacity in these high PVC paints that a lot of our
2    customers like to produce, and so they can actually
3    use, like, 20 percent less in some cases.
4        **Q. Twenty percent less of what?**
5        A. TiO2.
6        **Q. Does Tronox ever test for opacity?**
7        A. Yes. We test opacity all the time in our
8    internal -- formulations internally.
9        **Q. And how does Tronox test for opacity?**
10       A. So we actually make a paint, and we will make a
11   paint with the standard products that we would use,
12   whatever we're comparing to, and then we would make a
13   paint with -- if we are looking at a new product or
14   developing a new product, we would make a paint with
15   that product. If we're looking at a competitor's
16   product, we would make a paint with that product.
17       Then we would do what we call a draw-down, so
18   we actually take the two paint samples and we put them
19   on a card, it's a Leneta card, as we call it, and then
20   we have this gauge that we use to draw down the paint
21   side by side. And then when they dry, we actually
22   measure the reflectance of one versus the other side by
23   side.
24       **Q. And, Mr. Thomas, could you please pull up RXD 9**
25   **on the screen.**

2455

1        **Mr. Engle, do you recognize what's on your**
2    **screen and marked RXD 9?**
3        A. Yes.
4        **Q. And what is it?**
5        A. So this is a perfect example of a draw-down.
6    So the black and white card is what I was referring to
7    earlier, that's the Leneta card, and then that silver
8    object or -- first off, it's sitting on a vacuum plate,
9    and that plate has a vacuum tube running to it so that
10   it keeps that card in place so that you don't have any
11   slipping whenever you're drawing it down.
12       But then that steel -- stainless steel gauge on top
13   is called a Bird applicator, and what that does is we
14   get different Bird applicators from different wet ml
15   thicknesses, so that would be a thickness from -- I
16   think 2, 2 1/2, and then we go typically all the way up
17   to a 6 ml.
18       And so then we actually put the two paint
19   samples down. That's actually two paint samples side
20   by side. We just put two big drops at the top, one of
21   each paint, and then we take that Bird applicator, and
22   we literally draw it down the Leneta card, and that's
23   the product.
24       JUDGE CHAPPELL: What's the approximate size of
25   that middle object we're looking at?

2456

1        THE WITNESS: The Bird applicator? It's
2    probably -- so that's an -- basically an 8 1/2 by 11
3    sheet or card, so it's probably eight inches by one,
4    something like that.
5        JUDGE CHAPPELL: All right. The size of the
6    paper gives us the perspective. Thanks.
7        THE WITNESS: Okay, yes.
8        BY MR. AVALLONE:
9        **Q. And, Mr. Engle, have you brought any examples**
10   **of draw-downs today?**
11       A. Yes.
12       MR. AVALLONE: Your Honor, may I approach?
13       JUDGE CHAPPELL: Go ahead.
14       BY MR. AVALLONE:
15       **Q. Mr. Thomas, could you please pull up RXD 15 on**
16   **the screen. Thank you.**
17       **So, Mr. Engle, could you please take a look at**
18   **RXD 15.**
19       A. Yes.
20       **Q. What is RXD 15?**
21       A. So this is an example of a draw-down that we
22   produced with two of our standard products, our CR-826
23   on the left and our CR-828 on the right, and we were
24   comparing it to the Lomon Billions R-996 in the middle.
25   And this is the white formulation, so we are looking at

2457

1    opacity in this one.
2        **Q. Why did you make these draw-downs specifically?**
3        A. We were wanting to show -- based on a request,
4    we wanted to show the European Commission a comparison
5    of chloride and sulfate products.
6        **Q. And at the top there's a number that says "826"**
7    **on the left-hand side. Do you see that?**
8        A. Yes.
9        **Q. And what is that?**
10       A. That's our -- I think our number one selling
11   product in the world, CR-826. We make it at all three
12   plants, and we sell it to every place in the world.
13       **Q. And in the middle, it says "R-996." What is**
14   **that?**
15       A. That's one of the Lomon Billions key coatings
16   grades.
17       **Q. And on the right, it says "828." What does**
18   **that mean?**
19       A. That is one of our other very large-volume
20   products, our CR-828. We make that -- we also make
21   that at every plant in the world.
22       **Q. For 826, is that made by the chloride process**
23   **or the sulfate process?**
24       A. That is a chloride process.
25       **Q. What about R-996, is that chloride or sulfate**

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 84 of 166
Trial - Public & In Camera
Tronox, et al.                                                                          6/8/2018

2466

1  exhibits you were talking about.  In your 826 versus
2  828, are they supposed to appear differently when
3  they're applied or be the same thing?
4       THE WITNESS:  They will -- they will definitely
5  appear differently depending on the formulation, yes,
6  sir.
7       JUDGE CHAPPELL:  Are they supposed to look the
8  same?
9       THE WITNESS:  No, not necessarily.  They --
10  they are -- since they are different treatments and --
11  in different surface treatments, the CR-826 has the
12  alumina and silica treatment.  The 828 has just the
13  alumina and a small amount of zirconia.  If -- a lot of
14  times they will -- they will differ quite significantly
15  in certain formulations.  It -- it's just a very -- it
16  can be formulation-dependent.
17       JUDGE CHAPPELL:  These last four exhibits
18  you've discussed that were handed to me, these are
19  actual paint swatches on these cardboards?
20       THE WITNESS:  Yes, sir.
21       JUDGE CHAPPELL:  And it's your position that
22  these are supposed to look different or they all look
23  the same?
24       THE WITNESS:  Oh, it's my position that those
25  look very similar, that they're very comparable, Your

2467

1  Honor.
2       JUDGE CHAPPELL:  That's what I was asking you.
3       THE WITNESS:  Oh.
4       JUDGE CHAPPELL:  For one someone just looking
5  at this on a wall, are they supposed to look the same?
6       THE WITNESS:  Oh, I'm sorry, Your Honor.  I
7  thought you were asking me just in general terms.
8       No, to clarify, if we're looking at those
9  specific draw-downs, they look exactly the same.
10       JUDGE CHAPPELL:  All right, thank you.
11       BY MR. AVALLONE:
12       Q.  And just to clarify, for the 826 and 828, do
13  they have the same raw titanium dioxide going in or
14  different raw titanium dioxide going in?
15       A.  It's pretty much the same.  It's a -- there's a
16  very, very small difference.  So they're primarily the
17  same raw pigment.
18       Q.  And what is that small difference that you're
19  referring to?
20       A.  It's a slightly -- a slight shift in particle
21  size, and there is also a slight difference -- I mean,
22  we're talking about 0.3 or 0.4 percent difference in
23  what we call raw alumina.
24       JUDGE CHAPPELL:  Can he tell us in public
25  session what customers buy these two grades?

2468

1       MR. AVALLONE:  We can turn back to it within in
2  camera, if that's all right.  I'm not sure if we can
3  discuss that in a public session.
4       BY MR. AVALLONE:
5       Q.  So, Mr. Engle, you were discussing process
6  application, and you were -- my question was going to
7  be, what are the qualities that Tronox is looking for
8  in their process properties?
9       A.  So for process properties, the plastics
10  customers and specifically the -- what we call the
11  polyolefin master batch customers, they're looking for
12  these -- these properties and the melted plastic that
13  would allow them to produce faster or produce at a
14  higher loading, something that would result in better
15  dispersion at a higher loading or at a higher
16  throughput.  So it really drives more economic value
17  for those customers.
18       Q.  And does Tronox test for process properties?
19       A.  Yes.  We have -- we actually do all application
20  testing for the process properties, and so we would
21  actually produce a plastics concentrate or master batch
22  similar to our customers, and then we would test -- we
23  have a few different methods to test dispersion.
24       We also have some methods where we would test
25  that rheology.  We typically want a lower viscosity,

2469

1  because that correlates with how much energy they need
2  to achieve the same throughput.  So you typically want
3  a lower viscosity.  So those are the kind of primary
4  things that we would test and that we -- what we mean
5  when we call those process properties.
6       Q.  So you used two words that I wanted to ask you
7  about.  The first one is "rheology."  What is rheology?
8       A.  So rheology in this case would be the melt
9  viscosity, and so it's --
10       Q.  I don't mean to interrupt, but that was my
11  second question.  What do you mean by "viscosity"?
12       A.  The viscosity would be how thin or thick the
13  melted plastic is.  So if you think about it, we
14  would -- we put in our plastics products -- our special
15  sauce, if you will, is the organic treatment, and so we
16  will use organic treatments, proprietary organic
17  treatments to create a product that will give the
18  customer a lower viscosity.
19       And so if you think about it, it's like you're
20  stirring something thick.  If you can make it thinner
21  and easier to stir, then it's a -- then that's lower
22  energy that's needed to do the same thing.  That's
23  essentially what we're doing or what we're providing
24  for the customers.
25       Q.  Okay.  And you mentioned before that Tronox

18 (Pages 2466 to 2469)

2478

1   either silica as the primary way to treat the pigment
2   or zirconia, and those either act as like -- they
3   encapsulate those free radicals or the electron that
4   would create them, or it intercepts those free
5   radicals, so keeps it from ever getting to the paint
6   formulation itself.
7       Q.  Does Tronox ever test for durability?
8       A.  Yes.  We test for durability quite often.
9       Q.  And how does Tronox test for durability?
10      A.  So we actually have two ways.  We have one
11  that's kind of a quick test for us.  It's a proxy test.
12  It's not perfect, but we basically take a raw TiO2
13  sample, and we expose it to UV light in the presence of
14  water, and then we use a method, a quick method to
15  assess basically how much of that photocatalytic
16  activity has happened.
17      And so the lower the number, the better it is.
18  That's kind of our quick proxy test, and we will use
19  that as a QC test at our production facilities.  The
20  more meaningful way is to either use accelerated
21  weathering or outdoor weathering tests.
22      Q.  And, Mr. Thomas, could you please pull up
23  RXD 12.
24      Mr. Engle, do you recognize what is shown in
25  the picture RXD 12?

2479

1       A.  Yes, sir.  That is a xenon weatherometer.
2       Q.  And do you know where this specific xenon
3   weatherometer is located?
4       A.  That one is located at our Oklahoma City
5   Technical Center.
6       Q.  So could you describe how Tronox uses this
7   weatherometer?
8       A.  Yes, we actually paint panels.  So if you look
9   at that picture on the right, those individual
10  rectangles are either panels or they are in this case
11  PVC plastics as well, where we paint these panels or we
12  create a PVC rectangle.  We put those samples into the
13  xenon weatherometer, and that actually exposes those
14  samples to UV light, to harsh conditions with moisture,
15  with heat, and then at different intervals -- most of
16  the time we do it, I think, at intervals of 144
17  hours -- we pull those panels out, and we read the
18  optical properties on those panels.
19      We check for chalking.  We check for color
20  fade, which we measure with what we call Delta E, and
21  we check for glossiness.
22      Q.  And if Tronox determined that it needed to
23  improve the durability of its products, how would you
24  recommend doing that?
25      A.  Typically -- and we do that all the time.

2480

1   We're doing that right now.  We are working on new
2   treatments -- new surface treatments and additional
3   ways that we can treat the product with silica or other
4   inorganic treatments to impart more durability.
5       Q.  And then going back to the pigment plant, which
6   step along that process would you focus on if you
7   needed to improve durability?
8       A.  It would be 100 percent finishing and
9   treatment.
10      Q.  Now, Mr. Engle, since we're in public session,
11  I am going to ask these next three questions in such a
12  way that you should be able to answer it yes or no, and
13  that's all I'd like you to answer at this point.
14      Do you understand?
15      A.  Yes.
16      Q.  Are you aware of any examples where a customer
17  has worked with Tronox on product development?
18      A.  Yes.
19      Q.  And are you aware of any examples where Tronox
20  has compared chloride and sulfate products?
21      A.  Yes.
22      Q.  And are you aware of any instances where Tronox
23  has tested products for this producer?
24      A.  Yes.
25      Q.  Okay.  So Mr. Engle, I wanted to turn to talk

2481

1   about your responsibilities as they relate to
2   marketing, okay?  Can you remind us again, what are
3   your responsibilities as they relate to the marketing
4   side of your role?
5       A.  Yes.  So the first thing was the market
6   intelligence.  This is where we're looking at demand
7   trends, we're looking at demand segmentations, and when
8   I say segmentation, we will look at it by end
9   application.  So we will look at the demand profiles
10  and growth rates, things like that, for coatings,
11  plastics, and even within coatings, the different
12  subsegments.  We're looking at those growth profiles by
13  regions, basically all of the above.
14      And then we're also looking at the supply side.
15  So we're forecasting the supply and demand on our side
16  and looking at that over the period of history as well
17  as, for our strategic planning process, looking at it
18  for the future.
19      Then we also have sales support.  This is where
20  we'll support any requests that our customer has that
21  our salesperson doesn't know, we'll support with that
22  process, product brochures, customer presentations,
23  things like that.  We'll help the salespeople out with
24  that.  Trade shows, we coordinate the trade shows, like
25  the big coatings shows, plastics shows.

21 (Pages 2478 to 2481)

Tronox, et al.                                                                     6/8/2018

2490

1   published it.  I think it's one of their recent ones
2   from this quarter.
3       Q.  Do you ever come across presentations like
4   these in your job at Tronox?
5       A.  Yes.
6       Q.  And why would you come across presentations
7   like these?
8       A.  To compare them to our supply and demand
9   forecasts or our supply-side forecasts, again, we would
10  use -- when they're talking about expansions, we would
11  use that in our supply forecasts.
12      But the other reason would be in case customers
13  are asking our sales team questions about it or
14  investors are asking questions about it, we would want
15  to be able to provide answers based on our knowledge.
16      Q.  Okay.  Mr. Thomas, could you please put RX 1642
17  up on the screen, please.  Thank you.
18      And which company is this particular
19  presentation from?
20      A.  This is Lomon Billions.
21      Q.  And let's turn to page 5, so RX 1642, page 5.
22  And what's the title of this page?
23      A.  "Company Snapshot."
24      Q.  And I want to start with the column on the top
25  left, the one that says "Lomon Billions."  Do you see

2491

1   that?
2       A.  Yes, I see that.
3       Q.  And my first question is about the second
4   bullet.  Could you read that second bullet?
5       A.  It says, "4 partially integrated pigment plants
6   in China."
7       Q.  And what does "4 partially integrated pigment
8   plants in China" mean to you?
9       A.  It means they have four pigment plants that are
10  partially vertically integrated.
11      Q.  And what does it mean to be partially
12  vertically integrated?
13      A.  It means that they rely on their own feedstock
14  to some extent.
15      Q.  And could you go to the next bullet, please.
16      A.  "15 main pigment products, 13 sulfate and 2
17  chloride."
18      Q.  And is that consistent with your understanding
19  of the products offered by Lomon?
20      A.  Yes, with one exception.  Actually, I have seen
21  a third chloride product, too, recently.  So they have
22  advanced their product offering significantly.
23      Q.  And if you go down to the next bullet, could
24  you read that one, please, too?
25      A.  "705,000 ton pigment capacity and first

2492

1   quartile cost."
2       Q.  And is the 705,000-ton pigment capacity
3   consistent with your definition of their capacity?
4       A.  Yes, that's correct.
5       Q.  Just for reference, what is Tronox's total
6   global capacity?
7       A.  465,000 tons.
8       Q.  Next, I want to turn to the 2017 highlights.
9   Do you see that below?
10      A.  Yes.
11      Q.  And particularly the last bullet.  Could you
12  read that last bullet, please?
13      A.  "60,000 tons of chloride pigment production, up
14  42%."
15      Q.  And what is chloride pigment production?
16      A.  That is production out of their chloride
17  pigment plant.
18      Q.  And do you believe Lomon Billions when they say
19  that they've produced 60 tons of chloride pigment
20  production?
21      A.  Yes.
22      Q.  And why is that?
23      A.  One, that they have put it in an investor
24  presentation, which would focus on the truth; and two,
25  we get feedback from customers that they're buying it

2493

1   or they have bought it or they are being offered it.
2       Q.  And then moving up to the top right, under --
3   where it says "Market position," do you see that?
4       A.  Yes.
5       Q.  And the very first bullet, could you read that?
6       A.  "#4 by global capacity."
7       Q.  And do you agree with that claim?
8       A.  Yes.
9       Q.  Who are the top three producers by global
10  capacity?
11      A.  The other three would be Chemours, Venator, and
12  Cristal.
13      Q.  Where does Tronox fall in the ranking of global
14  chloride capacity?
15      A.  We should be number six.
16      Q.  So who is number five?
17      A.  Kronos.
18      Q.  And the third bullet there, could you read it,
19  please?
20      A.  "Plan to become the global market leader with
21  1.3 million tons of pigment capacity by mid-2020s."
22      Q.  And is that bullet consistent with your
23  estimates about Lomon's production plans?
24      A.  Yes.
25      Q.  And have you incorporated this estimate into

24 (Pages 2490 to 2493)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 87 of 166
Trial - Public & In Camera
Tronox, et al.                                                                6/8/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 89 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    6/8/2018

2590

1    get that often because there's less in nature, but
2    leucoxene is in between 65 and about 85 to 90 percent
3    TiO2.
4        So those are the three minerals that are used
5    to make titanium oxide in the industry.
6        Q.  Where are Tronox' mines located?
7        A.  Tronox has mine in South Africa on the east
8    coast and west coast and we have a mine in the -- in
9    Australia, in the west coast of Australia, slightly
10   north of Perth.
11       JUDGE CHAPPELL:  When you harvest that sand and
12   you get maybe 3 percent usable, do you go back and fill
13   the hole or is it like strip-mining?  What do you do
14   after you take it out?
15       THE WITNESS:  For example, our operation in
16   Australia, we use what we call a dredge.
17       So we create an artificial lake, and we
18   basically use a dredge, same type of dredge that they
19   would use in port to dig the dirt at the bottom.
20       So we have a big wheel that turn on that
21   dredge, and basically underwater we pump all of the
22   sand.  That sand goes through a long pipe to a
23   floating concentrator.  It's basically a big boat with
24   spiral and gravity separation equipment, so it's a
25   processing plant, but on a boat.

2591

1        So what happen is, as you pump hundreds of
2    ton -- in fact, we operate at 3,000 ton per hour, so
3    it's a lot of sand being pumped to that concentrator,
4    and then we separate the 3 percent material from
5    97 percent of the sand, and that sand is just pumped
6    back on the other side.
7        So you move your artificial lake every day by a
8    few meter, so that's why it could be very
9    cost-efficient to mine those type of dune.
10       JUDGE CHAPPELL:  This -- I'm just interested
11   in the sand.  Let's say that you go somewhere like
12   Iraq, a hundred miles out of Fallujah, and there's
13   sand everywhere.  You could harvest ilmenite out of
14   there?
15       THE WITNESS:  Well, the nature of those type
16   of mine if -- it's normally what we call free-flowing
17   sand, so we don't have rock.  We don't have big piece
18   of material that would create an issue for the
19   operation.  If we do, we just push them aside using
20   some more like conventional yellow equipment machine,
21   like a big backhoe or front-end loader, so that's what
22   you would do when you face that.
23       Again, this is one type of mining technique
24   that we use, the dredge.  In our other mine in
25   South Africa, one is more conventional, where the sand

2592

1    is a bit too hard.  We said the sand is agglomerate.
2    And because the sand is agglomerate, we cannot use that
3    dredge, so we use a front-end loader and we use truck
4    and shovel.
5        So it's more like a quarry where you just dig
6    the sand with a front-end loader and put it in a truck,
7    and then the truck goes to a big crusher, and that's
8    the first step, is to crush that sand.
9        But it's not like rock.  It's -- it's still
10   sand.  It's just sand that has been glued through
11   millions of years together.
12       BY MR. WILLIAMS:
13       Q.  Geographically, where are ilmenite deposits
14   located?
15       A.  Look, there is ilmenite everywhere in the
16   world.  You know, it's not a rare resource.
17       I mean, the country that are the
18   highest-producing country in the world for ilmenite,
19   Australia is certainly one that has a lot of resource,
20   Africa itself, South Africa, has a lot of ilmenite
21   deposits, so we obviously operate in the two country
22   where you have large deposit of ilmenite.
23       But there is ilmenite also in India.  There's
24   ilmenite in Canada.  There's ilmenite in Mozambique, in
25   Senegal, in Kenya.  Those are the big producing mine

2593

1    that feed the industry for -- or the feedstock or the
2    raw material necessary to feed those pigment plant.
3        Q.  Do you know whether Cristal has any mines?
4        A.  Yes.  Cristal has mining operation in
5    Australia, both on the west side and on the east side.
6        Q.  How does Cristal's mining operation compare
7    with Tronox' mining operation?
8        A.  The mine that we have in Cristal are what we
9    call large long-life mine.  The Cristal operation are
10   more scattered with small deposit, you know, located in
11   many different area around the mining lease.
12       Q.  How does it compare in terms of output of
13   feedstock?
14       A.  Well, obviously, our mine are much bigger and
15   produce much more feedstock than the Cristal mine are
16   doing at the moment.
17       Q.  Do you know whether other TiO2 producers own
18   feedstock mines?
19       A.  Yes.  Look, it's -- it's not uncommon for some
20   of the feedstock to have started their operation with
21   mine and have carried on, like, for example, Chemours
22   has a mine in the United States and in -- in north
23   Florida.
24       Kronos has a mine in Norway that feeds some of
25   their pigment plant.

49 (Pages 2590 to 2593)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 90 of 166
Trial - Public & In Camera
Tronox, et al.                                                                                    6/8/2018

2594

1    Obviously, Lomon Billions has made the point
2  to claim that they're vertically integrated like
3  Tronox, so they have mine in China to feed their
4  pigment plant.
5    So there's quite a bit of producer that have
6  mine, but Tronox is the most vertically integrated.
7  Well, in fact, we're -- we call it we're long on
8  feedstock, and what we mean by that is we have more raw
9  material than we need for our own pigment plant.
10   Q.  Are there -- do you know whether there are
11 other producers of feedstock who don't make
12 titanium dioxide?
13   A.  Well, I obviously talked about Rio Tinto being
14 the number one producer doing that, but there's a lot
15 of other feedstock producer that sells to the pigment.
16   Iluka is the -- Iluka is a company based in
17 Australia that also supply feedstock and doesn't make
18 pigment.
19   Kenmare Resources, who are based in Mozambique,
20 they produce a million ton of ilmenite that they sell
21 to the pigment industry.
22   There is obviously Base Resources that owns a
23 mine in Kenya that also supply ilmenite to the
24 industry.
25   TiZir is another big producer.  They have a

2595

1  smelter in Norway and a mine in Senegal and they sell
2  to the pigment industry.
3    There's Chinese producer that mine and sell.
4  India has VVM.
5    You know, there's a lot of big supplier of raw
6  material to the industry.
7    Q.  After these minerals have been mined --
8    A.  Yes.
9    Q.  -- what's the next step in the TiO2 production
10 process?
11   A.  Well, some of those material -- obviously,
12 natural rutile can be used directly into making
13 pigment.  Because it's rare and there's not enough,
14 it's a high-value feedstock.  And it's normally used
15 more in the titanium metal business, because to make
16 titanium metal you still need the same mineral then to
17 make pigment.  It's just a different process to arrive
18 at the finished product.  But natural rutile is sold,
19 and it goes to pigment manufacturer.
20   Ilmenite, some type of ilmenite could be used
21 directly to make pigment.  It could be used directly in
22 the sulfate process or it could be used directly in the
23 chloride process.  And -- well, I haven't explained
24 what the difference between chloride and sulfate.  I
25 don't know --

2596

1    Q.  It's okay.  Why don't we take a step back,
2  because it sounds like you talked about natural rutile
3  going right into the process, some ilmenite goes right
4  into the process.  What else is there?
5    A.  That's right.
6    So ilmenite could go to what we call an
7  intermediate step, which is an upgraded process.  We
8  call it high-grade feedstock.
9    So ilmenite I mentioned is about 55 percent
10 TiO2.  I mean, it will range from 40 to 65, so let's
11 say it's a 55 percent TiO2.  It's a bit low to go
12 directly to make hundred percent TiO2, so you have a
13 lot of waste being generated when you do that in a step
14 like that.
15   So we have developed process.  The smelting is
16 one of those process where you basically take the
17 ilmenite and you melt it at high temperature in a
18 furnace with anthracite, which is a coal, so the
19 ilmenite and the coal mix at high temperature with
20 energy, and you separate the iron from the titanium.
21   And because ilmenite contain a lot of iron,
22 that iron separation create a slag.  And in a titanium
23 smelter, the product is not the iron, it's really the
24 slag, the product.  That's what make a smelter --
25 titanium smelter different than another type of

2597

1  smelter.  But that -- that slag is the high-grade
2  product that can be used to feed the pigment plant.
3    Q.  What is slag?  I'd like to make sure the record
4  is clear on that.
5    A.  Yes.  Slag is the -- basically the -- the
6  coproduct of smelting ilmenite and separating the iron,
7  so the slag is high TiO2 content feedstock in the case
8  of the titanium smelter.
9    So you have to imagine that you put the
10 ilmenite, which contain iron oxide and titanium oxide,
11 and you melt it, so it's liquid, and you do a
12 reduction.
13   So the reduction is basically, using coal, you
14 take the oxygen away from the iron, and you produce
15 iron like we have all around us.
16   So the iron, you know, then being more heavy
17 than the slag, the iron sink at the bottom of your
18 furnace, and the slag float on top of your furnace.
19 Then you can extract both.  And by doing that, your
20 ilmenite at 55 percent TiO2 will go to 88 percent TiO2,
21 and you obtain a coproduct that is valuable and you can
22 sell.
23   So that's the process to upgrade ilmenite, the
24 slag.
25   Q.  What is the valuable coproduct that you can

50 (Pages 2594 to 2597)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 91 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/8/2018

2602

1 competitive advantage is to be vertically integrated,
2 so having our own mine, our own smelter, SR and pigment
3 plant make us unique in the industry.  That is our
4 competitive strength.
5      So -- but it's hard to be perfectly aligned
6 with your pigment need and your mine production.  And
7 the reality of how Tronox end up is we have too much
8 feedstock capacity or we have too much mining capacity
9 and an upgrade capacity for the use for our own pigment
10 plants, so we end up with excess slag, excess ilmenite,
11 and we try to sell it to our competitor.  But as I
12 explained a bit earlier, our competitor like -- well, I
13 mean, we're like their last choice because they prefer
14 to buy from pure feedstock supplier that don't compete
15 with them.
16      Q. Why do they prefer to buy from pure feedstock
17 suppliers?
18      A. Well, I guess that because we compete with them
19 on the TiO2 front, if they have a choice, they would
20 prefer to buy from someone that has no line.
21      I mean, it's hard for me to really know, but
22 that's my -- that's -- when I was in Rio, I was
23 obviously in the feedstock business and I was -- I was
24 using the argument to sell my product.  I said, Look,
25 you don't want to buy from your competitor, buy from

2603

1 us.  You know, I mean, we're not in your business, so
2 it's much -- it's much better that you buy from pure
3 feedstock producer or pure ilmenite producer than
4 buying from Tronox who is also competing making
5 pigment, you know.
6      So I imagine that some of the pigment producer
7 think that that makes sense.
8      Q. What does Tronox do with its excess feedstock
9 that it does not use or sell?
10      A. Well, I mean, we -- for example, we have
11 stockpiled ilmenite for a year at our Namakwa mine in
12 South Africa, so the excess ilmenite has just been
13 stockpiled.
14      Q. How vertically integrated is Tronox now, if you
15 could give a percentage or some other way of
16 measuring?
17      A. Yeah.  Well, I mean, we're more than a
18 hundred percent vertically integrated.  What I mean by
19 that is Tronox doesn't buy any raw material.  In fact,
20 we sell raw material.  We're long.
21      So we have too much ilmenite, too much slag,
22 too much natural rutile, and we're selling the excess.
23 And we run our pigment plant with our own material.
24      And that's -- that's why we want to do this
25 transaction, because --

2604

1      Q. How would that change after this transaction?
2      A. Well, Cristal is short on feedstock, so they
3 don't have enough ilmenite, they don't have slag, and
4 they don't have SR, and they don't have enough with
5 their small line to supply their eight pigment plant,
6 so that's a perfect fit because we will be able to use
7 that excess feedstock that we have to feed those
8 pigment plant.
9      And after the transaction, we'll be short on
10 feedstock.  We will also need to buy some material
11 from the different feedstock producer, which is the
12 ideal situation.  That's part of the strategy of this
13 deal.
14      Q. Why is that the ideal situation?
15      A. Because we won't have to compete with
16 feedstock producer to try to sell ilmenite or to sell
17 slag because we will use all that we could produce for
18 ourselves.  We'll be able to run our mine more cost
19 efficiently, because it's a -- our industry is a
20 high-capital industry.
21      So you can imagine to build a mine like the one
22 we had in Fairbreeze, for example, you have to invest
23 $200 million of capital.  To build a smelter you have
24 to invest billions of dollar of capital, you know,
25 hundreds of million.  To build a pigment plant --

2605

1      JUDGE CHAPPELL:  Hold it, hold it.
2      What is it, billions or hundreds of million?
3      THE WITNESS:  It's hundreds of million,
4 Your Honor.  Sorry.
5      So -- but it's a capital-intensive -- a
6 hundred million to me is very capital-intensive.
7      JUDGE CHAPPELL:  That's a lot of money.
8      THE WITNESS:  Yeah.
9      So it's -- that's why you want to maximize
10 those asset.  I mean, that's how you lower your cost
11 per ton.
12      We said we're a high-fixed-cost business
13 because of that capital.
14      BY MR. WILLIAMS:
15      Q. Once you have feedstock, what's the next step
16 in the titanium dioxide process?
17      A. It's obviously making the pigment, so it's a
18 chemical process that start because all that feedstock
19 has a goal, is to make the TiO2, the final TiO2
20 molecule.
21      So -- and there is different way to make
22 titanium oxide, but there is only two commercial
23 process that are cost-efficient to do it, and it's
24 what we call the sulfate process and the chloride
25 process.

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 92 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    6/8/2018

2622

1    the plastic.
2         And again, during the finishing step, you can
3    enhance the durability of the TiO2.  You could enhance
4    the tinting strength, you know, the brightness.
5    There's a lot of property that you give to your
6    TiO2 that are achieved in the finishing part of the
7    process.
8         Q.  Does the finishing part of the process turn on
9    whether the titanium dioxide was created through the
10   sulfate process or the chloride process?
11        A.  It's -- it's -- it's -- look, you could make a
12   very good paint with a sulfate TiO2 and you could make
13   a very good paint with a chloride TiO2.  It's not --
14   as long as the quality of running your sulfate plant is
15   held up, if you control your sulfate process properly,
16   the quality of the sulfate pigment is as good and even
17   better than the quality of the chloride pigment in some
18   case.
19        In I'd say 80 percent of the application you
20   can switch from one to the other.  There is some
21   specific product that are easier to make from the
22   sulfate process pigment, and there is some specific
23   product that are easier to make from the chloride
24   pigment.  But I'd say that the vast majority of the
25   application, like 80 percent, you could be one or the

2623

1    other.  I mean, it doesn't matter for the end result,
2    the end product.
3         Q.  How would you rank the relative importance of
4    the process, whether sulfate and chloride, or the
5    finishing steps with regard to the suitability for end
6    uses?
7         A.  I'd say that --
8         MR. EDMONDSON:  Objection.  It calls for
9    speculation.
10        JUDGE CHAPPELL:  Overruled.
11        THE WITNESS:  If you don't do the finishing
12   properly, your pigment won't work.  But I can tell you
13   you can make the sulfate pigment or the chloride
14   pigment work in any application, so to me, the
15   finishing is more important than the process to achieve
16   the hundred percent TiO2, because you start from the
17   same TiO2.
18        BY MR. WILLIAMS:
19        Q.  How do -- speaking generally and not specific
20   to Tronox' products, how do chloride -- how do
21   TiO2 grades, without regard to whether chloride and
22   sulfate, differ from each other?
23        A.  I'm not sure I understand what you mean by --
24        Q.  Why are there different grades?  What do those
25   grades signify?

2624

1         A.  Okay.  For example, all pigment company have
2    what we call a general-purpose grade, so a
3    general-purpose grade is where we -- we do minimum
4    surface treatment on the particle, and we sell it for
5    paint application, paper application, plastic
6    application.  Our customer are used to that.  It's the
7    high-volume grade.
8         We have more specific grade where we do more
9    work on the finishing that is development that we have
10   done with our customer for their specific use.  And
11   every pigment producer try to create those grade that
12   differentiate themself from their competitor because,
13   look, it's good business practice to try to attract --
14   attach your customer to yourself.
15        So we want our customer to continue to
16   purchase from us, so that -- that's why we develop
17   those grade.  But, obviously, our customer try to
18   calibrate different grade from different producer, so
19   there is grade made by Tronox that are similar to grade
20   made by Lomon Billions or made by Venator or Chemours,
21   so the customer can switch those grade that are
22   basically the same type of pigment for them.
23        But, for example, you could never use a very
24   specific grade for a very specific application without
25   changing the recipe on how it's going to be used at the

2625

1    customer.
2         Q.  What is Tronox' general-purpose grade?
3         A.  It's the 826.
4         Q.  Is that what you have on the table next to
5    you?
6         A.  I have the CR-828 here, you know, which is
7    slightly different, you know.  It's another of our
8    grade that --
9         Q.  In general terms, how is it different?
10        A.  It's just in the finishing part of the
11   process, I mean, we would use different quantity of
12   chemical to surface-treat the surface of the product.
13        For us, it's very easy to switch from one
14   grade to the other.  I mean, we do that based on the
15   order and based on the planning and work that we do
16   with our customer.
17        So we normally try to do our grade in
18   campaign, so we would run, for example, for a week
19   producing the 828 and then we would switch to another
20   of our grade.  And obviously, the 826, because it's our
21   high-volume grade, we have a line that is dedicated and
22   just run on that grade.
23        I mean, it's not like we cannot switch and make
24   another grade on that line.  It's just more
25   cost-effective not to have to swap grade all the time.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

# In the Matter of:

## Tronox, et al.

*June 13, 2018*
*Trial - Public & In Camera*
*Vol. 11*

**Condensed Transcript with Word Index**



**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

**Tronox, et al.**                                                                    **6/13/2018**

2637

1    pigment plant at full capacity, because that's the most
2    economical way to run them, and then you oversupply the
3    market. And then, obviously, price are going down.
4    And they go down until either demand picked up or
5    supply start to go out of business, you know,
6    bankruptcy or shutting down or -- so in 2011, the price
7    went up to the roof. But following that, the price
8    went for a long period of downturn, because the supply
9    was higher than the demand.
10       Q. How long were the prices falling after reaching
11   their peaks in 2011?
12       A. Well, up to February 2016 basically.
13       Q. What were the market conditions in 2015 in the
14   TiO2 industry?
15       A. It was a very, very tough situation. I mean,
16   we were basically running our asset at cost. And
17   there was an oversupply of material, and the demand had
18   kind of collapse, specifically in the second half of
19   2015.
20       Q. What were Tronox' inventory levels in the
21   second half of 2015?
22       A. They were very high. You know, we basically
23   had close to a billion dollar of inventory, most of it
24   being finished good, and look, that was a unacceptable
25   business situation at the time.

2638

1        Q. What were market prices of TiO2 in the second
2    half of 2015?
3        A. They were the lowest that I had experienced in
4    my career. Look, I've been in that business for
5    28 years. And when you put it in real term, the price
6    in 2015 went to a low that I -- I never thought it
7    would reach such a low level.
8        Q. What impact did these market conditions have on
9    Tronox' financial condition in the second half of 2015?
10       A. Look, we -- we -- well, we would have gone to
11   bankruptcy if we had continue on the path that we
12   were.
13          And you never know what the market will do. I
14   mean, it's easy with hindsight to say that, look, the
15   market turn in the first quarter of 2016, but in the
16   first quarter of 2015 we didn't know and we thought,
17   look, we need to survive as a company, so we launched a
18   program to generate cash, you know, and we -- from
19   running our business on EBITDA.
20          So when we say we run our business on EBITDA,
21   we mean by that we run our business to maximize profit.
22   And that's fine as long as you sell the product, but if
23   you don't sell and it goes into inventory, you
24   basically put cash into pigment. And that's not
25   sustaining as a business, so we had to basically turn

2639

1    our strategy to run for cash, and that's what we did,
2    so...
3        Q. What do you mean when you say you launched a
4    program to generate cash?
5        A. We -- well, we said we need to convert that
6    inventory that we have into dollar, into cash, because
7    we -- there's a -- you want to sell the product that
8    you make. And when you make more than you sell, well,
9    the excess grows into inventory, and our inventory had
10   reached a level that was unacceptable for the
11   business.
12          We had $875 million of working capital
13   inventory, product that we could sell, but there was no
14   demand for the product, so --
15       Q. What does Tronox do with this $875 million in
16   working capital in inventory if it's not being sold?
17       A. Well, it's just sitting in warehouse. And we
18   tried to sell it, you know. I mean, we were very
19   aggressive at trying to sell, but I mean, we have to
20   cover our costs, so we were at that time at the level
21   where we were selling at cost, so in order to be
22   profitable, you cannot run your business like that, so
23   that's why we turned the strategy to generating cost.
24          And there was three component to that strategy.
25       Q. What was the first of those three components of

2640

1    the strategies to generate cash?
2        A. It was really about maximizing revenue, how can
3    we try to grab market share and be as competitive as
4    possible on the market, so that was what I call the
5    revenue leg of our strategy.
6        Q. What --
7          JUDGE CHAPPELL: Hold on a second.
8          When you say you were sitting on $875 million
9    of inventory, product, was this feedstock or finished
10   white powder TiO2?
11         THE WITNESS: That was a mix of all of that.
12         BY MR. WILLIAMS:
13       Q. Could you please describe to the court what
14   you just referred to as the first leg of your
15   strategy.
16       A. So the first leg of our strategy was the
17   revenue part, because at that time I was accountable
18   for the P&L of the TiO2 business -- what I mean by that
19   is profit and loss -- so I was responsible for sales, I
20   was responsible for production, so I had full
21   accountability of the TiO2 business.
22          And in order to generate cash, well, you have
23   to sell as much as you could, so we had a strategy to
24   try to grab market share everywhere in the world and
25   be as competitive as we could be to try to sell that

3 (Pages 2637 to 2640)

**Tronox, et al.**                                                    **6/13/2018**

2641

1    inventory of product.
2        So, obviously, pigment for us was the biggest
3    drive, because when we sell pigment, we obviously sell
4    all of the mineral as well, because we sell the slag
5    that we use to make the pigment and we sell the
6    ilmenite that we use to make the slag, so every time we
7    sell more pigment, as a vertically integrated producer,
8    it's the entire chain that generate value for us, so
9    that was a good part of our strategy.
10       Q.  What was the second leg of your strategy?
11       A.  Well, that -- that's what we -- with the
12   strategy of generating cash, we launched a
13   restructuring of the organization.  We call it
14   Rising Star, that program, because we said, look, we
15   need to earn the right to grow as a company, and to do
16   that, you need to be the lowest-cost producer.
17       So we look -- we look at all the -- how we were
18   organized in all of our operation, and we said we
19   should standardize the structure of the organization
20   with the goal to lower our labor costs.
21       And at that time, we basically reorganized how
22   we were operating, and we eliminate layer in the
23   organization from me as the president to the plant
24   operator.  We standardize how many level there should
25   be in each of our plant.  We standardize role and

2642

1    responsibility.  We develop operating standard that
2    were the best way to run a titanium business.
3        And by doing that, we basically had to lay off
4    lots of people.  Look, the reality is, we shrank the
5    size of our labor force by 15 percent during that
6    period.
7        Q.  What do you mean when you say Tronox had to
8    earn the right to grow?
9        A.  What I mean by "earn the right to grow," we're
10   a publicly listed company, and our strategy is we want
11   to become the preferred supplier of titanium oxide to
12   the industry, to our customer, so in order to do that,
13   we need to be the lowest-cost producer because, in a
14   commodity business, the winner are the one that have
15   the lowest cost structure because they're the one
16   that -- obviously, in the up cycle, if you're the
17   lowest-cost producer, you have the best margin, but in
18   the down cycle, if you're the lowest-cost producer, you
19   can outrun all of your competitor.
20       So what I mean by "earning the right to grow"
21   is it was saying to all our team, well, we need to be
22   the best at mining, the best at smelting, and the best
23   at making pigment.  And the way to describe the best
24   for me was safe, quality, low-cost ton for our
25   customer.  And that became the mantra of Tronox, to

2643

1    produce safe, quality, low-cost ton for our customer.
2    And that was part of that restructuring of the business
3    and developing the standard.
4        Q.  How effective was this mantra of safe,
5    quality, low-cost ton for our customer in this
6    restructuring?
7        A.  I think that that was really a breakthrough
8    for our business because we went to have the best
9    EBITDA margin of the TiO2 business with that approach.
10   We were able to deliver the commitment that we took
11   because, at the beginning of 2015, we said we're going
12   to generate $600 million of cash.  This is a
13   commitment that we took publicly in front of all our
14   investor.  And we were to report at every aft year
15   about that commitment.  And look, I had to deliver, and
16   we did.
17       Q.  How effective was Tronox in delivering on this
18   $600 million cost-saving commitment that you made at
19   the beginning of 2015?
20       A.  Well, we -- I believe that the investor
21   community did not really believe that it was possible
22   to make that happen, and I think it was reflected in
23   our stock price at the time, which was very, very low.
24       But as we put in place the operational
25   excellence, which was basically using the best

2644

1    standard of the industry but adapting them to a
2    titanium business, so instead of hiring a big
3    consultant firm like McKinsey or those type of people
4    who don't really understand the TiO2 business like us,
5    we took our best talent in each of our asset and we
6    created a group of people and we developed what I
7    called the Tronox Way to operate.
8        And the Tronox Way came from our own people
9    who had years of experience at running mines, smelter
10   and pigment plant.  And we put in writing those
11   standard, you know, and those practice.  And we really
12   built what I call that base of how to run a titanium
13   business the most cost-efficient way, and that became
14   the Tronox Way, the Tronox standard.  And then we
15   implement all of those practice at all of our site
16   worldwide.
17       So we started with a pilot program at our
18   Hamilton facility, which is in Mississippi, and we had
19   that team of expert from around the world spending six
20   months in Hamilton and putting in practice those
21   standard and refining how to adapt them so they're more
22   efficient and we could get better result out of it.
23   And we were able to generate more than the $600 million
24   of cash that we had originally anticipated.
25       Q.  What impact did implementing the Tronox Way

4 (Pages 2641 to 2644)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 96 of 166
Trial - Public & In Camera
Tronox, et al.                                                                          6/13/2018

2645

1    have on Tronox' costs?
2        A.  Well, we basically were able to shake out of
3    our cost $200 a ton equivalent.  And that was
4    tremendous because that was not just beating
5    inflation.  That was basically lowering our cost below
6    inflation.
7        And that's because of that that Tronox became
8    in a more -- in a better financial position.  And that
9    was a great time to start exploring doing a deal
10   again, because when you earn the right to grow, when
11   you have demonstrate to your investor that you have
12   the lowest cost structure of the industry and your
13   model of business works, well, that open the
14   possibility to look at an acquisition.
15       And that's why, as the number six player in
16   the industry, we were too small, and our customer were
17   growing and wanted us to grow with them, and that's
18   where the opportunity of joining with Cristal become
19   the obvious way for us to meet our customer requirement
20   and grow with them.
21       Q.  When, if at any time, did Tronox announce it
22   had attained this 600 million cost-saving goal?
23       A.  I mean, that was a two-year commitment, so
24   that's at the end of 2017 that we really report our
25   result and the saving.  But as we progress, obviously,

2646

1    we could see that in the first six months we had
2    already achieved ahead of our plan.  At the end of
3    '16, we were ahead of the 600 million commitment.  And
4    at the end of '17, we had overachieved on the
5    600 million commitment, so we were in a very good
6    position.
7        JUDGE CHAPPELL:  The question was generating
8    cash, and your answer says -- I'm sorry.  The question
9    was cost savings, and your answer was generating cash.
10       Is there a difference to you?
11       THE WITNESS:  Yes.  Look, the cost saving is
12   obviously when I look at the cost per ton.
13       So, for example, the cost of mining, the cost
14   of the smelting and the cost of converting the raw
15   material into pigment, that's what we call the cost per
16   ton of making pigment, so that cost per ton was
17   $200 higher before the cost reduction program than it
18   is today.
19       And that's why we said it was a big success,
20   because, obviously, the price that you sell the
21   material is not linked to the cost of making the
22   material.  Because it's a competitive business, when
23   you sell, you compete with other players, so what you
24   want is to minimize your costs so you can still
25   generate margin in any condition of the market.

2647

1        JUDGE CHAPPELL:  So the cash generation you
2    talked about is based on selling based on volume when
3    you multiply out the cost savings you had baked into
4    the system?
5        THE WITNESS:  Yes.  It's a mixture of -- the
6    cash generation has two component.  It has one that is
7    linked to your costs, because if you lower your cost
8    per ton, when you sell a ton -- let's say, for example,
9    we were selling at around $2,000 a ton at the beginning
10   of 2015 and our costs were about $2,050, so we were
11   losing money on every ton that we were selling at the
12   beginning, so that's obviously not sustainable for a
13   business.
14       Then we launch this initiative.  We lay out --
15   lay off people.  We relook at our yield, our
16   improvement.  It was a multifacet program.  And then we
17   were able to lower our cost by $200, so now our costs
18   are $1,800.  We're still selling at 2,000, but at least
19   we're making a profit on those sales, so that generate
20   cash.
21       And at the same time, we lowered the
22   inventory, so product that we have put at $2,000 a ton
23   or $2,050 in inventory, we were selling it, so at least
24   we were generating the cash from those sales, because
25   we were selling more than we were producing during that

2648

1    cash generation program.
2        So we were reducing the inventory in order to
3    convert that inventory into cash.
4        JUDGE CHAPPELL:  All right.
5        BY MR. WILLIAMS:
6        Q.  We talked about the revenue leg and the
7    cost-saving leg.
8        What was the third leg of this strategy that
9    you implemented in the second half of 2015?
10       A.  It was developing a standard, you know, that
11   could be used and implement at future site and deploy
12   in our existing site, so it's -- I call it a rule book,
13   you know, of the best practice of the industry.
14       So we learned from that prices of 2015, and
15   then it never happened again to us, you know, because
16   we're always in a better position than our competitor.
17       Q.  Before we turn to that rule book, what, if
18   anything, did Tronox do to its production in 2015?
19       A.  Look, we -- we shut down two line in Hamilton
20   and we shut down a line in Kwinana, we shut down one
21   furnace at Namakwa Sands in the west side and one
22   furnace at KZN in the east side, because, again, we
23   were producing more than we could sell, and our
24   inventory was maxed out, so we had no option.
25       But one thing is clear; we shut down

5 (Pages 2645 to 2648)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 97 of 166
Trial - Public & In Camera
**Tronox, et al.**                                                    **6/13/2018**

2653

1    time.  It was always our intention that as we would
2    sell the inventory, we would restart the plants so we
3    will not miss any sales.
4        Q.  When else during your time at Tronox has Tronox
5    idled production capacity?
6        A.  That was the only time.
7        Q.  Are you aware of any other times in Tronox'
8    history that it idled production capacity?
9        A.  I think that they did in bankruptcy.
10       Q.  What do you know about idling those lines in
11   bankruptcy?
12       A.  Well, I think that in bankruptcy -- look, I
13   wasn't there, so that's speculation on my side.  But
14   the reality is that you don't run your plant when
15   you're in bankruptcy, it's the banker who run your
16   asset, and the banker will tell you you have to sell
17   your inventory before producing any material, and
18   that's what they had to do.
19       MR. EDMONDSON:  Your Honor, we'd move to strike
20   that last response as lacking foundation.
21       JUDGE CHAPPELL:  I can't hear you.
22       MR. EDMONDSON:  Your Honor, we move to strike
23   the last response, the last answer, as lacking
24   foundation.
25       JUDGE CHAPPELL:  He was asked "what do you

2654

1    know."  He told us what he knows.  Overruled.
2        BY MR. WILLIAMS:
3        Q.  What was Tronox' intent in reducing production
4    in the second half of 2015?
5        A.  It was to generate cash and convert inventory
6    into -- well, convert inventory into cash in order to
7    sell that extra material that we had.
8        Q.  What plans does Tronox have with regard to the
9    running of its feedstock facilities post the
10   acquisition of Cristal?
11       A.  Well, that's where all the value of that deal
12   come into play, because today Tronox has too much
13   feedstock capacity for the demand of its pigment
14   plant, so we're long on feedstock.
15       So even if we run our pigment plant at full
16   capacity -- and that's what we've been doing, I mean,
17   since the beginning of 2016 -- when we run our
18   feedstock, our mine and smelter at full capacity, we
19   generate more material than we need.  And that's --
20   that's not a good or that's not an ideal situation
21   from a business point of view because that mean we
22   have to sell that feedstock to our competitor, and our
23   competitor prefer to buy from other feedstock provider
24   that don't compete with them instead of buying from
25   us.

2655

1        But when we will have closed the transaction
2    with Cristal, Cristal doesn't have enough feedstock to
3    feed those pigment plant.  And even if we run the
4    feedstock, the smelter and the mine at full capacity,
5    we will still need to buy feedstock to feed all of the
6    pigment plant need of the new Tronox.
7        Q.  How does Tronox plan to run its pigment
8    facilities after its acquisition of Cristal?
9        A.  I mean, we will continue with our strategy of
10   safe, quality, low-cost ton for our customer, because
11   we've been very successful with that implementation,
12   and we obviously want to continue to earn the right to
13   grow.
14       Look, our customer are getting bigger, and we
15   need to grow in order to follow them, and that's the
16   intent with that acquisition, is to liberate what I
17   call the hidden factory in the Cristal asset so we
18   could grow with our customer.  That's always been the
19   rationale for that transaction.
20       Q.  You referred to unlocking the hidden factory.
21   What do you mean by that?
22       A.  Look, I don't want to be too technical, but
23   I'm a chemical engineer, so I design plant, you know,
24   so that's my job.  And when you design a plant, you
25   design it to produce at a certain level.  We call that

2656

1    the nameplate capacity.
2        If you optimize your facility, well, you run
3    your plant near the nameplate capacity.  If -- if you
4    don't, well, I call that the hidden factory.  I mean,
5    it's been designed to operate at a certain level, but
6    you don't achieve that level of performance, so this
7    gap, you know, to me is the hidden factory.  It's
8    basically capacity that doesn't cost anything to
9    produce.
10       Because everybody can be smart and invest
11   capital and add reactor.  You know, you have more --
12   you build one more line.  You invest hundreds of
13   millions of dollar, and yes, it's fine.  You add
14   capacity.  But then you can't compete because you're
15   not efficient.
16       You're efficient when you run your plant at
17   their design and you minimize the costs of running
18   those facilities.  In a high-fixed-cost business, if
19   you don't run the plant at full capacity, your costs
20   are high.  And to win in a commodity business, you need
21   to be the lowest-cost producer, so that's Tronox'
22   strategy, to always maximize production to minimize the
23   cost per ton.
24       Q.  Turning your attention back to the Tronox Way,
25   do you recall speaking about that?

7 (Pages 2653 to 2656)

2657

1    A. Yes.
2    Q. How does the Tronox Way tie in, if at all, to
3 unlocking this hidden factory?
4    A. I mean, that's the third leg that I mentioned
5 to you when we took the best people in all of our
6 pigment plant worldwide and we develop the standard to
7 operate our asset.
8    So it's not a standard that has been developed
9 commercially in general term. It's very specific to
10 mining, smelting and the chemical process of making
11 pigment. And those standard, obviously, use some of
12 the best practice of the industry, but they adapt them
13 to the TiO2 business, and that become what I call the
14 know-how, you know, the practice of Tronox.
15    And we have demonstrate in our existing asset
16 that using those standard and procedure, we can achieve
17 the nameplate capacity of our asset. And we've been
18 running at that level for the last 18 months very
19 successfully. And it's obviously our intention to put
20 those standard and practice in place in the new
21 acquired business.
22    Q. We're still in public session.
23    How does Tronox intend to apply this Tronox Way
24 to the facilities it acquires from Cristal?
25    A. Look, the intention is obviously to use the

2658

1 brain that -- of the people in Cristal and combine it
2 with the same team who has been very successful at
3 developing those standards, so it -- we will take the
4 best out of Cristal and the best out of Tronox, and
5 combining it together, our practice will become even
6 more solid. And our intention will basically be to
7 deploy that globally after.
8    So what we'll learn out of the know-how of
9 Cristal, we will add it to our standard and practice
10 so we could improve our existing Tronox asset, because
11 my view is, the day that you stop learning, I mean,
12 you're behind your competition. And in this business,
13 because it's very competitive, if you're not ahead of
14 your competitor, I mean, you'll be behind.
15    So the combination of the know-how of Cristal
16 and the know-how of Tronox will allow us to refine
17 those standard that we have developed in Tronox,
18 improve the Tronox asset, but also improve the Cristal
19 asset with the know-how of Tronox.
20    And look, there is obvious synergy that we
21 have identified because of some of the technology that
22 Cristal have in its plant that is outdated, if I can
23 use that term. We have basically twenty year of
24 refinement of the low-pressure technology in Tronox,
25 and Cristal has one asset that doesn't have that twenty

2659

1 year of know-how that we'll be able to implement right
2 away.
3    Q. What impact will this combination have on
4 Tronox' customers after the acquisition?
5    A. Well, we'll be able to grow with them, because
6 our strategy on the commercial side has been to grow
7 with the customer that are growing faster than the
8 market.
9    So in order for us to be successful, we also
10 need to grow faster than the market. And having our
11 plant already running at nameplate capacity, we don't
12 have even factory anymore. But with the acquisition of
13 Cristal, Cristal is running their asset very far from
14 their nameplate capacity, so that create a huge
15 opportunity for us to increase our capacity and meet
16 our customer requirement.
17    Q. I'd like to turn your attention to competition
18 in the TiO2 industry. Okay?
19    A. Yes.
20    Q. How would you characterize competition in the
21 TiO2 industry today?
22    A. Look, the TiO2 industry has always been very
23 competitive, but I say that today it's -- it's worse.
24 And what I mean by that, it's because of China.
25    I think I mentioned last week that I had the

2660

1 chance in my career to go in China on a regular basis
2 for the last 25 years. My first visit there, there
3 was no TiO2 business in China. That was the reality.
4    But today, the Chinese -- in fact,
5 Lomon Billions, which is the number one producer in
6 China, is bigger than Tronox. They're the number four
7 producer in the world. And they have both sulfate and
8 chloride technology, and they've been very aggressive
9 at growing their business in the last decade.
10    Q. For how long have you been reviewing
11 competition from Chinese producers in the
12 TiO2 industry?
13    A. Well, I mean, since -- basically since I came
14 out of school, you know, because I -- the TiO2 business
15 is a global business. And right from when I start at
16 Rio Tinto at the time, we were supplying the global
17 industry. And look, we thought China was an
18 opportunistic market for us to grow.
19    Q. How many years is that?
20    A. That's 25 years ago.
21    Q. How have you seen, if at all, the quality of
22 Chinese products change over those 24 years?
23    A. I know that we often define China as one
24 competitor, but the reality of China is it's -- it's
25 multicompetitor. And we classify them in three

8 (Pages 2657 to 2660)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 99 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    6/13/2018

2669

1    MR. EDMONDSON:  Your Honor, I'd move to strike
2  Mr. Turgeon's response to that last question.  The
3  question was what impact has this Chinese competition
4  had on the global market for TiO2, and Mr. Turgeon's
5  response ran far afield of that question.
6    MR. WILLIAMS:  I can ask a follow-up question
7  to bring him closer to my question, Your Honor.  I
8  think he was providing context for the answer that I
9  expect he's about to give.
10    JUDGE CHAPPELL:  You need to be more specific.
11  Are you saying the entire answer is
12  nonresponsive?
13    MR. EDMONDSON:  I don't see any part of that
14  answer that's directly responsive.
15    MR. WILLIAMS:  If it's helpful, Your Honor, I
16  can follow up with the witness to see if he'll tie it
17  together.
18    JUDGE CHAPPELL:  The first part of the answer
19  is responsive.
20    The part of the answer beginning with "Because,
21  as a publicly listed company," that part will not be
22  considered.  That part of your objection is sustained.
23  If it's a motion to strike, it's granted from that
24  point on.
25  Go ahead.

2670

1    BY MR. WILLIAMS:
2    Q.  How does this dynamic that you've just
3  described affect customers in North America with
4  respect to these Chinese producers?
5    A.  Well, the customer in North America are using
6  the pigment being produced from China, because at the
7  beginning for them, as I mentioned, it was a way to
8  lower their costs and keep us more competitive.  And
9  as the Chinese have improved their quality, they can
10  put even more Chinese pigment in the mix of their
11  product.
12    Q.  How has Chinese competition in areas outside
13  of North America affected customers within
14  North America?
15    A.  It's the same.  I mean, it's a -- it's a
16  global business.  And when China ship material to
17  Europe, the customer in Europe blend the Chinese
18  product with our product, and they use that to make us
19  lower our cost.  And if we're not willing to lower our
20  cost and compete, well, then they use more Chinese, and
21  we lose market share.
22    So that's the dynamic that the Chinese have
23  done, so it's the same competition with the Chinese
24  that with any western producer.
25    Q.  What do you expect will happen with Chinese

2671

1  competition and North American customers in the
2  future?
3    A.  Well, the Chinese are significant in
4  North America today.  In North America, there's
5  1.4 million ton of capacity, you know, that -- pigment
6  capacity that could be produced, and it's a
7  one-million-ton market, so there's already excess
8  capacity in North America.  But even with that excess,
9  there's like 300,000 ton of pigment that is imported in
10  the U.S., so to me, that's the obvious proof of that
11  global nature of that business.
12    And out of that, that 300, as much as
13  50,000 ton is coming from China and growing.  And it's
14  been growing since 2013.
15    Q.  What are your views on whether there's a
16  North American market for titanium dioxide?
17    A.  I don't believe it.
18    Q.  Why not?
19    A.  Well, because that's not the case, because
20  when the Chinese come to one of my customer and they
21  offer a lower-priced product, my customer is saying,
22  Look, if you don't equalize that price, I'm going to
23  reduce your volume.  And because it's a high-volume
24  business, I want -- I don't want to lose my market
25  share to the Chinese, so I have to adjust my price.

2672

1    Q.  How, if at all, do prices in North America
2  differ from prices in the global market for TiO2?
3    A.  Look, I've been in that industry 28 year, and I
4  can tell you that when price goes up, it goes up
5  everywhere in the world, and when price goes down, it
6  goes down everywhere in the world.  I never saw a
7  situation where price will go down in the U.S. and up
8  in Europe or vice versa.  I mean, it never happened.
9    There is -- I mean, we -- we personally as
10  Tronox, we look at the market in region.  That's the
11  way we manage the business.  That doesn't mean it's not
12  a global business.
13    Q.  What regions does Tronox look at?
14    A.  Well, we have North America as a region, we
15  have Europe as a region, we have Asia Pacific, we have
16  South America, and we have -- it's basically those
17  three that we track.
18    And it's just to be practical, because you need
19  to find out where your revenue is coming from and you
20  need to track your business, and the regional way of
21  tracking it is as good as any other one, so that's why
22  we talk about price in North America, price in Europe,
23  price in Asia Pacific.
24    I can tell you that the exchange rate has more
25  impact on the price than the price itself.  You know,

11 (Pages 2669 to 2672)

**Trial - Public & In Camera**

**Tronox, et al.**                                                                 **6/13/2018**

2673

1   when the euro fluctuate versus the U.S. dollar or when
2   the renminbi fluctuate versus the U.S. dollar, this is
3   an industry that mainly sell in U.S. dollar, except in
4   Europe where sales are in euro, so the fluctuation in
5   currency has a huge impact on our business.
6        **Q.  What is your views on whether there's a**
7   **separate market for chloride process TiO2 in**
8   **North America?**
9        A.  Well, that is more historical than anything
10  else, because, as I mentioned when I explained the
11  process, I mean, if you use the chloride process or if
12  you use the sulfate process, you end up with the same
13  TiO2 molecule at the end, you know, so those process
14  are way to clean the ore.  You know, you start with
15  ilmenite in the mine, and depending on the type of mine
16  and the process that you use, you use the most
17  cost-efficient process to achieve that molecule of
18  TiO2.
19       So when --
20       **Q.  Do you agree or disagree with the idea that it**
21  **constitutes a separate market for chloride process**
22  **products?**
23       A.  I disagree.
24       **Q.  Why do you disagree?**
25       A.  Because it's the same TiO2 molecule, so if you



2674

1   produce it with the chloride process or with the
2   sulfate process, at the end, you can make paint with
3   the TiO2 molecule the same way if it came from
4   chloride or if it came from sulfate, so that's why I
5   disagree.
6        And look, we compete.  We have lost customer
7   that we were supplying them -- Tronox is a
8   chloride-only producer.  We don't have any sulfate
9   plant.  And obviously, we sell only chloride pigment.
10  But we have lost customer to people who have only
11  sulfate plant, and look, we had to compete with that
12  sulfate.  But we decide at some point you have to test
13  the market, and we lost those customer, so to me, it's
14  the proof that one can compete with the other.
15       MR. WILLIAMS:  At this point, Your Honor, we'd
16  ask to go in camera.
17       JUDGE CHAPPELL:  All right.  At this point
18  we'll go into in camera session.  I'll need to ask
19  those that are not subject to the protective order to
20  leave the courtroom.
21       (Whereupon, the proceedings were held in
22  in camera session.)
23               - - - - -
24
25



12 (Pages 2673 to 2676)

2733

1    producers will not be a major disruptor in global
2    markets in the next year or two."
3        A. Yes.
4        Q. Why did you limit this question to the next
5    year or two?
6        A. Because it's a competitive business, so I
7    cannot know exactly what Lomon Billions will decide to
8    do and what -- the other tier one Chinese producers.
9    So what I know is that it takes time to build a pigment
10   plant. So when, for example, at the time we wrote
11   that, we were not aware that Lomon Billions had the
12   intention to double their capacity.
13           Now we know, and we know that the plant are
14   being built and they are real, but we know that it
15   takes about 18 months to build a facility like that.
16   So from when concrete is poured to when production came
17   out of the plant, we can track that. So that's why one
18   to two years.
19       Q. What are your views on whether Chinese pigment
20   producers could potentially be a disruptor in global
21   markets?
22       A. Well, I mean, they were, and they will continue
23   to be. So they are a very aggressive competitor.
24   That's the reason why we're doing that deal with
25   Cristal, because if we don't find ourself a way to

2734

1    lower our costs and compete with them, I mean, we'll --
2    we'll be irrelevant in the business.
3        Q. Could you please turn to the Exhibit RX 251 or
4    0251 in your binder.
5        A. Yes, I'm there.
6        Q. Do you recall that Complaint Counsel was asking
7    you questions about your views on the threat from
8    Chinese pigment producers two years ago when you wrote
9    this email?
10       A. Yes.
11       Q. What was the article that was being forwarded
12   along that Brennen Arndt was asking your commentary on?
13       A. It was a -- it's Barclay, which is a bank that
14   basically do a kind of analysis of what's happening in
15   the TiO2 business, and Brennen wanted to be able to
16   answer question that investor may have related to that
17   article.
18       Q. Do you see on page 3 of the document, there's
19   the title of the article you were being asked about?
20       A. Yep.
21       Q. What was the title of the article?
22       A. "U.S. Chemicals, Chinese Trade Data Heightens
23   Our TiO2 Price Skepticism."
24       Q. What did you take that to mean, that Chinese
25   trade data was heightening Barclay's TiO2 price

2735

1    skepticism?
2        A. Well, it's really that the Chinese export data
3    have been growing and growing year after year, to more
4    than a million ton in the last 12 months. So obviously
5    our investor are skeptical that it won't continue.
6            So we -- my answer was to try to reassure
7    Brennen why I think that the Chinese won't overflow the
8    market. Well, the reality is, I don't really know,
9    but, I mean, we're trying to use as much facts as
10   possible when we do those type of analysis.
11       Q. Speaking of facts, could you turn to page 4 of
12   this document, where Barclays mentions one push-back to
13   our thesis.
14           Do you see that?
15       A. Yep.
16       Q. What was Barclays saying was the push-back to
17   their thesis about Chinese exports heightening TiO2
18   price skepticism?
19       A. I think that Barclays is saying basically what
20   we have recently experienced is the quality of the TiO2
21   material is improving. So our thesis was that our
22   quality was -- was better than the Chinese, because
23   when you talk to your investor, you want to convince
24   your investor that you have a competitive edge, but
25   what we have seen recently is the quality of product

2736

1    going out of China is improving, and our investor are
2    skeptical that we have our own approach.
3        Q. In the sixth line from the bottom of the
4    paragraph, Barclays says, "We continue to believe there
5    is enough fungibility between sulfate and chloride
6    end-markets that a combined supply/demand is what
7    impacts the economics."
8            Do you see that?
9        A. Yes.
10       Q. What was Barclays saying there?
11       A. What matter is that the supply-demand needs to
12   be tight, because if there is oversupply, price will go
13   down, and it doesn't matter if it's Chinese, if it's
14   sulfate, if it's chloride. I mean, it's a commodity,
15   and the dynamic of supply-demand, like any other
16   commodity, is the reality.
17           Obviously, when we talk to investor, we try
18   to -- I mean, I'm not going to tell my investor that --
19   my job is to try to sell the business, so...
20       Q. How, if at all, have your views on Chinese
21   producers and their impact on the markets changed in
22   the two years since you sent RX 0251?
23       A. Personally, I never thought that the Chinese
24   would go beyond a million ton of exports. I was
25   surprised at the recent statistic.

27 (Pages 2733 to 2736)

**Tronox, et al.**                                                                        **6/13/2018**

---

2761

1  there will be more.  I've just gotten a pretty valid
2  and reliable estimate that the transcript will probably
3  be 10,000 pages alone.  Thousands of pages of
4  documents.
5      The joint motion is denied.
6      Go ahead.
7      MS. DeSANTIS:  Thank you, Your Honor.
8      BY MS. DeSANTIS:
9      Q.  So, Mr. Mancini, to summarize what you've just
10  described about the stages of analysis that Tronox went
11  through, first, did the M&A team engage in some
12  estimate of the synergies?
13      A.  They did.
14      Q.  Second, did Tronox then pursue some
15  due diligence upon the signing of an agreement in
16  principle?
17      MR. DAHM:  Objection.  Leading.
18      MS. DeSANTIS:  Your Honor, I'm simply trying to
19  summarize so that it's easier to understand and move
20  forward from here.  These are not leading in and of
21  themselves.
22      JUDGE CHAPPELL:  Are you saying she's
23  suggesting the answer?
24      MR. DAHM:  She's suggesting the answer to
25  these, yes, Your Honor.

---

2762

1      MS. DeSANTIS:  Your Honor, I'm simply
2  summarizing what he said and stating it in a way that
3  summarizes it so that all understand so we can move
4  forward.
5      JUDGE CHAPPELL:  Well, to the extent he can
6  always say yes or no, I will allow it.  Overruled.
7      BY MS. DeSANTIS:
8      Q.  So secondly, did Tronox then undertake
9  due diligence after signing of the agreement in
10  principle?
11      A.  Yes.
12      Q.  And third, did Tronox continue to do what
13  you've described as confirmatory due diligence after
14  the announcement of the transaction?
15      A.  Yes.
16      Q.  I'd like to now focus on that second stage, the
17  due diligence that Tronox pursued after the signing of
18  an agreement in principle.
19      Were you involved personally in that
20  due diligence?
21      A.  Yes.
22      Q.  And what was your role in that due diligence
23  phase?
24      A.  My role was to coordinate the due diligence for
25  the Tronox organization, to assemble the due diligence

---

2763

1  teams, to organize virtually all aspects of the
2  due diligence, and then to collate that information,
3  refine it, assess it, package it, present it to the
4  board of directors for their assessment.
5      Q.  Do you recall when that stage of due diligence
6  began?
7      A.  So -- so the due diligence began in late
8  November 2017.  And it concluded in late February when
9  we announced the transaction.
10      Q.  All right.
11      A.  February 20- -- I'm sorry.  It began in late
12  November 2016 and concluded in late February 2017.
13      Q.  You mentioned site visits.
14      What site visits were conducted during this
15  due diligence period?
16      A.  During due diligence, we visited -- and I will
17  try to go from east to west, but we visited Tikon,
18  which is in Fuzhou, China, where Cristal has a plant.
19      We visited their Bunbury plant, which is in
20  western Australia.
21      We visited Cristal Mining Australia, which had
22  assets in both eastern and western Australia.
23      We visited the Yanbu plant, which is in
24  Saudi Arabia.
25      We visited the Thann plant, which is in

---

2764

1  France.
2      We visited the Stallingborough plant, which is
3  in the U.K.
4      We made a short visit to the Cristal Amsterdam
5  office.
6      We visited the two Ashtabula plants, Ash 1 and
7  Ash 2, in Ohio.
8      We visited the Baltimore administrative and
9  technical center, which is a large R&D and
10  administrative facility that Cristal has just outside
11  Baltimore in Glen Burnie, Maryland.
12      We visited a site that is acronymed ITP, which
13  stands for International Titanium Powder, which is a
14  part of Cristal's vertical integration strategy where
15  they're trying to get into a titanium metal, which ITP
16  is a site that they have in Illinois.  I believe it's
17  Ottawa, Illinois.  We visited that site.
18      And then finally, we visited the Paraiba mine
19  and the Bahia plant in Brazil.
20      Q.  And what was your reaction to these Cristal
21  sites following these visits?
22      A.  So -- so we had different teams go visit
23  different sites, but the general conclusion was that
24  Tronox --
25      MR. DAHM:  Objection.  It sounds like a

---

34 (Pages 2761 to 2764)

**Tronox, et al.**                                                            **6/13/2018**

---

2765

1   foundation issue coming up.
2          MS. DeSANTIS:  Your Honor, I can lay a
3   foundation.
4          JUDGE CHAPPELL:  I'm enjoining considering an
5   objection saying "It sounds like a foundation issue
6   coming up."
7          MR. DAHM:  Yeah, Your Honor, he started to
8   testify about what other teams have discovered.
9          JUDGE CHAPPELL:  Is that an objection for lack
10  of foundation?
11         MR. DAHM:  Yes.
12         JUDGE CHAPPELL:  And you're going to rephrase
13  or --
14         MS. DeSANTIS:  And Your Honor, I will lay a
15  foundation.
16         JUDGE CHAPPELL:  All right.  Thank you.
17  BY MS. DeSANTIS:
18     Q.  So, Mr. Mancini, with respect to these visits,
19  did you participate in some of the visits?
20     A.  I did.
21     Q.  Did other operational leaders at Tronox also
22  participate in some of these visits?
23     A.  They did.
24     Q.  Did operational leaders participate in some
25  visits that you weren't able to make yourself?

---

2766

1      A.  Yes.
2      Q.  Do you have knowledge as to how these
3   operational leaders on visits that you could not be on
4   reacted with respect to what they were seeing with
5   these assets?
6      A.  Yes.  I -- I had asked each of the teams to
7   prepare written reports.  And they had a template
8   which they would fill out after a visit and send it to
9   me.  In some cases, they provided more extensive
10  reports that they wrote on their own because the
11  template didn't quite work.
12         In all cases, I had telephonic conversations or
13  in-person meetings with each of these managers of our
14  business, and I was responsible for combining and
15  collating all the due diligence information.
16     Q.  All right.  So you were responsible -- it was
17  your responsibility to have an understanding as to how
18  operational leaders were reacting to all of these site
19  visits; is that right?
20     A.  Yes.
21     Q.  So, Mr. Mancini, how were operational leaders
22  at Tronox, including yourself, reacting to these site
23  visits at Cristal sites?
24     A.  The -- I would characterize the reaction as the
25  team was very supportive of Tronox acquiring these

---

2767

1   Cristal assets with -- with one or two sites that had
2   some concerns, but for all the primary material
3   operating sites, there was -- there was a high level of
4   enthusiasm about Tronox acquiring these assets.
5      Q.  So I now want to turn to synergies to be
6   realized through the proposed transaction.
7          Do you have responsibilities for synergies to
8   be realized through the proposed Tronox-Cristal
9   transaction?
10     A.  Among many others in the company, I do have of
11  a responsibility for realizing the synergies.
12     Q.  Is there a team with which you work that
13  shares that responsibility for the synergies being
14  realized?
15     A.  There is.
16     Q.  And who's on that team?
17     A.  So -- so -- so what we've done is we've
18  organized a coordinating team to coordinate the
19  synergy realization, and then we've assigned
20  responsibility for synergy realization to a number of
21  the parties.
22         So as the chief integration officer, I'm
23  responsible for setting the overall synergy
24  identification and realization strategy, so I'm
25  ultimately accountable, but I've delegated a

---

2768

1   significant amount of responsibility to a gentleman
2   named Machiel Keegel, who works on our strategy and M&A
3   team.  And Machiel has been given the specific
4   assignment of working to -- he initially identified but
5   then has been doing the confirmatory due diligence on
6   our ability to deliver all these synergies, and he's
7   been building plans on how those will happen post
8   closing.
9          Then underneath Machiel, as part of our
10  integration planning strategy, I established roughly
11  16 to 18 teams, one for every material functional area
12  within the company.  And each of those functional areas
13  has been given responsibility for realizing synergies
14  that fall into their functional area.
15         So Machiel and I, along with counterparts at
16  Cristal, which, because Cristal is being combined with
17  Tronox, they're going to share that synergy
18  realization post closing, we've actually worked with
19  those 16 to 18 teams to make sure that the synergies
20  are being properly diligenced, identified, and plans
21  are being developed so that they can be realized post
22  closing.
23     Q.  Can you please describe the categories of
24  synergies that Tronox has identified in connection with
25  the Tronox-Cristal transaction.

---

35 (Pages 2765 to 2768)

Tronox, et al.                                                                    6/13/2018

---

2769

1    A. So there -- there are I believe approximately
2    twenty-some subcategories that we can go into, but
3    in -- those are summarized in four categories which
4    we've actually talked about publicly, so -- so I'll
5    share those four.
6        The first of those is what I would characterize
7    as feedstock-related synergies.
8        The second is selling, general and
9    administrative or SG&A synergies.
10       The third is operating synergies. And included
11   within the operating synergies is a -- is one
12   particular material synergy, which is the turnaround of
13   the Cristal plant at Yanbu.
14       And then the fourth area are procurement,
15   supply chain and logistics.
16       **Q. All right.**
17       JUDGE CHAPPELL: Now, if I understood you,
18   there are twenty subcategories, but these four are the
19   main categories and the twenty are underneath these
20   four?
21       THE WITNESS: That's correct.
22       BY MS. DeSANTIS:
23       **Q. Can you please describe what you have mentioned**
24       **as the feedstock synergies to be realized in the**
25       **proposed transaction.**

---

2770

1    A. So the feedstock synergies involves optimizing
2    the various assets that both companies bring to the
3    table in terms of the mining, beneficiation and use of
4    those feedstocks in Tronox pigment plants -- in Tronox
5    and Cristal pigment plants.
6        So let me just give two generic examples that
7    would not be surprising to the public. The first
8    involves, for instance, ilmenite.
9        So Tronox mines ilmenite at its Namakwa Sands
10   operations. And we have a large stockpile of
11   relatively lower-grade ilmenite that we currently are
12   not using, so it's on the books at very modest amount.
13   But that ilmenite can be used in producing sulfate
14   titanium dioxide.
15       So Cristal has two sulfate plants, which
16   Tronox today owns no sulfate plants. And one of the
17   differences between sulfate and chloride is a sulfate
18   plant can consume ilmenite, whereas a chloride plant
19   requires a higher grade of feedstock. It requires
20   chloride slag.
21       So because all three Tronox plants today use
22   chloride slag, we have to beneficiate that ilmenite
23   into chloride slag before we can use it. But at
24   Cristal, they have actually three sulfate plants,
25   because Thann is also sulfate, but they have the

---

2771

1    Brazilian plant, the Thann plant and the Tikon plant
2    that can use that ilmenite in production.
3        So we have an asset that's not being utilized
4    at Tronox that can now be utilized at Cristal, and
5    Cristal doesn't have to go into the open market to buy
6    that ilmenite, and so it's an immediate synergy, so
7    that's -- that's one example.
8        Another example is that ilmenite can be used at
9    the Jazan slagger, so -- and so Cristal has this
10   slagging operation in southern Saudi Arabia, in Jazan,
11   and it's going to require ilmenite to create its
12   chloride slag, which is the higher-grade feedstock, and
13   we can feed that with this ilmenite.
14       And then a final example of how feedstock
15   synergies might be realized is, in Australia, Cristal
16   has a mine that produces a high grade of ilmenite that
17   is ideally suited to be used in our synthetic rutile
18   kiln in a place called Chandala, Western Australia.
19   And if we can use that, that particular ilmenite, in
20   our kilns, it's going to create more value than if
21   Cristal would sell that in the open market.
22       So -- so these are an example. There are more,
23   but this is just a sampling of the types of things that
24   we will do to capture feedstock synergies.
25       **Q. Now, you also mentioned --**

---

2772

1        JUDGE CHAPPELL: Hold on a second.
2        How familiar are you with processes like a
3    synthetic rutile kiln? Is that something you're
4    hands-on awareness or you've seen it operate? Tell me.
5        THE WITNESS: I've seen it operate, and I've
6    spoken to the managers that operate that plant, but I
7    am not an engineer, and so I don't know the details of
8    the synthetic rutile process.
9        JUDGE CHAPPELL: Is it a kiln like one that
10   would be used to make coke out of coal?
11       THE WITNESS: I don't know.
12       JUDGE CHAPPELL: All right.
13       THE WITNESS: I do know it's a huge rotating
14   drum, and it operates at high temperatures.
15       JUDGE CHAPPELL: Have you been within ten feet
16   of it?
17       THE WITNESS: I've been within 50 feet of it.
18       JUDGE CHAPPELL: Can you feel the heat from
19   50 feet?
20       THE WITNESS: Yes.
21       JUDGE CHAPPELL: All right.
22       BY MS. DeSANTIS:
23       **Q. Mr. Mancini, you also mentioned SG&A synergies**
24       **to be realized as a result of the Tronox-Cristal**
25       **transaction.**

---

36 (Pages 2769 to 2772)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 105 of 166
Trial - Public & In Camera
Tronox, et al.                                                          6/13/2018

2773

1    **Can you describe those SG&A synergies.**
2    A.  Yes.
3        So -- so Tronox and Cristal are both global
4    organizations with corporate staffs and many functional
5    organizations that support the operating business.
6    When we combine the two companies, there's going to be
7    an enormous amount of overlap.
8        So, for example, Tronox has an HR organization
9    and Cristal has an HR organization.  When you combine
10   the two companies, you only need one HR organization,
11   so there's going to be a lot of overlap.
12       Equally, there's going to be a finance
13   organization at Tronox and a finance organization at
14   Cristal, and you only need one finance organization.
15       There is an executive team at Cristal.
16   There's an executive team at Tronox.  You only need one
17   executive team.
18       And this goes on in virtually every major
19   function of the business there's going to be a
20   significant amount of overlap.
21       Now, because the combined business will be
22   much larger than either Tronox or Cristal, we're not
23   going to be operate -- we're not going to be able to
24   operate necessarily with only the current size of the
25   corporate organization, but we will still be able to

2774

1    eliminate a meaningful amount of one of those corporate
2    organizations, and so as we eliminate that overlap,
3    it's going to create savings.
4        The savings comes from two primary areas.  The
5    first is the reduction of personnel that you don't
6    need.  And as everyone knows, with personnel, there's
7    not only the salary benefits that accrue to the
8    company but also all the health and welfare tax costs
9    that go with an employee, so the fully loaded cost of
10   compensation for an employee will be saved if you no
11   longer need that employee because of the overlap.
12       So that's the first.
13       The second is, every one of these corporate
14   organizations spends money on third parties.
15       So, for instance, we have a communications
16   organization at Tronox and we have a communications
17   organization at Cristal.  Both those organizations
18   spend money communicating.  They hire third parties to
19   do various work.  They spend money on production
20   documents and the like.  Once you combine the
21   companies, you only have to spend the money once, and
22   so there will be an SG&A savings.
23       The classic ones that people think of in
24   mergers of our scale are insurance savings, because
25   there can be significant savings by spending less in

2775

1    insurance.  There's -- there's also savings in
2    accounting, because independent accounting firms are
3    not cheap.
4        Currently, there are two separate global audit
5    efforts that are done annually on each of the two
6    companies.  We'll only need one, and so there will be
7    savings in third parties.
8        So the SG&A savings is primarily headcount
9    reduction costs and external spend.
10   **Q.  So in addition to the feedstock synergies, the**
11   **SG&A synergies, you had mentioned a third category of**
12   **supply chain synergies.**
13       **Can you please describe the supply chain**
14   **synergies to be realized from the proposed**
15   **transaction.**
16   A.  Yes.  This is what I would call the volume
17   purchase benefit.
18       And so, as everyone knows, if you go and buy
19   one box of cereal at the grocery store, you pay one
20   price, but if you go to Sam's Club or Costco and you
21   buy 50 boxes that are shrink-wrapped together, you get
22   a much lower price per unit.
23       JUDGE CHAPPELL:  Or one huge box.
24       THE WITNESS:  Exactly.
25       And so both Tronox and Cristal buy the same

2776

1    products, and we currently buy it at our scale.  But
2    the scale of purchases that we're going to be making
3    are going to expand considerably, and so we should get
4    a volume purchase discount greater than what we
5    currently enjoy.
6        And so some of areas that have initially been
7    identified are areas like pet coke.  Both companies
8    consume large amounts of pet coke in production.
9    There are indications that we can get some global
10   supply agreements that would significantly reduce the
11   cost per ton of pet coke.
12       Other ones are in areas like what we call MRO,
13   which is replacement parts in effect.  Both companies
14   use lots of pumps and valves in our plants.  But if we
15   can buy --
16       MR. DAHM:  Objection.  Lack of foundation.
17       JUDGE CHAPPELL:  You're assuming he knows the
18   same about this as he did about the kiln?
19       MR. DAHM:  Yes, Your Honor.
20       JUDGE CHAPPELL:  Foundation.
21       MS. DeSANTIS:  So, Your Honor, I can lay a
22   foundation and ask --
23       JUDGE CHAPPELL:  All right.  We will -- your
24   objection started on what line there, about line 18?
25       MR. DAHM:  I have it at 24 on my screen,

37 (Pages 2773 to 2776)

**Tronox, et al.**                                                                    **6/13/2018**

---

2777

1    Your Honor.
2        Oh, the part that I objected to, oh, yeah,
3    you're right, I understand.
4        JUDGE CHAPPELL:  So currently, I will grant the
5    motion and I will not consider lines -- the line
6    beginning with "Both companies consume."  And you're
7    free to lay a foundation and re-ask the question.
8        MS. DeSANTIS:  Thank you, Your Honor.
9        BY MS. DeSANTIS:
10       **Q.  So specifically with respect to what you were**
11   **just testifying about, Mr. Mancini, do you have**
12   **knowledge as to the amounts of pet coke consumed by**
13   **both Tronox and Cristal?**
14       A.  I do not.
15       We have had teams assess these volume purchase
16   opportunities, managers that have much more experience
17   in these areas than I do.  But in their judgment, in
18   pet coke and in various other areas --
19       MR. DAHM:  Objection, Your Honor.  Same
20   objection.
21       BY MS. DeSANTIS:
22       **Q.  So, Mr. Mancini --**
23       MR. DAHM:  He said that he's not --
24       BY MS. DeSANTIS:
25       **Q.  You do not have knowledge, but -- may I ask**

---

2778

1    **some follow-up questions, Your Honor?**
2        JUDGE CHAPPELL:  He started with "I do not."
3    That's the only part of the answer I'll consider thus
4    far.  Sustained.
5        BY MS. DeSANTIS:
6        **Q.  All right.  Do people on your teams,**
7    **Mr. Mancini, have knowledge of the amounts of pet coke**
8    **consumed by both Tronox and Cristal?**
9        A.  Yes.
10       **Q.  And have people on your teams informed you as**
11   **to the amounts of pet coke consumed by both Tronox and**
12   **Cristal?**
13       A.  No.
14       **Q.  So you don't have knowledge at all about the**
15   **amounts.**
16       A.  No.
17       **Q.  We'll move ahead.**
18       **So with respect to the supply chain synergies**
19   **that you've identified, in addition to the feedstock**
20   **synergies and the SG&A synergies, you also mentioned a**
21   **fourth general category, and that is best practices**
22   **sharing and operating synergies.**
23       **Can you describe that fourth category of best**
24   **practices sharing and operating synergies.**
25       A.  Yes.

---

2779

1        So within that area, the primary synergy that
2    we have focused on is the opportunity that we have at
3    Cristal's Yanbu plant, which we believe we are uniquely
4    suited to improve.
5        The Cristal Yanbu plant is operating
6    significantly below its nameplate capacity, and we've
7    identified a variety of areas where we can improve that
8    plant both in terms of production and in terms of
9    efficiency and in terms of cost and in terms of
10   quality.  And the aggregate of those areas of
11   improvement will deliver significant synergies.
12       In addition, we have noted -- and this is the
13   collective work of experienced Tronox operating
14   managers and experienced Cristal operating managers,
15   because one of the things I did not note earlier is
16   that while Tronox conducted due diligence on Cristal,
17   Cristal also conducted some due diligence on Tronox.
18   And the reason for that is that the Cristal
19   shareholders will end up owning approximately
20   24 percent of Tronox following the closing of the
21   transaction, and so the Cristal shareholders had asked
22   for permission to conduct some due diligence on Tronox
23   since they were going to be owning a material share of
24   the company.
25       So the experienced Tronox managers and the

---

2780

1    experienced Cristal managers that visited the parties'
2    sites both noticed areas where each of the companies
3    seems to have unique capability and knowledge that
4    could be shared with the other company.
5        Now, we've been careful in exactly how much
6    information has been shared.  We've been very
7    judicious in that.  But nevertheless, the teams at
8    Tronox identified a variety of areas that they believe
9    that Cristal does better than Tronox, and the Cristal
10   managers noted a variety of areas where Tronox operates
11   better than Cristal.  And to the extent those best
12   practices can be shared among both companies and
13   extended to the full portfolio of pigment plants, there
14   should be significant savings achievable by the
15   combined company.
16       **Q.  And is Yanbu a site where it is recognized that**
17   **some of these best practices from both Cristal and**
18   **Tronox can be shared?**
19       A.  Yes.
20       MR. DAHM:  Objection.  Foundation.
21       MS. DeSANTIS:  Your Honor, he has already
22   testified that he has been involved in the synergies,
23   and he's responsible for the team that has been doing
24   the due diligence on the synergies work.  I think an
25   appropriate foundation has been laid with respect to

---

38 (Pages 2777 to 2780)

**Tronox, et al.**                                                                6/13/2018

---

2781

1    his knowledge on all of the synergies and what is
2    expected to be realized from this transaction.  I'm
3    happy to re-lay it and go over all those fundamental
4    questions again.
5         MR. DAHM:  So, Your Honor, I recall that he
6    testified earlier that he had not visited some of the
7    plants, and I don't know which one we're talking about
8    here, and I don't know what he knows about this plant,
9    if anything.
10        JUDGE CHAPPELL:  All right.  Two things.
11   You're going to rephrase, and you're going to rephrase
12   so that it's not leading.  Your last question was also
13   leading.
14        MS. DeSANTIS:  All right, Your Honor.
15   Understood.
16        BY MS. DeSANTIS:
17   **Q.  So, Mr. Mancini, have you knowledge about the**
18   **synergies to be realized at Yanbu?**
19   A.  Yes.
20   **Q.  And do you know whether the synergies to be**
21   **realized at Yanbu are envisioned as consolidating best**
22   **practices by Cristal and Tronox together?**
23   A.  That is one small part of the overall plan.
24   **Q.  And with respect to Yanbu, can you please**
25   **describe in greater detail the synergies expected to be**

---

2782

1    **realized at Yanbu.**
2    A.  Yes.
3         So -- so the Yanbu synergy plan has been
4    developed over many months by one of my colleagues,
5    Dick Dean, working with a wide -- a number of other
6    Tronox leaders.
7         Dick Dean had operated our Hamilton pigment
8    plant on two different occasions.  He'd also served as
9    our vice president of manufacturing, supervising all of
10   our pigment plants.
11        And Dick has told me that the Yanbu plan is
12   nearly identical to Hamilton.
13        MR. DAHM:  Objection.  Foundation, Your Honor.
14        This next witness, Your Honor, they can testify
15   about what they found.
16        JUDGE CHAPPELL:  It's true, we don't need him
17   telling us what another witness is going to tell us.
18        MS. DeSANTIS:  Right.  No.  He can -- you know,
19   and I will actually ask the witness to answer that
20   question as you can with respect to your own
21   knowledge.
22        THE WITNESS:  Okay.
23        BY MS. DeSANTIS:
24   **Q.  And we can go back and ask the question again,**
25   **but do you remember the question and can you answer it?**

---

2783

1    A.  Yes.
2    **Q.  All right.**
3    A.  So yes, I have -- I've been very much involved
4    in the Yanbu synergy planning, and it falls into a
5    variety of categories.  The first involves improving
6    the production of Yanbu.
7         So Yanbu has a nameplate capacity of one
8    level, and it's currently operating and it has operated
9    over the last five or six or seven years, based on the
10   data that I've seen, well below that nameplate
11   capacity.
12        To the extent that we can improve the
13   production to nameplate capacity in the coming years,
14   which we have a multiyear plan, as we produce more tons
15   of titanium dioxide pigment, those tons can be sold in
16   the market.  As you sell more tons in the market, that
17   generates incremental EBITDA.
18        So that's EBITDA that Cristal is not realizing
19   today because it can't improve the production of the
20   Yanbu site.  We believe that we will be able to
21   significantly improve the production at the site, so
22   that is the first synergy.
23        The second synergy involves something called
24   fixed costs.
25        So to operate a pigment plant, there's

---

2784

1    typically a fixed cost of doing so, so whether you
2    produce a hundred percent of your nameplate capacity or
3    you produce 60 percent of your nameplate capacity, your
4    fixed costs are the same.  And what that means is your
5    average fixed cost per ton of production at a
6    60 percent level is going to be much, much higher than
7    at the hundred percent level.
8         So in the case of Yanbu, to the extent that we
9    improve its production, the average fixed cost per ton
10   of production is going to go down, which means that
11   we're going to make more profit per ton of production
12   across the entire production of Yanbu.
13        So the first element of synergy is the
14   incremental tons, the revenue from that.  The second is
15   the lower fixed cost per ton.  There is a third
16   synergy, which is the quality of the pigment.
17        One of the things that we have observed in the
18   market is that lower-quality pigment sells for a lesser
19   price per ton than higher-quality pigment.
20        Cristal has told us they have problem qualities
21   at the Yanbu plant.  We have confirmed as much during
22   due diligence.  They have trouble producing a
23   high-quality pigment.
24        We've identified, again, because our operating
25   managers that have conducted due diligence there have

---

39 (Pages 2781 to 2784)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 108 of 166
Trial - Public & In Camera
Tronox, et al.                                                          6/13/2018

2785

1  identified why they're having quality problems, and we
2  know how to fix those quality problems. When we fix
3  those quality problems, the quality of a ton of pigment
4  is going to go up and can be sold --
5       MR. DAHM: Objection. Again, this is
6  foundation, Your Honor.
7       MS. DeSANTIS: Your Honor, again, with respect
8  to the due diligence work that Mr. Mancini has led and
9  supervised and his knowledge of this transaction based
10 on now almost two years of work on it, he has the
11 foundation to talk about any synergies to be realized
12 at Yanbu and has stated that he's familiar with the
13 synergies to be realized at that facility.
14      JUDGE CHAPPELL: Is his job to know about the
15 quality issues?
16      MS. DeSANTIS: I can ask him that and lay the
17 foundation.
18      JUDGE CHAPPELL: All right. Before he tells
19 us about quality issues, you need to lay a foundation.
20      MS. DeSANTIS: All right.
21      BY MS. DeSANTIS:
22      Q. So, Mr. Mancini, do you know about quality
23 issues with respect to pigment being manufactured at
24 Yanbu?
25      A. Yes.

2786

1       Q. And is it part of your responsibility in
2  leading your team to know about these quality issues
3  and how quality of pigment might be improved through
4  the transaction?
5       A. Yes.
6       MS. DeSANTIS: All right. So, Your Honor, now,
7  may I ask the question or should we just leave his
8  answer? I'm happy to ask the question and ask for his
9  answer again.
10      MR. DAHM: If I may, Your Honor?
11      In his previous answer, he was talking about
12 we, we, we, we, we here, and I think is probably the
13 next witness is who knows about this.
14      MS. DeSANTIS: Well, Your Honor, he's already
15 said that he knows, so even if the next witness knows
16 and is asked, there could be duplicative testimony, but
17 he's already said that he knows.
18      JUDGE CHAPPELL: Right. It's not excluded
19 just because somebody else is going to tell us about
20 it.
21      MR. DAHM: I guess what I mean is, he has
22 directed this person to go do the due diligence. They
23 have the direct knowledge. They just reported it back
24 to him. He's saying he knows because they told him.
25      JUDGE CHAPPELL: You're assuming that next

2787

1  person you speak of is going to remember all this.
2       MR. DAHM: I am assuming that, Your Honor.
3       MS. DeSANTIS: And Your Honor, he has
4  mischaracterized what the witness has testified. The
5  witness has not testified that he directed someone to
6  go assess the quality of the pigment. He says he
7  knows.
8       JUDGE CHAPPELL: Well, I think he was
9  generalizing.
10      MS. DeSANTIS: Pardon?
11      JUDGE CHAPPELL: He was generalizing I
12 believe. It's not always a good idea, might be once in
13 a while.
14      Let's stick with the answer we have for now.
15      MS. DeSANTIS: All right. Thank you,
16 Your Honor.
17      BY MS. DeSANTIS:
18      Q. With respect to Yanbu, Mr. Mancini, based on
19 your --
20      A. There's one more category.
21      Q. One more category of synergies at Yanbu.
22      Do you have knowledge specifically with respect
23 to this next category of synergies at Yanbu?
24      A. Yes.
25      Q. And what is that category of synergies?

2788

1       A. It's what we would categorize as variable costs
2  of production.
3       Q. Can you describe those variable costs of
4  production, that synergy.
5       A. Yes.
6       So in our -- in our due diligence work and
7  assessment of Yanbu, our team reported that they had
8  identified that Yanbu consumes much greater quantities
9  of inputs per ton of production than comparable Tronox
10 plants.
11      So, for instance, they benchmarked Yanbu to
12 Hamilton, Yanbu being the Cristal plant, Hamilton
13 being the Tronox nearly identical plant. And they
14 observed that at Yanbu they consume far more
15 electricity per ton of production, they consume far
16 more coke per ton of production, they consume far more
17 chlorine per ton of production, and some other
18 categories which I don't recall.
19      So as part of our Yanbu synergy plan, our team
20 has identified areas to improve the operating
21 efficiencies of the plant that will result in lower
22 variable costs. And so in the aggregate, the synergies
23 of Yanbu will be lower variable costs, higher quality,
24 lower fixed costs, and higher production.
25      Q. So, Mr. Mancini, based on knowledge that you

40 (Pages 2785 to 2788)

**Tronox, et al.**                                                           **6/13/2018**

---

2801

1    Q.  Did Tronox at any time engage any third parties
2    to evaluate the transaction and the synergies to be
3    realized?
4    A.  Yes.
5    Q.  Who did Tronox engage?
6    A.  We engaged KPMG.
7    Q.  Has Tronox worked with KPMG in the past?
8    A.  Yes.
9    Q.  When did work with KPMG previously?
10    A.  We have been using KPMG since 2013.  We have
11   engaged KPMG to serve as a due diligence adviser on
12   acquisitions that we've looked at since 2013.  Some of
13   those we've consummated; others we haven't.  But KPMG
14   has been the primary provider of financial and in some
15   cases HR due diligence services and in some cases IT
16   due diligence services.
17    Q.  Do you have knowledge of the process -- and
18   again remembering that we're in public session --
19   knowledge of the process that KPMG went through to
20   assess synergies to be realized through this proposed
21   transaction?
22    A.  Yes.
23       So in -- so while we were using KPMG to
24   provide due diligence services, they advised us of a
25   special team they have that provides synergy assessment

---

2802

1    and validation services.
2       And because there was a chance that we would be
3    going to the financial markets to raise debt to
4    consummate the Cristal transaction, we thought that
5    having a third-party validation for these purposes
6    would be valuable, so we engaged the KPMG synergy
7    assessment and validation team, which includes both
8    operating and financial personnel, to look at our
9    estimates that were being developed during the
10   due diligence period, so this is the period up to
11   February -- late February 2017 when we announced the
12   transaction.
13       But during the due diligence period, they
14   worked closely with our synergy assessment teams to
15   assess, pressure-test and then put their stamp of
16   approval, i.e., they had a strong level of confidence
17   that they could -- that Tronox could deliver these
18   estimated synergies.
19    Q.  Do you know what information the KPMG team was
20   able to access in performing its analysis of the
21   synergies?
22    A.  Yes.  They were able to access all the
23   information that was made available to Tronox and
24   more.
25       So the members of the synergy team were clean

---

2803

1    team certified, so -- so a clean team, just by way of
2    background, is -- on a due diligence team, a clean team
3    is permitted to see all the documentation that gets
4    posted, whereas many of the due diligence teams are
5    limited to a very limited amount for confidentiality
6    reasons, for competitive reasons.
7       But KPMG was clean team certified, and they
8    were given access to the entire data room that Cristal
9    had set up for Tronox.
10       In addition, there was certain information that
11   Cristal was not comfortable providing to Tronox and
12   that Tronox was not comfortable providing to Cristal
13   that was -- that each company made available to KPMG so
14   that KPMG could perform analysis and provide that
15   analysis in a cleansed format so that we could conduct
16   our synergy assessment.
17       And so the one that I am most familiar with in
18   this area is the overlap of salaried personnel.
19   Cristal did not want us to see what each person in
20   their organization made and what the fully loaded cost
21   of compensation was.  Tronox did not want Cristal to
22   see this.  But we each provided the census information
23   to KPMG.  They then overlaid it, identified the
24   overlap, and then provided cleansed versions to Tronox
25   and Cristal so we could make an estimate of how much of

---

2804

1    that overlap could be removed.  And then KPMG was able
2    to go back and, using average salaries for that
3    position from both companies, come up with an estimate
4    of what that SG&A opportunity would be.
5       So this is the type of thing that KPMG would do
6    on our behalf.
7    Q.  Did KPMG create any work or document that
8    Tronox could share with outsiders such as lenders?
9    A.  Yes, it did.
10    Q.  So did it create a report?
11    A.  It provided us with a report that they
12   permitted us to provide to the lenders that
13   demonstrated they had assessed and validated the
14   synergies that we had publicly communicated.
15    Q.  Mr. Mancini, do you know whether the synergies
16   to be realized through this transaction are of interest
17   to Tronox' shareholders?
18    A.  They are.
19    Q.  And why is that?
20    A.  Because there was very real value to
21   shareholders from Tronox realizing the synergies, so --
22   so let me give you an example.
23       We've estimated and communicated to the market
24   that we believe there are $200 million, at least
25   $200 million, of synergies that can be realized from

---

44 (Pages 2801 to 2804)

# In the Matter of:

## Tronox, et al.

*June 14, 2018*
*Trial - Public & In Camera*
*Vol. 12*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 111 of 166
Trial - Public & In Camera
Tronox, et al.                                                          6/14/2018

2917

1   primary use, is for making or extracting gold from the
2   gold-bearing ores.
3        JUDGE CHAPPELL:  All right.  Go ahead.
4        BY MR. AVALLONE:
5        Q.  And Mr. Dean, we'll go back into each one of
6   those specifically in a second, but first, are you
7   familiar with Tronox' proposed acquisition of Cristal?
8        A.  Yes, I am.
9        Q.  And do you have an expected role in the new
10  entity postmerger?
11       A.  Yes.  Post -- post closing the merger, I'll be
12  responsible for operating the Yanbu facility in
13  Saudi Arabia.
14       Q.  And at a very high level, do you have any goals
15  for Yanbu specifically postmerger?
16       A.  Yes, I do.
17       Q.  And what are those goals?
18       A.  The key goal is to get the plant to its
19  nameplate capacity of 210,000 tons of titanium dioxide
20  equivalent and to deliver the synergies that have been
21  identified in the early phases of due diligence in the
22  project.
23       Q.  All right.  Well, let's go back and talk about
24  your experience for a second.
25            I believe the first role you discussed started

2918

1   in 1988 for a company called ETF.  Is that right?
2        A.  It was referred to as the ETP or electrolytic
3   titanium process, and it was for a company called
4   RMI Titanium.
5        Q.  And what were your responsibilities related to
6   that plant specifically?
7        A.  I was the general manager of that, and my
8   responsibilities were to complete the design work with
9   the multinational task force that I referred to and
10  then to staff, to build, to start up, you know, all
11  facets of going from a basic greenfield through to a
12  demonstration plant for a new technology in the
13  titanium industry.
14       Q.  And you just used the term "greenfield."  Could
15  you describe what that is.
16       A.  Greenfield is when you start -- there's
17  nothing there, and you start from the ground up.  You
18  build from the ground up.  It was on one of RMI's
19  properties.
20       Q.  And I believe the next position you mentioned
21  was the cyanide plant.  Is that correct?
22       A.  Yes.
23       Q.  And what was your specific role with that
24  cyanide plant?
25       A.  I was the general manager of those operations.

2919

1        Q.  And what was the cyanide output when you first
2   started as general manager?
3        A.  I don't recall the exact number, but it was
4   about a third of what the original nameplate capacity
5   was.  As I recall, it was about 6500 tons.
6        Q.  And how long did you work at that specific
7   plant as general manager?
8        A.  I left there in December of 1996, so
9   approximately -- well, a little over four years.
10       Q.  What was the output of that particular plant
11  once you left?
12       A.  26,000 tons.
13       Q.  Could you describe how you were able to get
14  that plant from 6500 tons about to 2600 tons.
15       A.  26,000?
16       Q.  26,000.  Thank you.
17       A.  Yes.  I mean, the technology was new, had not
18  been operated in the design form that it was in ever,
19  and so there were a lot of new things to learn.  We
20  had, you know, a workforce that was not well-organized
21  and inexperienced, so we spent quite a bit of time in
22  learning the development side, as well as we had some
23  key technical challenges we had to overcome.
24            And so, you know, in developing the operating
25  strategies, we had to get the people, the machinery

2920

1   and equipment and the materials all working in
2   harmony.  It's -- it's a standard approach that I
3   used.  As we went through that, that work, we very
4   quickly -- quickly, once we had, you know, the key
5   elements organized, it took us about 18 months to get
6   to the nameplate of 16,500 tons, but we had an
7   enormous amount of additional capacity in that plant
8   that -- I always like to refer to it as the hidden
9   factory.
10            When you start looking at the rates that you
11  can run your equipment at, the amount of time you have
12  to run it between maintenance stops and those sorts of
13  things, you derive a certain capability within that
14  plant.  We discovered very quickly we had a lot more
15  capability in that plant than was originally stated,
16  and we were able to exploit that.
17       Q.  Mr. Dean, what was your first job in the
18  TiO2 industry?
19       A.  In the TiO2 industry, it was general manager
20  of Kwinana's titanium dioxide -- or, sorry, not Kwinana's
21  but the -- the joint venture Tiwest, which was a joint
22  venture with Kerr-McGee and which is the predecessor to
23  Tronox and a company called Ticor Chemical Company --
24  sorry.  It was Ticor Resources.  It was a different
25  division of that company, and so...

13 (Pages 2917 to 2920)

Tronox, et al.                                                                  6/14/2018

2957

1   piping plant were both in Houston proper.
2            JUDGE CHAPPELL: East side or --
3            THE WITNESS: South side. In fact, the
4   extrusion plant was probably about a mile and a half
5   from Houston Hobby Airport, to give you a frame of
6   reference.
7            JUDGE CHAPPELL: I-45.
8            THE WITNESS: So just below I-10.
9            JUDGE CHAPPELL: Off Interstate 45?
10           THE WITNESS: Between 45 and --
11           THE COURT: I-10 runs east-west.
12           THE WITNESS: Yeah, 45 south. So it would be
13  just to the west of 45, if memory serves. Sorry. I'm
14  pretty sure I'm correct on that.
15           JUDGE CHAPPELL: Well, 45 runs southwest -- I'm
16  sorry, southeast toward Galveston.
17           THE WITNESS: Yep.
18           BY MR. AVALLONE:
19       Q. And you mentioned a number of different plants
20  within the United States and Canada. What was your
21  responsibility for those various plants?
22       A. I was responsible for the production and output
23  of those facilities.
24       Q. Did you ultimately return to Tronox?
25       A. Yes. In March of 2010, I was actually in the

2958

1   process of just about ready to buy a house in
2   Pittsburgh where the corporate offices for RTI were,
3   and, you know, had a -- sort of a -- a long, deep
4   discussion with my wife, and following that -- because
5   I really didn't like the industry I was in, I had been
6   in the process industry all of my career.
7            And I went to the CEO and sat down with him and
8   we had a long discussion, and I said, "Look, I want to
9   leave the company. I have nothing to go to right now,
10  but I wanted to find my way back to the process
11  industry, and I'll exit the business when we can, you
12  know, have a replacement in place that's operating the
13  fabrication division smoothly."
14           And so I left around August of 2010 --
15  actually, formed my own business, so...
16       Q. And after forming your own business, then after
17  that, did you eventually return to Tronox?
18       A. Yes, I did.
19       Q. And when did that happen?
20       A. Well, actually, I returned to Tronox as a
21  contractor. Tronox emerged from bankruptcy in 2011. I
22  met with the CEO, whose name was Dennis Wanlass at the
23  time, was the CEO of Tronox, and he asked me if I would
24  come in and do an operational readiness assessment of
25  the Tronox pigment plants, Botlek, Hamilton, and

2959

1   Kwinana, and report to him on how those plants were;
2   was there maintenance issues that emerged after being
3   in bankruptcy; how was the workforce; how were things
4   from a production aspect, you know, going; and, you
5   know, give him a, you know, sort of a health check on
6   the business or the production side of the business.
7        Q. Okay. So let's go back to where we were before
8   the break and talk about your experience at Hamilton
9   specifically.
10       A. Um-hum.
11       Q. When did you first start working at the
12  Hamilton facility?
13       A. September of 2004.
14       Q. And how long -- and what was your role when you
15  started in 2004?
16       A. I was the site director. Initially, I just had
17  the pigment plant, but not long after that, I was also
18  charged with managing the sodium chloride plant, which
19  was located on the same complex, the same property.
20       Q. Did you work at Hamilton from 2004 up through
21  when you began at RTI in 2008?
22       A. Yes.
23       Q. And then after you returned to Tronox in 2011,
24  could you describe -- did you ever go back and return
25  to Hamilton after that?

2960

1        A. Yes, I did.
2        Q. And when was that?
3        A. After the assignment I had for the health check
4   of Tronox under contract, they had a change of
5   management in Hamilton, and they asked me to take the
6   Hamilton facility back over.
7        Q. And what was the Hamilton capacity when you
8   started in 2004?
9        A. As I recall, it was approximately 180,000 tons.
10       Q. And what is Hamilton's capacity today?
11       A. Approximately 235,000 tons. I think nameplate
12  right now is 238,500.
13       Q. And how was Tronox able to bring Hamilton's
14  capacity from 180,000 to about 235,000?
15       A. Really two ways that we approached that. The
16  first way is what I would refer to as creeping the
17  capacity, or the term I like to use is unlocking the
18  hidden factory. I spoke about it a little bit ago when
19  we talked about the cyanide plant.
20       Q. And what is unlocking the hidden factory?
21       A. Well, when you take a look at -- you know, two
22  key attributes are the rates you're running your key
23  equipment or your -- where your plant constraint is at.
24  You're running your key equipment at a certain rate for
25  a 24-hour period or for a monthly period or for an

23 (Pages 2957 to 2960)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 113 of 166
Trial - Public & In Camera
Tronox, et al.
6/14/2018

2977

1  those at Kwinana, Hamilton, and Botlek?
2      A.  Yes, they are.  They have four 12-foot and two
3  14-foot chlorinators in that -- in that arrangement.
4      Q.  And does Yanbu have oxidizers?
5      A.  Yes, they do.
6      Q.  And can you see them on this picture?
7      A.  Yes.  They're about a third of the way in.
8  You'll see a building with what looks to be some stacks
9  coming out of the top of it, and that's the oxidizer
10  building.
11      Q.  And what type of oxidizers does Yanbu have?
12      A.  They have virtually a copy -- which I found a
13  little bit interesting -- they have virtually a copy of
14  what we have in our Tronox plants.
15      Q.  And by "virtually a copy," what specifically
16  are you thinking about?
17      A.  The oxidizer physical design from the outside
18  looks to be nearly identical to the oxidizers we run in
19  Botlek, Kwinana, and Hamilton.
20      Q.  And do you know why that is?
21      A.  Yes.  I think I have a really good handle on
22  that, and from what I understand, that when the
23  Savannah plant was closed, somehow they got in there
24  and they bought the oxidizers that were still onsite
25  there from -- from the trust which was managing that

2978

1  during bankruptcy.
2      Q.  And if the oxidizers were from the Savannah
3  plant --
4      A.  Yes.
5      Q.  -- were they in deteriorated shape when you saw
6  them at Yanbu?
7      A.  They certainly -- they certainly would have
8  been in a reasonably good shape when they got them, and
9  once they reverse-engineered those, that you regularly
10  replace them, they have a life of between, say, eight
11  months and 12 months, and so they're on a regular
12  replacement rotation, so...
13      Q.  And are these oxidizers similar to those at any
14  other pigment plants that Cristal owns?
15      A.  No, they're not.
16      Q.  Does Yanbu finish its pigment at the site?
17      A.  Yes, they do.
18      Q.  And can you see where that happens on this
19  image?
20      A.  I can.
21      Q.  Could you describe that, please?
22      A.  If you continue on there just above center
23  line, you will see a fairly brilliant white area of the
24  plant, and that is the finishing section of the Yanbu
25  pigment plant.

2979

1      Q.  Do you know when Yanbu was built?
2      A.  It was built around 1990 or 1991.  It was built
3  during that period.
4      Q.  Do you know who built the plant?
5      A.  Kerr-McGee did.
6      Q.  And were there any other plants built with
7  similar technology around the same time period?
8      A.  Yes.  We already spoke about Botlek and
9  Kwinana.
10      Q.  And of the plants that you know of that use the
11  Kerr-McGee/Tronox low-pressure technology, which of
12  those plants performs the best?
13      A.  Hamilton.
14      Q.  And based on your experience, why is Hamilton
15  performing better -- performing the best?
16      A.  I believe they have, you know, a very stable,
17  very well-trained and disciplined workforce, and they
18  understand the technology very, very well.
19      Q.  Let's turn back to Yanbu.  How would you
20  describe the plant's current performance?
21      A.  Extremely subpar.  The nameplate of the Yanbu
22  facility, nameplate capacity is 210,000, and they --
23  last year, I just was recently informed when we started
24  working again that they produced approximately 130,000
25  tons, so some 80,000 tons short of the capability of

2980

1  the facility.
2      Q.  And why do you say that they're capable of
3  producing 210,000 tons?
4      A.  Well, if you look at the chlorinator size, you
5  look at the condensation size, the six oxidizers
6  that -- and the configuration of the finishing plant,
7  the capacity of that facility really becomes
8  bottlenecked at chlorination at around 212 to 215,000
9  tons.
10      The inherent capability of six oxidizers, as we
11  stated with regards to Hamilton, is 238,000 tons.  So
12  we're not bottlenecked really at oxidation.  The
13  analysis work that I've done on the chlorination side,
14  with only having two condensation trains, that that's
15  where that facility achieves its bottleneck in raw
16  production, is at around 210,000, 215,000 tons of
17  titanium dioxide equivalent.
18      Q.  And are you familiar with Cristal's past
19  attempts to fix Yanbu?
20      A.  Yes, I am.
21      Q.  And what do you know about Cristal's past
22  attempts to fix Yanbu?
23      A.  Well, the facility has gone through multiple
24  expansions since around the 2000, 2001 time frame, and
25  that was coincident with the time when Cristal

2981

1   separated from Kerr-McGee, who was a 25 or 30 percent
2   owner in Yanbu at that time.
3        They went separates ways at that point in time,
4   and Cristal started expanding the plant, but they did
5   it without any sort of ongoing technical support, and
6   they had had no operational support as well, product
7   development support.
8        So there were a series of errors made, but
9   also, not developing the people correctly and having a
10  good handle on the technology, you know, caused them
11  many operational problems.  And so to try and remedy
12  that, there have been numerous what I'll call SWAT team
13  initiatives, where --
14       Q.  Just to clarify, this time when you say "SWAT,"
15  how do you spell that one?
16       A.  S-W-A-T.
17       Q.  Not SWOT, the other SWOT.
18       A.  "SWAT" like when you swoop in and solve a major
19  problem.
20       Q.  Got it.
21       A.  So they tried to get technical and operational
22  personnel that could come in and help the local team
23  operate the plant better and get production rates up.
24       Q.  And you mentioned that Cristal previously had
25  Kerr-McGee support.  Is that right?

2982

1        A.  Yes.
2        Q.  And how long did that last?
3        A.  They -- when the plant was licensed in 1990,
4   1991, they had an ongoing agreement with Kerr-McGee.
5   It was a very standard ongoing agreement.  The same
6   ongoing agreement existed in Kwinana.
7        And if you look at Yanbu's history, they
8   actually commissioned that plant much quicker than --
9   for example, Botlek or Kwinana, for that matter,
10  brought production up reasonably quick.  And then
11  throughout the nineties, that plant grew to
12  approximately 100 -- sorry, about 88,000 tons, 87,000
13  tons through that period, with a three-line
14  configuration and access to changes in the technology
15  and improvements in the technology, whereas, you know,
16  when I referred to Botlek a few minutes ago, Botlek
17  kind of was froze in time.  They never moved from the
18  45,000 tons.
19       And so they had a good network of support that
20  helped support that operation.  It was acknowledged as
21  one of the low-cost plants in the world.  With the
22  grade mix they had at that time, it was acknowledged as
23  providing good quality material.  So, you know, it was
24  a plant that looked to have a bright future.
25       For whatever commercial reasons existed, that

2983

1   ongoing agreement ceased at the beginning of the new
2   century, and Cristal went their own separate way and
3   wanted to grow the business.  They added three more
4   lines, three more chlorinators over that period from
5   2001 to 2011, and at each subsequent expansion, when
6   you analyze the numbers, it was -- it had to be
7   extremely disappointing to them, because they didn't
8   achieve any kind of ratio of production like they had
9   with their other three lines.
10       Q.  And based on your experience, why do you think
11  Cristal has been -- has not been successful with those
12  attempts to fix Yanbu?
13       A.  Well, the --
14       MS. RUDY:  Objection, Your Honor.  This is a
15  fact witness who should testify about his personal
16  knowledge, not about whether he -- why he thinks
17  Cristal was unsuccessful.
18       MR. AVALLONE:  Your Honor, just to respond, the
19  question was based on his experience and his particular
20  role in this transaction, as to go in and understand
21  why the previous attempts to --
22       JUDGE CHAPPELL:  Based on the objection, how
23  about "do you know?"
24       MR. AVALLONE:  Fair enough.  I'll ask that.
25       JUDGE CHAPPELL:  A whole different perspective

2984

1   when you add those words.
2        MR. AVALLONE:  Understood.
3   BY MR. AVALLONE:
4        Q.  Mr. Dean, do you know why Cristal has not been
5   successful with its previous attempts to fix Yanbu?
6        A.  Yes.
7        Q.  And what do you know about that?
8        A.  What I know about that is that they don't
9   have the inherent low-pressure technology fundamentals
10  in the organization today.  They lost that after they
11  lost the support.
12       As Cristal acquired new facilities, they
13  acquired new facilities through the acquisition of
14  Millennium.  Millennium had no know-how or technology
15  that's related to the Tronox technology.  So they
16  haven't been able to acquire any expertise through that
17  process.
18       So over the years, they've brought in people
19  that have retired or left Tronox or Tronox-related
20  operations to bring in -- try and bring in that
21  expertise, but there's never been any sustainable piece
22  built in that -- in that capability by bringing those
23  people in, because those people left the business for a
24  reason, either retirement or other reasons personal to
25  them, and their state of knowledge ended at that point

29 (Pages 2981 to 2984)

Tronox, et al.                                                                                6/14/2018

2985

1  in time, whereas the improvements in the technology are
2  a continuous evolution.
3      So if somebody left a Tronox business in 2000
4  or 2001, that's the mind-set that they have, not the
5  2017 or 2018 capability that exists today. So it's a
6  big ask to assume, just because somebody worked in the
7  plant historically, they can come in and solve the
8  problems, is a ridiculous notion.
9      Q. Have you ever heard of the term "Saudization"?
10     A. Yes, I have.
11     Q. And what does that mean?
12     A. Basically, as the Saudi -- the economy changes
13 from a petroleum-based economy, the vision of the new
14 Crown Prince, I believe it's Mohammad bin Salman, if
15 I've got the name correct -- in fact, I just read an
16 oral in Foreign Affairs about Mohammad bin Salman and
17 the work that he's trying to do to metamorphize that
18 country with a 2030 vision, and that is, is to remove
19 people from government support and develop the private
20 sector by getting Saudi workers from -- you know, being
21 essentially on the roll, if you will, and entering the
22 workforce and becoming a productive part of the Saudi
23 economy.
24     And when you look at, for example, Yanbu, Yanbu
25 today is about 55 percent Saudi workforce, whereas the

2986

1  other 45 percent is a variety of ex-pats from -- I
2  don't mean this in a derogatory sense, but from second
3  world countries, you know, Pakistan and India, et
4  cetera, and they help support the operations, the
5  technical things that go on in a variety of different
6  Saudi companies, including -- including Yanbu.
7      When you look at some of the best practice
8  Saudi companies, SABIC, for example, say they're 85
9  percent Saudidized, and I have had occasion to
10 correspond with a person that is leading the learning
11 and development of the Saudi plants from SABIC and
12 gained quite a bit of information on the processes
13 they're using to educate the workforce to operate their
14 refineries.
15     And so, you know, taking that approach of
16 developing that workforce is going to be, you know,
17 first and foremost on my approach to turning that
18 around. We can't continue to try and force knowledge
19 in there. We have to develop that knowledge.
20     Q. Mr. Dean --
21     A. And so that's -- sorry, I don't know if I
22 completely answered the question about Saudization, but
23 it's converting from non-Saudi workers to Saudi workers
24 is a much simpler way to put it.
25     Q. And do you anticipate any difficulty in meeting

2987

1  your output goals given the Saudization program?
2      A. No, I don't.
3      Q. Why is that?
4      A. I actually think that the Saudi workforce, from
5  the engagement that I've had with it to date, is very
6  easy to learn. They don't like to be talked down to.
7  They like to be part of a winning team. There are some
8  workers there that we've identified that are quite
9  capable.
10     And I think the huge benefit that we bring as
11 Tronox is we've got three plants that are operating
12 this technology extremely successfully, and our plan
13 would be to identify key workers from each shift that
14 we will rotate out to our operating facilities with a
15 specific learning and development program for them so
16 that they can bring those operations back in to the
17 facility.
18     An example of that is is the Jazan smelter.
19 We're taking Saudi workers from Jazan down to our
20 smelters in South Africa --
21     MS. RUDY: Objection, Your Honor.
22     JUDGE CHAPPELL: Hold it. When we get an
23 objection, put it on hold.
24     THE WITNESS: Sorry.
25     MS. RUDY: The statements that -- regarding the

2988

1  Jazan smelter, there has been no foundation laid
2  regarding that.
3      JUDGE CHAPPELL: He was asked why is it that he
4  doesn't anticipate difficulty meeting his goals. His
5  answer is responsive. Overruled.
6      BY MR. AVALLONE:
7      Q. Mr. Dean, you can continue.
8      A. Okay. I used by way of example the Jazan
9  smelter and where we sent workers down that are Saudi
10 nationals to our plants in South Africa, our smelters,
11 to begin a process of learning good practices in that
12 area. I only use that by way of example.
13     The power of doing that is equivalent to us
14 taking Saudi national workers out of Yanbu, sending
15 them to Kwinana, Botlek, and Hamilton. I'll give one
16 more example --
17     JUDGE CHAPPELL: Before you do that --
18     THE WITNESS: Sorry.
19     JUDGE CHAPPELL: -- are you saying that he
20 hasn't mentioned the smelter at all?
21     MS. RUDY: Your Honor, there has been no --
22 nothing established that he's familiar with the smelter
23 or what's been going on with it.
24     JUDGE CHAPPELL: All right. Take care of that.
25     MR. AVALLONE: Sure.

30 (Pages 2985 to 2988)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 116 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/14/2018

2993

1  understood after we implement our structure.
2      JUDGE CHAPPELL:  And why is it that the current
3  owner cannot increase efficiency or output in that
4  plant?
5      THE WITNESS:  Ah, I mentioned earlier that
6  these plants all have one sort of set of common
7  parameters about them.  It's like -- I refer to it as a
8  Venn diagram.  If you remember back in grade school
9  mathematics, that's a number of circles that intersect.
10      In the process industry, there's three major
11  circles that intersect.  That's your people, that's
12  your materials, that's your processes that you operate.
13  And if one of those is not intersecting, you will not
14  succeed.
15      And at this point in time, if that -- those
16  things don't intersect well in Yanbu, and there are
17  some cultural issues that have to be recognized and
18  dealt with; there are some issues with how Cristal
19  approaches some of the workforce in Yanbu that, you
20  know, clearly the workers resent some of that approach,
21  so...
22      JUDGE CHAPPELL:  Could you find Yanbu on a map?
23      THE WITNESS:  Could I?  Yeah, I've been there.
24      JUDGE CHAPPELL:  Is it near -- what city is it
25  near?  What major city?

2994

1      THE WITNESS:  Well, the city itself is Yanbu,
2  but it's reasonably close to Jeddah.  Mecca is
3  reasonably close, and, you know, it's on the west coast
4  of --
5      JUDGE CHAPPELL:  The west side of the country?
6      THE WITNESS:  Yes, yes.
7      JUDGE CHAPPELL:  Go ahead.
8      BY MR. AVALLONE:
9      Q.  Mr. Dean, you mentioned a titanium sponge plant
10  that was being built near Yanbu.  Is that right?
11      A.  That's correct.
12      Q.  Do you know if that plant will be using any
13  titanium tetrachloride from the Yanbu facility?
14      A.  Yes, it will.
15      Q.  And have you accounted for the titanium
16  tetrachloride that will be used in the titanium sponge
17  plant in your projections for Yanbu?
18      A.  Yes, I have.
19      Q.  And have you ever heard the term "Yanbu
20  Transformation"?
21      A.  Yes, I have.  I'm the author.
22      Q.  And what does that mean?
23      A.  It's the series of things that I believe are
24  critical that we will have to do to start the process
25  of Yanbu turning around to become a productive facility

2995

1  and, frankly, getting back to the capabilities they
2  exhibited in the late nineties.
3      Q.  And you mentioned that you were the author of
4  the Yanbu Transformation.
5      A.  Yes.
6      Q.  What does that mean?
7      A.  I'm sorry, I coughed there and I missed the
8  question.
9      Q.  What does it mean, that you were the author?
10  What did you author?
11      A.  Basically, I designed the program by trying,
12  you know, from the start to understand the history, but
13  from that I've got, you know, key elements that, you
14  know, at day one I plan on doing -- I should say "we,"
15  but it will be "we" soon enough -- and on the other
16  side of that, there are some activities that I want to
17  do at the shop floor to set the stage very early to get
18  the shop floor workers with some very rudimentary parts
19  of our Tronox Way.
20      On the other side, working with the leadership
21  team to look at how we're going to redesign the
22  organization so that it will fit our Tronox Way
23  templates.
24      Q.  And who is ultimately responsible for executing
25  the Yanbu Transformation?

2996

1      A.  I'll be the leader of it, and the Yanbu team
2  will be responsible for executing it.
3      Q.  And in your experience, do you know how many
4  people in the world have similar experience turning
5  around TiO2 pigment plants?
6      A.  It's a fairly small fraternity, but people who
7  would have the level of experience that I've had would
8  probably be ten, at the most.
9      Q.  Okay.
10      Your Honor, at this time, I don't have any more
11  questions for the public session.
12      JUDGE CHAPPELL:  All right.  At this time, we
13  will go into in camera session.  I will need to ask
14  those who are not subject to the protective order to
15  leave the courtroom.
16      How much time do you estimate you need for your
17  in camera session?
18      MR. AVALLONE:  Probably about an hour.
19      JUDGE CHAPPELL:  One hour?
20      MR. AVALLONE:  One hour, sir.
21      JUDGE CHAPPELL:  All right, thank you.
22      (Whereupon, the proceedings were held in
23  in camera session.)
24              - - - - -
25

32 (Pages 2993 to 2996)

# In the Matter of:

# Tronox, et al.

*June 15, 2018*
*Trial - Public & In Camera*
*Vol. 13*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM  Document 70-2  Filed 07/23/18  Page 118 of 166
Trial - Public & In Camera
Tronox, et al.                                               6/15/2018

3154

1    Q.  Where are these ten distribution warehouses
2  located?
3    A.  They're -- so we have -- one warehouse is near
4  Rotterdam, Massvak location.  That's supporting the
5  Europe market.
6    And we have in Australia four warehouses in
7  east coast.
8    Also in South Africa -- in South Korea we have
9  one warehouse.
10    In Malaysia, Pelepas, we have one warehouse.
11    In China we have two warehouses.  They're
12  located in Shanghai and Guangzhou.
13    We also have warehouse in Dubai to support
14  Middle East market.
15    Q.  How does the pigment get from these pigment
16  facilities to these warehouses?
17    A.  We plan those activities every months and what
18  is transfer required from one plants to the different
19  warehouses, and then we have a weekly tracking meeting
20  to make sure they are delivered and that the order
21  taking is as based on the forecast and then make
22  adjustment as needed on a weekly basis to make sure our
23  inventory is located in the right place for our
24  customers.
25    Q.  Let's talk about the process from warehouse to

3155

1  the customer.  Okay?
2    A.  Okay.
3    Q.  How many customer locations does Tronox ship
4  to?
5    A.  We have globally more than 1200 ship-to
6  locations, and they're located in more than
7  80 countries around the globe.
8    Q.  How does the pigment make its way from the
9  warehouse distribution facilities to these customers?
10    A.  Well, so that will involve -- if it's within
11  the same continent or countries, then it will usually
12  be shipped by truck or rail.  And then -- but if it
13  needs to cross ocean, that typically involve an
14  intermodal transportation activity, which means in
15  origin plant warehouse we will ship -- the plant will
16  ship by truck the products to a location where we can
17  load into container.
18    And the -- when the product is loaded into
19  container, that will be moved by shipping line, either
20  by inland rail and then connect to ocean to -- until
21  the container reach the destination port.  Then it will
22  be unloaded and then moved on a truck with chassis to
23  move it to the destination we need it to be.
24    So that could be either our customer locations
25  that they designated or it could be that we move that

3156

1  product to our own warehouses in overseas location.
2    Q.  Who owns the modes of transportation that are
3  used to get the product from the pigment facilities or
4  the warehouses to the customers?
5    A.  In Tronox, most of the time Tronox is
6  responsible for the transportation shipped to our
7  customers, and then our customer will pick up from the
8  port, destination port, or from our warehouse location,
9  the destination warehouse location.
10    Q.  Are there any special logistical issues
11  involved with the transport of TiO2 pigment?
12    A.  No.  Because our pigment product is a general
13  cargo, so there's no special requirement in terms of
14  handling or transportation.
15    Q.  What do you mean when you say "general cargo"?
16    A.  General cargo is considered -- is the products
17  that considered not a HAZMAT, which means it doesn't
18  pose dangers to either the transportation or warehouse
19  processes.
20    So if it's considered dangerous goods, of
21  course, there will be a whole different set of
22  regulations, and the requirements will have to be
23  satisfied.
24    Q.  What, if any, expiration date is there on
25  titanium dioxide pigment?

3157

1    A.  We don't have specific expiration date.
2    Q.  Why not?
3    A.  That's the characteristic of the product.  And
4  we have technical support group.  They're all the
5  expert of those, so if for any reason they need to be
6  reprocessed, those product can be reprocessed in our
7  pigment plant.
8    Q.  What, if any, safety issues are there involved
9  with transporting TiO2 pigment?
10    A.  There's no special or dangers of our products,
11  so -- other than it has its weight, need to be moved
12  by a forklift, there's no additional dangers
13  notification or requirements about our products,
14  pigment.
15    JUDGE CHAPPELL:  You talked about an expiration
16  date.
17    Does titanium sulfate or the -- does the white
18  powder have an expiration date?
19    THE WITNESS:  I'm not expert of the product, so
20  our technical group might be better one to answer that
21  question.  But to my knowledge, our transportation
22  doesn't -- there's no requirement on the warehouse in
23  terms of expiration date.
24    BY MR. WILLIAMS:
25    Q.  What's the shelf life of titanium dioxide like?

Tronox, et al.                                                          6/15/2018

3158

1    A.  There's -- I mean, as I mentioned, for the
2  storage, there's no required shelf life date for the
3  warehouse management.
4    Q.  As a general matter, just generally, how would
5  you characterize the magnitude of cost involved in
6  shipping titanium dioxide?
7    A.  In general, if we move across region, for
8  example, coming in and out of the U.S. region, it's --
9  the cost roughly a hundred dollar per ton and you
10  take $20 up and down, in a range, so if a product -- so
11  it's roughly -- if our product -- if we consider the
12  product on average is $3,000 per ton, that's roughly
13  3 percent of the cost that will be logistics cost to
14  move product in and out of country U.S.
15    JUDGE CHAPPELL:  Is there a difference in the
16  titanium dioxide shipping cost if it's slurry versus
17  powder?
18    THE WITNESS:  There's a slight difference in
19  U.S.  And then -- because it -- the slurry requires
20  rail.  But on average, it's not a huge difference
21  because the truck and the rail is relatively -- cost
22  per ton-wise is relatively close for us in
23  distribution.
24    BY MR. WILLIAMS:
25    Q.  You mentioned delivering to customers at ports;

3159

1  yes?
2    A.  Yes.
3    Q.  Do you know how much it costs to ship a ton of
4  titanium dioxide from Hamilton, Mississippi to
5  Los Angeles today?
6    A.  That will be about $180 per ton because it's
7  shipped by truck.
8    Q.  How much does it cost to ship a ton of
9  titanium dioxide to Los Angeles from Kwinana, Australia
10  today?
11    A.  That's about $120 per ton because it's shipped
12  via ocean and then Los Angeles is a port.
13    Q.  Why is it cheaper to ship from Kwinana,
14  Australia on the other side of the world to Los Angeles
15  than Hamilton, Mississippi to Los Angeles?
16    A.  In global logistics, the transportation cost
17  doesn't necessarily equal to the distance because it
18  depends on what transportation mode you use.  There's
19  ocean versus truck, for example.
20    The other big components of those global
21  movement is -- depends on whether that -- the length
22  from origin to destination is where the shipping
23  companies -- they need the volume, so industry call it
24  backhaul.
25    So if your products want to ship in that

3160

1  direction that satisfy the carrier's needs, then
2  typically they are willing to provide a very
3  competitive pricing because they needed that volume to
4  move their equipment back to the origin.
5    Q.  What is backhaul, I think you said?
6    A.  Backhaul is considered in logistics industry,
7  if for whatever -- well, so they have volume they need
8  to ship to one direction anyways, so if they don't take
9  your volume going back, they will ship empty truck
10  back, so -- but if it happen you have volume you want
11  to ship to the direction they need, that we usually
12  call it backhaul because that means you can get very
13  good pricing.
14    Q.  How easy is it to ship titanium dioxide from
15  region to region?
16    A.  How difficult or how easy it is?
17    So ship the TiO2 products from one region to
18  the other, it -- because it's a general cargo, it
19  doesn't have required special equipment or anything on
20  special handling, so it's -- it's relatively easy to
21  manage.
22    Q.  What percentage of Tronox' TiO2 crosses
23  international borders from pigment facility to
24  customer?
25    A.  We have -- all our three plants have different

3161

1  profile because that is determined by the demand and
2  the capacity in that region or in that area that they
3  can reach a reasonable lead time, so the three plants
4  will be a bit different.
5    Q.  How much is it at Hamilton?
6    A.  In Hamilton, we typically export about
7  25 percent up and down volume to outside of U.S. to
8  support other market.
9    Q.  How about Botlek?
10    A.  Botlek typically export more than 93 percent of
11  their products outside of The Netherlands.  But if we
12  consider EU as one region by itself, then about
13  80 percent of the products is shipped within the EU.
14    Q.  How about Kwinana?
15    A.  Kwinana will export more than 90 percent
16  products out of Australia.
17    Q.  Let's talk about your role in global inventory
18  planning.  Okay?
19    A.  Okay.
20    Q.  What is global inventory planning?
21    A.  We review our global inventory position, all
22  the product families in different locations, to make
23  sure our inventory is located in the right place to
24  support either our own production or the warehouse
25  inventory requirements to satisfy our customers.  That

7 (Pages 3158 to 3161)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 120 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/15/2018

3198

1    terms of competitive effects with respect to mergers
2    and acquisitions?
3        A.  Numerous different industries, including
4    chemicals.
5        Q.  What types of chemical industry transactions
6    have you evaluated, without getting into any
7    confidential information?
8        A.  Really the full scope of chemical industry
9    transactions, from basic commodity chemicals to
10   petrochemicals to specialty chemicals.  So to take an
11   example, the full change of ethane, ethylene,
12   polyethylene, low-density polyethylene, that whole
13   chain, and that would be true across many areas of
14   chemicals, so -- and that would likewise apply to
15   applications in water treatment, pulp and paper,
16   consumer products, plastics, inputs to automobiles, and
17   it could be things like nylon and nylon 66.  So quite a
18   broad array of chemicals.  All told, dozens of chemical
19   transactions and hundreds of chemicals.
20       Q.  What methods do you use in your evaluations of
21   those transactions?
22       A.  In all of those, the methods in those two
23   fields of economics, industrial organization and
24   econometrics, very similar to the methods that I've
25   applied in this matter.

3199

1        Q.  Doctor, have you evaluated the competitive
2    effects of any global acquisitions?
3        A.  I have.  A significant portion of my practice
4    is evaluating transactions that have global
5    implications, including, in the chemical industry,
6    mergers and acquisitions like this one.
7        Q.  Approximately how many global acquisitions have
8    you studied over the course of your career?
9        A.  Within the chemical industry, more than ten.
10       Q.  And all told, Doctor, how many mergers or
11   acquisitions have you evaluated for competitive effects
12   over the course of your career?
13       A.  Hundreds.
14       Q.  Have you testified before, Doctor?
15       A.  I have.
16       Q.  In what subject areas?
17       A.  Principally in industrial organization and
18   econometrics and, again, primarily in antitrust
19   matters.
20       Q.  Have you presented your research before federal
21   agencies and regulators?
22       A.  Federal agencies and regulators in the United
23   States, as well as antitrust authorities in a number of
24   countries around the world.
25       Q.  Could you give us a few examples?

3200

1        A.  The New Zealand Commerce Commission, the
2    Canadian Competition Bureau, the South African
3    Competition Authority, the European Commission, Taiwan.
4    Those are the ones that come to mind now.
5        Q.  What about here in the United States?
6        A.  Yes, definitely, both the FTC and the
7    Department of Justice.
8        Q.  Okay, thank you.
9        Are you published in academic journals, Doctor?
10       A.  I am, including in peer-reviewed journals.
11       Q.  And what research areas are you published in?
12       A.  In the areas in which I specialized during my
13   Ph.D.
14       Q.  Do you include additional information about
15   your qualifications in the CV that's attached as an
16   exhibit to your expert report in this case?
17       A.  I do.
18       MR. PRUITT:  Your Honor, at this time, we would
19   tender Dr. Shehadeh as an expert in the field of
20   economics, including industrial organization and
21   econometrics.
22       JUDGE CHAPPELL:  Any opinions that meet the
23   proper legal standards, and only those opinions, will
24   be considered.
25       BY MR. PRUITT:

3201

1        Q.  Dr. Shehadeh, did you prepare an expert report
2    in this matter?
3        A.  I did.
4        Q.  And do you have that with you right now?
5        A.  I do.
6        Q.  Does that expert report contain the opinions
7    you're offering in this case?
8        A.  The expert report and the backup materials that
9    were provided with it, yes.
10       Q.  Now, could you provide the Court a high-level
11   summary of the main opinions you've reached in this
12   case?
13       A.  At a very, very high level, my opinions are
14   that as it relates to competitive effects, I've
15   concluded that the proposed transaction will not likely
16   lead to anticompetitive effects, either as a result of
17   unilateral competitive effects or coordinated
18   competitive effects.
19       Further, I --
20       JUDGE CHAPPELL:  Let's take the level down a
21   few notches.
22       THE WITNESS:  Okay.
23       JUDGE CHAPPELL:  In what markets?
24       THE WITNESS:  So I was just going to turn to
25   market definition, but in either the relevant market

17 (Pages 3198 to 3201)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 121 of 166
Trial - Public & In Camera
Tronox, et al.                                                              6/15/2018

3202

1    that I conclude is appropriate, but also in the context
2    of the models that Dr. Hill presented, which are
3    limited to the market that he is proposing, sales to
4    customers in North America. Using either of those --
5    and I'll speak about both -- I have concluded that
6    anticompetitive effects will not arise from the
7    proposed transaction.
8        BY MR. PRUITT:
9        Q. And, Doctor, could you just explain for the
10   Court which market you found to be relevant for this
11   case?
12       A. Sure. I concluded that the relevant market in
13   which to evaluate the likely competitive effects of the
14   proposed transaction includes all rutile titanium
15   dioxide, whether produced with the chloride or the
16   sulfate process, and is global.
17       Q. Doctor, did you reach any opinions about the
18   analysis and conclusions offered by the expert for
19   Complaint Counsel, Dr. Hill?
20       A. I did.
21       Q. Could you provide a high-level summary of the
22   opinions and conclusions you reached with respect to
23   Dr. Hill's analysis?
24       A. I did. I concluded that the analysis presented
25   in Dr. Hill's report and -- reports and testimony were

3203

1    unreliable because the imposition of constraints on the
2    responses of both competitors and customers led, in the
3    context of his models and in his market definition, to
4    a result that doesn't -- isn't consistent with the real
5    world.
6        In particular, in the context of his merger
7    simulation models, the constraint on the responses of
8    customers and competitors lead him to conclude that
9    there would be price effects inappropriately, and in
10   the context of his market definition, his constraints
11   on the responses of customers lead him to
12   inappropriately draw too narrow of a relevant market.
13       JUDGE CHAPPELL: Do you know if Dr. Hill ran
14   his models using a worldwide geographic market?
15       THE WITNESS: He ran one of his models using
16   worldwide shares for rutile, and I'll be talking about
17   that.
18       BY MR. PRUITT:
19       Q. Now, Doctor, will you be discussing in detail
20   the opinions that you've just summarized and all the
21   bases for those opinions over the course of your
22   testimony?
23       A. I will.
24       Q. All right, Doctor. Let's start with your
25   analysis of market definition and, in particular,

3204

1    geographic market definition. What approach did you
2    use to define the geographic market in this case?
3        A. I used the hypothetical monopolist test as
4    described in the Horizontal Merger Guidelines, and,
5    again, starting with the candidate market that had been
6    proposed by Dr. Hill, he proposed the candidate market
7    was sales to customers in North America.
8        Q. What sources of economic evidence did you rely
9    on for your conclusion with respect to definition of
10   geographic market in this case?
11       A. So in concluding that the relevant market was
12   broader than sales to customers in North America and,
13   in fact, was global, I relied on a variety of economic
14   evidence, including my review of global trade and
15   global trade patterns, both the absolute magnitude of
16   global trade, the magnitude of global trade of titanium
17   dioxide relative to both production and consumption,
18   the movement over time, the elasticity of global trade
19   that is evident in the variation of trade over time and
20   across countries, including the sources of trade into
21   North America and the variation in trade into North
22   America, the comovement of prices globally, including
23   applying accepted economic techniques to evaluate that
24   comovement of prices statistically, to reach the
25   conclusion that the market is broader than North

3205

1    America and, in fact, is global.
2        Q. Now, before we turn to each of these sources of
3    economic evidence in turn, did you reach opinions
4    regarding how Dr. Hill defined the geographic market
5    for this case?
6        A. I did.
7        Q. And what are those opinions?
8        A. As I mentioned before, I concluded that
9    Dr. Hill's definition of the market was too narrow and
10   that that arose because of the constraints that
11   Dr. Hill imposed on the ability of customers to turn to
12   alternative sources of supply in response to a SSNIP, a
13   small but significant nontransitory increase in price,
14   and, in particular, by constraining the ability of
15   customers to turn to alternative sources of supply
16   outside of North America.
17       And as a result, he effectively imposes in his
18   analysis that the hypothetical monopolist controls not
19   only in terms of sale within the candidate market, but
20   also outside the candidate market. Further, when
21   Dr. Hill goes on to analyze the relationship between
22   prices in North America and imports, he uses methods
23   that understate that relationship and, as a result,
24   does not provide reliable information on the responses
25   of global trade to changes in relative prices in North

Tronox, et al.                                                          6/15/2018

3206

1    America.
2        Q.  And what effect do all of the methods you've
3    just described that were used by Dr. Hill have on the
4    market that he finds for this case, the geographic
5    market?
6        A.  It ultimately has the effect of causing the
7    market to be drawn too narrowly because of the
8    constraints that he imposes, both in his analysis and
9    application of a critical loss analysis and his
10   consideration under the hypothetical monopolist test.
11       JUDGE CHAPPELL:  And what's the effect on an
12   opinion when you draw the market too narrowly?
13       THE WITNESS:  Well, ultimately you tend to, for
14   example, to calculate shares that are too high because
15   they are limited to that market, but more importantly,
16   in the context of his merger simulation models, it
17   constrains the effect of the scope of competition that
18   is, in fact, being observed in the real world, and that
19   effect drives through his models.
20       JUDGE CHAPPELL:  Doesn't it increase the HHI?
21       THE WITNESS:  It does.  That's what I was
22   referring to with the shares, that it leads the shares
23   to be higher than they otherwise would be if properly
24   calculated, and then, in turn, increases the HHI.
25       BY MR. PRUITT:

3207

1        Q.  And, Doctor, how did the geographic market that
2    Dr. Hill finds, how does that comport with the economic
3    evidence that you reviewed and relied on in defining
4    geographic market for this case?
5        A.  So basically the economic evidence that I
6    reviewed, that market is too narrow, that the global
7    trade, the relationship between prices globally, all
8    demonstrate that the market is global in scope.
9        Q.  All right, Doctor.  Let's talk about those
10   sources of economic evidence, beginning with global
11   trade patterns in TiO2.
12       Did you document the patterns of global trade
13   in TiO2?
14       A.  I did, from a number of sources.
15       Q.  What sources did you look at?
16       A.  Those would include public sources on trade
17   volumes, imports and exports, as well as company
18   sources that have been, for example, produced in this
19   litigation.
20       JUDGE CHAPPELL:  Did you differentiate between
21   the sulfate process and the chloride process TiO2?
22       THE WITNESS:  So the trade data, for example,
23   do not allow a differentiation between those two
24   processes.  I will talk about some of the
25   differentiation that Dr. Hill performed by looking at

3208

1    different countries and assigning based on what
2    production facilities are in those countries, but
3    there's no trade code that divides, for example, rutile
4    titanium dioxide between sulfate and chloride.  The
5    trade codes are just for titanium dioxide, rutile.
6        JUDGE CHAPPELL:  Tell me more about these trade
7    codes.
8        THE WITNESS:  Sure.  So when there is
9    international trade between countries, the trade code
10   is what, when you go through Customs, it's assigned to,
11   and then both government sources as well as independent
12   trade sources, companies that collect the data, will go
13   to those data and categorize them.
14       And so there are multiple sources.  None of
15   them is perfect.  So on the one hand you have companies
16   like his that we'll talk about later.  His isn't
17   perfect because they don't distinguish between anatase
18   and rutile; however, there are benefits to those data
19   because they are generally recognized to do a better
20   job than at least some governments in going down to the
21   bill of lading level detail and capturing the volume of
22   trade.
23       On the other hand, you have what are referred
24   to as United Nations Comtrade data.  So those are
25   rolled up from member companies in the United Nations

3209

1    from their own member data.  Those allow us to
2    differentiate between rutile and anatase, but they are
3    known to understate trade to a certain extent just
4    given the vagaries of government data collection.
5        JUDGE CHAPPELL:  Did you differentiate in your
6    calculations between anatase and rutile?
7        THE WITNESS:  When the data permitted it, I
8    did.  We'll be talking about a couple of categories of
9    data, some that allow it and some that don't, and I'll
10   call those out as we go through them.
11       JUDGE CHAPPELL:  And are you aware of what
12   anatase is used for?
13       THE WITNESS:  I am aware of what anatase is
14   used for.
15       JUDGE CHAPPELL:  Food products?
16       THE WITNESS:  Food products, cosmetics, things
17   where the end use is different from typically what
18   rutile is used for.
19       BY MR. PRUITT:
20       Q.  Doctor, are there any figures in your expert
21   report that show your findings regarding your analysis
22   of global trade flow data in TiO2?
23       A.  There are.
24       Q.  Would it be helpful to look at those?
25       A.  We can certainly look at a few of them.  There

19 (Pages 3206 to 3209)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 123 of 166
Trial - Public & In Camera
Tronox, et al.                                                                6/15/2018

3218

1 variation reflects the flexibility of import supply to
2 respond to changes in demand, including demand that
3 would arise in response to a SSNIP in the hypothetical
4 monopolist test, the ability to respond to that in
5 North America.
6 Q. You said a "SSNIP." Just to be clear, can you
7 explain what that means?
8 A. A small but significant nontransitory increase
9 in price, but starting in the candidate market of North
10 America, so holding the terms of trade outside North
11 America constant.
12 JUDGE CHAPPELL: It's S-S-N-I-P, so it's more
13 "SSNIP."
14 THE WITNESS: I'll go with that pronunciation.
15 BY MR. PRUITT:
16 Q. Doctor, does Figure 12 from Dr. Hill's report
17 tell you anything about the product type of imports?
18 A. It is. That's what I was touching on before.
19 It's based on the country assignment, and if we look at
20 the note, it says, "Imports from China are designated
21 as sulfate." That's the one country where, even though
22 we know they have both chloride and sulfate technology,
23 Dr. Hill assigned it to sulfate.
24 But, again, in general, these trade codes take
25 rutile, and even the distinction between rutile and

3219

1 anatase is -- we can talk about maybe later -- less
2 clear than the trade codes would seem to imply, but it
3 takes it based on the country of origin.
4 JUDGE CHAPPELL: The areas on this chart or
5 graph that are unknown, do you know what countries
6 those -- where those originate?
7 THE WITNESS: Do I right now as I sit here? I
8 do not. They originate from countries where they have
9 both chloride and sulfate production. I would suspect
10 most of that is from Europe, because those are the
11 countries where that is most likely to happen.
12 JUDGE CHAPPELL: But as some point somebody is
13 combining all the information to make this chart.
14 THE WITNESS: That's correct.
15 JUDGE CHAPPELL: The person who combines this
16 information, do they know the source?
17 THE WITNESS: The country source, yes. This is
18 at the individual country level, Your Honor.
19 BY MR. PRUITT:
20 Q. Are there any other figures from Dr. Hill's
21 report that contain trade flow data in TiO2?
22 A. There are. The next one that I mentioned was
23 Figure 13.
24 Q. All right. Mr. Thomas, can we -- there you go.
25 Is this the figure you were referring to?

3220

1 A. It is.
2 Q. And for the record, this is PX 5000-035.
3 What does Dr. Hill's Figure 13 show?
4 A. So, again, consistent with the his data that we
5 spoke about earlier, you see the magnitude of trade
6 flows here into North America defined as the United
7 States and Canada, and the aggregate numbers on this
8 chart are the same as the numbers on Figure 12. So we
9 see the name variation over time.
10 What's different on this chart from the prior
11 Figure 12 from Dr. Hill's report is that this one looks
12 at the country of origin rather than the assignment to
13 the manufacturing process, and what's striking from my
14 perspective is we talked about the variability of
15 imports over time reflecting the flexibility in that
16 global trade, and here we see that flexibility depicted
17 in the variation of the origin countries.
18 So, for example, when the peak imports over
19 this period were achieved in 2005, that -- the origins
20 were largely Europe. More recently, as we have seen
21 imports increase, you will see that the origin was much
22 more China, and that's consistent with what we've
23 learned about -- everything about the rise of China as
24 a global supplier of titanium dioxide. And you'll
25 notice that from, for example, 2010 to 2016, the blue

3221

1 portion of the bars, which is China, increases by
2 approximately five times.
3 JUDGE CHAPPELL: All right, I just want to make
4 -- be clear on the record. These figures we're seeing
5 and you've been testifying about are all Dr. Hill's
6 figures in his report, correct?
7 THE WITNESS: That's correct.
8 JUDGE CHAPPELL: And are you telling me that
9 you are accepting these figures as correct?
10 THE WITNESS: I agree with the volumes that are
11 on there. I mentioned before the assignment of China
12 to the category of sulfate, even though we know China
13 has both chloride and sulfate production, but broadly
14 these from this data source are accurate from my
15 perspective. I mentioned that one needs to take care
16 in interpreting this data source, but broadly, these
17 are accurate from that data source.
18 JUDGE CHAPPELL: And, big picture, why is your
19 expert testifying about Dr. Hill's figures?
20 MR. PRUITT: Well, I would ask Dr. Shehadeh to
21 clarify, but it's because there --
22 JUDGE CHAPPELL: No, that's fine. You ask him
23 the question.
24 MR. PRUITT: I'd be happy to.
25 BY MR. PRUITT:

22 (Pages 3218 to 3221)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 124 of 166
Trial - Public & In Camera
Tronox, et al.                                                                6/15/2018

3226

1  terms of trade, be able to find titanium dioxide from
2  other sources in response to that SSNIP.
3      Q. All right, Doctor. Have you looked at imports
4  into North America from global producers of TiO2?
5      A. I have.
6      Q. Which data did you look at?
7      A. I looked at both his data and Comtrade data, as
8  well as company-specific data that was produced in this
9  litigation.
10     Q. And keeping in mind, Doctor, that we are
11 currently in public session, could you tell us what
12 company, in particular, you're referring to?
13     A. I was referring to data from Venator.
14     Q. Do you have a figure in your report that shows
15 the results of your analysis of Venator imports into
16 North America?
17     A. I do.
18     Q. And do you intend to show that figure to the
19 Court during the in camera portion of your testimony?
20     A. I do, because those data reflect their internal
21 company decisions. We will discuss them only in the
22 closed session.
23     Q. Okay. But, again, keeping in mind we're in
24 public session, at a high level and without disclosing
25 any confidential or sensitive pricing information, can

3227

1  you explain what the Court is going to see in that
2  figure?
3      A. The Court is going to observe or I will observe
4  that significant volume of imports and the flexibility
5  and elasticity in imports that I described earlier that
6  we observe at the global level, at the individual
7  company level, and that will reflect both increases in
8  imports as well as variation in the sources of those
9  imports.
10     Q. And how does that import data inform your
11 geographic market definition in this case?
12     A. It shows at the individual company level how
13 that magnitude and elasticity of global trade that we
14 observe in the aggregate data is reflected in company
15 decisions.
16     Q. You mentioned, Doctor, that you looked at how
17 global trade in TiO2 compares to total consumption and
18 production of TiO2 within North America. Is that
19 right?
20     A. That's correct.
21     Q. Do you have a figure in your report that shows
22 the results of your analysis?
23     A. I do.
24     Q. Mr. Thomas, could we pull up Figure 38 from
25 Dr. Shehadeh's report. For the record, that's

3228

1  RX 170-0087.
2      Q. Doctor, could you walk us through what Figure
3  38 from your report shows?
4      A. Sure. And, Your Honor, I promise to let you
5  know about the data sources. This, again, is the his
6  data source, so this is the one that allows us to
7  capture all the trade flows but doesn't allow us to
8  distinguish between anatase and rutile.
9      So if we look in this table across the bottom
10 row, we see, for -- sorry, the second-to-bottom row,
11 North America, and looking across that row, we see, for
12 example, that in 2010, total trade volume in titanium
13 dioxide divided by consumption was quite significant,
14 here over 100 percent. The fact that it's 100 percent,
15 in particular, is notable, just the overall volume.
16 And likewise, in 2016, that continued to be the case.
17     If we move over to columns E and F, this looks
18 at total trade volume over production, and, again, we
19 see very significant volumes of trade relative to
20 production. So column E reports nearly 60 percent and
21 column F reports increase to -- in excess of 66
22 percent. So a six percentage point increase in total
23 trade over production.
24     And as Your Honor noted earlier, at least for
25 North America, there are significant exports that are

3229

1  part of that total trade, in addition to imports.
2      Q. Doctor, what does all of this economic data and
3  evidence of global trade in TiO2 mean for geographic
4  market definition in this case?
5      A. Again, what the -- what the real world data on
6  trade are telling us is that North America is not an
7  island, at least as it relates to supply and demand for
8  titanium dioxide. The significant trade flows lead to
9  the linkage of demand in North America to supply around
10 the world and reflect the ability of customers in North
11 America to turn to international supply, including in
12 response to a small but significant nontransitory
13 increase in price in the candidate market, North
14 America.
15     Q. And what does all of that mean for the
16 hypothetical monopolist test?
17     A. For the hypothetical monopolist test, it means
18 that the market related to North America would be drawn
19 too narrowly and needs to be expanded to global.
20     Q. All right, Doctor. You mentioned that in
21 addition to global trade flows in TiO2, you looked at
22 comovement in TiO2 prices. Is that correct?
23     A. That's correct.
24     Q. What do you mean by "comovement in TiO2
25 prices"?

24 (Pages 3226 to 3229)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 125 of 166
Trial - Public & In Camera
Tronox, et al.
6/15/2018

3230

1    A. We can start with just visually, comovement
2  means moving together over time. And then
3  statistically, we can measure that relationship, that
4  comovement in prices over time statistically, to inform
5  the hypothetical monopolist test, using econometric
6  techniques that have been used by economists, published
7  in academic journals, including publications by
8  economists at the Federal Trade Commission using
9  generally accepted economic methods.
10    Those methods allow us to look at the closeness
11  of relationships between geographies, whether or not
12  there is a long-term relationship, and also look at
13  whether or not there's a relationship accounting for
14  other factors that we'll be talking about.
15    Q. How are comovements of TiO2 prices across
16  geographies relevant to geographic market definition?
17    A. Again, using these statistical tools, they
18  inform the scope of the relevant market, and
19  particularly, here, demonstrate that the relevant
20  market is broader than North America when it includes
21  titanium dioxide only.
22    Q. What pricing data did you look in your analysis
23  of comovement of TiO2 prices?
24    A. I looked at pricing data from companies
25  produced in this litigation, as well as pricing data

3231

1  from industry analysts, TZMI.
2    Q. Do you have figures in your report showing the
3  results of your analysis of comovement of TiO2 prices
4  across geographies?
5    A. I do.
6    Q. Do you plan to show those figures to the Court
7  during the in camera portion of your testimony?
8    A. I do.
9    Q. Now, again, keeping in mind we're in public
10  session, can you explain what the Court will see in
11  those figures?
12    A. As I reviewed those figures from all those
13  sources, they consistently show that the comovement in
14  prices is statistically and economically significant
15  across a variety of statistical tools, including
16  correlations and cointegration, which evaluates whether
17  or not there's a long-term relationship with these
18  price series and accounting for other potential sources
19  of those comovements in prices, for example, common
20  costs, that demonstrate the interrelationship of
21  titanium dioxide globally and, in particular, a fact
22  that a market limited to North America is drawn too
23  narrowly and that, in contrast, the properly defined
24  relevant market is global.
25    Q. You said statistically and economically

3232

1  significant. Did you conduct statistical analysis to
2  test comovement of TiO2 prices across regions?
3    A. I did, using these tools that have been used in
4  the economic literature, including in the
5  publication -- in a peer-reviewed academic journal that
6  I mentioned by academic economists.
7    Q. Just so we're clear, why did you conduct
8  statistical analysis on comovement of TiO2 prices
9  across regions?
10    A. Well, while a visual inspection is informative,
11  one wouldn't want to stop there, and, in particular,
12  one would want to make sure that other potential
13  explanations for that correlation in comovement are
14  addressed in the analysis.
15    Q. How did you conduct your statistical analysis
16  in this case?
17    A. I conducted my statistical analysis in this
18  case using the data sources that we described, prices
19  over time, across geographies, and using the
20  statistical tools to analyze those prices over time and
21  across geographies to establish the relationship
22  between North America and the rest of the world.
23    Q. And what did you find?
24    A. I found that using those tools, that the
25  relevant market is global.

3233

1    Q. Can you explain how that led you to that
2  conclusion?
3    A. Using these tools --
4    JUDGE CHAPPELL: You mean the geographic
5  market?
6    THE WITNESS: Yes, sir. I apologize, Your
7  Honor. The geographic market is global.
8    Using these tools enables to -- enables us
9  economically to evaluate this comovement that we
10  observe in both its extent and the extent to which it's
11  persistent after controlling for other factors -- so,
12  for example, the feedstocks that we talked about
13  earlier -- and demonstrates that, using these tools,
14  that the relevant market is global.
15    BY MR. PRUITT:
16    Q. Were you here when Dr. Hill testified?
17    A. I was.
18    Q. What did Dr. Hill have to say about this
19  methodology of evaluating comovements of TiO2 prices?
20    A. I wouldn't want to offer a direct quote, but I
21  think he cited to two things. He said that this method
22  led to false-positives, I think was the term he used,
23  and that it was not accepted.
24    Q. All right. Let's start with the idea that this
25  is not an accepted methodology. Do you agree with

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 126 of 166
Trial - Public & In Camera
Tronox, et al.                                                            6/15/2018

3242

1  not a critique of mine of Dr. Hill. Yes, I do recall
2  that.
3      Q. And what does that mean, "false-positives"?
4      A. Well, I understood him to be referring to the
5  idea that you could find a market broader than, in
6  fact, should be found using these tools.
7      Q. And what does the analysis in your expert
8  report say about this issue of potential
9  false-positives?
10     A. Again, I conduct analysis in my report to rule
11  out the alternative explanations to these by using the
12  methods that we talked about, and, for example,
13  accounting for other potentially confounding factors,
14  as a way to inform that analysis.
15     Q. Is there a potential for false-positives in
16  analysis of comovement of prices?
17     A. In any statistical analysis, there's the
18  potential for both false-positives and false-negatives.
19  That is the nature of statistical testing as it's used
20  in econometrics, and so we use economics to inform our
21  consideration of that.
22     Q. And are there methods that you used in this
23  case to account for that possibility of a
24  false-positive?
25     A. As I described before, considering alternative

3243

1  explanations and accounting for those in the analysis.
2      Q. And can you briefly summarize what that
3  analysis was?
4      A. Again, this is the analysis of comovement of
5  prices, looking at correlations not just in price
6  levels, but also, for example, looking at correlations
7  after controlling for the effects of costs on prices
8  and other potential factors.
9      Q. Did you do that?
10     A. I did.
11     Q. And what did it show?
12     A. Again, all of this evidence pointed in the same
13  direction as the trade flow data we've talked about
14  earlier, which is with the relevant the market, it
15  would be inappropriate to limit the relevant market to
16  North America, to Canada and the United States, and
17  that the properly defined relevant market -- geographic
18  relevant market is global.
19     Q. Okay, Doctor. Let's turn back to the framework
20  for your analysis, the hypothetical monopolist test.
21  How does what we've been discussing in terms of
22  evidence of global trade flows and evidence of
23  comovement of TiO2 prices fit into the hypothetical
24  monopolist test?
25     A. It fits squarely into the fabric of economic

3244

1  evidence that is called for in the Merger Guidelines
2  when describing the hypothetical monopolist test and
3  consistent with the economics literature.
4      Q. Would it be helpful to take a look at the
5  Guidelines, Doctor?
6      A. It would.
7      MR. PRUITT: May I approach, Your Honor?
8      JUDGE CHAPPELL: Yes.
9      BY MR. PRUITT:
10     Q. All right, Doctor, I've handed you what's in
11  evidence and identified as PX 9085. What is this
12  document?
13     A. This is the Horizontal Merger Guidelines.
14     Q. And is there any part of this document, in
15  particular, you'd like to call our attention to?
16     A. We can start with 4.1.3.
17     Q. All right. Mr. Thomas, could you pull up
18  PX 9085-014.
19        Is this the section you're referring to,
20  Doctor?
21     A. It is. We lost a few of the bullets at the
22  bottom, but this section -- the second half of page 11,
23  I guess Bates page 14, that was what I was referring
24  to, yes.
25     Q. And what's the relevance of this section in the

3245

1  Horizontal Merger Guidelines?
2      MR. LOUGHLIN: Objection, Your Honor. I don't
3  think this is discussed in his expert report.
4      MR. PRUITT: I'm happy to ask Dr. Shehadeh to
5  explain how it's discussed at length in his report.
6      JUDGE CHAPPELL: Meaning you'll lay a
7  foundation?
8      MR. PRUITT: Certainly, Your Honor.
9      JUDGE CHAPPELL: Go ahead.
10     BY MR. PRUITT:
11     Q. Dr. Shehadeh, do you cite the Horizontal Merger
12  Guidelines in your report?
13     A. I do.
14     Q. And do you discuss the methodology in the
15  Horizontal Merger Guidelines in your report?
16     A. I do.
17     Q. And do you discuss how economic evidence is
18  incorporated into the methodology laid out in the
19  Horizontal Merger Guidelines?
20     A. I do.
21     Q. Okay. Can you explain --
22     MR. LOUGHLIN: Your Honor, same objection. I
23  think that --
24     JUDGE CHAPPELL: Let me get this right. You,
25  representing the Government, are objecting to a witness

28 (Pages 3242 to 3245)

Tronox, et al.                                                          6/15/2018

3246

1   talking about the FTC/DOJ Merger Guidelines?  Do I
2   understand that correctly?
3        MR. LOUGHLIN:  Not exactly, Your Honor.
4        JUDGE CHAPPELL:  What exactly, then?
5        MR. LOUGHLIN:  He didn't discuss this section
6   of the Guidelines in his expert report.
7        JUDGE CHAPPELL:  Okay, that's the objection
8   right now.
9        Did he discuss this section?  If he did --
10       MR. PRUITT:  He did, Your Honor.
11       JUDGE CHAPPELL:  -- you may proceed.  If he did
12  not, you need to move on.  Ask him that question.
13  BY MR. PRUITT:
14       Q.  Dr. Shehadeh, did you discuss this section of
15  the Merger Guidelines in your expert report?
16       A.  Yes.  This section relates to the hypothetical
17  monopolist test, and I described in my report my
18  consideration of the Merger Guidelines as it related to
19  the application of the hypothetical monopolist test.
20       JUDGE CHAPPELL:  The objection is overruled.
21       MR. LOUGHLIN:  Your Honor, can I address that?
22  There is no place where he discusses this particular
23  section of the Guidelines.
24       JUDGE CHAPPELL:  I don't have the expert report
25  in front of me.  I don't know what it says.  The man

3247

1   just said he discussed it.  Overruled.
2   BY MR. PRUITT:
3        Q.  Now, Doctor, would you like for me to repeat
4   the question?
5        A.  Please.
6        JUDGE CHAPPELL:  If he didn't discuss it, cross
7   exam is available after this attorney's finished.
8        MR. LOUGHLIN:  Could I also have a standing
9   objection to this, Your Honor, so I don't have to stand
10  up every time he mentions this -- this portion of
11  his -- of the Guidelines?
12       JUDGE CHAPPELL:  No.  I'll need the record to
13  be clear.
14       MR. PRUITT:  Could we have the court reporter
15  actually read back the pending question?
16       (The record was read as follows:)
17       "QUESTION:  Dr. Shehadeh, did you discuss this
18  section of the Merger Guidelines in your expert
19  report?"
20       THE WITNESS:  I did.
21  BY MR. PRUITT:
22       Q.  And what's the relevance of this section of the
23  Merger Guidelines to the opinions you reach and the
24  analysis you conduct for geographic market definition?
25       A.  As I described, again, I explain in my report

3248

1   the implementation of the hypothetical monopolist test,
2   and this describes, for example, the fabric of economic
3   evidence that the Guidelines identify, consistent with
4   the economics literature, on information that would
5   inform the likely responses of customers to a SSNIP, a
6   small but significant nontransitory increase in price,
7   in the candidate market, holding the terms outside the
8   candidate market constant, the terms of trade outside
9   the candidate market constant.
10       This is actually in the product market part of
11  the Guidelines, but when we get to the geographic part,
12  it refers back to the methods in Section -- in this
13  section being relevant for geographic market definition
14  as well.
15       Q.  You mentioned the "fabric of economic
16  evidence."  Is that right?
17       A.  That's correct.
18       Q.  What does that mean?
19       A.  Really just this punch list that appears, at
20  least in this blowup, below the sentence that begins,
21  "In considering customers' likely responses to higher
22  prices, the Agencies take into account any reasonably
23  available and reliable evidence, including, but not
24  limited to," and the fabric to which I was referring is
25  what appears below that in terms of how customers have

3249

1   shifted purchases in the past, and then it goes on to
2   the conduct of industry participants, notably the
3   sellers' business decisions or business documents, and
4   then industry participants' behavior, and then goes on
5   from there.  So that's the fabric of economic evidence
6   that I was referring to.
7        MR. LOUGHLIN:  Your Honor, I object and move to
8   strike that answer.  He did not discuss any of these
9   bullets in his expert report.
10       MR. PRUITT:  Your Honor, if I may respond?
11       JUDGE CHAPPELL:  Go ahead.
12       MR. PRUITT:  Dr. Shehadeh submitted a 400-page
13  expert report that discusses, at length, the Horizontal
14  Merger Guidelines, how his analysis fits within the
15  framework of the Horizontal Merger Guidelines, and how
16  the Horizontal Merger Guidelines call for an economic
17  analysis to consider the fabric of real world economic
18  data.  So while he may not have quoted, word for word,
19  each of these words, it is clearly within the scope of
20  his analysis.
21       And further, Section 4.1.3 of the Merger
22  Guidelines is cited specifically in footnote 260 of
23  Dr. Shehadeh's report.  And, Mr. Loughlin, I'll refer
24  you to RX 170.0121.
25       MR. LOUGHLIN:  Your Honor, again, he cited that

29 (Pages 3246 to 3249)

Tronox, et al.                                                                      6/15/2018

3286

1   prices in North America, he -- similarly, his methods
2   understate the responsiveness of substitution to
3   sulfate-produced rutile titanium dioxide from chloride
4   titanium dioxide.  And as a result, he inappropriately
5   identifies a too narrow relevant product market.
6       Q.  In your testimony today, do you plan to
7   describe your analysis that led you to that
8   conclusion?
9       A.  I do.  Both today in public and some of these
10  materials will be in the closed session.
11      Q.  All right, Doctor.  You mentioned comovement of
12  chloride and sulfate prices.
13          Again, keeping in mind that we are in public
14  session, what pricing data did you review and
15  evaluate?
16      A.  I reviewed -- I reviewed pricing data for both
17  chloride titanium dioxide and sulfate rutile
18  titanium dioxide from a number of sellers, their
19  internal data of selling both, both in North America
20  and globally, and compared those prices over time and
21  for different geographies.
22      Q.  Now, without revealing any pricing data, which
23  producers' data did you look at?
24      A.  So I looked at producers that both sell in
25  North America, so Venator and Kronos, and then I also

3287

1   looked at Cristal globally.
2       Q.  Why did you pick those three producers?
3       A.  Because they sell both.
4       Q.  They sell both what?
5       A.  Both chloride-produced titanium dioxide and
6   sulfate-produced rutile titanium dioxide.
7       Q.  Do you have figures in your expert report
8   showing the results of your analysis of comovement of
9   chloride and sulfate prices from those three producers
10  that you mentioned?
11      A.  I have figures that both depict those prices
12  and then I have figures that summarize the results of
13  the statistical analysis of those prices that take
14  that comovement that is evident in graphs and subject
15  it to the statistical analysis that we discussed in the
16  context of geographic market definition, which is
17  similarly appropriate for product market definition,
18  and so that included the evaluation of correlations,
19  the evaluation of partial correlations where "partial
20  correlations" refers to evaluating the relationship
21  after we control for potentially common costs, and
22  the -- and again, that's for all three of those
23  producers, so some of those are limited to
24  North America and some are global.
25      Q.  Do you intend to show these figures to the

3288

1   court during the in camera portion of your testimony?
2       A.  I do.  Or at least a subset of them anyway.
3       Q.  And again, Doctor, keeping in mind that we are
4   in public session, at a high level, what's the court
5   going to see in those figures?
6       A.  Look, what we'll see in those figures,
7   consistent with what is shown in the statistical
8   results, is that using the methods developed in the
9   econometrics and economic literature, consistent with
10  the methods that we described -- that we summarized
11  from the Williams and Rodriguez paper, that paper
12  evaluating whether or not crude was one market globally
13  and whether or not all crudes were in the market, that
14  same paper applied here shows that the relevant market
15  includes both chloride-produced and sulfate-produced
16  titanium dioxide.
17      Q.  Now, you mentioned conducting a statistical
18  analysis of comovement of chloride and sulfate prices;
19  is that right?
20      A.  That's correct.
21      Q.  What did you find from that statistical
22  analysis?
23      A.  I found across that analysis that the
24  correlations were statistically and economically
25  significant, that the partial correlations -- let me

3289

1   just say the partial correlations are the correlations
2   controlling for potentially common costs -- also
3   demonstrated statistically and economically significant
4   correlations, indicating that common costs were not the
5   explanation of those relationships, and also the
6   cointegration relationship, demonstrating that there is
7   a long-term relationship between sulfate and chloride
8   titanium dioxide prices, all of which demonstrates that
9   the relevant market includes not -- is not limited to
10  chloride-produced titanium dioxide, which, as you'll
11  recall, is all rutile, but also includes
12  sulfate-produced rutile titanium dioxide.
13      Q.  Now, I believe you mentioned ruling out other
14  possible causes of comovement.  Is that right?
15      A.  That's correct.
16      Q.  Can you summarize what analysis you did in that
17  regard?
18      A.  I can.
19          So, again, the difference between econometrics
20  and statistics is that when we're practicing
21  econometrics we want to understand the economic
22  relationships and not evaluate the statistics in
23  isolation.
24          And so one could imagine that if sulfate and
25  chloride titanium dioxide used the same inputs that the

39 (Pages 3286 to 3289)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 129 of 166
Trial - Public & In Camera
Tronox, et al.
6/15/2018

3302

1    including both a sulfate and a chloride price. And he
2    was indicating that the econometric performance may be
3    affected by multicollinearity.
4        But multicollinearity, multicollinear, just
5    means comovement in those two variables, so it's very
6    interesting for him to cite to that as a problem in a
7    regression analysis given that what that means is
8    prices comove --
9        MR. LOUGHLIN: Your Honor, I object to this
10   testimony. This is clearly responding to something in
11   the rebuttal report that is not in Dr. Shehadeh's --
12       JUDGE CHAPPELL: Let's talk about that. Let's
13   talk about timing, Counselor.
14       MR. LOUGHLIN: About timing?
15       JUDGE CHAPPELL: Let's talk about timing.
16   Let's talk about the rules in this system we have here.
17       The expert report of the government is given to
18   the respondent; correct?
19       MR. LOUGHLIN: Yes, Your Honor.
20       JUDGE CHAPPELL: Respondent then has to file
21   their expert reports along with any rebuttal to that
22   expert report from the government; correct?
23       MR. LOUGHLIN: Correct. Just like in federal
24   court, Your Honor.
25       JUDGE CHAPPELL: And then the government's

3303

1    expert gets to look at respondent's expert report and
2    rebuttal and rebut that; correct?
3        MR. LOUGHLIN: Just like in federal court,
4    that's true, Your Honor.
5        JUDGE CHAPPELL: And then after that, does
6    respondent get to say anything to this final rebuttal
7    that the government has given?
8        MR. LOUGHLIN: Just like in federal court, the
9    respondent does not get a chance to issue new opinions
10   in response to a rebuttal report, Your Honor.
11       JUDGE CHAPPELL: This is not a new opinion,
12   Counselor. I'm going to allow him to respond to
13   something that's in the rebuttal report because he's
14   had no chance to be heard. Overruled.
15       MR. LOUGHLIN: But it is a new opinion,
16   Your Honor; is that correct?
17       JUDGE CHAPPELL: I'm allowing him to respond to
18   what is in the rebuttal report of the government.
19   That's my ruling.
20       MR. LOUGHLIN: But I want to be clear. Is your
21   ruling that he can offer new opinions in response to
22   the rebuttal report?
23       JUDGE CHAPPELL: No, that's not my ruling. My
24   ruling, for the third time, I will allow this expert,
25   who's had no chance to respond to the government's

3304

1    rebuttal report, to do so in court. Overruled.
2        MR. LOUGHLIN: Does that include new opinions,
3    Your Honor?
4        JUDGE CHAPPELL: I gave you my ruling three
5    times. Have a seat.
6    BY MR. PRUITT:
7        Q. Dr. Shehadeh, just so we're clear, are you
8    offering any new opinions?
9        A. Again, this fits within the econometric
10   analysis and my evaluation of Dr. Hill's econometric
11   analysis.
12       Q. Dr. Shehadeh, did Dr. Hill discuss something
13   called endogeneity in the context of product market
14   definition?
15       A. He did.
16       Q. Where did he discuss that?
17       A. I believe it was in his deposition.
18       Q. Was it in his --
19       JUDGE CHAPPELL: Hold on a second.
20       Your expert didn't answer your question about
21   whether he's offering new opinions. I think he said
22   no, but I didn't see the word "no."
23       MR. PRUITT: I thought he said no, too, but
24   maybe you should answer the question a bit more
25   clearly.

3305

1        Do you want me to repeat the question?
2        THE WITNESS: Sure. Are we talking about
3    endogeneity or --
4        JUDGE CHAPPELL: And for Mr. Loughlin's
5    edification, when I allow someone to rebut something
6    that had no right to have any word on it until today, I
7    don't expect new opinions.
8        MR. PRUITT: Understood, Your Honor. And
9    that's what I was trying to ask Dr. Shehadeh to
10   clarify.
11       BY MR. PRUITT:
12       Q. With respect to multicollinearity and your
13   discussion of comovement, were you offering any new
14   opinions and are you offering any new opinions in
15   response to multicollinearity?
16       A. Again, my opinion is that there is significant
17   comovement in prices, and I've talked about the ways
18   that I have measured that in my report. And I have
19   talked about how Dr. Hill's failure to account for, as
20   we were talking about, the price of sulfate in his
21   report was an inappropriate omission. And pointing to
22   multicollinearity in that context is exactly relevant
23   to the comovement that I was talking about in my
24   report.
25       JUDGE CHAPPELL: Is that a no?

43 (Pages 3302 to 3305)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 130 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/15/2018

3322

1  if we observe customers already switching at current
2  prevailing prices, that substitution will be hastened
3  and extended by a change in relative prices that makes
4  sulfate relatively more favorable given its lower price
5  because the SSNIP is only applied to chloride.
6      Q.  Doctor, do you have a sense of, in this case,
7  the magnitude of customers needed to switch between
8  chloride and sulfate rutile TiO2 to establish a product
9  market broader than just chloride TiO2?
10     A.  If we think about Dr. Hill's calculation of a
11 critical loss, his calculation of a critical loss
12 identifies that 15 -- if 15 percent of volume switched
13 in response to a SSNIP of 10 percent, then that would
14 be sufficient to expand the market beyond the candidate
15 market.  Or to say the same thing differently, to
16 establish that the market is limited to chloride, it
17 would be that 85 percent of the volume wouldn't switch
18 in response to a SSNIP of 10 percent.
19     Those numbers would change for a 5 percent
20 SSNIP.  The 15 percent would get smaller and the
21 85 percent would get larger, again, using Dr. Hill's
22 critical loss calculation.
23     Q.  Again, keeping in mind you're in public
24 session, have you seen evidence that producers of
25 TiO2 see chloride and sulfate-based rutile TiO2 as

3323

1  substitutable?
2      A.  I have.  We've heard from a number of
3  producers.
4      For example, Venator we heard by video.  I
5  don't want to say anything about what they said because
6  I, quite frankly, can't recall if that was closed or
7  open.
8      Q.  Yeah, Doctor, why don't we save this for the
9  in camera portion.
10     A.  Okay.
11     Q.  We don't want to name any names or anything
12 like that.
13     A.  Okay.
14     Q.  Now, Doctor, is all of this evidence that
15 you've just discussed, in terms of industry reports and
16 testimony that you've reviewed, consistent with the
17 economic data, the economic evidence, that you've
18 independently reviewed regarding substitutability of
19 chloride and sulfate rutile TiO2?
20     A.  It is.  This fabric of economic evidence is
21 consistent in demonstrating, as we talked about at the
22 beginning with comovement of prices, that the relevant
23 market includes both chloride and sulfate-produced
24 rutile titanium dioxide.
25     Q.  All right, Doctor.  So we've talked now about

3324

1  geographic market and we talked about product market.
2      Can you bring it all together for us and
3  explain how the two are related?
4      A.  Yes.  If we look at the ability of customers
5  in -- starting with this candidate market of sales to
6  customers in North America, we see -- and sales of
7  chloride titanium dioxide to customers in
8  North America, we see that the economic evidence
9  demonstrates that the market is broader in both
10 respects, broader geographically to include global and
11 broader in product to include sulfate-produced rutile
12 titanium dioxide.
13     And in Dr. Hill's analysis, those markets are
14 drawn too narrowly because of the constraints on
15 substitution of customers that are imposed in his
16 analysis.
17     Q.  And when you say "economic evidence," are you
18 referring to economic data that you independently
19 evaluated and discussed in your expert report?
20     A.  Yes.  And I know we haven't seen a lot of that
21 because a lot of it will show up in the private
22 session, but in particular the data on pricing as well
23 as volume.
24     Q.  All right.  So we've discussed geographic
25 market and product market.

3325

1      After finding a relevant antitrust market, did
2  you evaluate postmerger concentration and shares in
3  that market?
4      A.  I did.
5      Q.  What opinion did you reach regarding postmerger
6  concentration and shares?
7      A.  That postmerger, the combined share of the
8  postmerger Tronox and concentration overall would be
9  too low to be consistent with either unilateral or
10 coordinated competitive effects in the properly defined
11 relevant market.
12     Q.  What do the Merger Guidelines say about the
13 levels of concentration that you found postmerger?
14     A.  The Merger Guidelines characterize those
15 levels as unconcentrated and go on to say that mergers
16 in markets in which the concentration levels after the
17 merger remain unconcentrated typically require no
18 further analysis and are unlikely to raise the prospect
19 of anticompetitive effects.
20     Q.  Now, Doctor, did you prepare a figure in your
21 report that showed your calculation of postmerger
22 shares?
23     A.  I did.
24     Q.  And do you intend to show that figure to the
25 court during the in camera portion of your testimony?

48 (Pages 3322 to 3325)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 131 of 166
Trial - Public & In Camera
Tronox, et al.                                                6/15/2018

3330

1  inconsistent with the real world and that result in
2  their predictions of price increases.
3       And once one accounts for the responses in the
4  real world that would arise in response to the price
5  increases that are predicted by those models, that, in
6  fact, those models would no longer predict the price
7  increases that Dr. Hill references.
8       Q.  All right, Doctor, so let's just back up a
9  little bit.  You're talking about Dr. Hill's capacity
10  closure model.  Can you remind us, what does he use
11  that model for?
12       A.  So he uses that model to evaluate a -- what he
13  refers to as a capacity closure strategy, an incentive,
14  according to his analysis, for a post-merger Tronox to
15  close individual lines or entire plants that supply his
16  candidate market, North America.  So that model is run
17  for North America.
18       Q.  Now, you mentioned some terms like "model
19  validity."  Can you summarize the primary opinions and
20  bases that you offer in your report as they relate to
21  Dr. Hill's capacity closure model?
22       A.  So for model validity, Dr. Hill identifies a
23  model validity test, which is to run his model and see
24  if the firms in his model behave in a way that we
25  actually observe them behaving in the data that he

3331

1  uses.  He runs that test for Tronox and Cristal.  He
2  does not run it for Chemours.
3       And when we run it for Chemours using his model
4  and his data, it shows that Chemours' behavior
5  predicted by the model is inconsistent with the
6  behavior of Chemours as reflected in the data that he
7  uses to generate his model.
8       Q.  All right, Doctor.  We'll cover that in detail,
9  but let's tick through the primary bases, and then
10  we'll come back and go through each in turn.
11       After model validity, was there another basis
12  that you had in support of your conclusions with
13  respect to Dr. Hill's capacity closure model?
14       A.  Yes.  So I mentioned that he imposes
15  constraints on the responses of rivals.  He actually
16  talked about this in his testimony.  He assumes that
17  there will be no export repatriation.  So in, for
18  example, Chemours, in his model, observes that prices
19  go up in North America, his model assumes that Chemours
20  will not divert any of the product that it would
21  otherwise export back into North America.  Export
22  repatriation is the first one, and properly accounting
23  for the -- like export repatriation in the real world
24  would render the price increase in his model
25  unprofitable.

3332

1       Likewise, he imposes the model's assumption
2  that rivals to Tronox and Cristal cannot and will not
3  increase imports into North America in response to the
4  higher prices that his model predicts, and those are
5  specifically North American competitors, so Venator,
6  Kronos, and Chemours.
7       And that would include, for example, Chemours'
8  plant in Alta Mira, Mexico, cannot increase its supply
9  to Dr. Hill's candidate North America in his capacity
10  closure model.
11       Q.  Did you reach any opinions with respect to
12  imposed constraints regarding capacity expansions?
13       A.  Yes.  So in the same way that he assumes that
14  rivals cannot divert exports and can -- at least in the
15  case of North American rivals cannot increase imports,
16  he similarly imposes that rivals cannot expand
17  production, including through expanding capacity.
18       Q.  Now, Doctor, you're using this term, "imposes."
19  What do you mean by that term?
20       A.  Well, so -- so except in the case of a very
21  small segment of imports, his model does not let these
22  reactions happen, and as he described, he assumed those
23  for his model.  So he assumed that exports will not
24  respond; that's built into the model.  He assumed that
25  imports from North American rivals, Kronos, Chemours,

3333

1  Venator, will not increase; that's imposed in his
2  model.
3       JUDGE CHAPPELL:  Is that more imposes or
4  prevents?
5       THE WITNESS:  It's both really.  Your Honor,
6  you could imagine a model where it's in the model, but
7  it's not allowed to happen.  Here, it's not even in the
8  model.  So when I say "impose," it means that reaction
9  is not something that can happen within the model.
10       JUDGE CHAPPELL:  Okay.
11       If anyone heard a phone, that is a rogue
12  Android phone that for some reason just turns off and
13  restarts on its own.  Yes, this is it (indicating).
14  It's turned off, but what do you do when it resets?
15  You have that annoying AT&T chime.  What can you do?
16  Unless I throw it toward the Bailiff, I don't know what
17  to do.
18       Go ahead.
19       MR. PRUITT:  Your rules, Your Honor.
20  BY MR. PRUITT:
21       Q.  Dr. Shehadeh, what does all of that tell you
22  about the usefulness of Dr. Hill's capacity closure
23  model to evaluate real world competitive effects from
24  this transaction?
25       A.  As we'll see when we get into the data, it

50 (Pages 3330 to 3333)

3334

1    really implies that his model does not provide valuable
2    guidance of what is likely to happen in the real
3    because it is, in fact, inconsistent with the real
4    world through the imposition of these constraints.
5        Q.  All right, Doctor.  Let's start with your
6    opinion regarding model validity.  What is model
7    validity as an economic matter?
8        A.  As I mentioned, model validity refers to a
9    general process of testing whether or not a model --
10   any model, but here, specifically, a merger simulation
11   model -- satisfies certain performance criteria, and
12   one performance criterion that's often used for merger
13   simulation is saying, what does this say about the way
14   firms operate today, historically, as a test?
15       Q.  Is model validity an important concept in
16   economic modeling?
17       A.  It is.
18       Q.  Why is that?
19       A.  Because if a model can't explain the world as
20   it is today, then it can't be relied on to explain the
21   world as it could be with a change or could be in the
22   future.
23       Q.  Can you do anything to test the validity of a
24   model?
25       A.  You can test for invalidity of a model using

3335

1    tests like the one we were just talking about.  So if a
2    model fails a validity test, it's invalid.  Often, if
3    it passes the validity test, it doesn't mean the model
4    is valid.  It just happens to pass that particular
5    test.
6        Q.  Has Dr. Hill said anything about model validity
7    for his capacity closure model?
8        A.  He said that a particular test of model
9    validity was a very important feature of that -- an
10   important feature of that model, and specifically
11   testing on a premerger basis whether or not the
12   behavior predicted by the model for competitors was
13   consistent with the data that were used to construct
14   the model.
15       Q.  Would it be helpful to pull up Dr. Hill's
16   statements from his report?
17       A.  It would be.
18       Q.  Mr. Thomas, could you pull up paragraph 201
19   from PX 5000-088.
20       Is this the statement -- one of the statements
21   you're referring to, Doctor?
22       A.  It is.
23       Q.  What does Dr. Hill say here?
24       A.  Dr. Hill says:
25       "An important feature of the capacity closure

3336

1    model is that it can also be applied to the world but
2    for the merger.  That is, I can check whether it
3    predicts that the stand-alone firms have an incentive
4    to withhold output and thereby confirm that the model's
5    predictions are consistent with observed behavior."
6        So it might be helpful to unpack some of that
7    language.  What does "observed behavior" mean?  Well,
8    these models are built using data, and as is the case
9    in this model, 2016 data, and so you can observe
10   whether the model makes predictions either against the
11   2016 data that were used to construct the model or
12   against other data that you observed, other years, for
13   example.
14       Q.  Did Dr. Hill say anything else in his report
15   about model validity for the capacity closure model?
16       A.  He did.  He went on to report how his validity
17   tests performed.
18       Q.  Mr. Thomas, could you zoom in on paragraph 204
19   of PX 5000-089.
20       Is this one of the statements you were
21   referring to?
22       A.  It is.
23       Q.  What does Dr. Hill say here?
24       A.  So in the second sentence, he says, "...the
25   model's ability to accurately predict current behavior

3337

1    confirms that it is attuned to industry reality."
2        Q.  What does that mean?
3        A.  So this is that validity test that we were
4    talking about, looking at what the model predictions
5    are and comparing it to real world data.  He ran that,
6    as indicated in the prior sentence, for Tronox and
7    Cristal, and he goes on in the final sentence of that
8    paragraph to say one of the reasons why this result is
9    of interest is because having this result, in his
10   words, "confirms that the merger creates an incentive
11   for withholding output."
12       Q.  Okay.  And I think you referred to some tests
13   run by Dr. Hill.  Did he perform tests to see whether
14   his capacity closure model is attuned to industry
15   reality?
16       A.  He reported that he did for Tronox and Cristal.
17       Q.  Is that all?
18       A.  Yeah.  He ran it for only those two companies.
19       Q.  Did you perform any tests to see whether
20   Dr. Hill's capacity closure model is attuned to
21   industry reality?
22       A.  So -- I did.
23       Q.  What --
24       A.  I ran that for Chemours, and the reason why
25   it's important to do it for Chemours is because of the

51 (Pages 3334 to 3337)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 133 of 166
Trial - Public & In Camera
Tronox, et al.
6/15/2018

3338

1  logic of his capacity closure model. The logic of his
2  model is that if you are a larger supplier, you have a
3  greater incentive to withhold supply, and so it's
4  especially important to run that model validity test
5  for Chemours.
6      So using Dr. Hill's model and the data that
7  Dr. Hill uses for Chemours in his report, I ran that
8  model validity test for his model for Chemours.
9      Q. What did that test show regarding whether
10  Dr. Hill's capacity closure model was attuned to
11  industry reality?
12      A. So his capacity closure model failed that
13  validity test. It predicted behavior for Chemours that
14  was inconsistent with the data that he used to build
15  his model, and so it showed that the model's
16  predictions were inconsistent with the data that became
17  he reflected overall.
18      Q. All right, Doctor. Did you present the results
19  of your model validity test for Dr. Hill's capacity
20  closure model in your report?
21      A. I did.
22      Q. Would it be helpful to look at those results?
23      A. It would.
24      Q. Mr. Thomas, could you pull up Figure 195 from
25  RX 170.0292.

3339

1      Are these the results of the model validity
2  test that you performed on Chemours, Doctor?
3      A. It is. For Dr. Hill's analysis, yes.
4      Q. Now, before you discuss the results, can you
5  just briefly explain how you conducted the model
6  validity test for Chemours?
7      A. So it involved three things. As I mentioned,
8  it involved Dr. Hill's model; it involved Dr. Hill's
9  data for Chemours that he uses in his report; and then
10  we had to consider how much output by which we would
11  run the model for.
12      So Dr. Hill mentions in his report that, given
13  Chemours' technology, he was allowing his model for
14  Chemours to adjust any unit of output that would be
15  desired. That's the way he allows Chemours to match
16  the Tronox closures that he considers.
17      So here he considered 10 percent increments,
18  reflecting Dr. Hill's assumption of that flexibility --
19      Q. Doctor, can I just stop you there?
20      Did you, other than looking at Chemours and
21  then inputting Chemours' data, change anything about
22  how Dr. Hill conducted the model validity test for the
23  capacity closure model?
24      A. It was the same validity test that he used for
25  Tronox and for Cristal.

3340

1      Q. Okay, thank you. I apologize for interrupting.
2      You were discussing 10 percent increments.
3      A. I was about to explain the table, so...
4      What we see here in the -- what the model
5  reports as what Chemours should be doing, according to
6  his model, that is different from the real world, or at
7  least the data that Dr. Hill uses for 2016, so not
8  quite the current world, but the 2016 data that
9  Dr. Hill uses, and we see in the column labeled
10  "Dr. Hill's Capacity Closed," in the second column,
11  that for these scenarios, his model is predicting
12  different behavior, significantly different behavior,
13  than what is observed in the data that he uses in his
14  capacity closure model.
15      The second column of data shows the price
16  increases -- and we should put these price increases in
17  quotes, because, again, it's a price increase relative
18  to the 2016 data he's actually using in his model that
19  he says Chemours should have been doing even in 2016.
20  So, again, the predictions of Chemours' behavior that
21  his model generates are inconsistent with Chemours --
22  with what Chemours actually chose to do in the real
23  world according to his 2016 data.
24      Q. So what does that mean for the capacity closure
25  model's ability to predict unilateral production

3341

1  scenarios?
2      A. It means two things, principally. One is that
3  his model fails the validity test that he identifies,
4  so the model is invalid and, therefore, cannot be
5  relied upon for predicting behavior resulting from the
6  merger.
7      And two is the particular nature of the failure
8  tells us what's wrong with the model. It actually
9  identifies that these assumptions of Dr. Hill's model
10  about competitive responses of rivals understate the
11  responses of rivals. The reason why this particular
12  kind of behavior is identified by the model is because
13  the competitive constraints in the real world are more
14  significant than the competitive constraints that
15  Dr. Hill allows in his model.
16      Q. All right, Doctor. Well, let's talk about some
17  of these constraints that you've identified that
18  Dr. Hill imposed on his capacity closure model. What
19  was the first constraint that you found Dr. Hill
20  imposed on his model?
21      A. That constraint related to the assumption that
22  exports would not adjust in response to higher prices
23  in North America. So if we think about a firm
24  producing or supplying North America, we already know
25  that exports and imports are significant, and so that

52 (Pages 3338 to 3341)

# In the Matter of:

# Tronox, et al.

*June 20, 2018*
*Trial - Public & In Camera*
*Vol. 14*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 135 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    6/20/2018

3412

1    a reduction in supply by Tronox, what he refers to as a
2    tit-for-tat strategy.
3        Q.  All right.  So we'll go over all of that in
4    detail, but just so we're clear, have you evaluated
5    Dr. Hill's use of the coordinated capacity closure
6    model in your expert report?
7        A.  I have.  Both in terms of the evaluation we
8    already talked about in the context of the unilateral
9    model, which, again, relates to many of the
10   assumptions in the coordinated model, as well as the
11   incremental assumptions that he uses in his coordinated
12   model.
13       Q.  Now, with respect to the coordinated capacity
14   closure model, did you offer opinions in your expert
15   report regarding that particular model and Dr. Hill's
16   use of that model?
17       A.  I did.
18       Q.  Could you provide a high-level summary of the
19   main opinions you reached in that regard.
20       A.  So I concluded that the model fails key
21   validity tests.  Those validity tests include the
22   validity tests that we talked about in the unilateral
23   case that related to inconsistency between the model's
24   predictions and what Chemours has actually done in the
25   real world, inconsistency between what the model -- an

3413

1    additional validity test that shows that the model
2    predicts behavior that is inconsistent for Tronox and
3    Chemours relative to what we observe in the real world
4    in the base period that Dr. Hill uses to develop his
5    model, and that further the model does not actually
6    predict coordination of the type that Dr. Hill proposes
7    that it does because Chemours in fact does not have the
8    incentive in his model to coordinate.  Rather, it has
9    the incentive, according to his model, of,
10   quote-unquote, free riding and not participating in
11   coordination.
12       Q.  Do you have any opinions regarding assumptions
13   Dr. Hill makes regarding how coordination might occur
14   in his model between postmerger firms?
15       A.  Yes.  That one relates to the comment that I
16   mentioned earlier about his assumption of perfect
17   communication, and what I show in my report is that
18   that is an unsupportable assumption.
19       So to give an example, there would have to be
20   communication about exactly how much is being reduced
21   from supply in North America in order to match that
22   under Dr. Hill's strategy.  And further, there would
23   have to be perfect communication about what's actually
24   being done in response.
25       And what I show in my report is that neither of

3414

1    those is observable, because his model treats
2    North America as an island in terms of supply and it is
3    not, including because of the significant exports, and
4    so those frustrate the ability to engage in the perfect
5    communication that Dr. Hill's model requires.
6        Q.  What do you mean by "an island," Doctor?
7        A.  I mean, for example, Chemours engages in
8    significant exports.  And we can't talk about the
9    specific numbers here, but we will in camera.  But
10   those very significant exports mean that observing
11   Chemours' production isn't enough to either communicate
12   how much it's reducing or evaluate whether or not in
13   fact it's reducing how much it's communicating.  And
14   again, this is tacit coordination, according to
15   Dr. Hill.
16       And so, in that sense, North America is not an
17   island because these production decisions are going to
18   both exports and to the sales to customers in
19   North America, which is his candidate market that he's
20   using his model to evaluate.
21       Q.  What is the ultimate effect of these issues
22   that you've identified in terms of Dr. Hill's
23   coordinated capacity closure model's predictions about
24   price effects?
25       A.  So the ultimate effect is that the price

3415

1    effects that he predicts are unreliable because they
2    are inconsistent with real-world competitive behavior.
3    And his price effects, even in his preferred scenario,
4    are 61 percent, so that means price will increase by
5    61 percent in North America, and that's in
6    North America relative to the rest of the world.
7        And so even in the face of those very
8    significant price effects, he imposes these assumptions
9    about the responses of rivals that are unrealistic and
10   mean that his predictions should not be relied upon for
11   reaching inferences about the likely competitive
12   effects as it relates to coordinated interaction
13   generally or with respect to Chemours and postmerger
14   Tronox.
15       Q.  Now, did you evaluate, like with the unilateral
16   version of the model, what magnitude of competitive
17   response, if any, would render the coordination
18   strategies in Dr. Hill's coordinated capacity closure
19   model unprofitable?
20       A.  I did.
21       Q.  What did you find?
22       A.  As in the case of the unilateral model, an
23   expansion of supply by rivals and substitution by
24   customers in North America to alternative sources of
25   supply equal to an incremental 24,000 tons per year,

10 (Pages 3412 to 3415)

3420

1    over time reflect that diversity.
2        Q. Did you evaluate specifically how this
3    transaction would influence transparency in the
4    TiO2 industry?
5        A. I did.
6        Q. What did the evidence show in that regard?
7        A. Well, so the significant effects of the
8    transaction will be to increase vertical integration
9    relative to the premerger situation. And this is a
10   stated goal of Tronox generally to be significantly
11   vertically integrated.
12       And that vertical integration has two effects
13   as it relates to transparency. One, the consumption of
14   inputs isn't observable. And two, the commercial terms
15   under which those inputs are supplied internally are
16   both nonobservable, and because of the significant
17   vertical integration, you reduce what is referred to in
18   economics as double marginalization, which is, when
19   Cristal today purchases feedstock from third-party
20   suppliers, it's paying a market price for that
21   feedstock versus with significant vertical integration
22   that would be internal consumption to the postmerger
23   entity.
24       And then likewise, in consideration of, for
25   example, the postmerger plans for Yanbu, that

3421

1    significantly lowers the cost of expansion for the
2    postmerger Tronox relative to where Tronox is today
3    because it has this facility on the ground available
4    for that expansion.
5        Q. So how does all of that come together to inform
6    the prospect of coordination postmerger?
7        A. It comes together in the sense that we do not
8    observe as a result of the transaction an aligning of
9    incentives with other rivals that would -- that would
10   go along with the -- for example, the model that
11   Dr. Hill has proposed for evaluating coordinated
12   competitive effects, his coordinated capacity closure
13   model, and that perfect communication assumption that
14   it requires.
15       Q. All right, Doctor. So we'll go through those
16   figures during the in camera portion of your testimony,
17   but what will all of this evidence of diversity of
18   incentives and outcomes in the TiO2 industry show
19   regarding the prospects of coordination?
20       A. It will show that the proposed transaction is
21   unlikely to give rise to coordinated effects or
22   unlikely to increase the likelihood of coordinated
23   effects posttransaction.
24       Q. Dr. Shehadeh, does Dr. Hill have anything to
25   say about whether the coordinated capacity closure

3422

1    model predicts what would actually occur in the real
2    world?
3        A. He does. He referred to that in his
4    testimony.
5        Q. Did he also have anything to say about that in
6    his expert report?
7        A. Not the same thing, but yes, he also referred
8    to that in his expert report. Yes.
9        Q. What does he say in his expert report? And
10   would it be helpful to pull that up?
11       A. Sure.
12       So his expert report points to his conclusion
13   from the model and what the model predicts is that
14   postmerger Tronox and Chemours would have what he
15   refers to variously as an incentive, a strong incentive
16   and, as I recall, a large incentive to engage in
17   coordination postmerger.
18       Q. All right. Let's take a look at that portion
19   of Dr. Hill's report.
20       Mr. Thomas, can you pull up PX 5000-150 and in
21   particular focus in on paragraphs 350 to 351.
22       Is this the portion of Dr. Hill's report you
23   were referring to?
24       A. It is.
25       So, for example, if you look in the first row

3423

1    of 350, it says, "I show that Chemours and the merged
2    firm would have an incentive to coordinated to raise
3    the market price."
4        And then in the next paragraph, he goes on,
5    paragraph 351, to say, "Figure 49" -- and now I'm not
6    quoting what figure 49 is, but the figure that reports
7    the results of this simulation model, so he says,
8    "Figure 49 shows that Chemours and the merged firm
9    would have a strong incentive to collude to raise the
10   market price in the North American chloride
11   titanium dioxide market."
12       And then in the last sentence of the paragraph,
13   he goes on, after the introductory clause, to say "my
14   capacity closure model demonstrates that the merged
15   firm and Chemours would have a large incentive to
16   coordinate."
17       Q. Now, you mentioned testimony from Dr. Hill.
18       Did he flesh out here in court what he meant by
19   these statements about incentives in paragraphs 350 and
20   351 of his report?
21       A. Yes. He characterized that the predictions of
22   the model -- and we should see the direct quote, but --
23       Q. Well, why don't we pull that up.
24       A. -- is not the form of coordination that I would
25   expect, I think is what he said.

12 (Pages 3420 to 3423)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 137 of 166
Trial - Public & In Camera
Tronox, et al.                                                                    6/20/2018

3428

1  same test that I applied in the unilateral case. And
2  then separately running a model validity test on
3  Chemours and Tronox premerger, that's a model validity
4  test that's specific to his coordinated capacity
5  closure model.
6      And both of those model validity tests show
7  that his model predicts behavior, for both Chemours
8  alone in the first test and for Chemours and Tronox in
9  the second test, that is inconsistent with their actual
10  behavior according to the data that Dr. Hill uses in
11  2016 to build his model.
12     Q. What does that tell you about whether
13  Dr. Hill's coordinated capacity closure model is
14  attuned to industry reality?
15     A. It tells me that it's not attuned to industry
16  reality, that it cannot predict actual behavior using
17  the data that he uses and, again, using the same sort
18  of validity test that he says is an important feature
19  of his model.
20     Q. Now, just so we're clear, how did you implement
21  these model validity tests?
22     A. I implemented those tests by running his model
23  but, again, for just Chemours but still using his
24  Chemours data and just for Chemours and Tronox using
25  his and Chemours and Tronox data.

3429

1      Q. Do you have figures in your report that show
2  the results of these model validity tests?
3      A. I do.
4      Q. Do you intend to show those to the court during
5  the in camera portion of your testimony?
6      A. I do.
7      Q. And at a high level, can you explain briefly
8  what those figures are going to show?
9      A. Those figures are going to show the invalidity
10  of his model as it relates to those two tests because
11  they show that the model predicts behavior inconsistent
12  with the data that he uses in his model to reflect
13  real-world behavior.
14     Q. All right, Doctor. You also mentioned that
15  Dr. Hill's coordinated capacity closure model actually
16  predicts something different from what Dr. Hill
17  concludes; is that right?
18     A. That's correct.
19     Q. What was that that you were referring to?
20     A. Dr. Hill reports that his model predicts this
21  strong incentive for coordination between Chemours and
22  Tronox. In fact, it does not.
23     Even accounting for the repeated nature of the
24  interaction that Dr. Hill is attempting to model, his
25  model shows that there is not, what is referred to in

3430

1  economics, a credible threat to sustain the behavior
2  that he is proposing and that therefore in fact there
3  is not an incentive to engage in the coordination that
4  he is modeling even in his own model.
5      Q. All right. Is this something you discuss in
6  your expert report?
7      A. It is.
8      Q. All right. So could we step back and could you
9  just walk us through exactly what your analysis was and
10  what it showed.
11     A. So in evaluating what behavior is likely to
12  arise in these sorts of models that Dr. Hill is
13  considering, it's important to understand whether or
14  not the behavior and the strategy that's being
15  considered is the best strategy available.
16     And what we see is that for Chemours, the
17  strategy that he is proposing is not the best strategy
18  available. And therefore, it will not undertake the
19  actions that he is proposing, and so those actions are
20  inconsistent with his interpretation of his model. And
21  therefore, the coordination that he says his model
22  predicts is not in fact supported by the model.
23     Q. What do you mean that for Chemours, the
24  strategy Dr. Hill is proposing is not the best strategy
25  available?

3431

1      A. So Dr. Hill refers to this tit-for-tat
2  strategy, and Chemours should not in fact engage in
3  that strategy. It should maintain its current --
4  well, its baseline output in the model in 2016, and
5  the prediction would be that it should maintain its
6  output, even while Tronox does other things, rather
7  than doing this strategy that Dr. Hill proposes, which
8  is that Chemours should reduce output by the same
9  amount in the candidate market under this perfect
10  communication.
11     Q. Why is it that Chemours would, as you put it,
12  free-ride as opposed to engage in this tit-for-tat
13  strategy?
14     A. Because it's better off free riding --
15     Q. In what way?
16     A. -- than engaging in the tit-for-tat in terms of
17  the gains that his model calculates.
18     Q. Now, what does all of this mean, Doctor, for
19  Dr. Hill's conclusion that the coordinated capacity
20  closure model predicts an incentive to coordinate
21  between Tronox and Chemours?
22     A. Well, the fact that it predicts an incentive
23  in -- when Dr. Hill believes that it's not the form of
24  coordination that's likely to arise in practice means,
25  along with the results of invalidity and the failure

14 (Pages 3428 to 3431)

Tronox, et al.                                                          6/20/2018

3432

1    to account for the competitive constraints that we
2    talked about at length in the context of the unilateral
3    model, including responsiveness of imports,
4    responsiveness to exports, and the ability to expand
5    production and capacity, because the model fails to
6    predict what is likely to happen in the real world from
7    those restrictions, it cannot be relied on to reach a
8    conclusion about the likely competitive effects as it
9    relates to coordinated action.
10       Q. Now, there was one more item, Doctor, in your
11   list that you referred to in your summary of opinions
12   related to an assumption of perfect communication. Do
13   you recall that?
14       A. Yes.
15       Q. Can you provide your opinion on that issue.
16       A. My opinion is that that ability to engage in
17   perfect communication is an assumption of his
18   model is inconsistent with what we observe in the real
19   world. Namely, if we look at internal data produced in
20   this litigation, we see that there is very significant
21   variation, both month to month and year to year, in,
22   for example, the overall production level as well as
23   the proportion of production that is devoted to
24   North American sales versus international supply and
25   that that -- that variation would frustrate the

3433

1    observability that's a necessary part of that perfect
2    communication that Dr. Hill's model assumes.
3        Q. Do you have a figure in your expert report that
4    shows this data that you reviewed?
5        A. I have two figures. Yes.
6        Q. Do you intend to show the court these figures
7    during the in camera portion of your testimony?
8        A. At least a subset of them, yes.
9        Q. Well, at a high level, can you explain what
10   those figures will show?
11       A. Those figures document the significant
12   variation over time of exactly those production and
13   supply decisions that I was just talking about and
14   documents that the significance of that variation is
15   economically important relative to the levels that
16   would frustrate coordination.
17       Q. And how is that information relevant to the
18   assumption of perfect communication in Dr. Hill's
19   coordinated capacity closure model?
20       A. That information is inconsistent with an
21   assumption of perfect communication and would frustrate
22   that mechanism of coordination that Dr. Hill is
23   modeling.
24       Q. All right, Dr. Shehadeh. You also discussed
25   the price increase predicted by Dr. Hill's coordinated

3434

1    capacity closure model; is that right?
2        A. I did, yes.
3        Q. Would it be helpful to look at Dr. Hill's
4    figure from his expert report showing the predictions
5    of his coordinated capacity closure model?
6        A. It would.
7        Q. All right. Mr. Thomas, can we pull up
8    figure 49 from Dr. Hill's report. That's PX 5000-151.
9        A. Dr. Shehadeh, is this the figure you were
10   referring to?
11       A. It is.
12       Q. What is shown on figure 49 from Dr. Hill's
13   report?
14       A. So what's shown here is in the first column is
15   the strategy that he's evaluating, so, for example, on
16   the first row of results it says "four lines at
17   Hamilton plus Chemours equivalent," so that's referring
18   to a strategy, according to Dr. Hill, of Tronox closing
19   postmerger four lines at Hamilton and Chemours reducing
20   supply to North America, because that's his candidate
21   market for which he's running this model, by an
22   equivalent amount.
23       And then working our way across the columns, he
24   reports the predicted price increase, the net gain to
25   the merged firm and then the total harm that he

3435

1    calculates.
2        And what we observe here is the 61 percent that
3    I was describing earlier, so his predicted price
4    increase in what he calculates is the best strategy for
5    Tronox, according to his model, would lead to a price
6    increase of 61 percent.
7        And that four lines at Hamilton, so that's four
8    out of six lines at Hamilton, and so there it's closing
9    a majority of the capacity at Hamilton but without any
10   fixed costs of closure in his model.
11       Q. All right. Doctor, now, can I ask you just two
12   questions about what this table shows.
13       First, this column "Net gain to merged firm,"
14   is that a predicted gain from Dr. Hill's model?
15       A. That's correct.
16       Q. And then what is the order in terms of the rows
17   that's being presented here?
18       A. These are ranked highest to lowest in terms of
19   the net gain to the merged firm. And we can see that
20   the price increases vary across these from, for
21   example, 15 percent in the very last row to as high as,
22   for example, 79 percent in one of the middle rows.
23       Q. What do all of these predicted price increases
24   in Dr. Hill's figure 49 tell you about his coordinated
25   capacity closure model?

15 (Pages 3432 to 3435)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 139 of 166
Trial - Public & In Camera
Tronox, et al.                                                                6/20/2018

3440

1    underlie the model go fundamentally to the
2    unreliability of the model that we were discussing
3    earlier in the context of the validity tests and their
4    failure to incorporate real-world competitive
5    responses.
6        And one easy way to see that is just the
7    significance of the predicted price change in the
8    preferred strategy in his coordinated capacity closure
9    model that leads to that 61 percent that we just were
10   talking about.
11       Q. Do you have figures in your expert report that
12   show the results of your comparison of Dr. Hill's old
13   and new capacity closure model predictions?
14       A. I do.
15       Q. Do you intend to show the court these figures
16   during the in camera portion of your testimony?
17       A. I do.
18       Q. Now, at a high level, can you explain what the
19   court will see in those figures?
20       A. So comparing the original results of his model
21   to new results of his model -- and this figure that I'm
22   describing goes specifically to his coordinated
23   capacity closure model, but the issues apply to both,
24   his unilateral and coordinated capacity closure
25   model -- comparing those two, what we'll observe is,

3441

1    one, very significant differences in which strategies
2    are preferred, so by that I mean will Tronox under his
3    model prefer to close one line at Hamilton, two lines
4    at Hamilton, a line in a different plant, so very
5    significant changes in which strategy it preferred,
6    significant changes in the price effects that are
7    predicted by the model across those strategies, changes
8    in the price effects predicted by the model even for
9    the same strategy across the two versions of the model,
10   and ultimately the ranking of the strategies in terms
11   of the preference, according to Dr. Hill's model, for
12   Tronox and Chemours.
13       Q. And what do all of those changes tell you about
14   the model?
15       A. Again, they go directly to the sensitivity of
16   the model to the changes and ultimately the validity of
17   the model for predicting the real world.
18       Q. All right, Doctor. Let's switch gears to
19   discuss anticipated efficiencies from this
20   transaction.
21       Did you reach any opinions related to
22   anticipated efficiencies in this case?
23       A. I did.
24       Q. What were those opinions?
25       A. I concluded, based on my review of testimony,

3442

1    both investigational hearings and depositions, and
2    normal course of business documents and interviews with
3    businesspeople at Tronox involved in postmerger
4    integration planning, that the proposed transaction
5    will lead to significant output-enhancing efficiencies
6    in both -- at both the pigment level, so production of
7    titanium dioxide, as well as at the feedstock level in
8    the supply of what is consumed by a pigment plant, as
9    well as significant cost reductions.
10       Q. What does the evidence show regarding
11   anticipated efficiencies in terms of TiO2 pigment
12   production?
13       A. So based on my review of the economic evidence,
14   it shows that there will be expansion of the Yanbu
15   plant by bringing to bear Tronox' low-pressure
16   expertise on the operations of the existing Yanbu plant
17   that will increase titanium dioxide pigment production,
18   and that's chloride -- that's a chloride process
19   plant -- as well as the planned application of best
20   practices across the combined footprint of chloride
21   plants in the combined postmerger entity. But both of
22   those will lead to output-expanding efficiencies in
23   pigment.
24       Q. What is the economic significance of
25   output-expanding efficiencies at the TiO2 pigment

3443

1    level?
2        A. So usually when we think about efficiencies,
3    we're focused on cost reductions and we need to think
4    about, for example, are those cost reductions likely to
5    be passed on to customers. When you talk about
6    output-expanding efficiencies, then the direct effect
7    of those efficiencies is additional output, and
8    therefore, the customers benefit from that expanded
9    availability from the postmerger Tronox relative to
10   what would be available from Tronox in the absence of
11   the transaction from its ability to expand pigment
12   production from in either case the Yanbu plant or the
13   application of best practices across the other chloride
14   plants.
15       Q. What does the economic evidence show regarding
16   anticipated efficiencies at feedstock-level output
17   production?
18       A. So there, it principally relates to the
19   commissioning of the Jazan slagger, which will
20   increase production of feedstocks that can be used in
21   Cristal plants primarily posttransaction. Today,
22   Tronox is net balanced to a little bit long upstream,
23   by which I mean Tronox has more capacity than it can
24   consume internally for feedstocks, again, balanced to a
25   little bit long.

17 (Pages 3440 to 3443)

3444

1    Cristal, on the other hand, is not
2  significantly vertically integrated, but because that's
3  a core strategy of Tronox, as reflected in its current
4  extent of vertical integration, Tronox anticipates
5  engaging in similar expansion at upstream, again,
6  principally through the commissioning of the Jazan
7  slagger posttransaction.
8    Q. And what is the economic significance of
9  increased production at the TiO2 feedstock level?
10   A. The production of these feedstocks is creation
11 of the most significant input to downstream production
12 of the pigment, and so increasing supply and increasing
13 vertical integration will both enhance the incentives
14 of the postmerger Tronox to expand output of pigment as
15 well as, in the case of the sources of feedstocks from
16 which Cristal currently consumes, it will free up that
17 supply as needed for other competitors.
18   Q. And what does that mean for the TiO2 market at
19 large?
20   A. Again, that to the extent that there's demand,
21 additional supply of feedstocks will be available.
22   Q. Now, you mentioned cost-saving efficiencies.
23   What's the economic significance of cost-saving
24 efficiencies for this transaction?
25   A. So that would involve cost savings that would

3446

1  supply.
2    MR. PRUITT: Your Honor, that's all I have for
3  the public session of my examination. The rest will
4  need to be in camera.
5    JUDGE CHAPPELL: All right. We will take our
6  morning break before we start the in camera session.
7  We'll reconvene at 11:45.
8    We're in recess.
9    (Recess)
10   JUDGE CHAPPELL: Okay, we are back on the
11 record. Go ahead.
12   MR. PRUITT: Thank you, Your Honor. At this
13 time, I would request that we go into in camera
14 session.
15   JUDGE CHAPPELL: All right. At this time we
16 will go into an in camera session. I will need to ask
17 those who are not subject to the protective order to
18 leave the courtroom.
19   (Whereupon, the proceedings were held in
20 in camera session.)
21          - - - - -
22
23
24
25

3445

1  relate to incremental costs of production and would --
2  by lowering those costs increases the incentives of the
3  postmerger firm to expand output and, as a result,
4  having a incentive to supply more to its customers, to
5  the benefit of those customers.
6    Q. Now, Doctor, did you offer an opinion in your
7  report about how these anticipated efficiencies relate
8  to the rationale of this transaction?
9    A. I did.
10   Q. What did you say in that regard?
11   A. That based on the planning for the transaction,
12 that this was a significant component of the
13 transaction, the anticipation of this expansion, the
14 output expansion.
15   Q. Now, finally, Doctor, how do output expansions
16 matter for competitive effects analysis?
17   A. Output expansions and lowering costs matter
18 for competitive effects because they relate to
19 postmerger incentives.
20   And in particular, these lower the costs of
21 expansion for postmerger Tronox and the anticipated --
22 the anticipated output expansion is inconsistent with
23 the anticompetitive effects, for example, that Dr. Hill
24 models and, again, to the benefit of customers of
25 Tronox to have -- to have access to that expanded

18 (Pages 3444 to 3447)

Tronox, et al.                                                        6/20/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 142 of 166
Trial - Public & In Camera
Tronox, et al.                                                                        6/20/2018



35 (Pages 3512 to 3515)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 143 of 166
Trial - Public & In Camera
Tronox, et al.                                                      6/20/2018



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

# In the Matter of:

# Tronox, et al.

*June 21, 2018*
*Trial - Public & In Camera*
*Vol. 15*

### Condensed Transcript with Word Index



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tronox, et al.                                                              6/21/2018

3613

```
 1          Do you see that?
 2      A.  I do.
 3      Q.  Now, you don't have any expertise to opine on
 4  whether Tronox will be able to successfully commission
 5  the Jazan slagger; correct?
 6      A.  That's correct.
 7          MR. LOUGHLIN:  Your Honor, at this point I need
 8  to move in camera.
 9          JUDGE CHAPPELL:  All right.  At this time we
10  will go into in camera session.  I'll need to ask those
11  that are not subject to the protective order to leave
12  the courtroom.
13          Do you have an estimate for how long your
14  in camera questioning will last?
15          MR. LOUGHLIN:  I think about 45 minutes.
16          JUDGE CHAPPELL:  All right.  Thank you.
17          (Whereupon, the proceedings were held in
18  in camera session.)
19          -  -  -  -  -
20
21
22
23
24
25
```



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 146 of 166
Trial - Public & In Camera
Tronox, et al.                                                                6/21/2018

3709

1    Q. And what factors, Mr. Stern, affect demand for
2    TiO2 pigment?
3    A. Well, there are lots of demand-influencing
4    factors, but some of those are price, level of
5    competition, number of players, all of which factor
6    into product demand.
7    Q. Does GDP affect the demand for TiO2?
8    A. In the specific case of TiO2, TiO2 is what we
9    call a lifestyle product, meaning that its demand and
10   demand growth rate are closely tied to GDP growth
11   rates.
12   Q. Do the same factors affect the demand for TiO2
13   on a global basis?
14   A. Yes, they do.
15   Q. Does Figure 23 on page 59 of your report
16   specifically illustrate how global GDP relates to TiO2
17   pigment demand?
18   A. Yeah. What's shown in Figure 23 of my report
19   is the relationship between global GDP and world TiO2
20   demand. You can see that they are not --
21   Q. Mr. Stern, I am going to stop you for one
22   moment, because I would like to ask Mr. Thomas to
23   please bring up Figure 23 on the screen. I'm sorry for
24   interrupting you.
25   A. Not at all.

3710

1    Q. Please continue. So with respect to what --
2    what does Figure 23 show?
3    A. This, as I said, shows the relationship between
4    global GDP growth and TiO2 demand growth on a global
5    basis for the last 20 or so years. You can see that
6    these curves or lines, if you like, are not identical
7    but track each other pretty well over time, and, of
8    course, there are a couple of periods where I suppose I
9    would say there are dislocations.
10   For example, following the great recession of
11   2008, 2009, we see a significant increase in the world
12   TiO2 demand, not surprising coming out of a recession,
13   but then a significant decline in world TiO2 demand,
14   largely caused by feedstock shortages but,
15   nevertheless, tracking pretty closely with world GDP
16   growth.
17   Q. Does Dr. Hill analyze changes in the level of
18   TiO2 demand from year to year in his report or the
19   causes of those changes?
20   A. He does not.
21   Q. Let's turn to some questions -- and we can take
22   that down, Mr. Thomas, thank you -- about costs and
23   prices in the TiO2 industry, and I'd particularly like
24   to turn to page 56, paragraph 124, in your expert
25   report, which is RX 0171, and ask Mr. Thomas to bring

3711

1    up that paragraph, paragraph 124 on page 60.
2    A. I have paragraph 124, but that's not what's
3    shown on the screen.
4    Q. There we go.
5    And, Mr. Thomas, if you could please highlight
6    all of paragraph 124, including the bullets.
7    In paragraph 124, do you note a number of
8    factors that you maintain determine TiO2 prices?
9    A. Yes.
10   Q. And in the first bullet, you note, "Global
11   supply/demand balance (best represented by average TiO2
12   plant operating rates globally) as well as inventory
13   balances."
14   What is a plant operating rate?
15   A. A plant operating rate is the ratio or
16   quotient, if you like, of the rate at which a plant is
17   actually producing product divided by its -- what we
18   call in the industry nameplate capacity, or you might
19   think of it as total capacity if the plant were
20   operating full out, at its full capability.
21   So you could well imagine that if a plant were
22   doing so, operating at its full capability for some
23   period of time, its operating rate would be 100
24   percent.
25   Q. Are operating rates an indication of global

3712

1    supply/demand balances?
2    A. Of course, they are, yes.
3    Q. And why are operating rates an indication of
4    global supply/demand balances?
5    A. Because when demand for a product is strong,
6    approaching supply capability to provide that product,
7    necessarily plant operating rates will be high, and the
8    reverse is true as well.
9    Q. In the TiO2 industry, do producers have an
10   incentive to run their plants at high operating rates?
11   A. Sure they do, yes.
12   Q. And why is that?
13   A. Again, this is true of TiO2 as well as
14   virtually any chemical you can think of, and that's
15   because this is an industry which is highly
16   capital-intensive. Plants are large, cost a great deal
17   of money to build, and so the harder you run them, the
18   lower your fixed costs per pound of product produced.
19   Q. Now, going back to your first bullet point in
20   paragraph 124 of your report, why does the bullet point
21   reference "global supply/demand balance"?
22   A. Well, TiO2 is one of those chemicals that is a
23   global chemical or a global -- globally marketed
24   chemical. As you may be aware, there are some
25   chemicals that don't fall into that category because

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 147 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/21/2018

3725

1      A.  This refers very simply to different grades of
2  TiO2 which often, not always, but often sell at
3  different prices.
4      Q.  The sixth bullet in your list of factors in
5  paragraph 124 reads "Producer market strategy," and the
6  example given is "if a producer will necessarily lose
7  to increase market share or win back market share after
8  a production interruption."
9          What does this refer to?
10     A.  You can well imagine that if a producer has a
11  plant interruption, like the Pori fire that we were
12  talking about, that producer will necessarily lose
13  market share and his competitors will jump in to gain
14  market share.
15         In that example, when the plant comes back
16  online, the producer more than likely will provide
17  incentives to his previous customers as well as to
18  other customers to once again begin buying from him.
19  And one of the ways to do that is to provide a price
20  incentive.
21     Q.  The last bullet on your list of factors
22  affecting TiO2 prices in paragraph 124 reads "Supplier
23  power," and then the example given is "in light of the
24  recent consolidation in customer market through mergers
25  and acquisitions."

3726

1          What does this refer to?
2      A.  What I'm talking about here is essentially what
3  we refer to as consumers as the Walmart effect.
4  Walmart, being such a large purchaser, exacts the best
5  prices it can from its suppliers, passing those on to
6  its customers.
7          That's essentially what's going on here.  Take
8  the paints and coatings market, which is the largest
9  market for TiO2.  Those companies have consolidated
10  significantly over the course of the past several years
11  through mergers and acquisitions, and they exert a
12  great deal of pressure on their suppliers,
13  TiO2 producers, and presumably others to get the best
14  prices, which they then have the opportunity to pass on
15  to their customers.
16     Q.  And we'll return to that later, Mr. Stern, and
17  particularly to questions about consolidation in the
18  paint and coatings industry.
19         So we have just covered the factors that you
20  maintain determine TiO2 prices as set forth in
21  paragraph 124 of your report.
22         Do you know how prices are established for
23  individual customers in the TiO2 industry?
24     A.  Sure.  And that is by negotiation between
25  supplier and customer.

3727

1      Q.  Do you have knowledge of contracts that are in
2  place between TiO2 suppliers and their customers?
3      A.  Yes.
4      Q.  Have you seen TiO2 contracts between suppliers
5  and customers before?
6      A.  Hundreds of them.
7      Q.  Do you know whether prices are set in contracts
8  between suppliers and customers of TiO2?
9      A.  I'm sorry.  Could you repeat the question.
10     Q.  Yes.
11         Are prices set in the contracts between
12  suppliers and customers of TiO2?
13     A.  No.  The contracts are -- well, we call them
14  supply contracts, and that's what they are.  They
15  indicate that a producer will produce and supply, and a
16  consumer will consume, or "offtake" is the term we use.
17  But price levels typically are not specified in the
18  contracts.  That then is the beginning point for
19  negotiations between the producer and consumer.
20     Q.  All right.  Now, are you familiar with the term
21  generally "delivered basis" as it's used in supply
22  contracts in the chemical industries?
23     A.  Yes.
24     Q.  Is the term "delivered basis" used in
25  TiO2 contracts?

3728

1      A.  Virtually all the time.  Yes.
2      Q.  And what does it mean?
3      A.  "Delivered basis" simply means that the price
4  you pay is a price that includes the cost of delivery.
5      Q.  Does the volume of TiO2 purchased by a
6  customer affect the price that a customer pays for
7  product?
8      A.  Well, again, reminding you that the price is
9  always a function of negotiation, generally speaking,
10  larger consumers get better prices.
11     Q.  Do TiO2 customers in North America typically
12  have supply contracts?
13     A.  Yes.  That's a very common feature of large
14  offtakers in North America.
15     Q.  Do TiO2 customers outside of North America
16  typically have supply contracts?
17     A.  Normally not the ones that are not global
18  offtakers.
19     Q.  Are you familiar with the term
20  "price protection" as it's used in TiO2 supply
21  contracts?
22     A.  Yes, I am.
23     Q.  And what does "price protection" mean as it's
24  used in those contracts?
25     A.  "Price protection" refers to the fact that if

32 (Pages 3725 to 3728)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 148 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/21/2018

3729

1    TiO2 producers announce price increases, those price
2    increases will not affect customers that have price
3    protection for a specified period of time, normally
4    90 days.
5        Q.  Is a price protection feature common in
6    TiO2 supply contracts outside of North America?
7        A.  No.  It's more of a North American phenomenon.
8        Q.  Does price protection affect the timing of
9    TiO2 price movements in different areas around the
10   world?
11       A.  Sure, it does.  Yes.
12       Q.  How so?
13       A.  Well, if prices in North America for customers
14   that have these kinds of protections written into their
15   contracts can't change for a specified period of time,
16   that will necessarily affect price levels in
17   North America.
18       Q.  Having talked about costs and prices, now let's
19   turn to margins.
20           And in your report, do you criticize Dr. Hill
21   for discussing TiO2 prices without also discussing
22   costs and margins?
23       A.  Yes.
24       Q.  Do prices and margins move in tandem in the
25   TiO2 industry?

3730

1        A.  They don't.  In a theoretical world, they
2    might, but in the real world, they don't always move in
3    the same direction.
4        Q.  Let's look at figure 18 on page 51 of your
5    report, which is titled TiO2 Pigment Producer EBITDA
6    Margin Percent and World Price.
7            First, what does "EBITDA" stand for as used in
8    the title of the graph?
9        A.  That's a measure of earnings.  It's -- the
10   acronym refers to earnings before interest, taxes,
11   depreciation and amortization.
12       Q.  What does figure 18 show about margins in the
13   TiO2 industry and world TiO2 price over the period of
14   2011 to 2017?
15       A.  Well, just for orientation, the world price is
16   the sort of purplish line on the top of the figure, and
17   that relates to the Y axis on the left, and the sort of
18   greenish-color line under it is an expression of EBITDA
19   margin percent, and that relates to the Y axis on the
20   right side.
21           And you can see just by inspection that the
22   shape of the two curves is not the same, so
23   illustrating the point I made earlier that prices and
24   margins don't always move in the same direction.
25       Q.  Looking at figure 18, are margins dropping more

3731

1    rapidly than price in the 2012-2013 and also 2015 to
2    2016 time periods?
3        A.  Yes.  Those are the two periods that are shown
4    by the significant downward movement in margin percent
5    during the periods that you indicated.
6        Q.  And why is it that margins are dropping more
7    rapidly than price in the 2012-2013 and 2015 to
8    2016 period?
9        A.  Well, let's take a step back and recognize that
10   what we're talking about is a period between 2012 and
11   2016 that was a significant cyclical downturn period in
12   the TiO2 business.  Some people call it an extended
13   cyclical downturn, lasting about four years.
14           And in that period, as prices tend to head
15   south, producers struggle to cover their costs and
16   don't always succeed, so one of the things they
17   incur -- and we mentioned this this morning -- is they
18   incur higher fixed costs levels per pound because of
19   the fact that they have these great big plants that
20   cost a great deal of money that are not operating at
21   high operating rates.  Why?  Because demand is weak.
22           So these are periods when demand was weak,
23   prices were soft, and producers struggled to cover
24   costs.
25       Q.  Now, you testified earlier that prices for

3732

1    TiO2 in different areas of the world are not always the
2    same at a given point in time.
3            Are prices in North America always higher than
4    prices in the rest of the world, or does it fluctuate?
5        A.  They're not always higher.  They do fluctuate.
6            Prices in North America tend to be stickier, if
7    I can use that term, than the rest of the world,
8    because of the contractual nature of much of the
9    market.
10           So just to take you back, we've talked about
11   contractual arrangements with price protection for a
12   significant part of the U.S. market.  That has the
13   effect of delaying changes in price, and here I'm
14   talking about delaying upward changes in price.
15           Consequently, in such circumstances, when
16   prices are moving northward in the rest of the world,
17   North America will lag those upward prices because of
18   the existence of price protection.
19       Q.  Do higher prices in one area of the world mean
20   that margins are also higher in that area?
21       A.  Not necessarily.  As we just discussed on
22   figure 18, it's not necessarily the case that prices
23   and margins move in the same direction.  The
24   difference, of course, is costs.  At its most basic
25   level, we can think about price minus cost equals

33 (Pages 3729 to 3732)

3745

1    off.
2        Q. How did TiO2 customers respond to these price
3    increases in 2012?
4        A. After the peak in the first quarter of 2012,
5    the response was to curtail purchases of TiO2 to a very
6    large extent, living off inventories, the so-called
7    destocking phenomenon that I referred to earlier.
8        Q. Do you know the status of Chinese
9    TiO2 production during this price peak of 2012?
10       A. Yeah. That was towards the beginning of
11   Chinese producers being ready for prime time in the
12   TiO2 business, and so they ramped up their production,
13   but at the time, to a large extent, their product
14   quality didn't equal product quality in the west.
15       Q. When did their product quality meet product
16   quality in the west?
17       A. It's been rapidly improving since that time, up
18   to the present time, and it continues.
19       Q. Back to the price cycle, what happened globally
20   to TiO2 demand and prices as the year 2012 progressed?
21       A. Yeah. So as I said, 2012, the early part of
22   2012, particularly first quarter, is when prices peaked
23   and demand fell off significantly. The destocking
24   phenomenon took over. The consequence of that was a
25   deep and long-lived reduction in TiO2 prices that

3746

1    lasted essentially until first quarter of 2016.
2        Q. So when did the cycle reach its bottom or its
3    trough?
4        A. I would say the end of 2015, first quarter of
5    2016.
6        Q. And what happened financially to TiO2 producers
7    in this trough of 2015 to early 2016?
8        A. The trough is of course the worst time in the
9    cycle, with producers struggling to cover cash costs at
10   soft price levels. Several of them had their financial
11   status downgraded. This was a very difficult time to
12   be in the TiO2 business.
13       Q. What was the status of demand for TiO2 during
14   this trough period of late 2015, early 2016?
15       A. Yeah. Demand was very soft. Prices were very
16   weak.
17       Q. And what was the status of TiO2 inventory
18   during this trough period of late 2015, early 2016?
19       A. If consumers are not buying TiO2, but
20   TiO2 producers continue to make TiO2, then you can
21   understand that TiO2 inventories were growing.
22       Q. During this trough period of late 2015, early
23   2016, were some TiO2 suppliers in need of cash to run
24   their businesses?
25       A. Well, they're always in need of cash to run

3747

1    their businesses, but during times like the one we're
2    talking about, they have typically very large
3    quantities of inventory tying up working capital or
4    cash that would reach unhealthy levels.
5        Q. And during this trough period of late 2015,
6    early 2016, did some TiO2 producers control production
7    and reduce output of TiO2?
8        A. Of course. In an effort to stop the growth of
9    their own inventories tying up working capital, the
10   only lever that they have is reducing production. You
11   can't -- you can't take the product and dispose of it
12   in some -- you can't dump it in the ocean. You can't
13   drink it. It's either you sell it or you stop making
14   it.
15       Q. If, for example, Tronox had not reduced
16   production during this time period, what would you
17   expect would have happened to the company?
18       A. Well, had they not stopped or at least cut back
19   on production, they would have continued building
20   unsold inventory, tying up working capital that they
21   didn't have. It's entirely likely they would have
22   found themselves right back in Chapter 11.
23       Q. Now, in periods in the TiO2 price cycle when
24   demand has been high, have TiO2 producers reduced
25   production?

3748

1        A. No.
2        Probably the best illustration of that is the
3    period we're in right now, which is a cyclical
4    upswing. Producers are operating as full-out as they
5    can to try to keep up with demand. If what you suggest
6    was a workable strategy, we would see producers cutting
7    back on supply in order to get prices up. I'm not
8    aware of anybody doing that.
9        Q. Does Dr. Hill acknowledge the status of the
10   TiO2 price cycle when he criticizes TiO2 producers for
11   controlling output during economic downturns?
12       A. No. He doesn't -- he doesn't take the cycle or
13   cyclical behavior or cyclical price into account at
14   all in his analysis.
15       Q. All right. Mr. Thomas, we can take down
16   RDX 0030.
17       Let's now turn to Cristal and Tronox'
18   experience during the most recent TiO2 price cycle.
19       And do you discuss this experience beginning on
20   page 72 of your report?
21       A. Yes, I do.
22       Q. I'd like to start with figure 28 on
23   page 74 regarding Tronox' Hamilton plant inventory
24   utilization rate.
25       Now, keeping in mind that we're in public

37 (Pages 3745 to 3748)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 150 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/21/2018

3749

1    session and without revealing specific data points,
2    what does figure 28 show?
3        A. This is an illustration of Hamilton plant's
4    operating rate superimposed against its inventory
5    level, and so you can see that in the period we were
6    just discussing in 2012, when demand plummeted,
7    inventories began to rise. And as they did, Hamilton
8    took the decision to reduce production in order to
9    reduce excess inventory.
10       Similarly, you can see other periods, like, for
11   example, in the middle of 2013 -- towards the end of
12   2013 -- sorry -- when, again, inventories were at
13   unacceptable levels, production was slowed to reduce
14   excess inventory.
15       And then the final thing I'd point out here is
16   that as inventories again began to grow to unacceptable
17   levels in the, let's call it, second quarter of 2015,
18   Tronox suffered a downgrade from Moody's because of the
19   unacceptable level of working capital tied up in
20   inventory.
21       Q. Now, looking at figure 28, even outside of the
22   periods of excess inventory, do operating rates still
23   move up and down rather than remaining constant?
24       A. Of course, they do.
25       This is -- this is not the way one would choose

3750

1    necessarily to operate a TiO2 or for that matter any
2    other chemical plant. The best way to operate that
3    plant would be at a steady-state level with a singular
4    operating rate, because that's the most efficient way
5    to operate a plant.
6        Nevertheless, you can see by the sort of jagged
7    curve here that that is not the case, and we just
8    discussed one of the reasons why that is, and that's
9    because of specific decisions to reduce operating rate
10   when inventories grow. But there are other reasons why
11   plants experience ups and downs in operating rates, and
12   many of those are the result of both planned and
13   unplanned outages at operating facilities.
14       So planned outages are easy to understand.
15   They are typically for routine, planned maintenance
16   purposes. Unplanned outages, as the name implies,
17   occur when there's a power outage or a piece of
18   equipment goes down or, as the name implies, something
19   unplanned occurs.
20       Q. How long do planned and unplanned outages
21   last?
22       A. Well, planned outages are easier to categorize
23   because, again, as the name implies, you plan them.
24   And typically they will last for some number on the
25   order of weeks.

3751

1        Unplanned outages are something quite
2    different, and they can take a plant down for a matter
3    of a couple of hours to a matter of a couple of weeks
4    or longer, depending on the event.
5        Q. Is it easy to restart a plant after an outage?
6        A. It isn't. And that's part of the problem. If
7    an outage is of a very short duration, it normally
8    would be easier to restart the plant.
9        But I don't want to give you the impression
10   that operating a plant is as easy as flipping a switch,
11   because it isn't. There are conditions of temperature
12   that need to be reached. There are conditions of
13   material flow that need to be reached. There are
14   obstructions outages that occur that frequently cause
15   material to solidify within a plant. That then
16   requires somebody to come in with a jackhammer and
17   clear the obstruction out of the way.
18       So they're difficult to categorize in terms of
19   timing, but they're never desirable.
20       Q. Now, Mr. Stern, looking back again at
21   figure 28 -- and I know you have that open -- on
22   page 74, you testified that you indicated in
23   figure 28 that Moody's downgraded Tronox.
24       During what period of time was that?
25       A. That was in the fourth quarter of 2015.

3752

1        Q. And have you reviewed the Moody's report that
2    downgraded Tronox during that quarter?
3        A. Yes, I have.
4        MS. DeSANTIS: May I approach?
5        JUDGE CHAPPELL: Go ahead.
6        BY MS. DeSANTIS:
7        Q. Now, Mr. Stern, I've handed you two documents.
8    One is RX 1561, which was the Moody's Investors
9    Service's document that you listed and sent as part of
10   your reliance materials. It is highlighted.
11   Therefore, I have also given you RX 2016, which is a
12   native version of the same document, without the
13   highlights, that came to us from us at FTI, and so I'm
14   going to ask you to look at the native version, but I
15   wanted to make sure that it was clear for the record
16   that we're pricing you with the same one that was
17   provided as part of your reliance materials.
18       Mr. Thomas, I'd like to ask you please to bring
19   up RX 2016 on the screen, just the cover, page 1.
20       And Mr. Stern, I'd like to direct your
21   attention to the rating action.
22       What is stated as the rating action on
23   RX 1561?
24       A. The rating action was that Moody's downgraded
25   Tronox to B2 with a negative outlook.

38 (Pages 3749 to 3752)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 151 of 166
Trial - Public & In Camera
Tronox, et al.                                                          6/21/2018

3769

1    A. No, it wasn't.  It was reporting a loss from
2  operations during that time.
3    Q. Let's look at Cristal's experience during this
4  cycle and particularly at its utilization rates and
5  reductions in output at Ashtabula.
6      In your report, did you look at operating rates
7  during the 2009 to 2016 time frame at Ashtabula I in
8  your Figure 30 on page 77?
9    A. Yes, I did.
10    Q. Now, keeping in mind that we are in public
11  session and without revealing any confidential data
12  points, what does Figure 77 tell us about Ashtabula
13  inventory and utilization rate?
14    A. It tells us that inventory was steadily growing
15  during the early part of this time period up to the
16  second quarter of 2013, and then it declined
17  thereafter.
18    Q. Looking at Figure 30, is there any evidence
19  that Cristal reduced its output to drive up price in
20  the period from 2009 to 2016?
21    A. No.
22    Q. Mr. Stern, are you aware of any periods at
23  either Cristal's Ashtabula I or Ashtabula II where
24  Cristal deliberately shut down production to drive up
25  price?

3770

1    A. No.
2    Q. Now, let's look at Dr. Hill's Figure 24 on page
3  63 of his report, which shows Tronox -- Tronox's and
4  Cristal's prices.
5      Your Honor, may I approach with Figure 24?
6      JUDGE CHAPPELL:  Go ahead.
7      BY MS. DESANTIS:
8    Q. Now, I have handed you Figure 24, which I know
9  you can also find in Dr. Hill's report in front of you,
10  but it is from PX 5000 at page -064.
11      Did Tronox's or Cristal's prices rise according
12  to Dr. Hill's own figure in the period from 2012 to
13  2016?
14    A. You can see an increase in price in the very
15  beginning of that period, the early part of 2012, but
16  from that point there was a steady decline in prices
17  through the end of 2015, into 2016, for both Cristal
18  and Tronox.
19    Q. And is this a period, from 2012 to 2016, in
20  which Dr. Hill maintains that the TiO2 producers,
21  including Tronox and Cristal, were reducing output to
22  drive up price?
23    A. Yes, that's what he says.  I don't -- I don't
24  see any evidence that prices were driven up, but I do
25  see that he says that, yes.

3771

1    Q. So if driving up price by reducing output were
2  intended by Tronox and Cristal at any time in the 2012
3  to 2016 time frame, were they successful?
4    A. No, they were not.
5    Q. Does the continuing decline in prices of TiO2
6  during the period from 2012 to 2016 tell you anything
7  about the TiO2 market in the face of output reductions
8  by suppliers?
9    A. It tells you a great deal.  It tells you that
10  supply outstripped demand, leading to a weak pricing
11  environment and producers who were struggling to reduce
12  supply by trying to reduce inventory.
13    Q. In addition to discussing periods of output
14  reduction at Cristal and Tronox, does Dr. Hill also
15  cite plant closures in the TiO2 industry as evidence
16  that producers reduced output to control price?
17    A. He does, yes.
18    Q. So let's go through these.
19      Did Millennium, now Cristal, close the Hawkins
20  Point sulfate plant in 2001?
21    A. They did.
22    Q. Did Cristal close the Le Havre sulfate plant in
23  2008?
24    A. Yes, they did.
25    Q. Did Huntsman close the Grimsby sulfate plant in

3772

1  2009?
2    A. Yes.
3    Q. Did Tronox close the Savannah chloride plant in
4  2009?
5    A. Yes.
6    Q. And did Cristal close Hawkins Point chloride
7  plant in 2011?
8    A. They did, yes.
9    Q. What were the reasons for these plant closures?
10    A. Generally --
11      MR. PAI:  Objection, Your Honor.  Foundation.
12      MS. DESANTIS:  Your Honor, in Mr. Stern's
13  report -- and I can give you the paragraph cites -- he
14  has covered all of these plant closures, has researched
15  in detail and provided information about why they were
16  closed.
17      JUDGE CHAPPELL:  You need to lay the
18  foundation.
19      BY MS. DESANTIS:
20    Q. So, Mr. Stern, in your expert report, do you
21  cover the plant closures that Dr. Hill cites as
22  evidence that TiO2 producers were closing plants to
23  drive up price?
24    A. Yes, I do.
25    Q. Have you studied the reasons for those plant

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 152 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/21/2018

3773

1  closures?
2      A.  Yes, of course.
3      Q.  And in your report, have you set forth reasons
4  for which these plants were closed?
5      A.  Yes.
6      Q.  What were the reasons for these plant closures?
7      A.  Generally speaking, the overriding reason was
8  poor economic conditions, weak TiO2 markets.  There
9  were also situations where some of the plants you cited
10  were either too small to be cost-competitive or
11  producing a product that was no longer needed by the
12  market.
13      Q.  Did the plant closures in the United States
14  result in insufficient capacity to meet demand?
15      A.  No.
16      Q.  Did any of the plant closures in Europe result
17  in insufficient capacity to meet demand?
18      A.  No.
19      Q.  Were TiO2 production or capacity expansions
20  taking place outside of China from the mid-1990s
21  onward?
22      A.  Well, in the mid-1990s, there was growth of
23  world-scale plants outside of China in the TiO2
24  business, but since that time, the growth we have seen
25  is what we call in the industry capacity creep, the

3774

1  result of debottlenecking efforts to improve plant
2  capacity by 2 percent or 3 percent a year.
3      Q.  Okay.  Let's look particularly at some
4  expansions by producer.  Has Chemours expanded its
5  capacity over time?
6      A.  It depends on how you do the arithmetic.  They
7  did build 200,000 tons a year of additional capacity at
8  their Altamira, Mexico, plant, but that was accompanied
9  by a shutdown in about the same quantity of production
10  at two of its U.S. plants.
11      Q.  Has Huntsman expanded capacity?
12      A.  Not significantly, no.
13      Q.  Have Tronox and Cristal increased capacity by
14  debottlenecking or other efforts?
15      A.  Yeah, that's the -- that is how we have seen
16  capacity increases over the course of roughly the last
17  20 years, largely by debottlenecking or what we call
18  capacity creep.
19      Q.  With respect to greenfield plants -- do you
20  know what I mean by the term "greenfield"?
21      A.  A greenfield plant is a plant that's built
22  where there isn't an existing plant.
23      Q.  Are greenfield plants being built in the United
24  States or in North America today?
25      A.  No, they are not.

3775

1      Q.  Are greenfield plants being built in China?
2      A.  Yes, they are.
3      Q.  Do you know whether it is less expensive to
4  build greenfield plants in China than in the United
5  States?
6      A.  It is less expensive to build greenfield plants
7  in China than in the United States, for TiO2 as well as
8  many other chemical products.
9      Q.  Do you know how much less expensive it is to
10  build greenfield plants in China than in the United
11  States?
12      A.  I've seen lots of estimates that are in the 30
13  to 40 percent range.  I think that's a pretty fair
14  estimate.
15      Q.  So, Mr. Stern, I now want to turn to your
16  opinion that -- and I am going to ask Mr. Thomas if he
17  could please bring up -- thank you, you know exactly
18  which one I wanted, RX 0029 -- your opinion regarding
19  the TiO2 market and its global nature.  Could you
20  please read your second opinion to orient us?
21      A.  It says, "The TiO2 market is global, and new
22  Chinese producers have transformed the global market,
23  continuing to take market share from Western
24  producers."
25      Q.  Now, to question you about this opinion, I'd

3776

1  like to begin with Figure 7 on page 23 of your report,
2  which is titled "Global TiO2 Capacity in 2017."
3          And, Mr. Thomas, I would like to ask you,
4  please, to bring up Figure 7.
5          What does this figure show, Mr. Stern?
6      A.  This is an illustration of TiO2 capacity in
7  2017, and it illustrates the six largest producers
8  around the world, comprising 60 percent of global
9  capacity.
10      Q.  I see that 40 percent of capacity is in the
11  category of "others."  Who are the "others"?
12      A.  Well, there are a lot of producers in China.
13  There are producers in Eastern Europe, producers in
14  India, producers in a variety of places.  There's a
15  producer in -- actually, I take it back.  There's a
16  Cristal plant in Brazil.  So these are plants in other
17  parts of the world that don't rise to the level of
18  being a so-called "major global producer."
19      Q.  And by now the Court is familiar with the names
20  of the global producers, but could you state who they
21  are based on this chart?
22      A.  Sure.  The largest one is Chemours, formerly
23  DuPont; next we have Cristal and Venator, Venator
24  formerly Huntsman; Lomon Billions, the combination of
25  two Chinese companies; Kronos; and Tronox, formerly

44 (Pages 3773 to 3776)

Tronox, et al.                                                          6/21/2018

3781

1  Billions' plans that you've become aware of to expand
2  chloride TiO2 capacity?
3       A. Yes.
4       Q. Can you describe what you know about Lomon
5  Billions' plans for expanding chloride TiO2 capacity?
6       A. Sure. Lomon Billions has a 100,000-ton-a-year
7  chloride plant that's currently operating at around
8  about 70,000 tons a year, on its way up to that
9  nameplate. It was operating at a significantly lower
10  level not very long ago, so it's worked its way up to
11  70,000, as I say, on its way to the nameplate.
12       They have announced that they are building an
13  additional 200,000 tons a year and have said that that
14  will be commercial during the year 2019. Moreover,
15  they have announced plans for an additional 300,000
16  tons a year sometime in the 2020s. So quick arithmetic
17  gives me a total of 600,000 tons that are likely to be
18  ascribable to Lomon Billions within the next few years.
19       Q. Does Figure 8 on page 36 of your report cover
20  Lomon Billions' projected growth?
21       A. Yes, it does.
22       Q. And if I can ask Mr. Thomas to please bring up
23  Figure 8 on page 36.
24       Now, was a 2017 Lomon Billions presentation the
25  source for your information on Figure 8?

3782

1       A. Yes.
2       Q. Is Lomon Billions the only TiO2 producer in
3  China?
4       A. No, no, not at all.
5       Q. Has there been evolution in TiO2 capacity in
6  China since 2012?
7       A. Yes.
8       Q. Does Figure 10 on page 39 of your report
9  concern China's capacity evolution from 2012 forward?
10       A. Yes, it does.
11       Q. I'd like to ask you to take a look at that, and
12  keeping in mind that we are in public session and
13  without revealing the data points, can you tell us what
14  Figure 10 shows about capacity evolution in China from
15  2012 going forward?
16       A. Yeah, the -- the message of Figure 10 in my
17  report is simply that the average capacity per site in
18  China has been climbing and climbing rapidly and is
19  projected to continue climbing, while the number of
20  operating sites has been declining.
21       Q. Do you know why is it that capacity is
22  increasing in China while the number of production
23  sites is declining?
24       A. Sure. To a very large extent, that is the
25  result of economies of scale. We know that larger

3783

1  plants have better operating economics than smaller
2  plants. That's not a secret to anyone in the chemical
3  industry. It's certainly not a secret to the Chinese,
4  and they are following that strategy.
5       Q. Now, does Lomon Billions produce both chloride
6  and sulfate TiO2?
7       A. Yes, they do.
8       Q. Is Lomon Billions the only Chinese producer
9  producing chloride TiO2?
10       A. No.
11       Q. Do you know what Lomon Billions' nameplate
12  capacity is for chloride TiO2?
13       A. As we sit here today, it's 100,000 tons a year.
14       Q. Let's go back to Figure 7 for a moment, if we
15  could, Mr. Thomas, and if you could bring that up on
16  the screen.
17       Of the producers shown on your Figure 7,
18  Mr. Stern, which producers are the lowest cost pigment
19  producers today?
20       A. It's generally acknowledged that the lowest
21  cost producers in the business are Lomon Billions and
22  Chemours.
23       Q. And does Figure 14 on page 46 of your report
24  explain Chemours' scale and cost advantage relative to
25  other TiO2 producers?

3784

1       A. Yes, it does.
2       Q. And, again, keeping in mind that we're in
3  public session and without revealing confidential data,
4  what is shown in Figure 14?
5       A. The simple message of Figure 14 is that
6  Chemours enjoys a significant scale advantage which
7  confers a cost advantage on its production facilities.
8       Q. Let's now look at Figure 15, also on page 46 of
9  your report, titled "Industry Cost Structure."
10       Mr. Stern, is your Figure 15 a cost curve?
11       A. It's a form of a cost curve, yes.
12       Q. What is a cost curve?
13       A. A cost curve is a very useful graphical way to
14  explain the evolution of production costs as a function
15  of capacity in any chemical business, certainly the
16  TiO2 business, and it begins -- if you can imagine, it
17  begins with the lowest cost plants and escalates to the
18  highest cost plants, and one can develop such a curve
19  plant by plant or company by company.
20       And what I've done in Figure 15 is to
21  illustrate the relative cost position of Chemours
22  versus Chinese producers versus other multinational
23  companies, and the message here is that Chemours enjoys
24  a cost advantage relative to the Chinese, who
25  themselves enjoy a cost advantage relative to other

46 (Pages 3781 to 3784)

Tronox, et al.                                                        6/21/2018

3789

1   A. If a company is selling above the cash cost
2   line -- that is to say, to the right of the point where
3   that cash cost line intersects the curve -- it is at a
4   competitive disadvantage, and at any designated price
5   level, you can well imagine that there will be some
6   companies that cover their cash costs and do even
7   better than that -- that is to say, the plants on the
8   left -- and then there will be plants that struggle to
9   cover their cash costs and perhaps don't cover their
10  cash costs at a designated price level, and those
11  situations are difficult to sustain over the long term.
12      Q. Now, looking at this cost curve, based on your
13  knowledge of the industry and of the proposed
14  Tronox-Cristal transaction, where do you expect the
15  merged entity to fall with respect to its cost position
16  as a competitor in the industry?
17      A. The simplest way to answer your question is
18  that it would move towards the left --
19      MR. PAI: Objection, Your Honor. Foundation.
20  I don't believe this is in the report.
21      MS. DESANTIS: Your Honor, he has -- he has
22  multiple sections in his report where he discusses the
23  cost position of the various TiO2 suppliers and what
24  this transaction will bring in terms of benefits to the
25  cost position of the merged entity relative to those

3790

1   suppliers.
2       JUDGE CHAPPELL: Based on the objection, you
3   need to ask the witness, is the answer to that question
4   in the report?
5       MS. DESANTIS: Okay.
6   BY MS. DESANTIS:
7       Q. Mr. Stern, in your expert report, have you set
8   forth information on how the proposed transaction will
9   affect the cost position of the merged entity?
10      A. Yes, I have.
11      Q. And have you set forth information as to how
12  the transaction will affect the cost position of the
13  merged entity relative to its competitors?
14      A. Yes, of course.
15      Q. And based on your knowledge of the industry and
16  of the proposed Cristal-Tronox transaction, where do
17  you expect the merged entity to fall with respect to
18  its cost position in the industry?
19      A. It qualitatively will move towards the left,
20  towards the lower cost end of the curve.
21      Q. And so will the proposed transaction enable the
22  merged entity to more effectively compete against
23  Chemours and other low-cost producers like the Chinese?
24      A. Yes, it will.
25      Q. Is it a primary goal of TiO2 producers to

3791

1   maximize production relative to fixed costs?
2       A. Yes, of course.
3       Q. And does the proposed Tronox-Cristal
4   transaction enable the new Tronox to improve or lower
5   its cost position in the industry?
6       A. Yes, it does.
7       Q. Would this lower cost position enable the
8   merged entity to better compete against the Chinese?
9       A. Yes.
10      Q. Now, with respect to competitive strategy
11  post-transaction, would the merged entity have the
12  incentive to unilaterally reduce output to increase
13  price?
14      A. I don't -- I don't see that as one of the
15  objectives of the transaction.
16      Q. Does it make sense to you that in the real
17  world, that the new Tronox, post-transaction, would
18  have any reason to reduce production in order to
19  increase price?
20      A. No, I don't see it that way.
21      Q. Why not?
22      A. Because the objective is to go in the other
23  direction. The objective is to increase production to
24  reduce the fixed-cost components of total costs of
25  production, thereby giving them an opportunity to, A,

3792

1   compete more effectively, and B, offer lower pricing.
2       Q. Now --
3       MR. PAI: Objection, Your Honor. The witness'
4   testimony about the objectives of the company is
5   factual. He is not a qualified fact witness to talk
6   about the objectives of the company post-transaction.
7   I move that that testimony be stricken.
8       MS. DESANTIS: Your Honor, neither the question
9   nor the testimony concerned objectives. It concerned
10  what this expert witness expects in the real world
11  post-transaction based on his expertise.
12      MR. PAI: Your Honor, the testimony was
13  literally, "The objective is to go in the other
14  direction. The objective is to increase production."
15  I'm not sure how it's -- how there can be an argument
16  that the testimony wasn't about objectives.
17      MS. DESANTIS: Your Honor, he may have -- and
18  Mr. Stern can correct if he chooses to use another
19  word, but the question itself concerned what he would
20  expect the companies to do post-transaction. It did
21  not pertain to their objective -- it did not pertain to
22  objective or strategy. The question pertained to what
23  his expectation would be post-transaction based on his
24  expertise.
25      JUDGE CHAPPELL: Well, he's not a fact witness,

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 155 of 166
Trial - Public & In Camera
Tronox, et al.                                                              6/21/2018

3797

1    always achieve higher profitability than the other
2    company they're colluding with.
3        If I were a shareholder in that other company
4    and I was aware that they were setting price levels at
5    a certain level, I would immediately sell my shares in
6    that company and buy shares in Chemours, because
7    that -- at a given price level --
8        MR. PAI:  Objection, Your Honor.  Move to
9    strike all of this testimony.  None of this is in his
10   report.  All that there is is the final sentence of his
11   report which was already read into evidence.
12       JUDGE CHAPPELL:  He's not a broker?
13       MR. PAI:  Pardon me, Your Honor?
14       JUDGE CHAPPELL:  He's not a stockbroker giving
15   stock advice?
16       MR. PAI:  I'm not aware if he's a stockbroker,
17   Your Honor.  I meant the entirety of this testimony was
18   never presented, and this analysis about Chemours was
19   never presented in his report or has been discussed.
20       JUDGE CHAPPELL:  If it's not in his report,
21   it's not allowed.
22       MS. DESANTIS:  Your Honor, he has generally
23   written in his report about why Dr. Hill's predictions
24   are not a reasonable predictor of the behavior of the
25   combined entity --

3798

1        JUDGE CHAPPELL:  Well, let's stick to what he's
2    written.
3        MS. DESANTIS:  -- and he's simply elaborating
4    on that.
5        MR. PAI:  Your Honor, he has one sentence at
6    the very end of his report which doesn't mention
7    coordination, as far as I can tell, in that sentence.
8    This is completely beyond what he has written in his
9    report.
10       JUDGE CHAPPELL:  Elaboration is not going to
11   help anyone win or lose any issue in the case.  It's
12   what's in the report that matters.
13       MS. DESANTIS:  All right.
14       Your Honor, I'd like to ask the witness if he
15   has reviewed some trial testimony on this issue.  May
16   I?
17       JUDGE CHAPPELL:  Go ahead.
18       BY MS. DESANTIS:
19   Q.  So, Mr. Stern, have you reviewed trial
20   testimony of Dr. Hill where he talks about his
21   predictions with respect to the behavior of the merged
22   entity and Chemours?
23   A.  Yes, I have.
24   Q.  And have you assessed that trial testimony?
25   A.  Yes, I have.

3799

1    Q.  Based on your assessment of that trial
2    testimony here in this Court, is it your opinion that
3    it is likely that the new Tronox would collude with
4    Chemours to reduce output to raise prices?
5        MR. PAI:  Objection, Your Honor.  This is a new
6    opinion.  The witness already testified that he has not
7    developed an opinion about coordination between
8    post-merger Tronox and Chemours.  This is not expanding
9    or bolstering or rebutting anything before.  He never
10   developed any sort of opinion on this issue.
11       MS. DESANTIS:  Your Honor, there were aspects
12   of the trial testimony that were new, and that's where
13   I'm planning to go next with Mr. Stern, but this is
14   setting the foundation for his review of trial
15   testimony --
16       JUDGE CHAPPELL:  To the extent the Government's
17   witness floated a new opinion in his testimony, I'll
18   allow this witness to give me his opinion of that
19   opinion that came out from your witness.  And when this
20   is all said and done and we're looking at the record
21   post-trial and the briefing, just point that out.
22       MR. PAI:  Yes, Your Honor.
23       MS. DESANTIS:  All right.  So with respect to
24   the prior question, Your Honor, may the witness answer?
25       JUDGE CHAPPELL:  Do you want her to read it?

3800

1        MS. DESANTIS:  Yes.  Could you read it back,
2    please?  Thank you.
3        JUDGE CHAPPELL:  Go ahead.
4        (The record was read as follows:)
5        "QUESTION:  Based on your assessment of that
6    trial testimony here in this Court, is it your opinion
7    that it is likely that the new Tronox would collude
8    with Chemours to reduce output to raise prices?"
9        MS. DESANTIS:  Your Honor, I don't know if
10   you're waiting for us.  I didn't know if you had
11   anything else to say.  Can the witness answer?
12       JUDGE CHAPPELL:  I was waiting for him to
13   answer.
14       MS. DESANTIS:  Okay, all right.
15       BY MS. DESANTIS:
16   Q.  You can answer, Mr. Stern.
17   A.  The answer is no.
18   Q.  Now, with respect to Dr. Hill's trial testimony
19   that you have reviewed, did he discuss game theory, and
20   particularly a grim trigger strategy --
21   A.  Yes, he did.
22   Q.  -- to predict future behavior by Chemours and
23   the new Tronox?
24   A.  Yes, he did.
25   Q.  Have you ever heard of the grim trigger

Tronox, et al.                                                                    6/21/2018

3801

1   strategy?
2        A.  No.
3        Q.  Based on what you read in Dr. Hill's trial
4   testimony and your experience in the real world of
5   chemical industries, does it make any sense to you that
6   Chemours and the new Tronox would engage in a strategy
7   in which Tronox idles capacity so long as Chemours
8   idles the equivalent capacity, but permanently de-idles
9   its capacity if Chemours doesn't play along?
10       A.  That seems like a ridiculous theory to me.
11       Q.  In your experience in the petroleum and
12  chemical industries, have you ever seen this kind of
13  behavior between competitors in an industry?
14       A.  No, I have not.
15       Q.  Let's turn back to the TiO2 industry in
16  China --
17       JUDGE CHAPPELL:  Before you turn back, it's
18  about 5:45.  We have recouped some of that lost time
19  from this morning.  I don't want to push our luck.
20       How much more time do you think you need for
21  the public version of your direct exam?
22       MS. DESANTIS:  Your Honor, I would estimate an
23  hour for the remaining public version and perhaps as
24  little as 15 minutes for in camera.
25       JUDGE CHAPPELL:  All right.

3802

1        We will reconvene tomorrow at 0945.  We're in
2   recess.
3        (Whereupon, the foregoing hearing was adjourned
4   at 5:45 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3803

1                CERTIFICATE OF REPORTERS
2
3
4        We, SUSANNE BERGLING and JOSETT F. WHALEN, do
5   hereby certify that the foregoing proceedings were
6   taken by us in stenotype and thereafter reduced to
7   typewriting under our supervision; that we are neither
8   counsel for, related to, nor employed by any of the
9   parties to the action in which these proceedings were
10  taken; and further, that we are not relatives or
11  employees of any attorney or counsel employed by the
12  parties hereto, nor financially or otherwise interested
13  in the outcome of the action.
14
15            s/Susanne Bergling
16            s/Josett F. Whalen
17            SUSANNE BERGLING
18            JOSETT F. WHALEN
19            Court Reporters
20
21
22
23
24
25

51 (Pages 3801 to 3803)

# In the Matter of:

# Tronox, et al.

*June 22, 2018*
*Trial - Public & In Camera*
*Vol. 16*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 158 of 166
Trial - Public & In Camera
Tronox, et al.                                                          6/22/2018

3808

1            P R O C E E D I N G S
2                - - - - -
3            JUDGE CHAPPELL:  Okay.  We're back on the
4    record.
5            MR. WILLIAMS:  Would you like me to start with
6    the Europe update, Your Honor?
7            JUDGE CHAPPELL:  All right.
8            MR. WILLIAMS:  Good morning, Your Honor.
9            JUDGE CHAPPELL:  Good morning.
10           MR. WILLIAMS:  On the status of Europe, I do
11   have an update, and I just provided in writing to
12   complaint counsel a notification that summarizes the
13   current state of affairs, Your Honor.
14           It states that "I am writing on behalf of
15   Tronox Limited.  As reported by public sources, the
16   parties expect to receive conditional approval from the
17   European Commission to proceed to closing on or shortly
18   after July 4, 2018.  The approval is likely to be
19   conditional upon the divestiture of a paper-laminate
20   grade that is supplied to European customers from
21   Tronox' Botlek plant.  Tronox is currently in
22   late-stage discussions with a counterparty for
23   divestiture transaction that will satisfy the remedial
24   requirement.  The definitive agreement with that
25   counterparty will be submitted to the

3809

1    European Commission for approval in the coming days.
2    Given the tightly defined scope of the European remedy,
3    we anticipate prompt approval.
4            "Tronox will proceed immediately to close its
5    acquisition of Cristal upon approval of the definitive
6    agreement and the receipt of final approval by the
7    European Commission.  We provided notice of that
8    intention in response to questions from Judge Chappell
9    in the Part 3 proceeding.  We are providing notice in
10   writing to you now for the avoidance of any
11   uncertainty."
12           And then in summary, Your Honor, we expect
13   that on or shortly after July 4, Independence Day over
14   here, we should receive conditional approval
15   conditioned on the divestiture of not a plant, not a
16   line, but a grade of paper laminate titanium dioxide.
17   We're in late-stage negotiations with a potential
18   buyer, and as soon as we have that final approval,
19   which we expect shortly, the parties will proceed
20   immediately to close.
21           We haven't heard from complaint counsel or the
22   FTC what their intentions are with respect to this, but
23   we're ready to move ahead.  And I can answer any
24   questions Your Honor has.
25           JUDGE CHAPPELL:  So are you prepared to tell us

3810

1    in public session this, let's call it a divestiture of
2    one grade of paper, that's going to be a condition
3    that's acceptable to your client to move forward?
4            MR. WILLIAMS:  Yes, Your Honor.  And in fact,
5    as I've mentioned, we're already in late-stage
6    negotiations about a form of a definitive agreement to
7    make that divestiture happen.
8            JUDGE CHAPPELL:  All right.  And so your
9    client, to the extent you need to sign anything to
10   consummate your merger, you've got the pen in hand or
11   that's already done?
12           MR. WILLIAMS:  It's not done yet, Your Honor,
13   but we're waiting just for those final negotiations and
14   final approval of the form of agreement, and then we'll
15   move forward.
16           JUDGE CHAPPELL:  So should the government not
17   move for a preliminary injunction, you will pull the
18   trigger.
19           MR. WILLIAMS:  We will close immediately,
20   Your Honor.
21           JUDGE CHAPPELL:  All right.  Let me just talk
22   about some timing.
23           In the event anyone here would suffer from the
24   delusion that this process would finish up much
25   quicker than a preliminary injunction proceeding in

3811

1    federal court, let me disabuse you of that fantasy.
2    The last two cases here, between the end of trial and
3    my decision, about six months.
4            In 1-800 Contacts, that decision was issued in
5    May 2018.  They haven't even had closing arguments yet
6    on the appeal to the commission.  And there's the
7    pretty much automatic appeal of my decision to the
8    commission.  Once the commission gets a case, it's
9    anybody's guess when you'll get a decision.
10           I don't do preliminary injunctions downtown.
11   I've done them in the past before I wore this robe,
12   from your side and from this side, not this particular
13   government entity but another one.  And I know,
14   because I had many cases with a parallel track, I know
15   how fast that works.  We're talking from the time you
16   finish the injunction hearing, you have arguments, you
17   have -- it's expedited -- sometimes a matter of weeks,
18   no more than a couple of months, depending on the
19   judge.
20           There is no way that this process ends before a
21   preliminary injunction proceeding would end in district
22   court.  And if anybody represents to a district court
23   judge that this process will probably end sooner, I'd
24   like somebody to report that to my office.
25           MR. WILLIAMS:  Absolutely, Your Honor, and

3816

1     the government of your plans.
2         MR. WILLIAMS: That's correct, Your Honor.
3         JUDGE CHAPPELL: All right. Thank you.
4         And Mr. Vote, since it affects all of us, not
5     that I expect an answer, and I think it's pretty clear
6     the commission authorized the government to proceed for
7     preliminary injunction once the complaint issued, can
8     you tell us your plans?
9         MR. VOTE: Your Honor, we would certainly take
10    this information under advisement, talk with my
11    colleagues, see if we can figure out what the correct
12    next steps should be given this information.
13        JUDGE CHAPPELL: You don't intend to let Tronox
14    proceed to consummate the merger, do you?
15        MR. VOTE: No, Your Honor. As we've stated
16    before, if we think it's necessary to go into federal
17    court and seek a preliminary injunction in order to
18    retain our ability to get an effective remedy in this
19    case, then we will do that.
20        JUDGE CHAPPELL: I want to make sure that my
21    office is notified of what's going on in that regard.
22        MR. VOTE: Yes, Your Honor.
23        JUDGE CHAPPELL: All right. Thank you both.
24        MR. WILLIAMS: Thank you, Your Honor.
25        JUDGE CHAPPELL: Go ahead.

3817

1         BY MS. DeSANTIS:
2     Q. Mr. Stern, returning to figure 40, as you look
3     at figure 40, how does North American TiO2 capacity
4     compare to North American TiO2 demand?
5     A. Round numbers, in North America, we have
6     capacity for producing about one and a half million
7     tons a year of TiO2, of which we sell in North America
8     about 750,000 tons. We import an additional roughly
9     250,000 tons.
10        So, again, round numbers, in North America, we
11    have capacity for about one and a half million tons and
12    our demand is about one million tons.
13    Q. So looking still at figure 40 during this time
14    period of 2010 to 2017, has there always been
15    sufficient global capacity to meet global demand?
16    A. Yes.
17    Q. Let's turn to figure 41 on page 107 of your
18    report.
19        JUDGE CHAPPELL: Hold on a second.
20        As I'm processing the news I got this morning,
21    in the normal situation, there's a complaint filed with
22    me, and there's a request for an injunction, and there
23    has to be discovery down the street. In this case I
24    could see perhaps an expedited hearing, depending on
25    the judge's schedule, since discovery is complete. I'm

3818

1     just throwing that out there.
2         MR. WILLIAMS: Your Honor, I appreciate the
3     suggestion, and I agree with you wholeheartedly. I
4     think there's a range of options that if, if, the FTC
5     goes into district court, this could be resolved very
6     quickly in another forum.
7         JUDGE CHAPPELL: And I know you have to say
8     yes, but I can't really see the government letting
9     this merger go forward since you've given them final
10    notice.
11        MR. WILLIAMS: Your Honor, I think we're in an
12    unprecedented area right now. Your Honor mentioned at
13    opening statement that as far as you can tell -- and I
14    think that you're probably the best resource we have on
15    these issues -- this is the first unconsummated merger
16    to go to a Part 3 trial.
17        JUDGE CHAPPELL: Under the current regime of
18    rules that we have.
19        MR. WILLIAMS: That's right, Your Honor. And
20    even then, I've done some research myself on what the
21    FTC has done even in cases that they've cited where
22    they didn't immediately bring a PI, and even in
23    Office Depot versus Staples, for example, before there
24    was a conditional European Union approval, the FTC went
25    into district court and asked for the preliminary

3819

1     injunction.
2         I don't know what's happening right now.
3     Your Honor knows about what we did in Mississippi and what
4     we've been trying to do since then, but I'm very
5     interested to see what the FTC does next, as are our
6     clients.
7         JUDGE CHAPPELL: As are we all.
8         Anything to add?
9         MR. VOTE: No, Your Honor.
10        JUDGE CHAPPELL: Thank you.
11        MR. WILLIAMS: Thank you, Your Honor.
12        BY MS. DeSANTIS:
13    Q. Mr. Stern, looking at figure 41 on page 107 of
14    your report, regarding TiO2 supply-demand balances by
15    region for 2010 to 2017, what does figure 41 show?
16    A. The main message of figure 41 is the enormous
17    overhang of supply relative to demand that has grown
18    significantly over this period in China.
19        Secondly, I would point out that the overhang
20    of supply relative to demand in the Americas is still
21    positive but has shrunk significantly.
22    Q. And what does figure 41 show about supply and
23    demand in Europe from 2010 to 2017?
24    A. It indicates that Europe has always been a net
25    exporter until 2017, when it became a net importer, and

Tronox, et al.                                                                6/22/2018

3832

1    North America were higher and were sustained at a
2    higher level than other regions, that would provide an
3    incentive for North American exporters to turn their
4    ships around and take advantage of the market with
5    higher prices.
6         Q.  Does Dr. Hill maintain that significant
7    arbitrage of TiO2 is unlikely largely because
8    transporting TiO2 long distances is expensive and
9    time-consuming?
10        A.  That is his contention, yes.
11        Q.  Do you agree that those factors would make it
12   unlikely for arbitrage to occur?
13        A.  No.
14        Q.  And why is that?
15        A.  Well, his argument is based on, as you
16   indicated, the transportation of TiO2 being both
17   expensive and time-consuming.  Let's take those one at
18   a time.
19        Shipping TiO2 globally is not expensive.  I
20   think you had testimony earlier this week that talked
21   about numbers of about a hundred dollars a ton to ship
22   TiO2 all around the world.  For a product that sells
23   for -- I don't know -- roundabout $3,000 a ton, that
24   seems like a pretty small price to pay.
25        Secondly, with respect to the notion of being

3833

1    time-consuming, I would agree that if one region were
2    shipping TiO2 to another region that were far away, it
3    would be time-consuming for the first boat to get
4    there.  But after the first boat got there, the fact
5    that it takes a while for the boat to get there goes
6    away because then there are regular shipments all the
7    time.
8         I know lawyers don't like analogies, but the
9    analogy that occurs to me is imports of crude oil from
10   the Middle East to North America or elsewhere.  It
11   takes a long time for the first supertanker to arrive,
12   but then the next day another one arrives and the next
13   day another one arrives.
14        So the fact that it takes time for
15   transportation to occur, as I said, only applies to the
16   first shipment.
17        Q.  Mr. Stern, I now want to turn to chloride and
18   sulfate production.
19        In North America, is almost all production
20   production of chloride TiO2?
21        A.  Yes.
22        Q.  And do you know why that is?
23        A.  I think I do.  Yes.
24        Q.  Can you explain.
25        A.  Sure.

3834

1         If you -- if you were to take yourself back to
2    a time before the 1950s, all production of TiO2 in
3    North America was sulfate-based.  The reason for that
4    is because that was the only technology that was
5    practiced commercially at the time.
6         So I know that's many years ago, but
7    nevertheless, all TiO2 in North America at the time
8    was produced using the sulfate process and necessarily
9    that was the TiO2 that was consumed in North America.
10        Then, in the 1950s, along came the invention
11   of the chloride process, and it was readily seen that
12   the chloride process at the time had what we call in
13   the chemical industry shutdown economics, which
14   essentially meant it was far superior economically and
15   environmentally to the sulfate process, so the chloride
16   process took over, as it should have done, in
17   North America.  And that's why, as we sit here today,
18   virtually all chloride -- sorry -- virtually all
19   TiO2 in North America is produced by the chloride
20   process.
21        That is not the case in other regions.  Europe
22   is an excellent example, which is much closer to about
23   50/50, and that's because they've done a better job at
24   improving the sulfate process, handling the
25   environmental issues, creating markets for sulfate

3835

1    by-products, which -- which we have not done but have
2    not had to do in North America.
3         Q.  Now, with respect to both sulfate and chloride
4    TiO2 -- and I'm speaking of TiO2 whether it's chloride
5    or sulfate -- does your figure 31 show the major
6    end-use applications for TiO2?
7         And it is on page 86 of your report,
8    Mr. Stern.
9         A.  Thank you.
10        Yes, it does.
11        Q.  Now, are chloride TiO2 and sulfate TiO2
12   interchangeable in applications shown in figure 31?
13        A.  They are, yes.
14        You'll note that figure 31 doesn't
15   differentiate between chloride or sulfate TiO2.  This
16   simply illustrates the major end-use applications for
17   TiO2 itself.
18        Q.  And in your expert report, have you set forth a
19   percentage in which TiO2 sulfate and chloride are
20   generally interchangeable?
21        A.  Yes.
22        Q.  And what is that figure that you have set
23   forth?
24        A.  It's roundabout 80 percent.
25        Q.  And what sources do you have for that figure of

8 (Pages 3832 to 3835)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 161 of 166
Trial - Public & In Camera
Tronox, et al.                                                    6/22/2018

3836

1 roundabout 80 percent?
2     A. There really are two sources that I relied on.
3     The first is the IHS Chemical Economics
4 Handbook. I think I mentioned it yesterday. It's also
5 referenced by Dr. Hill, a very well-known source of
6 information about the chemical industry. And they talk
7 about roughly 10 percent of applications as requiring
8 chloride and approximately an equivalent number,
9 10 percent, that require sulfate, leaving the balance,
10 80 percent, in a situation where they can use either
11 sulfate or chloride, so that's -- that's the first
12 source I relied on.
13     But then I looked for another source that
14 would corroborate that and found it in Bain & Company,
15 which is a well-known management consulting firm that
16 studied this issue a number of years, interviewed a
17 number of people in the business, reviewed a number of
18 secondary sources as well, and their conclusion was
19 identical, 80 percent.
20     MS. DeSANTIS: Your Honor, may I approach with
21 the sources that Mr. Stern has just referred to?
22     JUDGE CHAPPELL: Go ahead.
23     BY MS. DeSANTIS:
24     Q. So, Mr. Stern, I'd like to focus first on what
25 has been labeled and is in evidence as PX 9020.

3837

1     What is this document? Is this one of the
2 sources that you described?
3     A. Yes, it is. This is the IHS Chemical Economics
4 Handbook with respect to titanium dioxide. They
5 produce these Chemical Economics Handbooks for dozens
6 if not hundreds of chemicals.
7     Q. And Mr. Thomas, I'd like to ask you please to
8 bring up the cover of PX 9020.
9     And could you please now turn, Mr. Thomas and
10 Mr. Stern, to page 7 of the document, and bring that up
11 on the screen.
12     And could you hone in on the -- I guess it's
13 really the first complete but second complete paragraph
14 beginning "In about."
15     Thank you.
16     So, Mr. Stern, looking at this paragraph, is
17 this paragraph the source for your information in your
18 report that in approximately 80 percent of
19 applications TiO2 sulfate is interchangeable with
20 chloride TiO2?
21     A. Yes, it is.
22     Q. And could you please read from that paragraph
23 what you are relying on to support that figure?
24     A. Yeah. The first sentence reads as follows:
25 "In about 80 percent of applications, either sulfate-

3838

1 or chloride-based TiO2 can be used, but for
2 environmental, economic and quality reasons,
3 chloride-process plants continue to be favored over
4 sulfate plants in industrialized countries,
5 particularly for new production facilities."
6     Q. And let's now look at the next document that
7 you said was a source. That is RX 1503.
8     And I'd like to ask Mr. Thomas to please bring
9 that up on the screen, and if you could flip to the
10 next page, please, Mr. Thomas.
11     Mr. Stern, is this the Bain study that you
12 referred to as the source for the 80 percent
13 interchangeability figure reported in your report?
14     A. Yes, it is. This is the 2012 document.
15     Q. I'd like to ask that you look specifically at
16 page 12, and I'd like to ask Mr. Thomas to bring that
17 up on the screen. Thank you.
18     What does page 12 indicate with regard to
19 substitutability of chloride and sulfate?
20     I'm sorry. What does it show about the
21 investigation by Bain with respect to the
22 substitutability of chloride and sulfate?
23     A. It indicates that substitution potential
24 between chloride and sulfate pigments is their -- is
25 the focus of their work.

3839

1     Q. And let's now turn to page 14.
2     And what does page 14 show with regard to
3 Bain's findings on substitutability of sulfate and
4 chloride TiO2?
5     A. It indicates, as I said earlier, that
6 80 percent of end applications are indifferent towards
7 chloride and sulfate, provided quality is the same.
8     Q. Thank you.
9     Mr. Thomas, we can take that off the screen.
10     Now, Mr. Stern, in your report, you have
11 discussed the quality of Chinese TiO2 over time.
12     How has the quality of Chinese TiO2 changed
13 over the period that you've reviewed in your report?
14     A. The simple answer to your question is:
15 Significantly.
16     MR. PAI: Objection, Your Honor. The witness
17 doesn't have firsthand knowledge to testify about facts
18 about the quality of Chinese TiO2.
19     MS. DeSANTIS: Your Honor, the witness has
20 reviewed substantial materials cited in his report that
21 permits him to opine regarding the quality of Chinese
22 TiO2. He has presented those opinions in his report,
23 and they are well-founded.
24     JUDGE CHAPPELL: Based on the objection, you
25 need to qualify this line of questioning that this is

9 (Pages 3836 to 3839)

Tronox, et al.                                                          6/22/2018

3840

1   included in his report.
2        BY MS. DeSANTIS:
3        Q.  Mr. Stern, in your expert report, have you
4   presented information about the quality of Chinese
5   TiO2 and how it has changed over time?
6        A.  Yes, I have.
7        Q.  And in preparation to present your opinions
8   regarding the changes in the quality of Chinese
9   TiO2 over time, have you reviewed materials,
10  information and testimony regarding the quality of
11  Chinese TiO2?
12       A.  Yes, I have.
13       Q.  And based on what you have learned and what you
14  have presented in your expert report, how has the
15  quality of Chinese TiO2 changed over time?
16       A.  It has changed significantly in the, let's call
17  it, 2010 to 2012 period when China began becoming a
18  significant commercial participant.  The quality was,
19  let's say, not up to Western standards.  It has
20  improved since that time and has continued to improve
21  and in fact continues to improve in the present day.
22       There are still some Chinese producers that
23  don't produce a product considered to be sufficient by
24  Western standards, and I think that has been
25  characterized by witnesses earlier in the week as

3841

1   lower-tier material, but then those same witnesses talk
2   about tier one-type producers that produce TiO2 product
3   that is indistinguishable from Western material.
4        Q.  Now, in preparation for your report, did you
5   also review information as to whether or not Chinese
6   TiO2 is competing with North American-produced TiO2?
7        A.  Yes, I did.
8        Q.  And what is your opinion as to whether or not
9   Chinese TiO2 competes with North American-produced
10  TiO2?
11       A.  There is no question that Chinese-produced
12  TiO2 competes with North American-produced TiO2 not
13  only in other regions of the world but also in
14  North America itself.
15       Q.  And specifically in your report, have you
16  addressed whether Chinese TiO2 is competing with
17  North American-produced TiO2 in the paint and coatings
18  industry?
19       A.  Yes, I have.
20       Q.  And on page 92 of your report, do you cite to a
21  2015 article from PCI, a paint and coatings industry
22  trade magazine?
23       A.  Yes, I do.
24       MS. DeSANTIS:  Your Honor, may I approach?
25       JUDGE CHAPPELL:  Go ahead.

3842

1        BY MS. DeSANTIS:
2        Q.  Now, Mr. Stern, I've handed you RX 1181, which
3   is in evidence.
4        And Mr. Thomas, I'd like to ask you to please
5   bring up the cover on the screen.
6        Is RX 1181 the 2015 article from PCI, a paint
7   and coatings industry trade magazine, that you cite in
8   your report?
9        A.  Yes, it is.
10       Q.  And I'd like to ask Mr. Thomas please to bring
11  up page 3.
12       And could you please highlight the paragraph
13  beginning with "The speed."
14       So, Mr. Stern, did you rely on this particular
15  paragraph in reaching your conclusion that Chinese
16  TiO2 is competing with North American TiO2 in the paint
17  and coatings industry?
18       A.  Yes, I did.
19       Q.  Can you please describe what you see in that
20  paragraph.
21       A.  I can read it to start with.  And it says, "The
22  speed at which Chinese pigment was brought to the
23  world's markets is matched by the speed by which it has
24  become accepted by formulators.  Both phenomena have
25  taken China's international competitors by surprise."

3843

1        Q.  Thank you, Mr. Thomas.  We can take that off.
2        Now, do you recall that in his expert report
3   Dr. Hill maintains that North American market
4   participants agree that sulfate TiO2 is not a
5   substitute for chloride TiO2 for three reasons, the
6   first being that chloride TiO2 has some performance
7   characteristics valued by North American buyers?
8        A.  I did see that in his report.  Yes.
9        Q.  And do you agree with Dr. Hill that chloride
10  TiO2 and sulfate TiO2 are not substitutable because of
11  performance characteristics that are valued by
12  customers in North America?
13       A.  No, I don't.
14       Q.  Why not?
15       A.  Well, we just looked at a couple of sources
16  that talked about an 80 percent interchangeability that
17  would encompass certainly most of the major
18  applications.
19       Secondly, you have lots of testimony on the
20  record that talk about from supplier perspectives what
21  they saw during the 2011-2012 downturn when the
22  chloride material simply was of lower availability and
23  was substituted for by sulfate material either in whole
24  or in blends in part.
25       Secondly, you have significant testimony on the

10 (Pages 3840 to 3843)

Case 1:18-cv-01622-TNM   Document 70-2   Filed 07/23/18   Page 163 of 166
Trial - Public & In Camera
Tronox, et al.                                                      6/22/2018

3848

1   Walmart effect of a very large purchaser of products
2   and other things.  That is effectively what is going on
3   in the paints and coatings business, where a smaller
4   number of very large consumers has greater buying power
5   than a larger number of smaller consumers.
6       Q.  All right.  So, Mr. Stern, we have --
7   thank you, Mr. Thomas.  And I'd like to ask Mr. Thomas
8   to please bring up RXD 0029, the demonstrative that
9   summarizes your opinions.
10      You have testified regarding opinion I and
11  opinion II on this slide.  Mr. Stern, I have a few
12  questions regarding your third opinion regarding the
13  transaction synergies to be expected as a result of the
14  transaction.
15      Have you analyzed the synergies to be expected
16  as a result of the Tronox-Cristal transaction?
17      A.  Yes, I have.
18      Q.  Have you previously assessed synergies to be
19  realized as parts of transactions between companies?
20      A.  Yes.  Of course.
21      Q.  Can you describe that experience that you've
22  previously had in assessing synergies.
23      A.  Sure.
24      I've been involved in many previous deals in
25  the petroleum and chemical industries, both as a deal

3849

1   principal as well as a consultant advising either buyer
2   or seller, and I can tell you that it is always the
3   case that buyers of businesses look to synergies to
4   justify the premiums that they pay for their
5   acquisitions.
6       The objective of an acquisition is not simply
7   to have a larger company where one plus one equals
8   two.  There's no advantage in doing that, and it would
9   not justify a premium paid for that acquisition.  The
10  objective of an acquisition is to have one plus one
11  equal, well, three or some number larger than two.
12      Q.  And based on your experience, how does a
13  company in chemical industries go about generally
14  evaluating the synergies to be realized from a
15  transaction?
16      A.  There are a whole variety of ways that include
17  things like the obvious ones, which are overhead
18  related, so we no longer have two CEOs, now we have
19  one, we no longer have two large management
20  organizations, now we have one.  Those are the obvious
21  things.
22      But on a more operational level, the
23  combination of two companies provides the opportunity
24  for the resulting company to gain the best of both
25  worlds, including things like technology transfer, as

3850

1   an example.
2       Much but not all process technology is
3   patented and therefore available to the interested
4   reader.  Much of what we do in the chemical industry
5   is not the result of technology, but it's the result of
6   what we call technique, meaning, these are trade
7   secrets that are not patented but are practiced all the
8   time.
9       When you put two companies together, you get
10  the advantages of the trade secrets that exist on both
11  sides, and you can deploy those trade secrets or
12  techniques wherever they might be applicable, so
13  there's one example.  And there are lots of others that
14  relate to things like dealings with suppliers and
15  contract negotiations and lots of other things that
16  confer either reduced costs or better marketplace
17  positioning on the resulting company.
18      Q.  Now, with respect to your work on this matter,
19  have you reviewed testimony and information about the
20  expected synergies that would result from the
21  transaction?
22      A.  Yes.
23      Q.  And in your expert report, have you set forth
24  and summarized Tronox' expected synergies?
25      A.  I have, yes.

3851

1       Q.  What are the expected synergies with this
2   transaction set forth in your report?
3       A.  Well, generally, they follow the general
4   description that I just provided to you.  But more
5   specifically, they relate to things like the plant in
6   Yanbu, which has been suffering at very low operating
7   rates since it was built, using Tronox technology, by
8   the way, and so it seems pretty obvious that Tronox
9   would have a significant impact on improving the
10  operating rate and efficiency and consequently the cost
11  posture of that plant, which, despite the expenditure
12  of significant resources, has not achieved that
13  situation.
14      Secondly, we're in a situation where Tronox is
15  a vertically integrated company that is feedstock long
16  at the present time, meaning they produce more
17  feedstock than they can consume themselves.  Their
18  efforts to sell excess feedstock have been less than
19  they thought they would be after the acquisition of
20  Exxaro.  To a large extent, that is the reaction of
21  competitors who would prefer not to be buying
22  feedstock from a competitor.  But the acquisition of
23  Cristal provides a better balance between feedstock
24  availability and feedstock requirements to make TiO2,
25  because Cristal is feedstock short.

12 (Pages 3848 to 3851)

Tronox, et al.                                    6/22/2018

3852

1       So these are just a couple examples of things
2   that I think that new Tronox, if the acquisition
3   proceeded, would be able to take advantage of.
4       Q.  So then are there synergies to be realized as a
5   result of vertical integration in this transaction?
6       A.  Yes.  Of course.
7       Q.  And are there synergies that would be realized
8   with respect to output enhancement as a result of this
9   transaction?
10      A.  Yes.  Those are the two kinds of synergies that
11  I just tried to describe for you.
12      Q.  Would achieving output-related synergies in
13  this transaction provide competitive benefits to the
14  merged firm?
15      A.  Yes.  Of course.
16      Q.  And how so?
17      A.  Well, we talked yesterday as part of our
18  discussion about distribution of fixed costs, and I
19  think I mentioned but will mention now that greater
20  output gives one the opportunity to distribute fixed
21  costs over more pounds going out of the plant
22  facility, and in so doing, that reduces the fixed cost
23  component of production and gives companies the
24  opportunity to achieve a better position on the cost
25  curve globally.

3853

1       Q.  Mr. Stern, is it likely that in the real world,
2   posttransaction, the combined Cristal-Tronox entity
3   would reduce output generally or at Hamilton or
4   Ashtabula in particular?
5       A.  That's very hard to imagine.
6       Q.  And why is that?
7       A.  Hamilton and Ashtabula represent the lowest
8   cost posture for both Tronox and Cristal at the
9   present time.  I don't understand the business logic
10  that would underlie reducing production at those
11  plants, particularly at the present time when we're in
12  an industry upswing.  I'm not aware of any producer
13  that is either reducing production or contemplating
14  reducing production at the present time.
15      We talked yesterday that in industry
16  downturns, in cyclical downturns, that presents a
17  different set of variables, but at the present time I
18  can't imagine that that would be on the drawing
19  boards.
20      Q.  And are you aware that Dr. Hill predicts that
21  postmerger the merged entity would have the incentive
22  to unilaterally reduce output?
23      A.  I did read where he said that.  Yes.
24      Q.  And do you agree with that prediction, based on
25  what you know of the real world?

3854

1       A.  No.
2       Q.  Now, you have assessed and reported throughout
3   your report about Dr. Hill's predictions and
4   conclusions; right?
5       A.  Yes.
6       Q.  As an expert in chemical industries, can you
7   summarize your criticisms regarding Dr. Hill's
8   conclusions and predictions regarding the real-world
9   TiO2 industry.
10      A.  I think he bases those conclusions, certainly
11  his analysis, on some premises that I don't agree
12  with.  I've talked about some of those today.  But the
13  conclusions he reaches don't comport with the way the
14  real world works in the chemical industry as I know
15  it.
16      MS. DeSANTIS:  Your Honor, I have completed my
17  questioning in public session.
18      JUDGE CHAPPELL:  I didn't hear what you said.
19      MS. DeSANTIS:  I'm sorry.  I have completed my
20  questioning in public session, and there will be no
21  need to go in camera.
22      JUDGE CHAPPELL:  All right.  Thank you.
23      Will there be any cross?
24      MR. PAI:  Yes, Your Honor.
25      JUDGE CHAPPELL:  Go ahead.

3855

1       MR. PAI:  Good morning, Your Honor.  Rohan Pai
2   on behalf of complaint counsel.
3       Your Honor, I have a binder that has a few
4   materials that will expedite our cross-examination.
5   May I approach?
6       JUDGE CHAPPELL:  Yes.
7           - - - - -
8           CROSS-EXAMINATION
9   BY MR. PAI:
10      Q.  Good morning, Mr. Stern.
11      As I mentioned --
12      A.  Good morning, Mr. Pai.  Nice to see you again.
13      Q.  Good to see you, too, sir.
14      As you know, I'll be asking you questions today
15  on behalf of complaint counsel.
16      Mr. Stern, you have never been employed by a
17  TiO2 customer; correct?
18      A.  Do you mean as an employee or a consultant?
19      Q.  For the purposes of my examination, when I say
20  "employed," I'm going to mean as an employee, sir.
21      So with that definition, I'll re-ask the
22  question.
23      You have never been employed by a
24  TiO2 customer; correct?
25      A.  Correct.

13 (Pages 3852 to 3855)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 165 of 166
Trial - Public & In Camera
Tronox, et al.                                                          6/22/2018

3900

1    percent owned basically by TASNEE.
2        Q. What raw materials go into the Jazan slagger?
3        A. The two main raw materials would be reductant
4    and mostly used for that would be anthracite, and then
5    ilmenite, which is the feedstock, the titanium
6    feedstock.
7        Q. What are the products that come out of the
8    slagger?
9        A. The slagger produces two mine salable products,
10   titanium slag and high-purity pig iron. There is also
11   offgas coming out of the slagger, but that's not a
12   salable material.
13       Q. What is the Jazan slagger's nameplate capacity
14   for output of titanium slag?
15       A. 500,000 tons of slag per annum.
16       Q. When did Cristal start the commissioning
17   process for the Jazan slagger?
18       A. To the best of my knowledge, they started
19   commissioning in 2015.
20       Q. How would you describe Cristal's attempts to
21   commission the Jazan slagger?
22       A. Well, I think it's fairly public knowledge that
23   the commissioning didn't go well, and currently, the
24   slagger is not operational.
25       Q. Does Tronox have any agreements with AMIC

3901

1    related to the Jazan slagger?
2        A. Yes.
3        Q. What are those agreements?
4        A. We -- we have two agreements. The -- the first
5    would be an option agreement to acquire the slagger at
6    a specific time. It's a five-year option agreement,
7    and in the initial agreement with Cristal to acquire
8    the assets other than the slagger, it refers to the
9    fact that we will negotiate this option agreement.
10       So it's linked to the -- to the -- the main
11   Tronox-Cristal deal via the option agreement, and, of
12   course, this is a very important agreement for us, the
13   slagger. It -- also, we have negotiated and offered to
14   Cristal to -- to have a technical services agreement,
15   and via the technical services agreement, we will
16   assist them to recommission the slagger.
17       Q. Does Tronox plan to get the Jazan slagger up
18   and running?
19       A. Yes, definitely.
20       Q. Do you think that's a reasonable goal?
21       A. Yeah, definitely. The slagger, as I said, it's
22   been referred to in the initial agreement with Cristal.
23   Tronox's business model is one of vertical integration.
24   We -- we need the slag from the Jazan slagger, because
25   as soon as the Cristal-Tronox deal closes, we will go

3902

1    from being currently -- Tronox currently is fully
2    vertically integrated. In fact, we are a little bit
3    long, meaning we have too much feedstock for our own
4    consumption. We are about 200,000 tons of feedstock
5    long.
6        As soon as we close the Cristal deal, we will
7    be short of high-grade feedstock, and, therefore, we
8    need this output from the Jazan slagger. We have done
9    diligence. We have done -- we have -- my various
10   colleagues have number of workshops with Cristal. And
11   when I say "Cristal," it's actually the AMIC people,
12   but I use those terms interchangeably.
13       And so we are very confident that we will get
14   the slagger up and running. So, yes. I mean, we have
15   even made the first payment part of our deal. The
16   option agreement is to make cash contributions. We
17   have already made the first cash contribution of $14
18   million about a month ago.
19       Q. We'll talk more about the Jazan smelter in a
20   bit, but first I wanted to cover some of your
21   background.
22       Could you describe your educational background?
23       A. I have studied at the University of
24   Pretoria in South Africa, studied a BSC in metallurgy.
25   I finished that with an honors degree in metallurgy,

3903

1    then did a master's degree also in metallurgy, all at
2    Simon University.
3        Then a little bit later, I also did a Ph.D. in
4    metallurgical engineering at the Simon University,
5    University of Pretoria. I also did a degree in
6    commerce at the University of South Africa, and I
7    did -- I am -- I attended The Management College in the
8    UK, which is now Brunel University.
9        Q. Are you familiar with the term
10   "pyrometallurgy"?
11       A. Yes.
12       Q. What is pyrometallurgy?
13       A. Pyrometallurgy is the chemistry or the
14   metallurgy that takes place at elevated temperatures.
15       Q. Do you have any experience in the field of
16   pyrometallurgy?
17       A. Yes. My -- my master's degree, as well as my
18   Ph.D., was in pyrometallurgy, and I started off, after
19   finishing my studies, working at local steel company,
20   Iscor Steel Corporation of South Africa. Subsequently,
21   it's been acquired by ArcelorMittal, which I think now
22   is the biggest or second biggest steel company in the
23   world.
24       But at the time, working at Iscor, I did all my
25   training in pyrometallurgy. I worked at the coke

25 (Pages 3900 to 3903)

Case 1:18-cv-01622-TNM Document 70-2 Filed 07/23/18 Page 166 of 166
Trial - Public & In Camera
Tronox, et al. 6/22/2018

3960

1 have been very commendable of the training. They were
2 very positive. We declared them competent, so we
3 didn't see any issues with their people, so we don't
4 see any problem with using Saudis.
5 And what we also want to do in the future is we
6 want to rotate Saudi people into South Africa,
7 South Africa people into the Jazan slagger, and in that
8 way, we keep everybody competent, and so -- so no, we
9 don't foresee any problem with Saudi people.
10 **Q. If this transaction, the big transaction, does**
11 **not go forward, what happens to the technical services**
12 **agreement?**
13 A. Well, both the technical services agreement
14 and the option agreement will lapse immediately because
15 they are part and parcel of the bigger Cristal-Tronox
16 deal.
17 **Q. If the big deal does not occur, do you know**
18 **what options Cristal has available to get Jazan**
19 **working?**
20 A. I cannot speak on their behalf, but I don't
21 think they have many options. They cannot ask -- in my
22 opinion, they cannot ask any engineering company --
23 MR. HUGHTO: Objection, Your Honor. He's a
24 fact witness. He shouldn't be offering opinions about
25 what Cristal can do.

3961

1 JUDGE CHAPPELL: He did say the magic word,
2 "in my opinion." Let's stick to what he knows.
3 His opinion won't be considered on that
4 particular answer.
5 BY MR. AVALLONE:
6 **Q. Looking back at these steps that Tronox plans**
7 **to take, are you aware of any other company that can**
8 **provide this level of service to Cristal to get Jazan**
9 **up and running?**
10 A. As I discussed this morning, Rio also operates
11 a titania slagger. They are a direct competitor to
12 Jazan, so in theory, they can help them. I cannot see
13 any reason why they would help them. We, as Tronox
14 stand-alone, would never have helped Jazan if it wasn't
15 for the transaction.
16 MR. AVALLONE: Your Honor, at this time I've
17 completed the public portion of my questions, and I
18 need to resume in camera for the remainder of my
19 questions.
20 JUDGE CHAPPELL: Do you have a time estimate?
21 MR. AVALLONE: The time estimate is hopefully
22 under an hour, but I'm aiming for 45 minutes.
23 JUDGE CHAPPELL: How about that 90-minute
24 estimate you gave me earlier?
25 MR. AVALLONE: Your Honor, that was -- that was

3962

1 ill-conceived, so I'm going to go with an hour and hope
2 for 45.
3 JUDGE CHAPPELL: All right. At this time we'll
4 go into in camera session. I'll need to ask those that
5 are not subject to the protective order to vacate the
6 courtroom.
7 (Whereupon, the proceedings were held in
8 in camera session.)
9 - - - - -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

