

Almost 30 years of $TiO_2$ pigment manufacturing experience
- growing fast and investing in the future

**www.lomonbillions.com**



# Lomon Billions

## Bruce Griffin
## Senior Vice President Strategic Development



EXHIBIT 12
Megan O'Malley Noe
5/18/2018
Greg S. Weiland, CSR, RMR, CRR

RX1642.0001

# Disclaimer



This presentation has been prepared by Lomon Billions Group Co., Ltd. (the "**Company**") for use at the 2018 Wells Fargo Securities Industrials Conference. For the purposes of this notice, this "presentation" shall include these slides and any question-and-answer session that follows the presentation. Any recipients of this presentation will be deemed to have represented, warranted and undertaken that they have read and agree to comply with the contents of this notice.

This presentation is for informational purposes only and does not constitute or form any part of any offer to sell or issue, or any invitation to purchase or subscribe for, or any solicitation of any offer to purchase or subscribe for, or any recommendation in respect of buying, holding or selling, any securities in any jurisdiction.

No representations or warranties, express or implied, are made as to, and no reliance should be placed on, the accuracy, fairness or completeness of the information presented or contained in this presentation. Neither the Company nor any of its directors, officers or employees nor any other person accepts any liability for any loss arising from any use of this presentation or otherwise arising in connection therewith. Forward looking statements can be identified by words such as "believe", "expect", "anticipate", "intend", "will", "may", "should", "shall", "continue" and "plan" and similar expressions. All statements other than statements of historical facts included in this presentation, including, without limitation, those regarding the Company's financial position, business strategy, plans and objectives, are forward looking statements. Such forward looking statements are based on numerous assumptions regarding the Company's present and future business strategies and the environment in which the Company will operate in the future. By their nature, forward looking statements involve a number of risks, uncertainties and assumptions that could cause actual results or events to differ materially from those expressed or implied by the forward looking statements. These risks, uncertainties and assumptions could adversely affect the outcome and financial effects of the plans and events described herein. Past performance is not an indication of future results and past performance should not be taken as a representation that trends or activities underlying past performance will continue in the future. All views expressed are based on financial, economic, and other conditions as of the date hereof and the Company disclaims any obligation to update any forecast, opinion or expectation, or other forward looking statement, to reflect events that occur or circumstances that arise after the date hereof.

This presentation is strictly confidential and is being provided to selected recipients only solely for informational purposes. This presentation may not be printed, reproduced or further distributed to any other person or published, in whole or in part, for any purpose without the prior written consent of the Company.

This presentation is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

This presentation is for distribution in the United Kingdom only to persons who are: (i) investment professionals falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion Order) 2005 (the "Order") or (ii) persons falling within Article 49(2)(a) to (d) ("high net worth companies, unincorporated associations etc") of the Order and (iii) any other person to whom this presentation may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This presentation is directed only at relevant persons and must not be acted on or relied on by persons who are not relevant persons.

The shares of the Company are currently admitted to listing and trading on the Shenzhen Stock Exchange. The shares have not been and will not be registered under the U.S. Securities Act of 1933 and may not be offered or sold in the United States absent an exemption from registration.

2

RX1642.0002

## Agenda



▶ Introduction to Lomon Billions

▶ China Context

▶ Growth Strategy

3

RX1642.0003





*Deyang Base, Sichuan Province, 250,000 tpa Sulphate pigment*

4

RX1642.0004

## Company Snapshot



### Lomon Billions

- ► Formed by the merger of Sichuan Lomon and Henan Billions in October 2016
- ► 4 partially integrated pigment plants in China
- ► 15 main pigment products: 13 sulfate and 2 chloride
- ► 705kt pigment capacity and first quartile cost
- ► Shenzhen Stock Exchange: US$5.6bn market cap

### Market position

- ► #4 by global capacity
- ► #1 in Asia
- ► Plan to become the global market leader with ~1,300kt of pigment capacity by mid 2020's
- ► Objective is to be a fully integrated low cost pigment producer

### 2017 highlights

- ► Revenue of US$1,534m, up 40%
- ► EBITDA of US$584m, up 73%
- ► 60Kt chloride pigment production, up 42%

### Market position in China

- ► #1 pigment producer
- ► #1 chloride pigment producer
- ► #1 pigment exporter
- ► #3 ilmenite producer

5

RX1642.0005

# Corporate snapshot

**Lomon Billions is closely held and largely owned by management**



Share price chart

CNY

**June 2015:** Agreed to acquire Sichuan Lomon Titanium Co. for US$1.47bn

**Oct 2016:** Merger with Sichuan Lomon Titanium Co. completed, creating 4th largest TiO2 company globally

**Mar 2018:** Announces intention to purchase Sichuan Anning Iron & Titanium, a Chinese ilmenite and iron producer, for RMB4.5-5bn ($780mm)

92.3%

Apr-15  Aug-15  Nov-15  Feb-16  May-16  Sep-16  Dec-16  Mar-17  Jun-17  Oct-17  Jan-18  Apr-18

*Source: S&P Capital IQ, Bloomberg as of 27th April 2017*

| Capitalisation table (27 April 2018) | |
| --- | --- |
| Listed on Shenzhen since 2011 | |
| Share price (CNY/US$) | 18.42/2.91 |
| NOSH (m) | 2,032.1 |
| **Market cap. (US$m)** | **5,913.4** |
| Net debt (US$m) | 326.2 |
| **Enterprise value (US$m)** | **6,239.6** |
| 1 year high/low (CNY) | 20.13/13.83 |

**Top shareholders**



Others

Xu Gang (Chairman)

Tan Ruiqing (Vice Chairman)

Fan Xianguo (CEO)

Ze Long Wang

Ling Li

6

RX1642.0006

# Key operational results
## Rapid historical growth, chloride supplementing sulfate



**Lomon Billions**

Pigment sales by market ktpa

Pigment production by technology ktpa



13% CAGR

15% CAGR

■ Domestic   ■ Export

■ Sulfate   ■ Chloride

7

RX1642.0007

# Key financial results
## Strong earning growth and low leverage



Revenue and EBITDA

Net Debt / EBITDA (x)



*\* Proforma Lemon Billions: Sichuan Lomon Titanium + Henan Billions*

8

RX1642.0008

# Industry leading cost position



2016 Pigment Cash Cost $/t



2016 TiO$_2$ Pigment Capacity

*Source: TZMI*

9

RX1642.0009

# Market position
### # 1 in China, #4 Global market share (sales volume)





10

RX1642.0010





# China Context

*Panzhihua Base, Sichuan Province, 750,000 tpa Sulphate ilmenite, 2,250,000 tpa iron ore*

11

RX1642.0011

## Current China regulatory context
**Environmental inspections and sulfate capacity restrictions**



- ► Environmental inspections
  - ► Not only targeting our industry
  - ► Enforcement of existing regulations
  - ► Central teams applying rules consistently
  - ► Long term positive for sophisticated producers

- ► Sulfate capacity restrictions
  - ► New greenfield sulfate pigment plants unlikely
  - ► Limited expansions for well managed and compliant sites

- ► Chloride encouraged
  - ► Chloride supply will grow faster than sulfate
  - ► There will be fewer chloride than sulfate producers

12

RX1642.0012

# China chloride
## China will dominate growth of chloride demand and supply





China will continue to dominate pigment demand growth

Pigment demand ktpa

Chloride will be a key driver of China's supply growth

Pigment supply ktpa

■ Sulfate ■ Chloride

13

# China chloride
## China will vertically integrate into chloride feedstock



Chloride feedstock production 000's TiO$_2$ Units



14

RX1642.0014





15

RX1642.0015

**Growth Strategy**
**Chloride expansion**



► Current 200,000 tonne chloride expansion

- ► Two new 100,000 tpa chloride lines at Jiaozuo
- ► Board approval 10 February 2018
- ► External approvals in place
- ► 2 year construction period including extensive pre-works prior to approval
- ► Commercial production in 2019
- ► Total investment 1.812 billion RMB (~US$285 million)

► Future additional 300,000 tonne chloride capacity

- ► Most likely at a new coastal location in China

16

RX1642.0016

# Growth Strategy
**Organic pigment growth to 1,300 ktpa**





Pigment production ktpa

| | | CAGR | |
|---|---|---|---|
| | | 2007-2017 | 2017-Future |
| Total | | 19% | ~8% |
| Chloride | | N/A | ~25% |
| Sulfate | | 17% | ~3% |

17

RX1642.0017

## Growth Strategy
**Sulfate Feedstock Integration**



- ► Announced intention to purchase Sichuan Anning in March 2018
    - ► 500 ktpa of sulfate ilmenite and 2,300 ktpa of iron ore concentrate

- ► Combined with existing mine in Panzhihua
    - ► >90% self-sufficient for sulfate pigment feedstock
    - ► #1 ilmenite producer in China (from #3)

- ► Due Diligence ongoing

18

RX1642.0018

**Growth Strategy**
**Chloride feedstock integration**



► Target capacity to feed 600,000 tpa chloride pigment

► Expand smelter capacity in China and overseas

► Buy or build ilmenite resources suitable for making chloride slag

19



Almost 30 years of $TiO_2$ pigment manufacturing experience
- growing fast and investing in the future

www.lomonbillions.com



RX1642.0020

# Peer comparison



| US$m | Chemours | Lomon Billions | KRONOS | TRONOX | VENATOR |
|---|---|---|---|---|---|
| Exchange | NYSE | SHE | NYSE | NYSE | NYSE |
| Domicile | Delaware, USA | Henan, China | Texas, USA | Connecticut, USA | Texas, USA |
| Market cap | 8,938.2 | 5,913.4 | 2,701.7 | 2,131.3 | 1,916.3 |
| Net debt | 2,556.0 | 326.2 | 141.8 | 2,031.0 | 519.0 |
| EV | 11,499.2 | 6,239.2 | 2,843.5 | 4,348.3 | 2,445.3 |
| Gearing (Debt / Equity) | 4.8x | 0.3x | 0.6x | 3.1x | 0.7x |
| Revenue FY17 | 6,183.0 | 1,534.0 | 1,729.0 | 1,698.0 | 2,209.0 |
| EBITDA FY17 | 1,288.0 | 584.0 | 371.6 | 320.0 | 318.0 |
| *EBITDA margin (%)* | 20.8% | 38.5% | 21.5% | 18.8% | 14.4% |
| ROI FY17 | 20.4% | 9.4% | 26.9% | 4.4% | 10.3% |
| 2017 Production (Kt) | 987.0 | 594.0 | 545.0 | 433.0 | 716.0 |
| Production split (Chloride / Sulfate) | 100% / 0% | 10% / 90% | 75% / 25% | 100% / 0% | 29% / 71% |

*Source: Bloomberg, TZMI, Company reports; Market Data as of 27th April 2018*

RX1642.0021

# Peer comparison



| | Chemours | Lomon Billions | KRONOS | TRONOX | VENATOR [1] |
|---|---|---|---|---|---|
| 6 months | (12.2%) | 1.5% | (13.5%) | (34.8%) | (25.3%) |
| 1 year | 25.0% | 6.3% | 33.9% | 4.0% | NA |
| 2 years | 446.5% | 34.1% | 247.0% | 135.0% | NA |
| 3 years | NA | 92.3% | 75.2% | (17.2%) | NA |
| Mkt cap (US$m) | 8,938.2 | 5,913.4 | 2,701.7 | 2,131.3 | 1,916.3 |
| Net debt (US$m) | 2,556.0 | 326.2 | 141.8 | 2,031.0 | 519.0 |
| EV (US$m) | 11,499.2 | 6,239.6 | 2,843.5 | 4,348.3 | 2,445.3 |



Note: All prices rebased to 100 ; Source: Capital IQ as of 27th April 2018
[1] Spun-out from Huntsman in August 2017

22

RX1642.0022