**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRONOX LIMITED | ) |
| | ) |
| | ) |
| | ) |
| NATIONAL INDUSTRIALIZATION | ) **CIVIL ACTION** |
| COMPANY | ) **1:18-cv-01622 (TNM)** |
| | ) |
| | ) |
| NATIONAL TITANIUM DIOXIDE | ) |
| COMPANY LIMITED | ) |
| | ) |
| and | ) |
| | ) |
| CRISTAL USA INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF OPPOSITION
TO PROTECTIVE ORDER**

Defendants Tronox Limited and Cristal USA Inc., National Industrialization Company,

and National Titanium Dioxide Company Limited (collectively the "Defendants") notify the Court

that Defendants withdraw their Memorandum in Opposition to the Protective Order.

On July 10, 2018, Plaintiff filed its Motion and Statement of Points and Authorities for

Protective Order.  Dkt. 004.  On July 12, 2018, Defendants filed an Opposition to Plaintiff's

Motion for Protective Order.  Dkt. 032.  The parties met and conferred on July 21, 2018.  Now, in

order to further the efficient and expeditious resolution of the above captioned matter, to avoid any prospective burden to third parties, and to avoid distraction of the Court and counsel for the parties from the imminent preliminary injunction hearing, Defendants withdraw their Memorandum in Opposition to Plaintiffs' Motion for Protective Order, as well as the accompanying proposed order.

Defendants are contemporaneously filing Defendants' Opposition to Third Parties' Joint Motion to Intervene and therein request that the Court deny the Joint Motion to Intervene as moot. Defendants also request therein, jointly with Plaintiff, that the Court enter the proposed Protective Order accompanying Plaintiff's Motion for Protective Order.

Dated: July 23, 2018

Submitted By:

/s/ Michael F. Williams, P.C.
Michael F. Williams, P.C. (D.C. Bar No. 486190)
Karen McCartan DeSantis  (D.C. Bar No. 420443)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
(202) 879-5000
(202) 879-5200 (facsimile)
michael.williams@kirkland.com
karen.desantis@kirkland.com

**ATTORNEYS FOR TRONOX LIMITED**

James L. Cooper (D.C. Bar No. 442475)
Peter J. Levitas (D.C. Bar No. 441696)
Ryan Z. Watts (D.C. Bar No. 478395)
Katherine E. Clemons (D.C. Bar No. 1014137)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
(202) 942-5000
(202) 942-5999 (facsimile)
james.cooper@arnoldporter.com
peter.levitas@arnoldporter.com

ryan.watts@arnoldporter.com
katherine.clemons@arnoldporter.com

**ATTORNEYS FOR NATIONAL INDUSTRIALIZATION COMPANY (TASNEE), THE NATIONAL TITANIUM DIOXIDE COMPANY LIMITED (CRISTAL), AND CRISTAL USA INC.**