UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>               Plaintiff,<br><br>         v.<br><br>**TRONOX LIMITED** *et al.*,<br>               Defendants. | Case No. 1:18-cv-01622 (TNM) |

**ORDER**

Upon consideration of the Plaintiff's Motion for Preliminary Injunction, the pleadings, relevant law, evidence, administrative record, and related legal memoranda and oral arguments in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, the Court finds as follows:

1. The Court has jurisdiction over the parties and subject matter of this case, and venue and service of process are proper;

2. The Commission has made a sufficient showing of its likelihood of success on the merits to warrant preliminarily enjoining the proposed merger between the Defendants; and

3. Weighing the equities, issuing an injunction is in the public interest.  Therefore, it is hereby

**ORDERED** that the Plaintiff's Motion for Preliminary Injunction is GRANTED; and it is further

**ORDERED** that the Defendants are hereby enjoined, pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. §53(b), from consummating the proposed merger, or

otherwise effecting any combination of Tronox Limited and the National Titanium Dioxide Company Limited, the National Industrialization Company, or Cristal USA, Incorporated, until the Commission's administrative complaint is dismissed by the Commission, set aside by an appeals court on review, or the Commission has issued a final order pursuant to 15 U.S.C. §45; and it is further

**ORDERED** that the Defendants shall take all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, any such merger, or otherwise effecting any combination between the Defendants; and it is further

**ORDERED** that the Defendants shall maintain the status quo until a further order from this Court, or until the Commission's administrative complaint is dismissed by the Commission, set aside by an appeals court on review, or the Commission has issued a final order pursuant to 15 U.S.C. §45.

The Memorandum Opinion has been docketed under seal at this time due to the amount of sealed information it contains.  The Court will issue a separate, redacted version of the Memorandum Opinion on the public docket shortly.

**SO ORDERED**.

This is a final, appealable Order.

Dated: September 5, 2018　　　　　　　　　　　　TREVOR N. MCFADDEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge