**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **TRONOX LIMITED** *et al.*, <br><br> Defendants. | Case No. 1:18-cv-01622 (TNM) |

## ORDER

On September 5, 2018, the Court granted the Federal Trade Commission's (the "FTC") Motion for Preliminary Injunction. *See* Court's Order, ECF No. 106. Pursuant to § 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), the Court enjoined the Defendants from consummating their proposed merger and ordered them to maintain the status quo until a further order from this Court. *Id*.

The parties have since negotiated a Proposed Consent Order. *See* Parties' Stipulation and Proposed Order Lifting Injunction, ECF No. 109. On April 10, 2019, the FTC accepted the agreement. *Id*. at 2. By doing so, the FTC has cleared the Defendants to close their merger subject to the requirements of the Proposed Consent Order. *Id*. Thus, the parties now "stipulate and agree that the injunction and order to maintain the status quo . . . should be lifted immediately." *Id*.

Accordingly, upon consideration of the parties' Stipulation, it is hereby

**ORDERED** that the preliminary injunction and order to maintain the status quo imposed by the Court's September 5, 2018 Order are hereby lifted.

**SO ORDERED**.

Dated: April 10, 2019

/s/
TREVOR N. McFADDEN, U.S.D.J.